# No. 25-4121

# United States Court of Appeals
### *for the*
## Fourth Circuit

UNITED STATES OF AMERICA,

*Plaintiff/Appellee,*

— v. —

MARTIQUE CABRAL VANDERPOOL,

*Defendant/Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND AT GREENBELT

## JOINT APPENDIX
## VOLUME 3 OF 6 (PAGES 960-1336)

STUART A. BERMAN
LERCH, EARLY &
  BREWER, CHARTERED
760 Wisconsin Avenue, Suite 700
Bethesda, Maryland 20814
(301) 657-0729

*Counsel for Appellant*

HARMEET DHILLON
MICHAEL E. GATES
BARBARA A. SCHWABAUER
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
Post Office Box 14403
Washington, DC 20044
(202) 305-3034

*Counsel for Appellee*

CP COUNSEL PRESS    (800) 4-APPEAL • [812795]

# TABLE OF CONTENTS

**Page**

**VOLUME 1 OF 6**

District Court Docket Sheet ......................................................................... JA1

Indictment
     filed July 6, 2023 ............................................................... JA16

Defendant's Motion to Suppress Evidence Seized Pursuant to Search Warrants
     filed August 18, 2023 ....................................................... JA19

     Exhibit A:  Initial Prince George's County Warrant
          dated December 2, 2019 ............................................. JA37

     Exhibit B:  Prince George's County Warrant-Samsung Galaxy S III
          dated January 17, 2020 ............................................... JA43

     Exhibit C:  Federal Search Warrant
          dated June 23, 2020 ................................................... JA49

     Proposed Order ................................................................. JA71

Defendant's Motion to Dismiss for Preindictment Delay
     filed August 18, 2023 ....................................................... JA72

Government's Response in Opposition to Defendant's Motion to Suppress
Evidence Seized Pursuant to Search Warrants
     filed September 8, 2023 .................................................... JA82

     Exhibit 1: Federal Warrant
          dated June 23, 2020 ................................................. JA113

     Exhibit 2:  State Warrant
          dated December 2, 2019 ........................................... JA135

     Exhibit 3:  State Warrant
          dated January 17, 2020 ............................................. JA146

Government's Response in Opposition to Defendant's Motion to Dismiss for
Preindictment Delay
     filed September 8, 2023 .................................................... JA188

Defendant's Reply to Government's Response to Motion to Suppress Evidence
filed November 20, 2023 ........................................................................JA207

Government's [Proposed] Surreply Regarding Defendant's Motion to Suppress
Evidence Seized Pursuant to Search Warrants
filed January 26, 2024...........................................................................JA237

Transcript of Motions Hearing before
The Honorable Deborah L. Boardman
on February 12, 2024..............................................................................JA251

Defendant's Exhibit List
filed February 12, 2024 ..........................................................................JA386

Government's Exhibit List
filed February 12, 2024 ..........................................................................JA388

Government's Motion *in Limine* to Preclude the Defendant from Introducing
Self-Serving Hearsay Statements and for a Pretrial Ruling Regarding
the Scope of the Rule of Completeness
filed June 26, 2024.................................................................................JA389

Government's Motion *in Limine* to Preclude Reference to the Existence and
Outcome of Prior State Trial
filed June 26, 2024.................................................................................JA403

Government's Motion *in Limine* to Preclude Any Reference to the Civil Suit
Filed by R.S. Against the Defendant, Unless and Until R.S. Testifies
filed June 26, 2024.................................................................................JA412

Government's Motion *in Limine* to Preclude Reference to the Dismissed Civil
Rights Indictment
filed June 26, 2024.................................................................................JA417

Proposed Order Re:  Government's Motion *in Limine* to Preclude Introduction
of Self-Serving Hearsay
filed June 28, 2024.................................................................................JA423

Proposed Order Re:  Government's Motion *in Limine* to Preclude Reference
to the Prior State Trial
filed June 28, 2024.................................................................................JA424

Proposed Order Re:  Government's Motion *in Limine* to Preclude Reference
to the Civil Suit (Unless Victim Testifies)
........filed June 28, 2024................................................................JA425

Proposed Order Re:  Government's Motion *in Limine* to Preclude Reference
to Dismissed Indictment
........filed June 28, 2024................................................................JA426

Government's Motion *in Limine* to Exclude Inadmissible and Irrelevant Evidence
Re:  R.S.'s Character
........filed June 28, 2024................................................................JA427

Defendant's Omnibus Response to Government's Motions *in Limine*
........filed July 22, 2024 ................................................................JA438

Government's Response to Defendant's Omnibus Motions *in Limine*
........filed July 29, 2024 ................................................................JA448

Government's Reply to Defendant's Omnibus Response to Government's
Motions *in Limine*
........filed July 29, 2024 ................................................................JA460

Defendant's Memorandum in Support of Motion to Impeach Sergeant Gill
........filed October 18, 2024 ..........................................................JA467

Government's Opposition to Defendant's Motion to Impeach a Government
Witness
........filed October 19, 2024 ..........................................................JA472

Defendant's Notice of Objection
........filed October 21, 2024 ..........................................................JA477

**VOLUME 2 OF 6**

Transcript of Bench Trial, Volume 1, before
The Honorable Deborah L. Boardman
     on October 22, 2024 ...................................................................... JA479

    Testimony of Mark Zimmerman:

Direct Examination by the Government (Ms. Allison) .......................... JA511
Cross-Examination by Defense (Mr. Zampogna) ................................. JA582
Redirect Examination by the Government (Ms. Allison)....................... JA616
Recross-Examination by Defense (Mr. Zampogna)............................... JA622

    Testimony of Brendan Gill:

Direct Examination by the Government (Ms. Bernstein)....................... JA624
Cross-Examination by Defense (Mr. Zampogna) ................................. JA673
Redirect Examination by the Government (Ms. Bernstein)................... JA701
Recross-Examination by Defense (Mr. Zampogna)............................... JA704

    Testimony of Doniese Collins:

Direct Examination by the Government (Ms. Bernstein)....................... JA710

Transcript of Bench Trial, Volume 2, before
The Honorable Deborah L. Boardman
     on October 23, 2024 ...................................................................... JA726

    Testimony of Doniese Collins:

Continued Direct Examination by the Government (Ms. Bernstein)..... JA734
Cross-Examination by Defense (Mr. Bluestone).................................... JA759
Redirect Examination by the Government (Ms. Bernstein)................... JA771

    Testimony of Lyla Zeidan:

Direct Examination by the Government (Ms. Allison) .......................... JA778
Cross-Examination by Defense (Mr. Bluestone).................................... JA800
Redirect Examination by Government (Ms. Allison) ............................ JA810
Recross-Examination by Defense (Mr. Bluestone)................................ JA814

Testimony of Elizabeth Hung:

Direct Examination by the Government (Ms. Bernstein).......................JA815
Cross-Examination by Defense (Mr. Zampogna) ..................................JA851
Redirect Examination by the Government (Ms. Bernstein)...................JA878
Recross-Examination by Defense (Mr. Zampogna).............................JA894

Defendant's Notice of Requested Instructions
        filed October 23, 2024 .....................................................................JA909

Transcript of Bench Trial, Volume 3, before
The Honorable Deborah L. Boardman
        on October 24, 2024 ........................................................................JA910

Transcript of Bench Trial, Volume 4, Verdict, before
The Honorable Deborah L. Boardman
        on October 30, 2024 ........................................................................JA939

**VOLUME 3 OF 6**

Government's Admitted Trial Exhibits:

1.    Incident Report [Certified Copy] ................................................JA960

2.    RS Traffic Summons.....................................................................JA966

3.    RS Criminal Citation ...................................................................JA968

4.    (A-H)  Photographs of Station .....................................................JA969

5.    (A-D)  Photographs of Dupree's Car ...........................................JA977

6.    (A-B)  Photographs of Vanderpool's Car ....................................JA980

7.    Vanderpool Time Sheets ..............................................................JA982

8.    CAD Report...................................................................................JA986

10.   Vanderpool Phone Extraction Audio Files ..................................JA989

11.   Vanderpool Phone Extraction Messages to and from
        Dupree 9/17 ..............................................................................JA993

12. Vanderpool Phone Extraction Messages to and from Dupree 10/6 ....................................................................... JA1030

13. PGCPD Chief Referral Letter [Redacted] ................................ JA1037

14. FHPD General Order 2-2 Oath of Office ................................. JA1038

15. FHPD General Order 5-8 Mobile Video Recording .................. JA1039

16. FHPD General Order 5-12 Incident Reporting ........................ JA1044

17. FHPD General Order 5-14 Traffic Law Enforcement .............. JA1051

18. FHPD General Order 5-15 Traffic Law Enforcement Methods ................................................................................ JA1065

19. FHPD General Order 5-38 Prisoner Searches and Transportation .......................................................................... JA1075

20. FHPD General Order 5-50 Towing of Motor Vehicles ............. JA1096

21. FHPD General Order 8-1 Conduct of Members of the Department ............................................................................... JA1101

22. RMS Audit for RS Report [Certified Copy] ............................ JA1115

23. RMS Audit of Vanderpool Logons, 8.7.18-9.28.19 ................... JA1131

24. MPCTC Police Training Records (Excerpts) ........................... JA1132

25. NoVa Academy Diploma ........................................................ JA1135

26. WMATA Comparative Compliance Diploma ........................... JA1137

27. Metro Transit Rules of Arrest and Arrest Procedures Lesson Plan ........................................................................................ JA1138

28. Laws of Arrest Lesson Plan .................................................... JA1149

29. Laws of Arrest PowerPoint (Excerpts) .................................... JA1166

30. WMATA Training Ethics Essay .............................................. JA1167

31. NVCJ Sex Crimes PowerPoint (Excerpts) ............................... JA1168

32. NVCJ Constitutional Law and Civil Liability Lesson Plan ........ JA1169

33. NVCJ Constitutional Law and Civil Liability PowerPoint (Excerpts) ..................................................... JA1195

41. (A-D)  Tow Lot Photographs ..................................................... JA1200

42. C.C. Traffic Ticket [Redacted] ................................................... JA1204

43. Map: Tino's to Addison/Sheriff's to FHPD ............................... JA1205

44. Vanderpool Phone Extraction Timeline 9.6-9.7 ........................ JA1206

116. Nnamani CAD ........................................................................... JA1214

117. Audit Log Booking 143908-19-0002936 ................................... JA1216

118. Audit Log Impound 42865-19-0002936 .................................... JA1222

119. Timesheets 01.15.2019 .............................................................. JA1228

Defendant's Admitted Trial Exhibits:

1. RMS User Manual .................................................................... JA1230

2. FHPD General Order 6-5: Uniform Crime Reporting (UCR) ... JA1303

3. Fairmount Heights Police Calendar – September 2019 ............. JA1305

4. Police Report – Travis Nnamani ................................................ JA1306

5. RMS Audit – Travis Nnamani .................................................. JA1312

6. Photograph of FHPD Desktop Monitor ..................................... JA1318

7. Photograph of FHPD Entry Door ............................................. JA1319

8. Photographs of FHPD Station 9/6/2019 .................................... JA1320

9. FHPD General Order 7-1: Computer Use and Security ............. JA1329

10. FHPD Time Sheets – 1/12/2019-1/25/2020 .............................. JA1333

11. Letters Re: Suspension .............................................................. JA1335

**VOLUME 4 OF 6**

Regular Sentencing Order
	filed October 30, 2024 .......................................................................JA1337

Verdict
	filed October 31, 2024 .......................................................................JA1340

Defendant's Motion for Arrest of Judgment or, in the Alternative, Motion for
Judgment of Acquittal and New Trial
	filed December 9, 2024 ......................................................................JA1341

	Exhibit A:  State Warrant
		dated December 2, 2019.............................................................JA1377

	Exhibit B:  State Warrant
		dated January 17, 2020...............................................................JA1383

Government's Response to Defendant's Motion for Arrest of Judgment or,
in the Alternative, Motion for Judgment of Acquittal and New Trial
	filed December 23, 2024 ....................................................................JA1389

Defendant's Reply in Support of Omnibus Post Trial Motions
	filed January 8, 2025...........................................................................JA1404

Memorandum Opinion Denying Defendant's Post Trial Motions
	filed February 5, 2025.........................................................................JA1419

Defendant's Sentencing Memorandum
	filed February 6, 2025.........................................................................JA1435

	Attachment:  Letter in Support ............................................................JA1464

Government's Response to Defendant's Sentencing Memorandum
	filed February 13, 2025 ......................................................................JA1493

Transcript of Sentencing Hearing before
The Honorable Deborah L. Boardman
	on February 20, 2025...........................................................................JA1509

Judgment in a Criminal Case
	filed February 21, 2025 ......................................................................JA1619

Defendant's Notice of Appeal
  filed March 3, 2025....................................................................JA1624

Order Granting Consent Motion to Partially Unseal Documents
  filed May 15, 2025....................................................................JA1628

**VOLUME 5 OF 6 (UNDER SEAL)**

Defendant's Objections to Draft Presentence Investigation Report
  filed December 23, 2024 ...........................................................JA1629

**VOLUME 6 OF 6 (MEDIA)[1]**

Government's Media Exhibits:

9.  Dispatch Recording ...............................................................JA1637

9A.  Dispatch Recording [Demonstrative]......................................JA1638

34A.  9.8.19 WA0003 Excerpt 1 (Vanderpool to Washington)
  With Captions [Demonstrative] ...............................................JA1639

35.  9.8.19 WA0003 Excerpt 2 (Vanderpool to Washington)...........JA1640

35A.  9.8.19 WA0003 Excerpt 2 (Vanderpool to Washington)
  With Captions [Demonstrative] ...............................................JA1641

36.  9-9-19 WA0002 (Washington to Vanderpool) ..........................JA1642

36A.  9-9-19 WA0002 (Washington to Vanderpool) With Captions
  [Demonstrative]......................................................................JA1643

37.  9-9-19 WA0003 (Washington to Vanderpool) ..........................JA1644

37A.  9-9-19 WA0003 (Washington to Vanderpool) With Captions
  [Demonstrative]......................................................................JA1645

---

[1] Exhibits are in .mp4, .ogg, and .wav file format. A virus detection program, VIPRE Endpoint Security Version 13.1.8510, was run on the electronic files and no virus was detected.

38. 9-9-19 WA0004 (Vanderpool to Washington) ...........................JA1646

38A. 9-9-19 WA0004 (Vanderpool to Washington) With Captions
[Demonstrative]......................................................................JA1647

39. 9-9-19 WA0005 (Washington to Vanderpool) ...........................JA1648

39A. 9-9-19 WA0005 (Washington to Vanderpool) With Captions
[Demonstrative]......................................................................JA1649

40. 9-9-19 WA0006 (Vanderpool to Washington) ...........................JA1650

40A. 9-9-19 WA0006 (Vanderpool to Washington) With Captions
[Demonstrative]......................................................................JA1651



# FAIRMOUNT HEIGHTS POLICE DEPARTMENT
## Incident Report

Summary of Incident: **Disorderly Conduct**

## Administrative

| | | | |
|---|---|---|---|
| Location | **Sheriff Rd Eb / Cabin Branch Dr** | Occurred On | **Friday 9/6/2019 11:22:54 PM** |
| City, State, Zipcode | **CAPITOL HEIGHTS, MD 20743** | Or Between | |
| Subject | T - Traffic Stop | Entered On | 9/7/2019 2:45:30 AM |
| Disposition | Criminal Citation / Summons | Entered By | Vanderpool, Martique # 9359 |
| Related Cases | | Reported On | 9/6/2019 |
| | | Reporting Officer | Vanderpool, Martique # 9359 |
| | | Assisted By | |

## Offenders

**Arrestee Name: Stewart, Raynna**



### Aliases
| Alias |
|---|

### Addresses
| Address Type | Address | CSZ |
|---|---|---|

### Phones
| Phone Type | Phone Number |
|---|---|

### Emails
| Email Address |
|---|

| | | | |
|---|---|---|---|
| Sex | Female | Hair Color | Black |
| Race | Black or African American | Hair Style | Bushy |
| Ethnicity | Not Hispanic or Latino | Hair Length | Short |
| DOB | 7/23/2000 | Facial Hair | None |
| Age | 19 | Complexion | Medium Brown |
| Eye Color | Brown | Teeth | Normal |

GOVERNMENT'S EXHIBIT NO. 1
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA960



Case Report # 19-0052405-001

Self-Report #

| | | | | |
|---|---|---|---|---|
| Build | Thin/Small | DLN | S363730067579 |
| Height | 5' 5" | DL State | Maryland |
| Weight | 148 | DL Country | |
| Resident | Nonresident | SSN | |
| POB | | | |

### Scars, Marks and Tattoos

| SMT | Location | Description |
|---|---|---|
| Attire | | |
| Employer/School | | |
| Employer Address | | |
| Employer CSZ | | |
| Occupation/Grade | | |

### Arrest Information

| | | | |
|---|---|---|---|
| Arrest For | Disorderly Conduct | State Number | |
| Arrest Number | 031622 | Arrest Date | 9/6/2019 |
| Arrest Type | Criminal Citation | Arrest Location | |
| Armed With | Unarmed | Date/Time Booked | |
| Multi-Clearance | Not Applicable | Booked Location | |
| Multi-Clearance Offense | | Miranda Read | |
| FBI Number | | Miranda Waived | |

Notes

### Victims

**Name:**

| | |
|---|---|
| Victim Type | Society/Public |
| Victim of | Disorderly Conduct |

### Aliases

| Alias |
|---|

### Addresses

| Address Type | Address | CSZ |
|---|---|---|

JA961



Case Report # 19-0052405-001
Self-Report #

<span style="color:blue">Phones</span>

| Phone Type | Phone Number |
|---|---|

<span style="color:blue">Emails</span>

| Email Address |
|---|

| | |
|---|---|
| Sex | POB |
| Race | DLN |
| Ethnicity | DL State |
| DOB | DL Country |
| Age | SSN |
| Eye Color | Attire |
| Hair Color | Employer/School |
| Facial Hair | Employer Address |
| Complexion | Employer CSZ |
| Height | Occupation/Grade |
| Weight | Injury |
| Resident | |

<span style="color:blue">Offender Relationships</span>

| Offender | Relationship |
|---|---|

Notes

<span style="color:blue">Witnesses</span>

<span style="color:blue">Other Entities</span>

<span style="color:blue">Properties</span>

JA962



# FAIRMOUNT HEIGHTS POLICE DEPARTMENT
## Incident Report

**Narrative** ——————————————————————————

02/23/2020

PGPD Sergeant Brendan P. Gill #3361, OOC, ITD, JAIC

On this date, I made administrative changes to this report to comply with established reporting procedures and protocols. I have no first-hand knowledge of this incident, subsequent investigation (or lack thereof if that should be the case) or any pending or post-criminal procedures. These administrative changes were performed at the request of the Office of the Mayor and Town Council for the town of Fairmount Heights in consultation with the PGPD Chief of Police and/or designee. For further information, please contact Police_RMS@co.pg.md.us.

----------------

On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue and Sheriff road when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone while speeding in a posted 40mph zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing, She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her. bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. She was placed in handcuffs to restrain her. She then began to banging her head on the exterior of her car really hard while calling herself stupid. She did this several times. She was issued the appropriate traffic citations as well as a Criminal Citation (#092002253965) for Disorderly Conduct. The registered owner picked up the vehicle and Ms. Stewart was released and sent on her way. All events occurred in Prince George's County Maryland.

JA963

<u>**CERTIFICATE OF AUTHENTICITY OF DOMESTIC**</u>
<u>**RECORDS PURSUANT TO FEDERAL RULES OF**</u>
<u>**EVIDENCE 902(11) AND 902(13)**</u>

I, <u>Sergeant Tanner Fellrath</u>, attest, under penalties of perjury by the laws
<i>Name</i>

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by <u>the Prince George's County Police Department</u>
<i>Entity</i>

(hereinafter "the entity"), and my title is <u>Sergeant / RMS Administrator</u>. I am qualified
<i>Title</i>

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

<u>Copy of RMS Case Report 19-0052405-001</u>. I further state that:
<i>Generally describe records (pages/CDs or DVDs/megabytes)</i>

  a.  all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

  b.  such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

    1.  the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

    2.  the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

JA964

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

Oct 17, 2024
_____
Date

*Tanner Fellrath*
Tanner Fellrath (Oct 17, 2024 12:50 EDT)
_____
Signature

JA965

**MARYLAND UNIFORM COMPLAINT / CITATION / SUMMONS**    0BB0UV5

| CLASS | STATE |
|---|---|
| C | MD |

DEFENDANT (FIRST) NAME    MIDDLE    LAST    SUFFIX
**RAYNNA ANDREA SANDRA STEWART**

| HEIGHT | WEIGHT | RACE | GENDER | TELEPHONE NO. |
|---|---|---|---|---|
| 505 | 148 | 1 | F | |

| VEHICLE REGISTRATION | STATE | YEAR |
|---|---|---|
| GB7058 | DC | 2014 |

| MAKE | MODEL | TYPE | COLOR |
|---|---|---|---|
| FORD | MUSTANG | 02 | BLUE |

VIOLATION DATE / TIME
**9/7/2019   00:28**

LOCATION OF OFFENSE
**SHERIFF RD / 61ST AVENUE**

| COUNTY CODE | | AREA | ARREST TYPE | GMN |
|---|---|---|---|---|
| **PRINCE GEORGE'S - 16** | MD | 0 | A | |

DID UNLAWFULLY VIOLATE MOTOR VEHICLE LAW(S):

| CITATION NO. | ART/SEC/CHARGE | PAYABLE FINE AMOUNT |
|---|---|---|

**1. 0BB0UV5    TA - 21-801.1    PAYABLE FINE OF $160**
   EXCEEDING POSTED MAXIMUM SPEED LIMIT:
   68 MPH IN A POSTED 40 MPH ZONE

**2. 0BC0UV5    TA - 16-112(c)    PAYABLE FINE OF $50**
   FAILURE OF INDIVIDUAL DRIVING ON HIGHWAY
   TO DISPLAY LICENSE TO UNIFORMED POLICE
   ON DEMAND

**3. 0BD0UV5    TA - 16-101(a1)    MUST APPEAR**
   DRIVING/ATTEMPTING DRIVE MOTOR VEH. ON
   HWY W/O REQ. LICENSE AND AUTHORIZATION

**4. 0BF0UV5    TA - 13-409(b)    PAYABLE FINE OF $50**
   FAILURE TO DISPLAY REGISTRATION CARD
   UPON DEMAND BY POLICE OFFICER

I SOLEMNLY AFFIRM UNDER PENALTY OF PERJURY THAT THE CONTENT OF THE FOREGOING DOCUMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF AND I PERSONALLY SERVED THIS SUMMONS ON THE DEFENDANT NAMED ABOVE.

[X] A VISUAL COMPARISON WAS MADE BETWEEN DEFENDANT AND THEIR ID/LICENSE.

OFFICER
SIGNATURE

DISTRICT 05 NO 01 AGENCY BM SUB-AGENCY TF ID NO. 935

RADAR/LASER/VASCAR OPERATOR
AGENCY   SUBAGENCY    ID NO.

I ACKNOWLEDGE RECEIPT OF A COPY OF THIS SUMMONS. I UNDERSTAND THAT ACCEPTANCE OF THIS SUMMONS IS NOT AN ADMISSION OF GUILT BUT MY FAILURE TO APPEAR MAY RESULT IN THE ISSUANCE OF A WARRANT FOR MY ARREST.
**ISSUED ELECTRONICALLY -- SIGNATURE NOT REQUIRED**

NOTE: Failing to comply with option 1, 2, or 3 or failing to appear for a scheduled trial/waiver hearing will result in the suspension of your license and privilege to drive by the Motor Vehicle Administration. Driving on a suspended license is a criminal offense for which you may be incarcerated.

DL   Rev. 1 (2017)

**DISTRICT COURT OF MARYLAND SUMMONS TO APPEAR / NOTICE TO DEFENDANT**

IMPORTANT INFORMATION: This citation is a summons to appear. If you request a trial or waiver hearing, you will be notified by the Circuit or District Court through a trial/waiver hearing notice setting the date, time, and place to appear. It is your obligation to know your trial/hearing date and appear on that date. It may take several weeks before a trial/hearing date is set. If your name or address on the citation is not correct, you must notify the Court in writing of any changes. The Post Office does NOT forward Court mail.
**IF ANY OF YOUR VIOLATIONS ARE MARKED "MUST APPEAR": You must appear in District Court as directed.**
You will automatically be mailed a notice of your trial date by the Court. Failure to appear may result in a warrant for your arrest.
TO THE PERSON CHARGED:
1. This paper charges you with committing a crime.
2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be released from jail until your trial.
3. If you have been served with a citation or summons directing you to appear, before a judicial officer for a preliminary inquiry at a date and time designated or within five days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties. The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.
4. You have the right to have a lawyer.
5. A lawyer can be helpful to you by:
   A. explaining the charges in this paper;
   B. telling you the possible penalties;
   C. explaining any potential collateral consequences of a conviction, including immigration consequences;
   D. helping you at trial;
   E. helping you protect your constitutional rights; and
   F. helping you get a fair penalty if convicted.
6. Even if you plan to plead guilty, a lawyer can be helpful.
7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.2 to review an order of a District Court commissioner regarding pretrial release. If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you. To apply for Public Defender representation, contact a District Court commissioner.
8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.
9. DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER. If you do not have a lawyer before the trial date, you may have to go to trial without one.
IF ANY OF YOUR VIOLATIONS ARE MARKED "PAYABLE FINE": You must comply with one of the following within 30 days after receipt of the citation. Provide any change of address if applicable.
OPTION #1 - PAYMENT: Pay the full amount of the fine for each violation within 30 days at any District Court of Maryland, by mail, or by credit card (fees apply) using the IVR system or Court Website. If paying by mail, make check or money order payable to District Court of MD and include citation number(s) on front of check or money order. On the option form below, check "Pay Fine Amount" for each violation being paid and mail the form with your payment to the address shown for the District Court of MD.
An additional $10 service fee will be imposed for each dishonored check.
OPTION #2 - REQUEST A WAIVER HEARING REGARDING SENTENCING AND DISPOSITION INSTEAD OF A TRIAL: On the option form below, check "Request Waiver Hearing" for each violation where hearing is requested, sign and date at the bottom and mail the form within 30 days to the address shown below. DO NOT SEND PAYMENT at this time.
OPTION #3 - REQUEST TRIAL: On the option form below, check "Request Trial" for each violation where Trial is requested, sign and date at the bottom and mail the form within 30 days to the address shown below. DO NOT SEND PAYMENT at this time.

**FOR MORE INFORMATION AND TO PAY CITATIONS**
Visit the MD Judiciary Website at www.mdcourts.gov/district or call the Interactive Voice Response (IVR) System for trial dates, court locations and directions.
From all areas including out-of-state call: 1-800-492-2656
TTY users call Maryland Relay: 711
Contact info for District Court Commissioner's Offices can be found at:
http://www.mdcourts.gov/district/directories/commissionermap.html
If you require further information about qualifying for a Public Defender, call 1-833-453-9799.

**DISTRICT COURT OF MARYLAND COMPLAINT & CITATION OPTION FORM**

Return To:
District Court of MD
P.O. Box 6676
Annapolis, MD
21401-0676

| NAME: RAYNNA ANDREA SANDRA STEWART | Telephone No | DIS./NO 05/01 |
|---|---|---|
| [ ] Check if change from address or citation | City State Zip | |
| ADDRESS | | |

| 0BB0UV5 | [barcode] | [ ] PAY FINE AMOUNT $160 | OR [ ] REQUEST WAIVER HEARING [ ] REQUEST TRIAL |
|---|---|---|---|
| 0BC0UV5 | [barcode] | [ ] PAY FINE AMOUNT $50 | OR [ ] REQUEST WAIVER HEARING [ ] REQUEST TRIAL |
| 0BD0UV5 | [barcode] | | **YOU MUST APPEAR** |
| 0BF0UV5 | [barcode] | [ ] PAY FINE AMOUNT $50 | OR [ ] REQUEST WAIVER HEARING [ ] REQUEST TRIAL |

Check the appropriate box and sign below to request a Waiver Hearing or Trial for any citations listed above

[ ] **Request Waiver Hearing** - I admit that I committed the violation(s) charged in this citation. I am requesting a waiver hearing at which I may explain the circumstances to a judge. I know this is not a trial, the officer and witnesses will not be present, and that my appearance in court is for sentencing only.

[ ] **Request Trial** - I request a trial date for the violation(s) charged.

DATE        DEFENDANT'S SIGNATURE

**378**

GOVERNMENT'S
EXHIBIT NO. 2
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0070771

MARYLAND UNIFORM COMPLAINT / CITATION / SUMMONS    0BG0UV5

| CLASS | STATE |
|---|---|
| C | MD |

DEFENDANT'S (FIRST) NAME    MIDDLE    LAST    SUFFIX
RAYNNA ANDREA SANDRA STEWART

| HEIGHT | WEIGHT | RACE | GENDER | BIRTHDATE | TELEPHONE NO. |
|---|---|---|---|---|---|
| 505 | 148 | 1 | F | | |

| VEHICLE REGISTRATION | STATE | YEAR |
|---|---|---|
| GB7058 | DC | 2014 |

| MAKE | MODEL | TYPE | COLOR |
|---|---|---|---|
| FORD | MUSTANG | 02 | BLUE |

VIOLATION DATE / TIME
9/7/2019    00:28

LOCATION OF OFFENSE
SHERIFF RD / 61ST AVENUE

| COUNTY CODE | | AREA | ARREST TYPE | CVID |
|---|---|---|---|---|
| PRINCE GEORGE'S - 16 | MD | 0 | A | |

DID UNLAWFULLY VIOLATE MOTOR VEHICLE LAW(S)

| CITATION NO. | ART/SEC/CHARGE | PAYABLE FINE AMOUNT |
|---|---|---|

1. 0BG0UV5    TA - 17-104.2(b2)    PAYABLE FINE OF $83
FAILURE OF MV OPER TO PRESENT EVIDENCE
OF REQUIRED SECURITY ON REQUEST OF A
LAW ENFORCEMENT OFFICER

2. 0BH0UV5    TA - 21-103(a)    PAYABLE FINE OF $290
WILLFULLY DISOBEYING LAWFUL ORDER,
DIRECTION OF A POLICE OFFICER

I SOLEMNLY AFFIRM UNDER PENALTY OF PERJURY THAT THE CONTENT OF THE FOREGOING DOCUMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF AND I PERSONALLY SERVED THIS SUMMONS ON THE DEFENDANT NAMED ABOVE.
X A VISUAL COMPARISON WAS MADE BETWEEN DEFENDANT AND THEIR ID/LICENSE.

OFFICER
SIGNATURE

DISTRICT 05 NO 01 AGENCY BM SUB-AGENCY TF ID NO. 9359

RADAR/LASER/VASCAR OPERATOR
AGENCY    SUBAGENCY    ID NO.

I ACKNOWLEDGE RECEIPT OF A COPY OF THIS SUMMONS. I UNDERSTAND THAT ACCEPTANCE OF THIS SUMMONS IS NOT AN ADMISSION OF GUILT BUT MY FAILURE TO APPEAR MAY RESULT IN THE ISSUANCE OF A WARRANT FOR MY ARREST.
ISSUED ELECTRONICALLY -- SIGNATURE NOT REQUIRED

NOTE: Failing to comply with option 1, 2, or 3 or failing to appear for a scheduled trial/waiver hearing will result in the suspension of your license and privilege to drive by the Motor Vehicle Administration. Driving on a suspended license is a criminal offense for which you may be incarcerated.

DR-4    v 10/2017

DISTRICT COURT OF MARYLAND SUMMONS TO APPEAR / NOTICE TO DEFENDANT

IMPORTANT INFORMATION: This citation is a summons to appear. If you request a trial or waiver hearing, you will be notified by the Circuit or District Court through a trial/waiver hearing notice setting the date, time, and place to appear. It is your obligation to know your trial/hearing date and appear on that date. It may take several weeks before a trial/hearing date is set. If your name or address on the citation is not correct, you must notify the Court in writing of any changes. The Post Office does NOT forward Court mail.
IF ANY OF YOUR VIOLATIONS ARE MARKED "MUST APPEAR": You must appear in District Court as directed.
You will automatically be mailed a notice of your trial date by the Court. Failure to appear may result in a warrant for your arrest.
TO THE PERSON CHARGED:
1. This paper charges you with committing a crime.
2. If you have been arrested and remain in custody, you have the right to have a judicial officer decide whether you should be released from jail until your trial.
3. If you have been served with a citation or summons directing you to appear before a judicial officer for a preliminary inquiry at a date and time designated or within five days of service if no time is designated, a judicial officer will advise you of your rights, the charges against you, and penalties. The preliminary inquiry will be cancelled if a lawyer has entered an appearance to represent you.
4. You have the right to have a lawyer.
5. A lawyer can be helpful to you by:
   A. explaining the charges in this paper;
   B. telling you the possible penalties;
   C. explaining any potential collateral consequences of a conviction, including immigration consequences;
   D. helping you at trial;
   E. helping you protect your constitutional rights; and
   F. helping you get a fair penalty if convicted.
6. Even if you plan to plead guilty, a lawyer can be helpful.
7. If you are eligible, the Public Defender or a court-appointed attorney will represent you at any initial appearance before a judicial officer and at any proceeding under Rule 4-216.2 to review an order of a District Court commissioner regarding pretrial release. If you want a lawyer for any further proceeding, including trial, but do not have the money to hire one, the Public Defender may provide a lawyer for you. To apply for Public Defender representation, contact a District Court commissioner.
8. If you want a lawyer but you cannot get one and the Public Defender will not provide one for you, contact the court clerk as soon as possible.
9. DO NOT WAIT UNTIL THE DATE OF YOUR TRIAL TO GET A LAWYER. If you do not have a lawyer before the trial date, you may have to go to trial without one.
IF ANY OF YOUR VIOLATIONS ARE MARKED "PAYABLE FINE": You must comply with one of the following within 30 days after receipt of the citation. Provide any change of address if applicable.
OPTION #1 - PAYMENT: Pay the full amount of the fine for each violation within 30 days at any District Court of Maryland, by mail, or by credit card (fees apply) using the IVR system or Court Website. If paying by mail, make check or money order payable to District Court of MD and include citation number(s) on front of check or money order. On the option form below, check "Pay Fine Amount" for each violation being paid and mail the form with your payment to the address shown below for the District Court of MD.
An additional $10 service fee will be imposed for each dishonored check.
OPTION #2 - REQUEST A WAIVER HEARING REGARDING SENTENCING AND DISPOSITION INSTEAD OF A TRIAL: On the option form below, check "Request Waiver Hearing" for each violation where hearing is requested, sign and date at the bottom and mail the form within 30 days to the address shown below. DO NOT SEND PAYMENT at this time.
OPTION #3 - REQUEST TRIAL: On the option form below, check "Request Trial" for each violation where Trial is requested, sign and date at the bottom and mail the form within 30 days to the address shown below. DO NOT SEND PAYMENT at this time.

FOR MORE INFORMATION AND TO PAY CITATIONS
Visit the MD Judiciary Website at www.mdcourts.gov/district or call the Interactive Voice Response (IVR) System for trial dates, court locations and directions.
From all areas including out-of-state call: 1-800-492-2656
TTY users call Maryland Relay: 711
Contact info for District Court Commissioner's Offices can be found at:
http://www.mdcourts.gov/district/directories/commissionermap.html
If you require further information about qualifying for a Public Defender, call 1-833-450-9799.

DISTRICT COURT OF MARYLAND COMPLAINT & CITATION OPTION FORM

Return To:
District Court of MD
P.O. Box 6676
Annapolis, MD
21401-0676

| NAME: RAYNNA ANDREA SANDRA STEWART | Telephone No. | DIS/NO 05/01 |
|---|---|---|
| ☐ Check if change from address on citation | City State Zip | |
| ADDRESS | | |

| 0BG0UV5 | | ☐ PAY FINE AMOUNT $83 | OR | ☐ REQUEST WAIVER HEARING ☐ REQUEST TRIAL |
|---|---|---|---|---|
| 0BH0UV5 | | ☐ PAY FINE AMOUNT $290 | OR | ☐ REQUEST WAIVER HEARING ☐ REQUEST TRIAL |

Check the appropriate box and sign below to request a Waiver Hearing or Trial for any citations listed above

☐ Request Waiver Hearing - I admit that I committed the violation(s) charged in this citation. I am requesting a waiver hearing at which I may explain the circumstances to a judge. I know this is not a trial, the officer and witnesses will not be present, and that my appearance in court is for sentencing only.
☐ Request Trial - I request a trial date for the violation(s) charged.

DATE        DEFENDANT SIGNATURE

JA967

379

US0070772

092002253965

**UNIFORM CRIMINAL CITATION**
State of Maryland vs.

Defendant's (Last) Name / First / Middle
Stewart    Raynna    Andrea Sandra

Current Address in Full
5239 Daventry Terrace

City: District Heights    State: MD    Zip Code: 20747

DOB: 7/30/2018    Height: 505    Weight: 148    Sex: F    Race: 01    Hair: Blk    Eyes: Bro

Related Citations

Telephone No.
Day: N/A    Night:

It is formally charged that the above named person on Friday September 6th 2019
at 11:28p M at Sheriff road and Cabin Branch Dr
Landover, MD 20785 (Location), City/County, Maryland
did Willfully act in a manner to disturb
the public peace by yelling profanity
curse words to include "Bitch, matterfucker
causing attention from bystanders and others
having to alternate travel routes because she
continued to run into the middle of the street
and banged her head against the bar multiple time

in violation of: ☑ Md. Ann. Code ☐ COMAR / Agency Code ☐ Common Law of Md. ☐ Ordinance
☐ Public Local Law

Document/Article: CR 10 - 201    Section (C) (1)    CJIS Code: 2-0050
Penalty: $500.00 - 60 Days Jail

TO ANSWER THE ABOVE CHARGE LODGED AGAINST YOU:

**YOU ARE HEREBY SUMMONED AND COMMANDED TO APPEAR FOR TRIAL IN THE DISTRICT COURT**
OF MARYLAND FOR.................................................(CITY/COUNTY) LOCATED AT....................
............................................................................................................., MARYLAND
☐ ON.................................................................AT.........................M.
Date
☑ WHEN NOTIFIED BY THE COURT.

**YOUR FAILURE TO OBEY THIS CITATION MAY RESULT IN THE ISSUANCE
OF A WARRANT FOR YOUR ARREST.**

To request a foreign language interpreter or a reasonable accommodation under
the Americans with Disabilities Act, please contact the court immediately.

I sign my name as a receipt of a copy of this citation and not as an admission of guilt. I hereby submit to
the jurisdiction of the Court and agree to appear when notified.

**X** Defendant's Signature
I solemnly affirm under the penalties of perjury that the contents of the foregoing citation are true to the best
of my knowledge, information, and belief.
Officer's Signature    9/6/2019    FHPD BMTF 9359
Date    Agency    Sub-Agency    ID No.

**DC/CR 45** (Rev. 5/2002) Print Date (4/2009)    **COURT COPY**

GOVERNMENT'S
EXHIBIT NO. 3
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0107829

JA968



GOVERNMENT'S
EXHIBIT NO. 4-A
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US-CL00735

JA969



JA970



JA971



GOVERNMENT'S
EXHIBIT NO. 4-D
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA972



JA973



JA974



GOVERNMENT'S
EXHIBIT NO. 4-G
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA975



GOVERNMENT'S
EXHIBIT NO. 4-H
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

**JA976**



GOVERNMENT'S
EXHIBIT NO. 5-A
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:



GOVERNMENT'S
EXHIBIT NO. 5-C
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA978

US0099684



JA979

GOVERNMENT'S
EXHIBIT NO. 5-D
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0099685



GOVERNMENT'S
EXHIBIT NO. 6-A
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0099667

JA980



GOVERNMENT'S
EXHIBIT NO. 6-B
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0099668

# September 2019

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| **1** <br> Ivey OFF <br> Vanderpool OFF <br> Washington OFF <br> Dupree OFF | Labor Day Holiday **2** <br> Ivey HOL <br> Vanderpool HOL <br> Washington HOL <br> Dupree HOL | **3** <br> Ivey 9A-5P <br> Vanderpool 6P-11P <br> Washington OFF <br> Dupree ~~OFF~~ 8/12 | **4** <br> Ivey 9A-5P <br> Vanderpool <br> Washington OFF <br> Dupree ~~OFF~~ 23SW | **5** <br> Ivey 9A-5P <br> Vanderpool 5P-11P <br> Washington OFF <br> Dupree 12A-5A | Time Sheets **6** <br> Ivey 9A-5P <br> Vanderpool 10P-3A <br> Washington 8P-1A SK <br> Dupree 12A-5A | **7** <br> Ivey OFF <br> Vanderpool <br> Washington 8P-1A <br> Dupree 12A-5A |
| **8** <br> Ivey OFF <br> Vanderpool OFF <br> Washington OFF <br> Dupree OFF | **9** <br> Ivey 9A-5P <br> Vanderpool 6P-11P <br> Washington OFF <br> Dupree (Leave) | WORK SESSION **10** <br> Ivey 9A-5P <br> Vanderpool 6P-11P <br> Washington OFF <br> Dupree (Leave) | **11** <br> Ivey 9A-5P <br> Vanderpool 6P-11P <br> Washington OFF <br> Dupree (Leave) | **12** <br> Ivey 9A-5P <br> Vanderpool 6P-11P <br> Washington OFF <br> Dupree (Leave) | PAY **13** <br> Ivey 9A-5P <br> Vanderpool <br> Washington 8P-1A <br> Dupree (Leave) | **14** <br> Ivey OFF <br> Vanderpool <br> Washington 8P-1A <br> Dupree (Leave) |
| **15** <br> Ivey OFF <br> Vanderpool OFF <br> Washington OFF <br> Dupree (Leave) | **16** <br> Ivey 9A-5P <br> Vanderpool OFF <br> Washington OFF <br> Dupree 12A-5A | **17** <br> Ivey 9A-5P <br> Vanderpool 6P-11P <br> Washington OFF <br> Dupree 12A-5A OFF | Council Meeting **18** <br> Ivey 9A-5P <br> Vanderpool 6P-11P <br> Washington OFF <br> Dupree | **19** <br> Ivey 9A-5P <br> Vanderpool 6P-11P <br> Washington OFF <br> Dupree 11pm/1am | Time Sheets **20** <br> Ivey 9A-5P <br> Vanderpool 7P-12A <br> Washington <br> Dupree 6pm/3am | **21** <br> Ivey OFF <br> Vanderpool OFF <br> Washington <br> Dupree 12A-5A |
| **22** <br> Ivey OFF <br> Vanderpool OFF <br> Washington 6A-2P <br> Dupree 12A-5A | **23** <br> Ivey 9A-5P <br> Vanderpool 6P-11P <br> Washington 6A-2P <br> Dupree OFF | 8am / 4pm **24** <br> Ivey 9A-5P <br> Vanderpool 6P-1A <br> Washington OFF <br> Dupree OFF | **25** <br> Ivey 9A-5P <br> Vanderpool OFF <br> Washington 6A-2P <br> Dupree 12A-5P OFF | **26** <br> Ivey 9A-5P <br> Vanderpool OFF <br> Washington 6A-2P <br> Dupree 7/1am | PAY **27** <br> Ivey 9A-5P <br> Vanderpool 6P-2A <br> Washington 6A-2P <br> Dupree OFF | **28** <br> Ivey OFF <br> Vanderpool 6P-2A <br> Washington OFF <br> Dupree OFF |
| **2929** <br> Ivey OFF <br> Vanderpool OFF <br> Washington OFF <br> Dupree 12A-5P | **30** <br> Ivey 9A-5P <br> Vanderpool 6P-4PM <br> Washington 6A-2P <br> Dupree 12A-5A | 10/1 | 10/211 | 10/31.05 | Time Sheets 10/4 <br> 1.32 | 10/5 |

Sep 2019 8/23/19 SRW

GOVERNMENT'S <br>
EXHIBIT NO. 7 <br>
CASE NO. DLB-23-234 <br>
IDENTIFICATION: <br>
ADMITTED:

JA982

US0103163

# Fairmount Heights Daily Attendance

Date: 9/6/19

| Name | Department | In | Out | Leave/Holiday |
|---|---|---|---|---|
| Hill , McKinley | Public Works | | | |
| Tucker, Donnell | Public Works | | | |
| Whittingham, Carlton | Public Works | | | |
| Whimbush, Charles | Public Works | | | |
| Dupree, Phillip | Police | 2ou | 0ou | |
| Ivey, Earl | Police | 9am | 6pm | |
| Pinkney, James | Police | | | |
| Vanderpool, Martique | Police | 10pm | 3am | |
| Washington, Calvin | Police | | | |
| Watkins, Stephen | Police | 8:30 A | 230P | |
| Tucker, Jo Ann | Administration | | | |
| Sarumi, Doris | Administration | | | |

JA983

US0099726



TOWN OF FAIRMOUNT HEIGHTS

| EMPLOYEE | Martique Vanderpool | ID (Public Safety) | 9359 |
|---|---|---|---|
| ADMINISTRATION | PUBLIC SAFETY | PUBLIC WORKS | |
| PAY PERIOD | 8/24/2019 | TO | 9/6/2019 |

| | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL | | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT | 8/24 | 12am | 10am | | | 10 | SAT | 8/31 | | | | | |
| SUN | 8/25 | | | | | | SUN | 9/1 | | | | | |
| MON | 8/26 | 630pm | 1130pm | | | 5 | MON | 9/2 | Holiday | OFF | | | 4 |
| TUES | 8/27 | 730pm | 1230am | | | 5 | TUES | 9/3 | 6pm | 11pm | | | 5 |
| WED | 8/38 | 730am | 1230am | | | 5 | WED | 9/4 | | | | | |
| THUR | 8/29 | | | | | | THUR | 9/5 | 1pm (Court) | 11pm | | | 10 |
| FRI | 8/30 | | | | | | FRI | 9/6 | 10pm | 12am | | | 2 |
| TOTAL HOURS WEEK 1 | | | | | | 25 | TOTAL HOURS WEEK 2 | | | | | | 21 |

| TOTAL HOURS PAY PERIOD | 46 |
|---|---|
| OVERTIME HOURS | |

| EMPLOYEE SIGNATURE | *Jn. Vand #9359* | DATE | 9/6/2019 |
|---|---|---|---|
| SUPERVISOR SIGNATURE | *JlWalkns* | DATE | 9/6/19 |

US0099727

JA984

TOWN OF FAIRMOUNT HEIGHTS

| EMPLOYEE | Martique Vanderpool | ID (Public Safety) | 9359 |
|---|---|---|---|
| ADMINISTRATION | PUBLIC SAFETY | PUBLIC WORKS | |
| PAY PERIOD | 9/7/2019 | TO | 9/20/2019 |

| | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL | | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT | 9/7 | 12am | 330am | | | 3.5 | SAT | 9/14 | | | | | |
| SUN | 9/8 | | | | | | SUN | 9/15 | | | | | |
| MON | 9/9 | 6pm | 11pm | | | 5 | MON | 9/16 | | | | | |
| TUES | 9/10 | 6pm | 11pm | | | 5 | TUES | 9/17 | 530pm | 1030pm | | | 5 |
| WED | 9/11 | 6pm | 11pm | | | 5 | WED | 9/18 | 6pm | 11pm | | | 5 |
| THUR | 9/12 | 6pm | 11pm | | | 5 | THUR | 9/19 | 530pm | 1030pm | | | 5 |
| FRI | 9/13 | | | | | | FRI | 9/20 | 7pm | 12am | | | 5 |
| TOTAL HOURS WEEK 1 | | | | | | 23.5 | TOTAL HOURS WEEK 2 | | | | | | 20 |

| TOTAL HOURS PAY PERIOD | 43.5 |
|---|---|
| OVERTIME HOURS | |

| EMPLOYEE SIGNATURE | _M. Van_ #9359 | DATE | 9/20/2019 |
|---|---|---|---|
| SUPERVISOR SIGNATURE | _MWhtn_ | DATE | 9/24/19 |



# Prince George's County Public Safety Communications
# Incident Details

## Incident #: PP19090600002661

Incident Status: Closed status

Incident Date: 9/6/2019 11:22:54 PM

## Incident Information

| | |
|---|---|
| Incident Type Code: **T** | Description: **TRAFFIC STOP** |
| Call Received: | Created by: **122** |
| Incident Created: **9/6/2019 11:22:54 PM** | Edited by: **111** |
| Incident Closed: **9/7/2019 12:31:57 AM** | Call Source: **Field** |
| Disposition: **500:** | |

Console: **LED02**
Console: **LED03**

## Associated Incidents

| Incident Number | Incident Type | Incident Created | Incident Closed | Created by | Console |
|---|---|---|---|---|---|

## Incident Location

| | | |
|---|---|---|
| Location: **SHERIFF RD EB / CABIN BRANCH DR** | Apt: | Beat/RD: **G3/0305** |
| Location Name: | City: **CAPITOL HEIGHTS** | Municipality: **COUNTY** |
| Cross Streets: **6200 SHERIFF RD EB / CABIN BRANCH DR** | Latitude: **38.90743625** | Longitude: **-76.90189616** |

## Caller Information

| | |
|---|---|
| Caller Name: **STEWART S RAYNNA** | Phone: |
| Cell Site: | Lat/Long **/** |
| Is Primary Caller: **False** | Contact? **No** |

## Units Assigned

| Unit | Assigned | Arrived | Clear |
|---|---|---|---|
| FA3 | | 9/6/2019 11:22:54 PM | 9/7/2019 12:30:48 AM |
| FA4 | | 9/6/2019 11:23:46 PM | 9/7/2019 12:30:48 AM |
| FA3 | 9/7/2019 12:31:27 AM | | 9/7/2019 12:31:57 AM |
| FA4 | 9/7/2019 12:31:27 AM | | 9/7/2019 12:31:57 AM |

## Personnel

| Unit | Officer Id | Officer Name | Unit | Destination | Time Arrived |
|---|---|---|---|---|---|
| FA3 | | | | | |
| | PP/FA9359 | Vanderpool, Martique | | | |
| FA4 | | | | | |
| | PP/FA9350 | WATKINS, STEPHEN | | | |

## Incident Comments

GOVERNMENT'S
EXHIBIT NO. 8
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0099691

JA986



# Prince George's County Public Safety Communications
## Incident Details

### Incident #: PP19090600002661

| Comment Date | User ID | Device Name | Comments |
|---|---|---|---|
| 9/6/2019 11:22:54 PM | 122 | LED02 | BLU MUSTANG 1X |
| 9/6/2019 11:23:53 PM | 122 | LED02 | DATASOURCE: MD_METERS |

USER NAME: 122

DEVICE NAME: LED02

UNIT ID: PP/FA3, PP/FA4

RAW DATA:
ZLRG00ZF000LED02MD017F63NO27305078LOL
*02GS39.QBY/.LIS/DC.LIC/GB7058.LIY/1999.LIT/PC.NCI/Y
BEGIN/
QRY/VEHICLE REGISTRATION
LIC/GB7058. EXP/2020-06-12 00:00:00. LIT/PASSENGER CAR.
VIN/1ZVBP8AM6E5265372. VYR/2014. VMA/FORD. VMO/191. VST/.
NAM/SAMUEL, DELONTE ANTONIO. DOB/1992-11-05 00:00:00. OLN/216374847
ADR/1063 44TH ST NE B, WASHINGTON DC 200193839.
VTI/K2306067 .
STATUS:ACTIVE
********

*** NOTICE ***
INFORMATION OBTAINED FROM WALES MAY BE USED FOR
CRIMINAL JUSTICE PURPOSES ONLY
MSG-ENDS

---

US0099692

JA987



# Prince George's County Public Safety Communications
# Incident Details

## Incident #: PP19090600002661

| Comment Date | User ID | Device Name | Comments |
|---|---|---|---|
| 9/6/2019 11:30:27 PM | 122 | LED02 | |

05JO000043.MVA18.MDR.20190906232941505.
MDR.MD002032V.OTT9.
RESPONSE TO: 45
TXT
  QUERY FORMAT:  OLN/S363730067579.NPY/99

OLN: S-363-730-067-579

NAME: RAYNNA ANDREA SANDRA STEWART  RACE: 1-BLACK    SEX: F
ADDR: 5239 DAVENTRY TER      HGT: 5'05"  WGT: 148  DOB: 07-23-00
CITY: DISTRICT HEIGHTS      COUNTY: PG   ST: MD  ZIP: 20747-2775

* TOTAL CURRENT POINTS  00

* LICENSE STATUS:  ELIGIBLE
* COMMERCIAL DRIVER'S LIC. STATUS:
* SPECIAL ATTENTION * NONE

* LICENSE DATA
  CLASS  LICENSE  ISSUE  EXPIRE
        TYPE    DATE    DATE  RESTRICTIONS
  CL-C LRNR    N    07-30-18 07-30-20  JB

* SPECIAL RESTRICTIONS
CLASS    CODE DESCRIPTION         BEGIN DATE  END DATE
CL-C LRNR  J01  UNDER 21 ALCOHOL RESTRICTED      07-30-18   INDEF

VIOLATIONS/NONE

OLN-SUSPEN/NONE

PBJ-RECORD/NONE

APS-RECORD/NONE

MCI-RECORD/NONE

ECI-RECORD/NONE

DISABLED PARKING PLACARD/NONE

MRI 561167 IN: MVA18 01188 AT 06SEP19 23:29:41
OUT AT 06SEP19 23:29:41 OTT9 57

## ADDRESS CHANGES

| Date | Time | User | From | To |
|---|---|---|---|---|
| 9/6/2019 11:23:01 PM | | PSC/122 | SHER/CAB | SHERIFF RD EB / CABIN BRANCH DR |

## PRIORITY CHANGES

| Date | Time | User | From | To |
|---|---|---|---|---|

## INCIDENT TYPES CHANGES

| Date | Time | User | From | To |
|---|---|---|---|---|

**End of Report**

10/7/2019 9:44:29 AM              Incident Details              Page: 3 of 3

US0099693

JA988

  

## Extraction Report - Google Android Generic

**Data Files (28)**

**Audio (28)**

| # | File Info | | Additional file Info | | Deleted |
|---|---|---|---|---|---|
| 1 | Name: | PTT-20190906-WA0000.opus<br>PTT-20190906-WA0000.opus_Converted.wav | Size (bytes): | 899512 | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201936/PTT-20190906-WA0000.opus | Created: | 9/6/2019 7:36:16 AM(UTC-4) | |
| | | | Modified: | 9/6/2019 7:42:48 AM(UTC-4) | |
| | | | Accessed: | 9/6/2019 7:36:16 AM(UTC-4) | |
| | MD5: | 008a5597c1b33786da7e3beb6cd24ec6 | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201936/PTT-20190906-WA0000.opus : 0x0 (Size: 899512 bytes) | |
| 2 | Name: | PTT-20190906-WA0001.opus<br>PTT-20190906-WA0001.opus_Converted.wav | Size (bytes): | 1798830 | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201936/PTT-20190906-WA0001.opus | Created: | 9/6/2019 3:43:07 PM(UTC-4) | |
| | | | Modified: | 9/6/2019 3:55:45 PM(UTC-4) | |
| | | | Accessed: | 9/6/2019 3:43:07 PM(UTC-4) | |
| | MD5: | fb19daf80d911f7829d9e0d86e1046af | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201936/PTT-20190906-WA0001.opus : 0x0 (Size: 1798830 bytes) | |
| 3 | Name: | PTT-20190907-WA0000.opus<br>PTT-20190907-WA0000.opus_Converted.wav | Size (bytes): | 305211 | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201936/PTT-20190907-WA0000.opus | Created: | 9/7/2019 9:51:12 AM(UTC-4) | |
| | | | Modified: | 9/7/2019 9:53:23 AM(UTC-4) | |
| | | | Accessed: | 9/7/2019 9:51:12 AM(UTC-4) | |
| | MD5: | 6a12bf48675f81799c7780d88c14e0dc | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201936/PTT-20190907-WA0000.opus : 0x0 (Size: 305211 bytes) | |
| 4 | Name: | PTT-20190907-WA0001.opus<br>PTT-20190907-WA0001.opus_Converted.wav | Size (bytes): | 192361 | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201936/PTT-20190907-WA0001.opus | Created: | 9/7/2019 2:58:26 PM(UTC-4) | |
| | | | Modified: | 9/7/2019 2:59:49 PM(UTC-4) | |
| | | | Accessed: | 9/7/2019 2:58:26 PM(UTC-4) | |
| | MD5: | 2d68c403bb28d411f6c4ea5c901b9b79 | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201936/PTT-20190907-WA0001.opus : 0x0 (Size: 192361 bytes) | |
| 5 | Name: | PTT-20190908-WA0000.opus<br>PTT-20190908-WA0000.opus_Converted.wav | Size (bytes): | 661446 | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190908-WA0000.opus | Created: | 9/8/2019 12:33:13 AM(UTC-4) | |
| | | | Modified: | 9/8/2019 12:37:54 AM(UTC-4) | |
| | | | Accessed: | 9/8/2019 12:33:13 AM(UTC-4) | |
| | MD5: | 1f09f09925f5642810be9743c36ac6a5 | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190908-WA0000.opus : 0x0 (Size: 661446 bytes) | |
| 6 | Name: | PTT-20190908-WA0002.opus<br>PTT-20190908-WA0002.opus_Converted.wav | Size (bytes): | 1180266 | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190908-WA0002.opus | Created: | 9/8/2019 7:47:59 AM(UTC-4) | |
| | | | Modified: | 9/8/2019 7:56:19 AM(UTC-4) | |
| | | | Accessed: | 9/8/2019 7:47:59 AM(UTC-4) | |
| | MD5: | b8fe5e1cec56baf4de61f672a8356beb | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190908-WA0002.opus : 0x0 (Size: 1180266 bytes) | |
| 7 | Name: | PTT-20190908-WA0003.opus<br>PTT-20190908-WA0003.opus_Converted.wav | Size (bytes): | 780479 | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190908-WA0003.opus | Created: | 9/8/2019 7:56:27 AM(UTC-4) | |
| | | | Modified: | 9/8/2019 8:01:57 AM(UTC-4) | |
| | | | Accessed: | 9/8/2019 7:56:27 AM(UTC-4) | |
| | MD5: | b6652f9c47c3bbaa21fbad5ef89f031e | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190908-WA0003.opus : 0x0 (Size: 780479 bytes) | |
| 8 | MD5:<br>Duplicates(1) | dd8e7043f9ffca3b3f98961d6870e0be | Size (bytes):<br>Attachments:<br>Attachment source: | 54950<br>1<br>Instant Message (1) | |

GOVERNMENT'S EXHIBIT NO. 10 CASE NO. DLB-23-234 IDENTIFICATION: ADMITTED:

US0107080

JA989

| | | | | | |
|---|---|---|---|---|---|
| 8(1) | Name: | PART_1567944578086_Audio_message_Dupree_(FHPD)_001.amr | Created: | 9/8/2019 8:09:38 AM(UTC-4) | |
| | | | Modified: | 9/8/2019 8:09:38 AM(UTC-4) | |
| | Path: | data/Root/user_de/0/com.android.providers.telephony/app_parts/PART_1567944578086_Audio_message_Dupree_(FHPD)_001.amr | Accessed: | 9/8/2019 8:09:38 AM(UTC-4) | |
| | | | Source file | data/Root/user_de/0/com.android.providers.telephony/app_parts/PART_1567944578086_Audio_message_Dupree_(FHPD)_001.amr : 0x0 (Size: 54950 bytes) | |
| 8(2) | Name: | 22225 | Created: | 9/8/2019 8:09:38 AM(UTC-4) | |
| | Path: | data/Root/data/com.samsung.android.messaging/files/22225 | Modified: | 9/8/2019 8:09:38 AM(UTC-4) | |
| | | | Accessed: | 9/8/2019 8:09:38 AM(UTC-4) | |
| | | | Source file | data/Root/data/com.samsung.android.messaging/files/22225 : 0x0 (Size: 54950 bytes) | |
| 9 | Name: | PTT-20190909-WA0000.opus | Size (bytes): | 450967 | |
| | | PTT-20190909-WA0000.opus_Converted.wav | Created: | 9/9/2019 7:07:50 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 7:11:18 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0000.opus | Accessed: | 9/9/2019 7:07:50 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0000.opus : 0x0 (Size: 450967 bytes) | |
| | MD5: | 00553a4d3d7f8bd618c3b7f3d326a947 | | | |
| 10 | Name: | PTT-20190909-WA0001.opus | Size (bytes): | 458475 | |
| | | PTT-20190909-WA0001.opus_Converted.wav | Created: | 9/9/2019 7:43:48 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 7:43:49 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0001.opus | Accessed: | 9/9/2019 7:43:48 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0001.opus : 0x0 (Size: 458475 bytes) | |
| | MD5: | be0dd05c983b734180c30f43a94f05ed | | | |
| 11 | Name: | PTT-20190909-WA0002.opus | Size (bytes): | 505437 | |
| | | PTT-20190909-WA0002.opus_Converted.wav | Created: | 9/9/2019 7:48:56 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 7:48:56 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0002.opus | Accessed: | 9/9/2019 7:48:56 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0002.opus : 0x0 (Size: 505437 bytes) | |
| | MD5: | b3c991fa9953682eddbce03a5002bbd1 | | | |
| 12 | Name: | PTT-20190909-WA0003.opus | Size (bytes): | 1327644 | |
| | | PTT-20190909-WA0003.opus_Converted.wav | Created: | 9/9/2019 7:49:01 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 7:49:01 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0003.opus | Accessed: | 9/9/2019 7:49:01 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0003.opus : 0x0 (Size: 1327644 bytes) | |
| | MD5: | 3af7e58532b122c41c23d1b56caca5e1 | | | |
| 13 | Name: | PTT-20190909-WA0004.opus | Size (bytes): | 355576 | |
| | | PTT-20190909-WA0004.opus_Converted.wav | Created: | 9/9/2019 7:56:33 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 7:59:07 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0004.opus | Accessed: | 9/9/2019 7:56:33 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0004.opus : 0x0 (Size: 355576 bytes) | |
| | MD5: | 3cb153a22cd4e94cf3caf8ddaa72d83c | | | |
| 14 | Name: | PTT-20190909-WA0005.opus | Size (bytes): | 76037 | |
| | | PTT-20190909-WA0005.opus_Converted.wav | Created: | 9/9/2019 8:03:34 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 8:03:34 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0005.opus | Accessed: | 9/9/2019 8:03:34 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0005.opus : 0x0 (Size: 76037 bytes) | |
| | MD5: | 36b6e2773389021668be8b6db0454b5d | | | |
| 15 | Name: | PTT-20190909-WA0006.opus | Size (bytes): | 311414 | |
| | | PTT-20190909-WA0006.opus_Converted.wav | Created: | 9/9/2019 9:17:16 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 9:19:30 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0006.opus | Accessed: | 9/9/2019 9:17:16 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0006.opus : 0x0 (Size: 311414 bytes) | |
| | MD5: | 9fb8644cdda5d4c20921c44e1a24c62e | | | |
| 16 | Name: | PTT-20190909-WA0007.opus | Size (bytes): | 34751 | |
| | | PTT-20190909-WA0007.opus_Converted.wav | Created: | 9/9/2019 9:28:27 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 9:28:42 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0007.opus | Accessed: | 9/9/2019 9:28:27 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0007.opus : 0x0 (Size: 34751 bytes) | |
| | MD5: | a9914e44b6af65ddf7d098921bf9c3c9 | | | |

US0107081

JA990

| | | | | | |
|---|---|---|---|---|---|
| 17 | Name: | PTT-20190909-WA0008.opus<br>PTT-20190909-WA0008.opus_Converted.wav | Size (bytes): | 72325 | |
| | | | Created: | 9/9/2019 9:30:10 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 9:30:40 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0008.opus | Accessed: | 9/9/2019 9:30:10 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0008.opus : 0x0 (Size: 72325 bytes) | |
| | MD5: | a93961e53b2a1a644fbc0e793a0f8c67 | | | |
| 18 | Name: | PTT-20190909-WA0016.opus<br>PTT-20190909-WA0016.opus_Converted.wav | Size (bytes): | 101801 | |
| | | | Created: | 9/9/2019 9:51:43 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 9:51:44 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0016.opus | Accessed: | 9/9/2019 9:51:43 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0016.opus : 0x0 (Size: 101801 bytes) | |
| | MD5: | 7b599549dd6408bf22a4335a3435a7a7 | | | |
| 19 | Name: | PTT-20190909-WA0019.opus<br>PTT-20190909-WA0019.opus_Converted.wav | Size (bytes): | 156783 | |
| | | | Created: | 9/9/2019 10:29:24 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 10:30:32 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0019.opus | Accessed: | 9/9/2019 10:29:24 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0019.opus : 0x0 (Size: 156783 bytes) | |
| | MD5: | 6f8f59108f8f041db1910bb5af11c0c2 | | | |
| 20 | Name: | PTT-20190909-WA0020.opus<br>PTT-20190909-WA0020.opus_Converted.wav | Size (bytes): | 285708 | |
| | | | Created: | 9/9/2019 11:02:26 AM(UTC-4) | |
| | | | Modified: | 9/9/2019 11:02:26 AM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0020.opus | Accessed: | 9/9/2019 11:02:26 AM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0020.opus : 0x0 (Size: 285708 bytes) | |
| | MD5: | dec1d80108d6be8bc9390292d29f1280 | | | |
| 21 | Name: | PTT-20190909-WA0022.opus<br>PTT-20190909-WA0022.opus_Converted.wav | Size (bytes): | 289808 | |
| | | | Created: | 9/9/2019 12:52:14 PM(UTC-4) | |
| | | | Modified: | 9/9/2019 12:54:22 PM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0022.opus | Accessed: | 9/9/2019 12:52:14 PM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0022.opus : 0x0 (Size: 289808 bytes) | |
| | MD5: | c8555be32ffb0dc9007c814205a2e9ec | | | |
| 22 | Name: | PTT-20190909-WA0024.opus<br>PTT-20190909-WA0024.opus_Converted.wav | Size (bytes): | 79819 | |
| | | | Created: | 9/9/2019 1:09:41 PM(UTC-4) | |
| | | | Modified: | 9/9/2019 1:09:41 PM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0024.opus | Accessed: | 9/9/2019 1:09:41 PM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0024.opus : 0x0 (Size: 79819 bytes) | |
| | MD5: | 7121d0e7a5a033d8aafe5508fb2b182b | | | |
| 23 | Name: | 99 | Size (bytes): | 151142 | |
| | Path: | data/Root/data/com.tmobile.vvm.applicati on/databases/3016584354@vms.eng.t-mobile.com.db_att/99 | Created: | 9/9/2019 4:10:34 PM(UTC-4) | |
| | | | Modified: | 11/7/2019 7:30:03 PM(UTC-5) | |
| | | | Accessed: | 9/9/2019 4:10:34 PM(UTC-4) | |
| | MD5: | 3fc128090cf98c8918c52ef38dad267e | Source file | data/Root/data/com.tmobile.vvm.applicati on/databases/3016584354@vms.eng.t-mobile.com.db_att/99 : 0x0 (Size: 151142 bytes) | |
| 24 | Name: | PTT-20190909-WA0026.opus<br>PTT-20190909-WA0026.opus_Converted.wav | Size (bytes): | 2137942 | |
| | | | Created: | 9/9/2019 8:28:31 PM(UTC-4) | |
| | | | Modified: | 9/9/2019 8:28:41 PM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0026.opus | Accessed: | 9/9/2019 8:28:31 PM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0026.opus : 0x0 (Size: 2137942 bytes) | |
| | MD5: | 91140b7697f13b03d497786c7dffc894 | | | |
| 25 | Name: | PTT-20190909-WA0027.opus<br>PTT-20190909-WA0027.opus_Converted.wav | Size (bytes): | 58239 | |
| | | | Created: | 9/9/2019 8:49:47 PM(UTC-4) | |
| | | | Modified: | 9/9/2019 8:50:12 PM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0027.opus | Accessed: | 9/9/2019 8:49:47 PM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/What sApp Voice Notes/201937/PTT-20190909-WA0027.opus : 0x0 (Size: 58239 bytes) | |
| | MD5: | 5c7698b94ac25e790035f0bf5b19db8e | | | |

US0107082

JA991

| | | | | | |
|---|---|---|---|---|---|
| 26 | Name: | PTT-20190909-WA0028.opus<br><br>PTT-20190909-WA0028.opus_Converted.wav | Size (bytes): | 475289 | |
| | | | Created: | 9/9/2019 8:55:28 PM(UTC-4) | |
| | | | Modified: | 9/9/2019 8:58:51 PM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0028.opus | Accessed: | 9/9/2019 8:55:28 PM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0028.opus : 0x0 (Size: 475289 bytes) | |
| | MD5: | 27c6745b81d9d2ca699eeb1c075d1df5 | | | |
| 27 | Name: | PTT-20190909-WA0029.opus<br><br>PTT-20190909-WA0029.opus_Converted.wav | Size (bytes): | 157442 | |
| | | | Created: | 9/9/2019 8:59:12 PM(UTC-4) | |
| | | | Modified: | 9/9/2019 9:00:21 PM(UTC-4) | |
| | Path: | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0029.opus | Accessed: | 9/9/2019 8:59:12 PM(UTC-4) | |
| | | | Source file | data/Root/media/0/WhatsApp/Media/WhatsApp Voice Notes/201937/PTT-20190909-WA0029.opus : 0x0 (Size: 157442 bytes) | |
| | MD5: | af7cc10a6433e854dacec75520544ca2 | | | |

4

US0107083

JA992



# Extraction Report - Google Android Generic


www.cellebrite.com

## Instant Messages (79)



⚠ * These details are cross-referenced from this device's contacts

| # | Source | From | To | All timestamps | Content | Deleted |
|---|--------|------|-----|----------------|---------|---------|
| 1 | IMS Service | +13016584354 | 2407436983 Dupree (FHPD)* | **Timestamp:** 9/17/2019 07:27:46 AM(UTC-4) | **Direction:** Outgoing **Body:** U good? <br><br> **Participants:** <br><br> Participant / Delivered / Read / Played <br> 2407436983 Dupree (FHPD) <br><br> **Source file:** data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4249899 / 0x40D92**B** (Table: sms; Size: 4808704 bytes) **Service Identifier:** Status: Unsent **Message Type:** SMS **Folder:** Outbox | |
| 2 | IMS Service | 13016584354 | +12407436983 Dupree (FHPD)* | **Timestamp:** 9/17/2019 07:27:46 AM(UTC-4) | **Direction:** Outgoing **Body:** U good? <br><br> **Participants:** <br><br> Participant / Delivered / Read / Played <br> +12407436983 Dupree (FHPD) <br><br> **Source file:** data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2689587 / 0x290A33 (Table: message, session; Size: 3084288 bytes) **Service Identifier:** **Message Type:** SMS **Folder:** Sent | |
| 2(1) | | | +12407436983 Dupree (FHPD)* | **Timestamp:** 9/17/2019 07:27:47 AM(UTC-4) | **Direction:** Outgoing **Body:** U good? <br><br> **Participants:** <br><br> Participant / Delivered / Read / Played <br> +12407436983 Dupree (FHPD) <br><br> **Source file:** data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1974928 / 0x1E2290 (Table: mmssms; Size: 2256896 bytes) **Service Identifier:** **Message Type:** SMS **Folder:** Sent | |

GOVERNMENT'S
EXHIBIT NO. 11
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

1

JA993

| | | | | | | |
|---|---|---|---|---|---|---|
| 2(2) | | | +12407436983<br>Dupree (FHPD)*<br><br>+12024913896<br>Tae*<br><br>2024605871<br>Dad* | Timestamp:<br>9/17/2019 07:27:47 AM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>U good?<br><br>**Participants:**<br><br>| Participant | Delivered | Read | Played |<br>| +12407436983 Dupree (FHPD) | | | |<br>| +12024913896 Tae | | | |<br>| 2024605871 Dad | | | |<br><br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5490378 / 0x53C6CA (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 2(3) | | | 2407436983<br>Dupree (FHPD)* | Timestamp:<br>9/17/2019 07:27:47 AM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>U good?<br><br>**Participants:**<br><br>| Participant | Delivered | Read | Played |<br>| 2407436983 Dupree (FHPD) | | | |<br><br>**Source file:**<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9390902 / 0x8F4B36 (Table: sms; Size: 10813440 bytes)<br>**Service Identifier:**<br>Status: Sent<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 3 | | 2958 | | Timestamp:<br>9/17/2019 11:22:27 AM(UTC-4)<br><br>Delivered:<br>9/17/2019 11:22:25 AM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>Limited time only at T-Mobile—buy one Samsung Galaxy S10e and score a second one FREE when you add a line. Via 24 mo. bill credits. For well qual'd + tax: http://t-mo.co/Samsung_BOGO<br><br>**Source file:**<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9390598 / 0x8F4A06 (Table: sms; Size: 10813440 bytes)<br>**Service Identifier:**<br>Status: Read<br>**Message Type:**<br>SMS<br>**SMSC:**<br>+14054720056<br>**Folder:**<br>Inbox | |
| 3(1) | IMS Service | 2958 | +13016584354 | Timestamp:<br>9/17/2019 11:22:27 AM(UTC-4)<br><br>Delivered:<br>9/17/2019 11:22:25 AM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>Limited time only at T-Mobile—buy one Samsung Galaxy S10e and score a second one FREE when you add a line. Via 24 mo. bill credits. For well qual'd + tax: http://t-mo.co/Samsung_BOGO<br><br>**Participants:**<br><br>| Participant | Delivered | Read | Played |<br>| +13016584354 | | | |<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4249589 / 0x40D7F5 (Table: sms; Size: 4808704 bytes)<br>**Service Identifier:**<br>Status: Read<br>**Message Type:**<br>SMS<br>**Folder:**<br>Inbox | |

JA994

| 3(2) | | 2958 | | Timestamp: 9/17/2019 11:22:27 AM(UTC-4) | Direction: Incoming<br>Body: Limited time only at T-Mobile—buy one Samsung Galaxy S10e and score a second one FREE when you add a line. Via 24 mo. bill credits. For well qual'd + tax: http://t-mo.co/Samsung_BOGO<br><br>Source file: data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1974669 / 0x1E218D (Table: mmssms; Size: 2256896 bytes)<br>Service Identifier:<br>Message Type: SMS<br>Folder: Inbox | |
| --- | --- | --- | --- | --- | --- | --- |
| 3(3) | | ‾‾ ‾ ‾‾‾‾ 5<br><br>‾‾‾‾B_Y_\|‾‾‾‾<br>o‾‾‾\|‾‾‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾‾P_<br><br>‾‾‾‾‾‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾*‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾‾R<br>_)‾‾‾‾‾y‾‾‾‾‾<br>_!‾‾‾‾‾%‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾nj<br>_g@r_As we have therefore opportunity, let us do good unto all men, especially unto them who are of the household of faith._b_nulltext/plain_d+12022767608_E_s_(‾‾‾‾A_<br>‾‾‾‾!‾‾‾‾%‾‾<br><br>_n_`_gQ_Keep your head up solider bmnulltext/plain_d+12403553245‾‾‾<br>_k‾‾‾‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾‾‾<br>1_)‾‾‾‾I‾‾‾‾‾<br>_!‾‾‾‾‾%‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾g/_I<br>_g/_EClick the link below on your phone and sign in with snateak3@aol.com to view your Washington Redskins vs. New York Giants ticket(s). https://my.ticketmaster.com/order/Z7IVgZxvZ15YZZAp_S-0jU/tickets?eventId=1500546FDD4C56A9_\|text/plain_d+14696096243a_(<br>‾‾‾‾‾‾‾!‾‾‾‾<br>‾‾‾‾%‾‾‾‾‾‾‾‾<br>‾‾‾‾‾‾‾‾‾‾\|‾‾<br>_g5Good lookOknulltext/plain_Nf+124040128551Z_(<br>‾‾‾‾!‾‾‾‾!‾‾‾<br>‾‾‾‾‾‾‾‾‾‾‾g"<br>0_g_vMartique_Ttext/plain_Nf2025315201A_)‾‾‾<br>_q‾‾‾‾‾‾‾!‾‾‾<br><br>‾‾‾‾‾‾iN_gkE+Welcome to Caribbean Island! Your T-Mobile plan gives you unlimited data at up to 2G speeds and texts at no extra cost! Calls at 25 cents/min. Visit //t-mo.co/intl-roam1 to learn more and view additional | | Timestamp: 9/17/2019 11:22:27 AM(UTC-4) | Direction: Incoming<br>Body: Limited time only at T-Mobile—buy one Samsung Galaxy S10e and score a second one FREE when you add a line. Via 24 mo. bill credits. For well qual'd + tax: http://t-mo.co/Samsung_BOGO<br><br>Source file: data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5490240 / 0x53C640 (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1535742 / 0x176EFE (Table: recipients; Size: 5236552 bytes)<br>Service Identifier:<br>Status: Read<br>Message Type: SMS<br>Folder: Inbox | |

JA995

| | | | | | |
|---|---|---|---|---|---|
| | | calling/data options. Enjoy your stay!"nulltext/plain _d156_f_(_____)_ _____!_____%_ ____m*Y_gf2_Oka y. Thanks W- nulltext/plain_d+13 0154375750__(__ _____!___ ____%_____ _____knb_g_ vzTlight. HQnulltext/plain_d +14437044763 c_(_____#_____ __!_____%_____ mzE_g^feJOn the way [nulltext/plain_d+1 2022816776iv_(__ ____%_____;___ _____%_____ _____k/O_g[D _O(No subject)G_content ://mms/part/2677a udio/amr_Nf+1301 5499170(z_(_____ _%_____;!_____ !_____m_8_gZd(No subject)\content:// mms/part/3590ima ge/jpeg_8__Nf301 6415425__j_____ _____ _____ _____ _____ _____ _____]_(_____ _____!_____ %_____ _____nK_gUnCo pya_nulltext/plain_ Nf+13015128190__ y_(_____[_____ _!_____%_____ _____gQ5 ___gQ5_6013 Clay Street NE Washington DC 20019_text/plain_ d+12022762584o_ (_____9_____!_ _____%_____ _____m_ㄱ _gQ(x190057784 honda odessy[nulltext/pla in_Nf+120229429 50____s_____ _____ _____ _____ _____ _____ _____Q _)_____ _!_____ _____n<_ gPD+Hi, MARTIQUE your T-Mobile bill of $70.36 is now available. AutoPay is scheduled for 12/13/2019. Go to t-mo.co/bill1 for details.a~nulltext/p lain_d456___ (_____! _____%_____ _____md_ gM`0Ynulltext/plai n_d+14044062676 5w_(_____/_____ ____=_____%____ _m___gK_ZJust let me know [1nulltext/plain;cha rset=UTF- 8_d+14044182057 dX_(_____ ___!_____%_____ gK _gJ_gCopy_text/pl ain_Nf+14108020 690_____p(____ | | | | |

JA996

| | | | | | | |
|---|---|---|---|---|---|---|
| | | _.;_____!_____<br>%_____<br>___<br><br>_n6_gC3VHappy<br>Thanksgiving<br>bruhanulltext/plain<br>_d+12404323678_<br>s]_(<br>_!____%_____<br>_____k<br>_h_CoolH+nulltext<br>/plain_d+1240210<br>0847___<br><br><br><br>b_____<br>____f_(____'__<br>____!_____%___<br><br>_n_hmk_Suitland<br>at<br>3b(nulltext/plain_d<br>+12407436983_g_<br>+_b_____<br>_____<br>_____<br>_____<br>_____<br>_____e_(___<br>%_____!____<br>_%_____<br>_____n|Z_g>0Y<br>ea I'm<br>goodbKnulltext/pla<br>in_d+1202491389<br>6_____^_____<br>_____<br>_____<br>_____<br>_____<br>_____w_(___<br>l_____!____<br>%_____<br>_____mxe_g=x/<br>My nigga<br>♂Znulltext/plain_d<br>+12024453994____<br>_____g<br>_(_____)__<br>____!____%___<br><br>n_q_g<x,Goodnig<br>ht Son<br>bknulltext/plain_d+<br>12024605871_/u_<br>(_____G___<br>____!____%___<br><br>_jE_g;O At<br>work...will hit u in<br>a<br>sec;nulltext/plaine<br>+17544221170_ | | | | |
| 4 | | +12407436983<br>Dupree (FHPD)* | | Timestamp:<br>9/17/2019 12:29:40<br>PM(UTC-4)<br><br>Delivered:<br>9/17/2019 12:29:39<br>PM(UTC-4) | Direction:<br>Incoming<br>Body:<br><br>Source file:<br>data/Root/user_de/0/com.android.providers.telephony/databases<br>/mmssms.db : 9390475 / 0x8F498B (Table: sms; Size: 10813440<br>bytes)<br>Service Identifier:<br>Status: Read<br>Message Type:<br>SMS<br>SMSC:<br>+14054720056<br>Folder:<br>Inbox | |

JA997

| | | | | | | |
|---|---|---|---|---|---|---|
| 4(1) | IMS Service | +12407436983<br>Dupree (FHPD)* | +13016584354 | Timestamp:<br>9/17/2019 12:29:40 PM(UTC-4)<br><br>Delivered:<br>9/17/2019 12:29:39 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br><br>Participants:<br><br>Participant   Delivered   Read   Played<br>+13016584354<br><br>Source file:<br>data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4249460 / 0x40D774 (Table: sms; Size: 4808704 bytes)<br>Service Identifier:<br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox | |
| 4(2) | | +12407436983<br>Dupree (FHPD)* | | Timestamp:<br>9/17/2019 12:29:40 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br><br>Source file:<br>data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1974594 / 0x1E2142 (Table: mmssms; Size: 2256896 bytes)<br>Service Identifier:<br>Message Type:<br>SMS<br>Folder:<br>Inbox | |
| 4(3) | | 2024605871<br>Dad* | | Timestamp:<br>9/17/2019 12:29:40 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br><br>Source file:<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5490109 / 0x53C5BD (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>Service Identifier:<br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox | |
| 5 | | +12407436983<br>Dupree (FHPD)* | | Timestamp:<br>9/17/2019 12:35:20 PM(UTC-4)<br><br>Delivered:<br>9/17/2019 12:35:19 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>Call me now<br><br>Source file:<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9390342 / 0x8F4906 (Table: sms; Size: 10813440 bytes)<br>Service Identifier:<br>Status: Read<br>Message Type:<br>SMS<br>SMSC:<br>+14054720056<br>Folder:<br>Inbox | |
| 5(1) | IMS Service | +12407436983<br>Dupree (FHPD)* | +13016584354 | Timestamp:<br>9/17/2019 12:35:20 PM(UTC-4)<br><br>Delivered:<br>9/17/2019 12:35:19 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>Call me now<br><br>Participants:<br><br>Participant   Delivered   Read   Played<br>+13016584354<br><br>Source file:<br>data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4249320 / 0x40D6E8 (Table: sms; Size: 4808704 bytes)<br>Service Identifier:<br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox | |

JA998

| 5(2) | | +12407436983 Dupree (FHPD)* | | Timestamp: 9/17/2019 12:35:20 PM(UTC-4) | Direction: Incoming Body: Call me now Source file: data/Root/data/com.google.android.gms/databases/icing_mmss ms.db : 1974509 / 0x1E20ED (Table: mmssms; Size: 2256896 bytes) Service Identifier: Message Type: SMS Folder: Inbox | |
| --- | --- | --- | --- | --- | --- | --- |
| 5(3) | | 2024605871 Dad* | | Timestamp: 9/17/2019 12:35:20 PM(UTC-4) | Direction: Incoming Body: Call me now Source file: data/Root/data/com.samsung.android.messaging/databases/mes sage_content.db : 5489969 / 0x53C531 (Table: messages, parts; Size: 6316032 bytes) data/Root/data/com.samsung.android.messaging/databases/mes sage_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes) Service Identifier: Status: Read Message Type: SMS Folder: Inbox | |
| 6 | IMS Service | +13016584354 | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 03:24:40 PM(UTC-4) | Direction: Outgoing Body: Why Tf is sheriff's at my house Participants:<br><br>Participant  Delivered  Read  Played<br>+12407436983 Dupree (FHPD)<br><br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/cloudmessa gebuffertable.db : 4249179 / 0x40D65B (Table: sms; Size: 4808704 bytes) Service Identifier: Status: Unsent Message Type: SMS Folder: Outbox | |
| 7 | IMS Service | 13016584354 | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 03:24:40 PM(UTC-4) | Direction: Outgoing Participants:<br><br>Participant  Delivered  Read  Played<br>+12407436983 Dupree (FHPD)<br><br>Attachments:<br><br>/storage/emulated/0/Android/d ata/com.samsung.android.me ssaging/files/Screenshot_2019 0917-152358_Pulse.jpg Screenshot_20190917- 152358_Pulse.jpg (Empty File)<br><br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2689156 / 0x290884 (Table: message, session; Size: 3084288 bytes) Service Identifier: Message Type: MMS Folder: Sent | |

7

JA999

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | IMS Service | 13016584354 | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>9/17/2019 03:24:40<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Why Tf is sheriff's at my house<br><br>**Participants:**<br><br>Participant   Delivered  Read  Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2688939 / 0x2907AB (Table: message, session; Size: 3084288 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 8(1) | | | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>9/17/2019 03:24:42<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Why Tf is sheriff's at my house<br><br>**Participants:**<br><br>Participant   Delivered  Read  Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Source file:**<br>data/Root/data/com.google.android.gms/databases/icing_mmsms.db : 1990605 / 0x1E5FCD (Table: mmsms; Size: 2256896 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 8(2) | | | +12407436983<br>Dupree (FHPD)*<br>+12024913896<br>Tae*<br>2024605871<br>Dad* | Timestamp:<br>9/17/2019 03:24:42<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Why Tf is sheriff's at my house<br><br>**Participants:**<br><br>Participant   Delivered  Read  Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>+12024913896 Tae<br><br>2024605871 Dad<br><br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5492687 / 0x53CFCF (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 8(3) | | | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>9/17/2019 03:24:42<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Why Tf is sheriff's at my house<br><br>**Participants:**<br><br>Participant   Delivered  Read  Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Source file:**<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9390206 / 0x8F487E (Table: sms; Size: 10813440 bytes)<br>**Service Identifier:**<br>Status: Sent<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |

JA1000

| 9 | | | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 03:24:44 PM(UTC-4) | Direction: Outgoing<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>| +12407436983 Dupree (FHPD) | | | |<br><br>Attachments:<br>smil.xml<br><br><br>Resized_Screenshot_201909 17-152358_Pulse.jpeg<br><br>Source file:<br>data/Root/user_de/0/com.android.providers.telephony/databases /mmssms.db : 9348707 / 0x8EA663 (Table: pdu, addr, part; Size: 10813440 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/databases /mmssms.db/smil.xml : (Table: part; Size: 243 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/app_parts/ PART_1568748281298_Resized_Screenshot_20190917-152358_Pulse.jpeg : (Size: 454373 bytes)<br>Service Identifier:<br>Message Type:<br>MMS<br>Folder:<br>Sent | |
| 9(1) | | | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 03:24:44 PM(UTC-4) | Direction: Outgoing<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>| +12407436983 Dupree (FHPD) | | | |<br><br>Attachments:<br><br><br>PART_1568748281298_Resiz ed_Screenshot_20190917-152358_Pulse.jpeg<br>(Empty File)<br><br>Source file:<br>data/Root/data/com.google.android.gms/databases/icing_mmss ms.db : 1990507 / 0x1E5F6B (Table: mmssms; Size: 2256896 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/databases /mmssms.db : 9374125 / 0x8F09AD (Size: 10813440 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/app_parts/ PART_1568748281298_Resized_Screenshot_20190917-152358_Pulse.jpeg : (Size: 454373 bytes)<br>Service Identifier:<br>Message Type:<br>MMS<br>Folder:<br>Sent | |

JA1001

| | | | | | |
|---|---|---|---|---|---|
| 10 | | | +12407436983 Dupree (FHPD)* +12024913896 Tae* 2024605871 Dad* | | Timestamp: 9/17/2019 03:24:44 PM(UTC-4) | Direction: Outgoing<br><br>Participants:<br><br>Participant / Delivered / Read / Played<br>+12407436983 Dupree (FHPD)<br>+12024913896 Tae<br>2024605871 Dad<br><br>Attachments:<br><br>content://mms/part/3419 (Empty File)<br>Resized_Screenshot_20190917-152358_Pulse.jpeg (Empty File)<br><br>Source file:<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5489764 / 0x53C464 (Table: messages; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>Service Identifier:<br>Message Type:<br>MMS<br>Folder:<br>Sent |
| 11 | | +12407436983 Dupree (FHPD)* | | Timestamp: 9/17/2019 03:31:32 PM(UTC-4)<br><br>Delivered: 9/17/2019 03:31:32 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>This shit is too much<br>Bro<br><br>Source file:<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9390057 / 0x8F47E9 (Table: sms; Size: 10813440 bytes)<br>Service Identifier:<br>Status: Read<br>Message Type:<br>SMS<br>SMSC:<br>+14054720056<br>Folder:<br>Inbox |
| 11(1) | IMS Service | +12407436983 Dupree (FHPD)* | +13016584354 | Timestamp: 9/17/2019 03:31:32 PM(UTC-4)<br><br>Delivered: 9/17/2019 03:31:32 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>This shit is too much<br>Bro<br><br>Participants:<br><br>Participant / Delivered / Read / Played<br>+13016584354<br><br>Source file:<br>data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4249025 / 0x40D5C1 (Table: sms; Size: 4808704 bytes)<br>Service Identifier:<br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox |
| 11(2) | | +12407436983 Dupree (FHPD)* | | Timestamp: 9/17/2019 03:31:32 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>This shit is too much<br>Bro<br><br>Source file:<br>data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1990407 / 0x1E5F07 (Table: mmssms; Size: 2256896 bytes)<br>Service Identifier:<br>Message Type:<br>SMS<br>Folder:<br>Inbox |

JA1002

| | | | | | | |
|---|---|---|---|---|---|---|
| 11(3) | | 2024605871<br>Dad* | | **Timestamp:**<br>9/17/2019 03:31:32 PM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>This shit is too much<br>Bro<br><br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5492547 / 0x53CF43 (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>**Service Identifier:**<br>Status: Read<br>**Message Type:**<br>SMS<br>**Folder:**<br>Inbox | |
| 12 | | +12407436983<br>Dupree (FHPD)* | | **Timestamp:**<br>9/17/2019 03:31:36 PM(UTC-4)<br><br>**Delivered:**<br>9/17/2019 03:31:36 PM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>Don't know<br><br>**Source file:**<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9389923 / 0x8F4763 (Table: sms; Size: 10813440 bytes)<br>**Service Identifier:**<br>Status: Read<br>**Message Type:**<br>SMS<br>**SMSC:**<br>+14054720056<br>**Folder:**<br>Inbox | |
| 12(1) | IMS Service | +12407436983<br>Dupree (FHPD)* | +13016584354 | **Timestamp:**<br>9/17/2019 03:31:36 PM(UTC-4)<br><br>**Delivered:**<br>9/17/2019 03:31:36 PM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>Don't know<br><br>**Participants:**<br><br>Participant  Delivered  Read  Played<br>+13016584354<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4248885 / 0x40D535 (Table: sms; Size: 4808704 bytes)<br>**Service Identifier:**<br>Status: Read<br>**Message Type:**<br>SMS<br>**Folder:**<br>Inbox | |
| 12(2) | | +12407436983<br>Dupree (FHPD)* | | **Timestamp:**<br>9/17/2019 03:31:36 PM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>Don't know<br><br>**Source file:**<br>data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1990322 / 0x1E5EB2 (Table: mmssms; Size: 2256896 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Inbox | |
| 12(3) | | 2024605871<br>Dad* | | **Timestamp:**<br>9/17/2019 03:31:36 PM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>Don't know<br><br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5492407 / 0x53CEB7 (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>**Service Identifier:**<br>Status: Read<br>**Message Type:**<br>SMS<br>**Folder:**<br>Inbox | |

JA1003

| # | Service | Number | Contact | Timestamp | Details | |
|---|---|---|---|---|---|---|
| 13 | IMS Service | 13016584354 | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>9/17/2019 05:49:26 PM(UTC-4) | **Direction:**<br>Outgoing<br><br>**Participants:**<br><br>Participant    Delivered   Read   Played<br>+12407436983<br>Dupree (FHPD)<br><br>**Attachments:**<br><br>/storage/emulated/0/Android/data/com.samsung.android.messaging/files/20190917_174427.jpg<br>20190917_174427.jpg<br>(Empty File)<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2688557 / 0x29062D (Table: message, session; Size: 3084288 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>MMS<br>**Folder:**<br>Sent | |
| 14 | IMS Service | 13016584354 | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>9/17/2019 05:49:27 PM(UTC-4) | **Direction:**<br>Outgoing<br><br>**Participants:**<br><br>Participant    Delivered   Read   Played<br>+12407436983<br>Dupree (FHPD)<br><br>**Attachments:**<br><br>/storage/emulated/0/Android/data/com.samsung.android.messaging/files/20190917_174501.jpg<br>20190917_174501.jpg<br>(Empty File)<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2688177 / 0x2904B1 (Table: message, session; Size: 3084288 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>MMS<br>**Folder:**<br>Sent | |
| 15 | IMS Service | 13016584354 | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>9/17/2019 05:49:27 PM(UTC-4) | **Direction:**<br>Outgoing<br><br>**Participants:**<br><br>Participant    Delivered   Read   Played<br>+12407436983<br>Dupree (FHPD)<br><br>**Attachments:**<br><br>/storage/emulated/0/Android/data/com.samsung.android.messaging/files/20190917_174514.jpg<br>20190917_174514.jpg<br>(Empty File)<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2687775 / 0x29031F (Table: message, session; Size: 3084288 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>MMS<br>**Folder:**<br>Sent | |

JA1004

| | | | | | |
|---|---|---|---|---|---|
| 16 | | | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 05:49:29 PM(UTC-4) | **Direction:** Outgoing<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>+12407436983 Dupree (FHPD)<br><br>**Attachments:**<br>smil.xml<br><br>Resized_20190917_174427.jpeg<br><br>**Source file:** data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9348022 / 0x8EA3B6 (Table: pdu, addr, part; Size: 10813440 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db/smil.xml : (Table: part; Size: 226 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/app_parts/PART_1568756967332_Resized_20190917_174427.jpeg : (Size: 494701 bytes)<br>**Service Identifier:**<br>**Message Type:** MMS<br>**Folder:** Sent | |
| 16(1) | | | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 05:49:29 PM(UTC-4) | **Direction:** Outgoing<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>+12407436983 Dupree (FHPD)<br><br>**Attachments:**<br>PART_1568756967803_Resized_20190917_174501.jpeg (Empty File)<br><br>**Source file:** data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1990128 / 0x1E5DF0 (Table: mmssms; Size: 2256896 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9373149 / 0x8F05DD (Size: 10813440 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/app_parts/PART_1568756967803_Resized_20190917_174501.jpeg : (Size: 496752 bytes)<br>**Service Identifier:**<br>**Message Type:** MMS<br>**Folder:** Sent | |
| 16(2) | | | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 05:49:29 PM(UTC-4) | **Direction:** Outgoing<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>+12407436983 Dupree (FHPD)<br><br>**Attachments:**<br>PART_1568756967332_Resized_20190917_174427.jpeg (Empty File)<br><br>**Source file:** data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1990225 / 0x1E5E51 (Table: mmssms; Size: 2256896 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9373620 / 0x8F07B4 (Size: 10813440 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/app_parts/PART_1568756967332_Resized_20190917_174427.jpeg : (Size: 494701 bytes)<br>**Service Identifier:**<br>**Message Type:** MMS<br>**Folder:** Sent | |

JA1005

| | | | | | |
|---|---|---|---|---|---|
| 17 | | | +12407436983<br>Dupree (FHPD)*<br><br>+12024913896<br>Tae*<br><br>2024605871<br>Dad* | Timestamp:<br>9/17/2019 05:49:29<br>PM(UTC-4) | **Direction:**<br>Outgoing<br><br>**Participants:**<br><br>Participant    Delivered  Read  Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>+12024913896 Tae<br><br>2024605871 Dad<br><br>**Attachments:**<br><br>content://mms/part/3421    Resized_20190917_174427.jp<br>(Empty File)    eg<br>    (Empty File)<br><br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/mes<br>sage_content.db : 5492202 / 0x53CDEA (Table: messages; Size:<br>6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/mes<br>sage_content.db-wal : 1536716 / 0x1772CC (Table: recipients;<br>Size: 5236552 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>MMS<br>**Folder:**<br>Sent | |
| 18 | | | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>9/17/2019 05:49:30<br>PM(UTC-4) | **Direction:**<br>Outgoing<br><br>**Participants:**<br><br>Participant    Delivered  Read  Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Attachments:**<br>smil.xml<br><br>Resized_20190917_174514.jp<br>eg<br><br>**Source file:**<br>data/Root/user_de/0/com.android.providers.telephony/databases<br>/mmssms.db : 9347602 / 0x8EA212 (Table: pdu, addr, part; Size:<br>10813440 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/databases<br>/mmssms.db/smil.xml :  (Table: part; Size: 226 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/app_parts/<br>PART_1568756968337_Resized_20190917_174514.jpeg :<br>(Size: 592084 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>MMS<br>**Folder:**<br>Sent | |

JA1006

| | | | | Timestamp: | Direction: |
|---|---|---|---|---|---|
| 18(1) | | | +12407436983 <br> Dupree (FHPD)* | Timestamp: <br> 9/17/2019 05:49:30 <br> PM(UTC-4) | Direction: <br> Outgoing <br><br> Participants: <br><br> Participant     Delivered     Read     Played <br><br> +12407436983 <br> Dupree (FHPD) <br><br> Attachments: <br><br> PART_1568756968337_Resiz <br> ed_20190917_174514.jpeg <br> (Empty File) <br><br> Source file: <br> data/Root/data/com.google.android.gms/databases/icing_mmss <br> ms.db : 1990031 / 0x1E5D8F (Table: mmssms; Size: 2256896 <br> bytes) <br> data/Root/user_de/0/com.android.providers.telephony/databases <br> /mmssms.db : 9372678 / 0x8F0406 (Size: 10813440 bytes) <br> data/Root/user_de/0/com.android.providers.telephony/app_parts/ <br> PART_1568756968337_Resized_20190917_174514.jpeg : <br> (Size: 592084 bytes) <br> Service Identifier: <br> Message Type: <br> MMS <br> Folder: <br> Sent |
| 19 | | | +12407436983 <br> Dupree (FHPD)* <br><br> +12024913896 <br> Tae* <br><br> 2024605871 <br> Dad* | Timestamp: <br> 9/17/2019 05:49:30 <br> PM(UTC-4) | Direction: <br> Outgoing <br><br> Participants: <br><br> Participant     Delivered     Read     Played <br><br> +12407436983 <br> Dupree (FHPD) <br><br> +12024913896 Tae <br><br> 2024605871 Dad <br><br> Attachments: <br><br> content://mms/part/3425     Resized_20190917_174514.jp <br> (Empty File)     eg <br>                      (Empty File) <br><br> Source file: <br> data/Root/data/com.samsung.android.messaging/databases/mes <br> sage_content.db : 5491792 / 0x53CC50 (Table: messages; Size: <br> 6316032 bytes) <br> data/Root/data/com.samsung.android.messaging/databases/mes <br> sage_content.db-wal : 1536716 / 0x1772CC (Table: recipients; <br> Size: 5236552 bytes) <br> Service Identifier: <br> Message Type: <br> MMS <br> Folder: <br> Sent |
| 20 | | +12407436983 <br> Dupree (FHPD)* | | Timestamp: <br> 9/17/2019 05:50:01 <br> PM(UTC-4) <br><br> Delivered: <br> 9/17/2019 05:50:01 <br> PM(UTC-4) | Direction: <br> Incoming <br> Body: <br> Copy <br><br> Source file: <br> data/Root/user_de/0/com.android.providers.telephony/databases <br> /mmssms.db : 9389795 / 0x8F46E3 (Table: sms; Size: 10813440 <br> bytes) <br> Service Identifier: <br> Status: Read <br> Message Type: <br> SMS <br> SMSC: <br> +14054720056 <br> Folder: <br> Inbox |
| 20(1) | | +12407436983 <br> Dupree (FHPD)* | | Timestamp: <br> 9/17/2019 05:50:01 <br> PM(UTC-4) | Direction: <br> Incoming <br> Body: <br> Copy <br><br> Source file: <br> data/Root/data/com.google.android.gms/databases/icing_mmss <br> ms.db : 1989952 / 0x1E5D40 (Table: mmssms; Size: 2256896 <br> bytes) <br> Service Identifier: <br> Message Type: <br> SMS <br> Folder: <br> Inbox |

JA1007

| | | | | | |
|---|---|---|---|---|---|
| 20(2) | | 2024605871<br>Dad* | | Timestamp:<br>9/17/2019 05:50:01<br>PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>Copy<br><br>Source file:<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5491652 / 0x53CBC4 (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>Service Identifier:<br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox |
| 21 | | +12407436983<br>Dupree (FHPD)* | | Timestamp:<br>9/17/2019 05:50:06<br>PM(UTC-4)<br><br>Delivered:<br>9/17/2019 05:50:06<br>PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>Anyone there<br><br>Source file:<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9389660 / 0x8F465C (Table: sms; Size: 10813440 bytes)<br>Service Identifier:<br>Status: Read<br>Message Type:<br>SMS<br>SMSC:<br>+14054720056<br>Folder:<br>Inbox |
| 21(1) | IMS Service | +12407436983<br>Dupree (FHPD)* | +13016584354 | Timestamp:<br>9/17/2019 05:50:06<br>PM(UTC-4)<br><br>Delivered:<br>9/17/2019 05:50:06<br>PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>Anyone there<br><br>Participants:<br><br>Participant   Delivered   Read   Played<br>+13016584354<br><br>Source file:<br>data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4248609 / 0x40D421 (Table: sms; Size: 4808704 bytes)<br>Service Identifier:<br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox |
| 21(2) | | +12407436983<br>Dupree (FHPD)* | | Timestamp:<br>9/17/2019 05:50:06<br>PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>Anyone there<br><br>Source file:<br>data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1989865 / 0x1E5CE9 (Table: mmssms; Size: 2256896 bytes)<br>Service Identifier:<br>Message Type:<br>SMS<br>Folder:<br>Inbox |
| 21(3) | | 2024605871<br>Dad* | | Timestamp:<br>9/17/2019 05:50:06<br>PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>Anyone there<br><br>Source file:<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5491512 / 0x53CB38 (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>Service Identifier:<br>Status: Read<br>Message Type:<br>SMS<br>Folder:<br>Inbox |

JA1008

| 22 | IMS Service | +13016584354 | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 05:50:35 PM(UTC-4) | Direction: Outgoing<br>Body: I havent even been there yet...went straight to Yang's<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>| +12407436983 Dupree (FHPD) | | | |<br><br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4248445 / 0x40D37D (Table: sms; Size: 4808704 bytes)<br>Service Identifier:<br>Status: Unsent<br>Message Type: SMS<br>Folder: Outbox | |
|---|---|---|---|---|---|---|
| 23 | IMS Service | 13016584354 | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 05:50:35 PM(UTC-4) | Direction: Outgoing<br>Body: I havent even been there yet...went straight to Yang's<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>| +12407436983 Dupree (FHPD) | | | |<br><br>Source file: data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2687535 / 0x29022F (Table: message, session; Size: 3084288 bytes)<br>Service Identifier:<br>Message Type: SMS<br>Folder: Sent | |
| 23(1) | | | +12407436983 Dupree (FHPD)*<br>+12024913896 Tae*<br>2024605871 Dad* | Timestamp: 9/17/2019 05:50:36 PM(UTC-4) | Direction: Outgoing<br>Body: I havent even been there yet...went straight to Yang's<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>| +12407436983 Dupree (FHPD) | | | |<br>| +12024913896 Tae | | | |<br>| 2024605871 Dad | | | |<br><br>Source file: data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5491364 / 0x53CAA4 (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>Service Identifier:<br>Message Type: SMS<br>Folder: Sent | |
| 23(2) | | | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 05:50:36 PM(UTC-4) | Direction: Outgoing<br>Body: I havent even been there yet...went straight to Yang's<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>| +12407436983 Dupree (FHPD) | | | |<br><br>Source file: data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9389501 / 0x8F45BD (Table: sms; Size: 10813440 bytes)<br>Service Identifier:<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | |

JA1009

| # | | | From/To | Timestamp | Details | |
|---|---|---|---|---|---|---|
| 23(3) | | | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 05:50:36 PM(UTC-4) | **Direction:** Outgoing **Body:** I havent even been there yet...went straight to Yang's<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>+12407436983 Dupree (FHPD)<br><br>**Source file:** data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1989737 / 0x1E5C69 (Table: mmssms; Size: 2256896 bytes) **Service Identifier:** **Message Type:** SMS **Folder:** Sent | |
| 24 | | +12407436983 Dupree (FHPD)* | | Timestamp: 9/17/2019 05:50:47 PM(UTC-4)<br><br>Delivered: 9/17/2019 05:50:47 PM(UTC-4) | **Direction:** Incoming **Body:** Copy<br><br>**Source file:** data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9389373 / 0x8F453D (Table: sms; Size: 10813440 bytes) **Service Identifier:** Status: Read **Message Type:** SMS **SMSC:** +14054720056 **Folder:** Inbox | |
| 24(1) | | +12407436983 Dupree (FHPD)* | | Timestamp: 9/17/2019 05:50:47 PM(UTC-4) | **Direction:** Incoming **Body:** Copy<br><br>**Source file:** data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1989657 / 0x1E5C19 (Table: mmssms; Size: 2256896 bytes) **Service Identifier:** **Message Type:** SMS **Folder:** Inbox | |
| 24(2) | | 2024605871 Dad* | | Timestamp: 9/17/2019 05:50:47 PM(UTC-4) | **Direction:** Incoming **Body:** Copy<br><br>**Source file:** data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5491224 / 0x53CA18 (Table: messages, parts; Size: 6316032 bytes) data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes) **Service Identifier:** Status: Read **Message Type:** SMS **Folder:** Inbox | |
| 25 | | 2024605871 Dad*<br><br>————  5<br><br>___ B_Y_\|___ _o___\|___ _____P _____ _____* _____- ___ _____ _____ _____ _____ ____R_) _y_____!___ _%_____ _____nj_g@r _As we have therefore opportunity, let us do good unto all men, especially unto them who are of the household of faith._b_nulltext/plain_d+12022767608_E_s_(____A ____!____%_ _____ | | Timestamp: 9/17/2019 06:25:48 PM(UTC-4) | **Direction:** Outgoing<br><br>**Participants:**<br><br>Participant   Delivered   Read   Played<br>2024605871 Dad<br><br>————  5<br><br>____B_Y_\|____o__ __\|____P_____ _____* _____- _____ _____ _____ _____ _R_)____y_____ !_____%_ _____nj_g@r_As we have therefore opportunity, let us do good unto all men, especially unto them who are of the household of faith._b_nulltext/plain_d+12022767608_E_s_(____A_____!____ | |

18

JA1010

___n_`_gQ_Keep your head up solider bmnulltext/plain_d+12403553245___ ___k_____

_____1_)____ _____I_____! _____%____ _____g/_I_g/_EClick the link below on your phone and sign in with snateak3@aol.com to view your Washington Redskins vs. New York Giants ticket(s). https://my.ticketmaster.com/order/Z7IVgZxvZ15YZZAp_S-0jU/tickets?eventId=1500546FDD4C56A9_|text/plain_d+14696096243a_(____ __!_____%_____ _____l __g5Good lookOknulltext/plain_Nf+124040128 55!Z_(_____!____!____

_g"0_g_vMartique_Ttext/plain_Nf2025315201A_)____ __q_____!____

_____iN_gkE+Welcome to Caribbean Island! Your T-Mobile plan gives you unlimited data at up to 2G speeds and texts at no extra cost! Calls at 25 cents/min. Visit //t-mo.co/intl-roam1 to learn more and view additional calling/data options. Enjoy your stay!"nulltext/plain_d156_f_(_____)_____!_____%

_____m*Y_gf2_Okay.  Thanks W-nulltext/plain_d+130154375750__(_____! _____%_____ _____kn b_g_vzTlight.HQnulltext/plain_d+14437044763c_(____#_____ __!_____%_____

mzE_g^feJOn the way [nulltext/plain_d+12022816776iv_(____ _____%_____; _____%_____ _____k/O_g[D_O(No subject)G_content://mms/part/2677 audio/amr_Nf+13015499170(z_(____ ___%_____;!___ _____! _____m_8_gZ d(No subject)\content:// mms/part/3590image/jpeg_8__Nf3016415425__j____

_%_____ ___n_`_gQ_Keep your head up solider bmnulltext/plain_d+12403553245____k____

_____1_)____ __I___ _____!_____%____ _____g/_I_g /_EClick the link below on your phone and sign in with snateak3@aol.com to view your Washington Redskins vs. New York Giants ticket(s). https://my.ticketmaster.com/order/Z7IVgZxvZ15YZZAp_S-0jU/tickets?eventId=1500546FDD4C56A9_|text/plain_d+14696096243a_(____ __!_____%_____ _____l __g5Good lookOknulltext/plain_Nf+12404012855!Z_(___ _____!_____!___

g"0_g_vMartique_Ttext/plain_Nf2025315201A_)_____q_____ _____! _____iN_gkE+Welcome to Caribbean Island! Your T-Mobile plan gives you unlimited data at up to 2G speeds and texts at no extra cost! Calls at 25 cents/min. Visit //t-mo.co/intl-roam1 to learn more and view additional calling/data options. Enjoy your stay!"nulltext/plain_d156_f_(_____)_____! _____%_____ _____m*Y_gf2_Okay.  Thanks W-nulltext/plain_d+130154375750__(_____ ____!_____%_____ _____knb_ g_vzTlight.HQnulltext/plain_d+14437044763 c_(____#_____!_ _____%_____ _____mzE_g^feJOn the way [nulltext/plain_d+12022816776iv_(_____%_ _____;_____%_____ _____k/O_g[D_O(No subject)G_content://mms/part/2677audio/amr_Nf+13015499170(z_(____%_____;!___ __!_____ __m_8_gZd(No subject)\content://mms/part/3590image/jpeg_8__Nf3016415425__j__

_____]_(____ _____%__ _____n K_gUnCopya_nulltext/plain_Nf+13015128190_y_(____[_____ !_____%_____ _____gQ5__gQ5_6013 Clay Street NE Washington DC 20019_text/plain_d+12022762584o_(____ 9_____!_____%___ _____m __̚_gQ(x190057784honda odessy[nulltext/plain_Nf+12022942950____ s_____

JA1011

]__(
__!_____%
nK_gUnCopya_n
ulltext/plain_Nf+1
3015128190_y_(_
[_____!
_____%
_____gQ5_
gQ5_6013 Clay
Street NE
Washington DC
20019_text/plain_
d+12022762584o
_(____9
_!____%_____
_____m
_ˉ_gQ(x1900577
84 honda
odessy[nulltext/pl
ain_Nf+12022942
950____s_____

_____Q_)__
_____!
_____n<_gPD
+Hi, MARTIQUE
your T-Mobile bill
of $70.36 is now
available.
AutoPay is
scheduled for
12/13/2019. Go to
t-mo.co/bill1 for
details.a~nulltext/
plain_d456___
(_____!
_____%_____
_____md
_gM`0Ynulltext/pl
ain_d+140440626
765w_(____/__
____=_____%__

_m__gK_ZJust let
me know
[1nulltext/plain;ch
arset=UTF-
8_d+1404418205
7dX_(
_____!____%__
___gK
_gJ_gCopy_text/p
lain_Nf+1410802
0690_____p(__
__;_____!
___%_____

_n6_gC3VHappy
Thanksgiving
bruhanulltext/plai
n_d+1240432367
8_s]_(
____!____%___
k
_h_CoolH+nulltex
t/plain_d+124021
00847__

b_____
_____f_(____'__
____!____%___
__n_hmk_Suitlan
d at
3b(nulltext/plain_
d+12407436983_
g_+_b_____

_e_(____%_____
___!____%___
__n|Z_g>0Yea
I'm
goodbKnulltext/pl
ain_d+120249138
96____^

_____
_____
_____
_____
_____Q_)_____
____!_____
_____n<_gPD
+Hi, MARTIQUE your
T-Mobile bill of $70.36
is now available.
AutoPay is scheduled
for 12/13/2019. Go to
t-mo.co/bill1 for
details.a~nulltext/plain
_d456__
(_____!____
_%_____
_____md_gM`0Ynulltex
t/plain_d+1404406267
65w_(____/_____
____=_____%_____

_m__gK_ZJust let me
know
[1nulltext/plain;charset
=UTF-
8_d+14044182057dX
_(_____!
____%_____
_____gK
_gJ_gCopy_text/plain
_Nf+14108020690
___p(____;_____!
_____%_____

_n6_gC3VHappy
Thanksgiving
bruhanulltext/plain_d+
12404323678_s]_(___
_____!_____%__
_____k
_h_CoolH+nulltext/plai
n_d+12402100847__

b_____
_f_(____'_____
____!____%_____
_____n_hmk
_Suitland at
3b(nulltext/plain_d+12
407436983_g_+_b____

_e_(____%_____
_!_____%_____
_____n|Z_g>0Ye
a I'm
goodbKnulltext/plain_d
+12024913896_____^

w_(____l_____!
____%_____
_____mxe_g=x/My
nigga
♂Znulltext/plain_d+12
024453994_____

_____g_(____)__
____!_____%___
_____n_q_g<x
,Goodnight Son
bknulltext/plain_d+120
24605871_/u_(_____
G
___!___%_____
_____jE_g;O
At work...will hit u in a
sec;nulltext/plaine+17
544221170_

+12022767608
Mommy

Attachments:

content://com.samsung.androi     20190914_233315.jpg
d.messaging.ui.file/external/20     (Empty File)

JA1012



| | | | | | |
|---|---|---|---|---|---|
| | | | w_(_____I __!_____% mxe_g=x/My nigga ♂Znulltext/plain_d +12024453994__ __g_(_____) _____!_____%___ _n_q_g<x,Goodni ght Son bknulltext/plain_d +12024605871_/u _(_____G_ _____!_____%_ __jE_g;O At work...will hit u in a sec;nulltext/plaine +17544221170_ +12022767608 **Mommy***  | | 190914_233315.jpg (Empty File) Source file: data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5490764 / 0x53C84C (Table: messages; Size: 6316032 bytes) data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1534185 / 0x1768E9 (Table: recipients; Size: 5236552 bytes) Service Identifier: Message Type: MMS Folder: Sent | |
| 26 | | | 2024605871 **Dad*** | Timestamp: 9/17/2019 06:25:48 PM(UTC-4) | Direction: Outgoing Body: Yeah we good...just busy....tryna learn all this tax shit with IRS (began my first day of training) and still workin pirate city in the evenings....went out this weekend which is probably why u havent heard from me...also rode my new bike...finally got my tags situated |

(row 26 continued — left cell)

_____ ̄ ̄5
_____B_Y_|___
_o_____|_
_____P
_____*____
_____R_)
_y_____!_
_%_____
_____nj_g@r
_As we have therefore opportunity, let us do good unto all men, especially unto them who are of the household of faith._b_nulltext/plain_d+120227676 08_E_s_(_____A _____!_____%_
___n_`_gQ_Keep your head up solider bmnulltext/plain_d +12403553245__ __k_____

_____1_)___ _|_____!_ __%_____ _____g/_I_g/_ EClick the link below on your phone and sign in with snateak3@aol.com to view your Washington Redskins vs. New York Giants ticket(s). https://my.ticketm aster.com/order/Z 7IVgZxvZ15YZZA p_S- 0jU/tickets?eventI d=1500546FDD4 C56A9_|text/plain _d+14696096243 a_( __!_____%____ _____I __g5Good lookOknulltext/pla

(row 26 continued — right cell, Participants)

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 2024605871 Dad | | | |

_____ ̄ ̄5
_____B_Y_|____o__
_|_____
_____P_____
_____*_____
_R_)_____y_____
!_____%_____
_____nj_g@r_As we have therefore opportunity, let us do good unto all men, especially unto them who are of the household of faith._b_nulltext/plain_ d+12022767608_E_s_ (_____A_____!_____ _%_____ ___n_`_gQ_Keep your head up solider bmnulltext/plain_d+12 403553245____k____

_____1_)____I_ _____!_____%____ _____g/_I_g /_EClick the link below on your phone and sign in with snateak3@aol.com to view your Washington Redskins vs. New York Giants ticket(s). https://my.ticketmaster .com/order/Z7IVgZxvZ 15YZZAp_S- 0jU/tickets?eventId=1 500546FDD4C56A9_|t ext/plain_d+14696096 243a_( _!_____%_____ _____|_____ _g5Good lookOknulltext/plain_N f+12404012855!Z_(__ _____!_____I

JA1013



| | | | in_Nf+12404012855!Z_(____!_____!____<br><br>_g"0_g_vMartique_Ttext/plain_Nf2025315201A_)____q_____!___<br><br>_____iN_gkE+ Welcome to Caribbean Island! Your T-Mobile plan gives you unlimited data at up to 2G speeds and texts at no extra cost! Calls at 25 cents/min. Visit //t-mo.co/intl-roam1 to learn more and view additional calling/data options. Enjoy your stay!"nulltext/plain_d156_f_(_____)_____!_____%<br><br>_____m*Y_gf2_Okay. Thanks W-nulltext/plain_d130154375750__(_____!_____%_____kn b_g_vzTlight. HQnulltext/plain_d+14437044763 c_(____#_____!___!_____%_____<br><br>mzE_g^feJOn the way [nulltext/plain_d+12022816776iv_(___%_____;___%_____k/O_ g[D_O(No subject)G_content://mms/part/2677audio/amr_Nf+13015499170(z_(___%_____;!___ __!_<br><br>_____m_8_gZ d(No subject)\content://mms/part/3590image/jpeg_8__Nf3016415425__j____<br><br>_____<br><br>_____]_(_____!_____%_____<br><br>nK_gUnCopya_n ulltext/plain_Nf+1 3015128190_y_(___[_____[___%____<br>_____gQ5__ gQ5_6013 Clay Street NE Washington DC 20019_text/plain_ d+12022762584o __(_____9____!_____%_____ _____m _ᒣ_gQ(x1900577 84 honda odessy[nulltext/pl ain_Nf+12022942 950____s_____<br><br>_____<br><br>_____Q_)____ _____!_____<br><br>_____n<_gPD +Hi, MARTIQUE your T-Mobile bill of $70.36 is now available. AutoPay is | | g"0_g_vMartique_Ttext/plain_Nf2025315201A_)____q____!___<br><br>_____iN_gkE+ Welcome to Caribbean Island! Your T-Mobile plan gives you unlimited data at up to 2G speeds and texts at no extra cost! Calls at 25 cents/min. Visit //t-mo.co/intl-roam1 to learn more and view additional calling/data options. Enjoy your stay!"nulltext/plain_d1 56_f_(_____)_____! _____%<br><br>_____m*Y_gf2_Ok ay. Thanks W-nulltext/plain_d+13015 4375750__(_____!____%_____knb_ g_vzTlight. HQnulltext/plain_d+14 437044763 c_(____#_____!_ ____%_____mzE_g^feJO n the way [nulltext/plain_d+1202 2816776iv_(_____%_ _____;_____%_____k/O_g [D_O(No subject)G_content://m ms/part/2677audio/am r_Nf+13015499170(z_ (____%_____;!____ __!_<br><br>__m_8_gZd(No subject)\content://mms /part/3590image/jpeg_ 8__Nf3016415425__j___<br><br>_____<br><br>_____]_(____ _____!_____%___ _____n K_gUnCopya_nulltext/ plain_Nf+1301512819 0_y_(_____[_____ !_____%_____ _____gQ5__gQ5_60 13 Clay Street NE Washington DC 20019_text/plain_d+1 2022762584o_(_____ 9_____!_____%____ _____m _ᒣ_gQ(x190057784 honda odessy[nulltext/plain_ Nf+12022942950____ s_____<br><br>_____<br><br>_____Q_)____ __!____<br><br>_____n<_gPD +Hi, MARTIQUE your T-Mobile bill of $70.36 is now available. AutoPay is scheduled for 12/13/2019. Go to t-mo.co/bill1 for details.a~nulltext/plain_ d456___(_____!____ _%_____md_gM`0Ynulltex t/plain_d+1404406267 65w_(_____/_____ ____=_____%_____ _____<br><br>_m___gK_ZJust let me know [1nulltext/plain;charset =UTF-8_d+14044182057dX _(_____!____ ___%_____gK _gJ_gCopy_text/plain |

JA1014



scheduled for 12/13/2019. Go to t-mo.co/bill1 for details.a~nulltext/plain_d456___(_____!_____%_____md_gM`0Ynulltext/plain_d+140440626765w_(____/___=____%___

_m___gK_ZJust let me know [1nulltext/plain;charset=UTF-8_d+14044182057dX_(_____!____%___

___gK_gJ_gCopy_text/plain_Nf+141080820690_____p(____;____!___%_____

_n6_gC3VHappy Thanksgiving bruhanulltext/plain_d+12404323678_s]_(____!____%___k_h_CoolH+nulltext/plain_d+12402100847___

b_____f_(_____'____!____%___n_hmk_Suitland at 3b(nulltext/plain_d+12407436983_g_+_b_____

_e_(_____%_____!____%___n|Z_g>0Yea I'm goodbKnulltext/plain_d+12024913896_____^_____

w_(_____I_____!____%___mxe_g=x/My nigga ♂Znulltext/plain_d+12024453994___

_g_(_____)___!____%___n_q_g<x,Goodnight Son bknulltext/plain_d+12024605871_/u_(____G___!____%___jE_g;O At work...will hit u in a sec;nulltext/plaine+17544221170_

+12022767608
Mommy*

_Nf+14108020690___p(____;____!____%___

_n6_gC3VHappy Thanksgiving bruhanulltext/plain_d+12404323678_s]_(____!____%___k_h_CoolH+nulltext/plain_d+12402100847___

b_____f_(_____'____!____%___n_hmk_Suitland at 3b(nulltext/plain_d+12407436983_g_+_b_____

_e_(_____%_____!____%___n|Z_g>0Yea I'm goodbKnulltext/plain_d+12024913896_____^_____

w_(_____I_____!____%___mxe_g=x/My nigga ♂Znulltext/plain_d+12024453994___

_g_(_____)___!____%___n_q_g<x,Goodnight Son bknulltext/plain_d+12024605871_/u_(____G___!____%___jE_g;O At work...will hit u in a sec;nulltext/plaine+17544221170_

+12022767608
Mommy

Source file:
data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5489523 / 0x53C373 (Table: messages, parts; Size: 6316032 bytes)
data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1534185 / 0x1768E9 (Table: recipients; Size: 5236552 bytes)
Service Identifier:
Message Type:
MMS
Folder:
Sent

| 27 | | | 2024605871 Dad* | Timestamp: 9/17/2019 06:25:48 PM(UTC-4) | Direction: Outgoing |
| | | | | | Participants: |

23

JA1015



JA1016



JA1017

| | | | | | |
|---|---|---|---|---|---|
| | | | t/plain_d+124021 00847__<br><br>b_____<br>_____f_(_____'__<br>____!____%___<br>___n_hmk_Suitlan d at 3b(nulltext/plain_ d+12407436983_ g_+_b_____<br>_____<br>_____<br>_____<br>_e_(_____%___<br>____!____%___<br>___n\|Z_g>0Yea I'm goodbKnulltext/pl ain_d+120249138 96_____^_____<br>_____<br>_____<br>_____<br>_____<br>w_(_____\|_____<br>___!____%_____<br>mxe_g=x/My nigga ♂Znulltext/plain_d +12024453994___<br>_____<br>___g_(_____)__<br>___!____%___<br>_n_q_g<x,Goodni ght Son bknulltext/plain_d +12024605871_/u _(_____G___<br>___!____%___<br>__jE_g;O At work...will hit u in a sec;nulltext/plaine +17544221170_<br>+12022767608<br>**Mommy***| | nigga ♂Znulltext/plain_d+12 024453994_____<br><br>_____g_(_____)_<br>___!____%___<br>_____n_q_g<x ,Goodnight Son bknulltext/plain_d+120 24605871_/u_(_____<br>G___<br>____!____%___<br>_____jE_g;O At work...will hit u in a sec;nulltext/plaine+17 544221170_<br><br>+12022767608<br>Mommy<br><br>**Attachments:**<br><br> <br><br>content://com.samsung.androi d.messaging.ui.file/external/20 190916_124120.jpg (Empty File)    20190916_124120.jpg (Empty File)<br><br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/mes sage_content.db : 5490524 / 0x53C75C (Table: messages; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/mes sage_content.db-wal : 1534185 / 0x1768E9 (Table: recipients; Size: 5236552 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>MMS<br>**Folder:**<br>Sent | |
| 28 | IMS Service | 13016584354 | +12407436983<br>**Dupree (FHPD)*** | **Timestamp:** 9/17/2019 06:43:47 PM(UTC-4) | **Direction:**<br>Outgoing<br><br>**Participants:**<br><br>| Participant | Delivered | Read | Played |<br>+12407436983<br>Dupree (FHPD)<br><br>**Attachments:**<br><br><br><br>/storage/emulated/0/Android/d ata/com.samsung.android.me ssaging/files/20190917_18413 6.jpg<br>20190917_184136.jpg (Empty File)<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2693611 / 0x2919EB (Table: message, session; Size: 3084288 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>MMS<br>**Folder:**<br>Sent | |

JA1018

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | IMS Service | 13016584354 | +12407436983<br>Dupree (FHPD)* | **Timestamp:**<br>9/17/2019 06:43:47<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Chap is here...he wanted me to write a statement for that dude that fled and crashed into the fence. I pulled pretty much what I said in the impound report.<br><br>**Participants:**<br><br>Participant · Delivered · Read · Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2693269 / 0x291895 (Table: message, session; Size: 3084288 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 30 | IMS Service | +13016584354 | +12407436983<br>Dupree (FHPD)* | **Timestamp:**<br>9/17/2019 06:43:47<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Chap is here...he wanted me to write a statement for that dude that fled and crashed into the fence. I pulled pretty much what I said in the impound report.<br><br>**Participants:**<br><br>Participant · Delivered · Read · Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4248045 / 0x40D1ED (Table: sms; Size: 4808704 bytes)<br>**Service Identifier:**<br>Status: Unsent<br>**Message Type:**<br>SMS<br>**Folder:**<br>Outbox | |
| 30(1) | | | +12407436983<br>Dupree (FHPD)* | **Timestamp:**<br>9/17/2019 06:43:49<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Chap is here...he wanted me to write a statement for that dude that fled and crashed into the fence. I pulled pretty much what I said in the impound report.<br><br>**Participants:**<br><br>Participant · Delivered · Read · Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Source file:**<br>data/Root/data/com.google.android.gms/databases/icing_mmsms.db : 1989427 / 0x1E5B33 (Table: mmssms; Size: 2256896 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 30(2) | | | +12407436983<br>Dupree (FHPD)*<br>+12024913896<br>Tae*<br>2024605871<br>Dad* | **Timestamp:**<br>9/17/2019 06:43:49<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Chap is here...he wanted me to write a statement for that dude that fled and crashed into the fence. I pulled pretty much what I said in the impound report.<br><br>**Participants:**<br><br>Participant · Delivered · Read · Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>+12024913896 Tae<br><br>2024605871 Dad<br><br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5500590 / 0x53EEAE (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |

JA1019

| | | | | | | |
|---|---|---|---|---|---|---|
| 30(3) | | | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>9/17/2019 06:43:49<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Chap is here...he wanted me to write a statement for that dude that fled and crashed into the fence. I pulled pretty much what I said in the impound report.<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Source file:**<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9389113 / 0x8F4439 (Table: sms; Size: 10813440 bytes)<br>**Service Identifier:**<br>Status: Sent<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 31 | | | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>9/17/2019 06:43:54<br>PM(UTC-4) | **Direction:**<br>Outgoing<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Attachments:**<br>smil.xml<br><br>Resized_20190917_184136.jpeg<br><br>**Source file:**<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9432465 / 0x8FED91 (Table: pdu, addr, part; Size: 10813440 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db/smil.xml : (Table: part; Size: 226 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/app_parts/PART_1568760228528_Resized_20190917_184136.jpeg : (Size: 545494 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>MMS<br>**Folder:**<br>Sent | |
| 31(1) | | | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>9/17/2019 06:43:54<br>PM(UTC-4) | **Direction:**<br>Outgoing<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Attachments:**<br><br>PART_1568760228528_Resized_20190917_184136.jpeg<br>(Empty File)<br>**Source file:**<br>data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1989327 / 0x1E5ACF (Table: mmssms; Size: 2256896 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9372207 / 0x8F022F (Size: 10813440 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/app_parts/PART_1568760228528_Resized_20190917_184136.jpeg : (Size: 545494 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>MMS<br>**Folder:**<br>Sent | |

JA1020

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | | | +12407436983 Dupree (FHPD)* +12024913896 Tae* 2024605871 Dad* | | Timestamp: 9/17/2019 06:43:54 PM(UTC-4) | Direction: Outgoing |

**Row 32 (detail):**

Direction: Outgoing

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12407436983 Dupree (FHPD) | | | |
| +12024913896 Tae | | | |
| 2024605871 Dad | | | |

Attachments:

content://mms/part/3427
(Empty File)

Resized_20190917_184136.jpeg
(Empty File)

Source file:
data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5500385 / 0x53EDE1 (Table: messages; Size: 6316032 bytes)
data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)
Service Identifier:
Message Type:
MMS
Folder:
Sent

---

**Row 33:**

| 33 | | +12407436983 Dupree (FHPD)* | | Timestamp: 9/17/2019 06:51:48 PM(UTC-4) Delivered: 9/17/2019 06:51:47 PM(UTC-4) |

Direction: Incoming
Body:
I wrote the same statement from the report I did

Source file:
data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9388941 / 0x8F438D (Table: sms; Size: 10813440 bytes)
Service Identifier:
Status: Read
Message Type:
SMS
SMSC:
+14054720056
Folder:
Inbox

---

**Row 33(1):**

| 33(1) | IMS Service | +12407436983 Dupree (FHPD)* | +13016584354 | Timestamp: 9/17/2019 06:51:48 PM(UTC-4) Delivered: 9/17/2019 06:51:47 PM(UTC-4) |

Direction: Incoming
Body:
I wrote the same statement from the report I did

Participants:

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +13016584354 | | | |

Source file:
data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4247867 / 0x40D13B (Table: sms; Size: 4808704 bytes)
Service Identifier:
Status: Read
Message Type:
SMS
Folder:
Inbox

---

**Row 33(2):**

| 33(2) | | +12407436983 Dupree (FHPD)* | | Timestamp: 9/17/2019 06:51:48 PM(UTC-4) |

Direction: Incoming
Body:
I wrote the same statement from the report I did

Source file:
data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1989205 / 0x1E5A55 (Table: mmssms; Size: 2256896 bytes)
Service Identifier:
Message Type:
SMS
Folder:
Inbox

JA1021

| | | | | | | |
|---|---|---|---|---|---|---|
| 33(3) | | 2024605871<br>Dad* | | **Timestamp:**<br>9/17/2019 06:51:48<br>PM(UTC-4) | **Direction:**<br>Incoming<br>**Body:**<br>I wrote the same statement from the report I did<br><br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/mes<br>sage_content.db : 5499719 / 0x53EB47 (Table: messages, parts;<br>Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/mes<br>sage_content.db-wal : 1536716 / 0x1772CC (Table: recipients;<br>Size: 5236552 bytes)<br>**Service Identifier:**<br>Status: Read<br>**Message Type:**<br>SMS<br>**Folder:**<br>Inbox | |
| 34 | | | +12407436983<br>Dupree (FHPD)* | **Timestamp:**<br>9/17/2019 06:51:57<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Bet<br><br>Participants:<br><br>Participant     Delivered    Read    Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Source file:**<br>data/Root/user_de/0/com.android.providers.telephony/databases<br>/mmssms.db : 9388833 / 0x8F4321 (Table: sms; Size: 10813440<br>bytes)<br>**Service Identifier:**<br>Status: Sent<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 34(1) | | | +12407436983<br>Dupree (FHPD)*<br>+12024913896<br>Tae*<br>2024605871<br>Dad* | **Timestamp:**<br>9/17/2019 06:51:57<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Bet<br><br>Participants:<br><br>Participant     Delivered    Read    Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>+12024913896 Tae<br><br>2024605871 Dad<br><br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/mes<br>sage_content.db : 5499571 / 0x53EAB3 (Table: messages,<br>parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/mes<br>sage_content.db-wal : 1536716 / 0x1772CC (Table: recipients;<br>Size: 5236552 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 34(2) | | | +12407436983<br>Dupree (FHPD)* | **Timestamp:**<br>9/17/2019 06:51:57<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Bet<br><br>Participants:<br><br>Participant     Delivered    Read    Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Source file:**<br>data/Root/data/com.google.android.gms/databases/icing_mmss<br>ms.db : 1989128 / 0x1E5A08 (Table: mmssms; Size: 2256896<br>bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |

JA1022

| 34(3) | IMS Service | 13016584354 | +12407436983 Dupree (FHPD)* | Timestamp: 9/17/2019 06:51:57 PM(UTC-4) | Direction: Outgoing Body: Bet |  |
|---|---|---|---|---|---|---|

**Participants:**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12407436983 Dupree (FHPD) |  |  |  |

Source file:
data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2692438 / 0x291556 (Table: message, session; Size: 3084288 bytes)
Service Identifier:
Message Type:
SMS
Folder:
Sent

**JA1023**



Working In: PRINCE GEORGE'S COUNTY POLICE

Messagir

Case Folders | Case Folder - 19-0052405 X

19-0052405 - T - Traffic Stop ⚠ ⚠ 📋 Check In Records | 5 items

| | | | | | |
|---|---|---|---|---|---|
| Calls for Service | Date: 9/6/2019 11:22:54 PM | Location: Sheriff Rd Eb / Cabin Branch Dr | CFS Number: PP19090600002661 | | Actions: |
| Case Report | Entered On: 9/7/2019 2:45:30 AM | Subject: T - Traffic Stop | CR Number: 19-0052405-001 | Workflow Stage: Officer | Actions: |
| Case Details | Date Opened: 9/6/2019 | Subject: T - Traffic Stop | Owner: Vanderpool, Martique #9359 | | Actions: |
| Subfol | Date: 9/6/2019 11:22:54 PM | Subfolder Title: To-Do Items / Notes | | | Actions: |
| Subfol | Date: 9/6/2019 11:22:54 PM | Subfolder Title: Activity Log | | | Actions: |

Panasonic
CF-31
TOUGHBOOK

JA1024



JA1025

## Narrative

On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue and Sheriff road when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone while speeding in a posted 40mph zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing. She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her, bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. She was placed in handcuffs to restrain her. She then began to banging her head on the exterior of her car really hard while calling herself stupid. She did this several times. She was issued the appropriate traffic citations as well as a Criminal Citation (#092002253965) for Disorderly Conduct. The registered owner picked up the vehicle and Ms. Stewart was released and sent on her way. All events occurred in Prince George's County Maryland.

Integrity Verified | Document ready... | Document is Checked Out by Vanderpool, Marnique

Current User: Vanderpool, Marnique

Connected





| Offenses | Offenders | Victims |
| Witnesses | Others | Property | Special Studies | Narrative |

## Narrative

On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue and Sheriff road when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone while speeding in a posted 40mph zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing. She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her, bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. She was placed in handcuffs to restrain her. She then began to banging her head on the exterior of her car really hard while calling herself stupid. She did this several times. She was issued the appropriate traffic citations as well as a Criminal Citation (#092002253965) for Disorderly Conduct. The registered owner picked up the vehicle and Ms. Stewart was released and sent on her way. All events occurred in Prince George's County Maryland.

Integrity Verified  Document ready... | Document is Checked Out by Vanderpool, Marrique

Current User: Vanderpool, Marrique

Connected

Panasonic

CF-31

JA1027



I (Vanderpool #9359) Observed a Black Acura bearing Maryland registration 3CG6742 attempting to pick up a known prostitute at 61st and Eastern avenue in Fairmount Heights. He then made a right turn from 61st onto eastern failing to activate/indicate his right turn signal. I attempted to conduct a traffic stop on vehicle but driver fled and refused to stop. He drove recklessly with no regard speeding down residential streets and nearly striking 2 vehicles. He then lost control of his vehicle and crashed into a fence at 60th avenue and H street in Fairmount Heights. He then fled on foot. He was pursued on foot and the momentum of running made me and the suspect fall to the ground. He was actively fighting me and actively resisting arrest. He caused me 2 lacerations on my arm in which I had to be treated by fireboard. He attempted to pull my firearm out of the holster but was unsuccessful. He then reached for my baton and pulled that out the holster. Officer Dupree #9360 came to my aid and the arrested (Gerald Alan Jordan) had to be sprayed with Oleoresin Capsicum which still didn't gain full compliance by Mr. Jordan. He was eventually placed in custody and the baton was unable to be recovered/located. He was eventually identified as Gerald Alan Jordan via his Maryland Driver's license. I had to be treated immediately by fireboard because I had caught back-spray/contact with the OC when it was deployed. On scene at that point I could not fully see, was in discomfort and it took approximately 35 minutes for me to make a partial recovery. Fireboard checked him out after me and he advised that he did not need to be transported to the hospital. A records check of the vehicle returned information as a suspended registration status. His vehicle was impounded by Tino's Towing. I filled out paperwork pertaining to the incident. Then I went 10-7 because my shift was over and I also was not feeling well after being assaulted, having weapon(s) taken from and catching OC spray.

JA1028



I (Vanderpool #9359) Observed a Black Acura bearing Maryland registration 3CG6742 attempting to pick up a known prostitute at 61st and Eastern avenue in Fairmount Heights. He then made a right turn from 61st onto eastern failing to activate/indicate his right turn signal. I attempted to conduct a traffic stop on vehicle but driver fled and refused to stop. He drove recklessly with no regard speeding down residential streets and nearly striking 2 vehicles. He then lost control of his vehicle and crashed into a fence at 60th avenue and H street in Fairmount Heights. He then fled on foot. He was pursued on foot and the momentum of running made me and the suspect fall to the ground. He was actively fighting me and actively resisting arrest. He caused me 2 lacerations on my arm in which I had to be treated by fireboard. He attempted to pull my firearm out of the holster but was unsuccessful. He then reached for my baton and pulled that out the holster. Officer Dupree #9360 came to my aid and the arrested (Gerald Alan Jordan) had to be sprayed with Oleoresin Capsicum which still didn't gain full compliance by Mr. Jordan. He was eventually placed in custody and the baton was unable to be recovered/located. He was eventually identified as Gerald Alan Jordan via his Maryland Driver's license. I had to be treated immediately by fireboard because I had caught back-spray/contact with the OC when it was deployed. On scene at that point I could not fully see, was in discomfort and it took approximately 35 minutes for me to make a partial recovery. Fireboard checked him out after me and he advised that he did not need to be transported to the hospital. A records check of the vehicle returned information as a suspended registration status. His vehicle was impounded by Tino's Towing. I filled out paperwork pertaining to the incident. Then I went 10-7 because my shift was over and I also was not feeling well after being assaulted, having weapon(s) taken from and catching OC spray.

JA1029



# Extraction Report - Google Android Generic


www.cellebrite.com

## Instant Messages (18)

⚠ * These details are cross-referenced from this device's contacts

| # | Source | From | To | All timestamps | Content | Deleted |
|---|--------|------|----|----------------|---------|---------|
| 1 | IMS Service | +13016584354 | 2407436983<br>Dupree (FHPD)* | Timestamp:<br>10/6/2019 06:57:53<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>The report for that chick. The traffic stop and detention only lasted an hour and she was sent on her way<br><br>**Participants:**<br><br>Participant   Delivered  Read  Played<br><br>2407436983 Dupree (FHPD)<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/cloudmessa gebuffertable.db : 4459627 / 0x440C6B (Table: sms; Size: 4808704 bytes)<br>**Service Identifier:**<br>Status: Unsent<br>**Message Type:**<br>SMS<br>**Folder:**<br>Outbox | |
| 1(1) | Android CallLog database | | 2407436983<br>Dupree (FHPD) | Timestamp:<br>10/6/2019 06:57:54<br>PM(UTC-4) | **Body:**<br>The report for that chick. The traffic stop and de<br><br>**Participants:**<br><br>Participant   Delivered  Read  Played<br><br>2407436983 Dupree (FHPD)<br><br>**Source file:**<br>data/Root/data/com.samsung.android.providers.contacts/databas es/calllog.db-wal : 5655844 / 0x564D24 (Size: 5825712 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS | Yes |
| 2 | IMS Service | 13016584354 | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>10/6/2019 06:57:54<br>PM(UTC-4) | **Direction:**<br>Outgoing<br><br>**Participants:**<br><br>Participant   Delivered  Read  Played<br><br>+12407436983 Dupree (FHPD)<br><br>**Attachments:**<br><br>/storage/emulated/0/Android/d ata/com.samsung.android.me ssaging/files/20190917_17451 4_77305215042433.jpg 20190917_174514_77305215 042433.jpg<br>(Empty File)<br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2843742 / 0x2B645E (Table: message, session; Size: 3084288 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>MMS<br>**Folder:**<br>Sent | |

GOVERNMENT'S
EXHIBIT NO. 12
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA1030

| # | Source | ID | Participant | Timestamp | Details | |
|---|---|---|---|---|---|---|
| 3 | IMS Service | 13016584354 | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>10/6/2019 06:57:54 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>The report for that chick. The traffic stop and detention only lasted an hour and she was sent on her way<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>+12407436983 Dupree (FHPD)<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2844169 / 0x2B6609 (Table: message, session; Size: 3084288 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 3(1) | Android CallLog database | | 2407436983 Dupree (FHPD) | Timestamp:<br>10/6/2019 06:57:55 PM(UTC-4) | **Body:**<br>The report for that chick. The traffic stop and de<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>2407436983 Dupree (FHPD)<br><br>**Source file:**<br>data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 5655617 / 0x564C41 (Size: 5825712 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS | <span style="color:red">Yes</span> |
| 3(2) | | | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>10/6/2019 06:57:55 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>The report for that chick. The traffic stop and detention only lasted an hour and she was sent on her way<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>+12407436983 Dupree (FHPD)<br><br>**Source file:**<br>data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 2094154 / 0x1FF44A (Table: mmssms; Size: 2256896 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |
| 3(3) | | | +12407436983<br>Dupree (FHPD)*<br>+12024913896<br>Tae*<br>2024605871<br>Dad* | Timestamp:<br>10/6/2019 06:57:55 PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>The report for that chick. The traffic stop and detention only lasted an hour and she was sent on her way<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>+12407436983 Dupree (FHPD)<br>+12024913896 Tae<br>2024605871 Dad<br><br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5811659 / 0x58ADCB (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |

JA1031

| 3(4) | | | 2407436983<br>Dupree (FHPD)* | Timestamp:<br>10/6/2019 06:57:55<br>PM(UTC-4) | Direction:<br>Outgoing<br>Body:<br>The report for that chick. The traffic stop and detention only lasted an hour and she was sent on her way<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>2407436983 Dupree (FHPD)<br><br>Source file:<br>data/Root/user_de/0/com.android.providers.telephony/databases /mmssms.db : 9924200 / 0x976E68 (Table: sms; Size: 10813440 bytes)<br>Service Identifier:<br>Status: Sent<br>Message Type:<br>SMS<br>Folder:<br>Sent | |
| 4 | | | 2407436983<br>Dupree (FHPD)* | Timestamp:<br>10/6/2019 06:57:58<br>PM(UTC-4) | Direction:<br>Outgoing<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>2407436983 Dupree (FHPD)<br><br>Attachments:<br>smil.xml<br><br>Resized_20190917_174514_7 7305215042433.jpeg<br><br>Source file:<br>data/Root/user_de/0/com.android.providers.telephony/databases /mmssms.db : 9903559 / 0x971DC7 (Table: pdu, addr, part; Size: 10813440 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/databases /mmssms.db/smil.xml :  (Table: part; Size: 241 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/app_parts/ PART_1570402674982_Resized_20190917_174514_77305215 042433.jpeg :  (Size: 592084 bytes)<br>Service Identifier:<br>Message Type:<br>MMS<br>Folder:<br>Sent | |
| 4(1) | | | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>10/6/2019 06:57:58<br>PM(UTC-4) | Direction:<br>Outgoing<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>+12407436983 Dupree (FHPD)<br><br>Attachments:<br><br>PART_1570402674982_Resiz ed_20190917_174514_77305 215042433.jpeg<br>(Empty File)<br><br>Source file:<br>data/Root/data/com.google.android.gms/databases/icing_mmss ms.db : 2094054 / 0x1FF3E6 (Table: mmssms; Size: 2256896 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/databases /mmssms.db : 9872954 / 0x96A63A (Size: 10813440 bytes)<br>data/Root/user_de/0/com.android.providers.telephony/app_parts/ PART_1570402674982_Resized_20190917_174514_77305215 042433.jpeg :  (Size: 592084 bytes)<br>Service Identifier:<br>Message Type:<br>MMS<br>Folder:<br>Sent | |

JA1032

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | | | +12407436983<br>Dupree (FHPD)*<br>+12024913896<br>Tae*<br>2024605871<br>Dad* | Timestamp:<br>10/6/2019 06:57:58<br>PM(UTC-4) | **Direction:**<br>Outgoing<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>+12024913896 Tae<br><br>2024605871 Dad<br><br>**Attachments:**<br><br>content://mms/part/3573    Resized_20190917_174514_7<br>**(Empty File)**    7305215042433.jpeg<br>                     **(Empty File)**<br><br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5811308 / 0x58AC6C (Table: messages; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>MMS<br>**Folder:**<br>Sent | |
| 6 | IMS Service | +13016584354 | 2407436983<br>Dupree (FHPD)* | Timestamp:<br>10/6/2019 06:59:24<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Traffic stop was at 1122pm....it was coded at 1231am<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>2407436983 Dupree<br>(FHPD)<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4459466 / 0x440BCA (Table: sms; Size: 4808704 bytes)<br>**Service Identifier:**<br>Status: Unsent<br>**Message Type:**<br>SMS<br>**Folder:**<br>Outbox | |
| 6(1) | Android CallLog database | | 2407436983<br>Dupree (FHPD) | Timestamp:<br>10/6/2019 06:59:24<br>PM(UTC-4) | **Body:**<br>Traffic stop was at 1122pm....it was coded at 1231<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>2407436983 Dupree<br>(FHPD)<br><br>**Source file:**<br>data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 5655215 / 0x564AAF (Size: 5825712 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS | **Yes** |
| 7 | IMS Service | 13016584354 | +12407436983<br>Dupree (FHPD)* | Timestamp:<br>10/6/2019 06:59:24<br>PM(UTC-4) | **Direction:**<br>Outgoing<br>**Body:**<br>Traffic stop was at 1122pm....it was coded at 1231am<br><br>**Participants:**<br><br>Participant    Delivered    Read    Played<br><br>+12407436983<br>Dupree (FHPD)<br><br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2844459 / 0x2B672B (Table: message, session; Size: 3084288 bytes)<br>**Service Identifier:**<br>**Message Type:**<br>SMS<br>**Folder:**<br>Sent | |

4

JA1033

| 7(1) | Android CallLog database | | 2407436983 Dupree (FHPD) | **Timestamp:** 10/6/2019 06:59:25 PM(UTC-4) | **Body:** Traffic stop was at 1122pm....it was coded at 1231<br><br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>2407436983 Dupree (FHPD)<br><br>**Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 5654988 / 0x5649CC (Size: 5825712 bytes)<br>**Service Identifier:**<br>**Message Type:** SMS | <span style="color:red">Yes</span> |
| 7(2) | | | +12407436983 Dupree (FHPD)* | **Timestamp:** 10/6/2019 06:59:25 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Traffic stop was at 1122pm....it was coded at 1231am<br><br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>+12407436983 Dupree (FHPD)<br><br>**Source file:** data/Root/data/com.google.android.gms/databases/icing_mmsms.db : 2093928 / 0x1FF368 (Table: mmssms; Size: 2256896 bytes)<br>**Service Identifier:**<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 7(3) | | | +12407436983 Dupree (FHPD)*<br>+12024913896 Tae*<br>2024605871 Dad* | **Timestamp:** 10/6/2019 06:59:25 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Traffic stop was at 1122pm....it was coded at 1231am<br><br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>+12407436983 Dupree (FHPD)<br>+12024913896 Tae<br>2024605871 Dad<br><br>**Source file:** data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5811162 / 0x58ABDA (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1536716 / 0x1772CC (Table: recipients; Size: 5236552 bytes)<br>**Service Identifier:**<br>**Message Type:** SMS<br>**Folder:** Sent | |
| 7(4) | | | 2407436983 Dupree (FHPD)* | **Timestamp:** 10/6/2019 06:59:25 PM(UTC-4) | **Direction:** Outgoing<br>**Body:** Traffic stop was at 1122pm....it was coded at 1231am<br><br>**Participants:**<br><br>Participant / Delivered / Read / Played<br>2407436983 Dupree (FHPD)<br><br>**Source file:** data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9924044 / 0x976DCC (Table: sms; Size: 10813440 bytes)<br>**Service Identifier:**<br>Status: Sent<br>**Message Type:** SMS<br>**Folder:** Sent | |

JA1034



## Narrative

On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue and Sheriff road when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone while speeding in a posted 40mph zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing. She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her, bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. She was placed in handcuffs to restrain her. She then began to banging her head on the exterior of her car really hard while calling herself stupid. She did this several times. She was issued the appropriate traffic citations as well as a Criminal Citation (#092002253965) for Disorderly Conduct. The registered owner picked up the vehicle and Ms. Stewart was released and sent on her way. All events occurred in Prince George's County Maryland.

Integrity Verified | Document ready... | Document is Checked Out by Vanderpool, Marlque

Current User: Vanderpool, Marlque

Connected



## Narrative

On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue and Sheriff road when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone while speeding in a posted 40mph zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing. She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her, bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. She was placed in handcuffs to restrain her. She then began to banging her head on the exterior of her car really hard while calling herself stupid. She did this several times. She was issued the appropriate traffic citations as well as a Criminal Citation (#092002253965) for Disorderly Conduct. The registered owner picked up the vehicle and Ms. Stewart was released and sent on her way. All events occurred in Prince George's County Maryland.

Integrity Verified   Document ready...   Document is Checked Out by Vanderpool, Marrique

Current User: Vanderpool, Marrique

Connected

# Town of Fairmount Heights Police Department
## 6100 Jost Street
## Fairmount Heights, Maryland 20743



*Stephen R. Watkins*
*Chief of Police*
*301-883-9472*
chief@fairmountheightsmd.gov

September 17, 2019

Chief Henry Stawinski III
Prince George's County Police Department
7600 Barlowe Rd.
Palmer Park, Maryland

Dear Chief Stawinski,

I'm requesting your department's help in an internal matter that I believe is serious and detrimental to this agency. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

The officer I suspect of being involved is Martique Vanderpool, ID 9354. ████████████████████████████ As I am a very small agency, I would like approval for your (overworked) Internal Affairs unit to conduct the investigation to confirm or refute these allegations. Thank you in advance for any assistance you may be able to provide.

Sincerely,

Stephen R. Watkins
Chief of Police



www.fairmountheightsmd.gov

GOVERNMENT'S
EXHIBIT NO. 13
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0099159

JA1037



# FAIRMOUNT HEIGHTS POLICE DEPARTMENT

GENERAL ORDER                                    NO.: 2 - 2

SUBJECT:  **THE OATH OF OFFICE**

CALEA STANDARDS:  1.1.1

**NEW** REVISED RESCINDS                         APPROVED:_____

                                                 STEPHEN R. WATKINS

EFFECTIVE: May 1, 2015                           CHIEF OF POLICE

---

**ADMINISTRATION OF POLICE OFFICER'S OATH OF OFFICE**

I.      All personnel, prior to assuming sworn status, will take and subsequently abide by an oath of office to enforce the law and uphold the Constitution of the United States of America, and the charter and ordinances of Fairmount Heights, and Prince George's County, Maryland.

II.     The aforementioned oath of office is administered by the Secretary of the Fairmount Heights Commission who is authorized to administer the oath.

III.    All sworn personnel, upon appointment, will take the following Fairmount Heights Oath of Office:

        I, _____ do solemnly promise and declare, that I will support the Constitution of the United States; that I will be faithful and bear true allegiance to the State of Maryland, and support the Constitution and laws thereof; and that I will, to the best of my skill and judgment, diligently and faithfully, without partiality or prejudice, execute the office of Police Officer for Fairmount Heights, according to the Constitution and laws of the State.

---

GOVERNMENT'S
EXHIBIT NO. 14
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0008064

JA1038



# FAIRMOUNT HEIGHTS POLICE DEPARTMENT

GENERAL ORDER                                      No. 5 - 8

SUBJECT: **MOBILE VIDEO RECORDING**

CALEA STANDARDS: 41.3.8-a-b-c, 83.2.2, 83.2.4-d, 83.2.5
                            84.1.1-a thru g, 84.1.2

ISSUANCE:   **NEW** REVISED RESCINDS

APPROVED:_____

STEPHEN R. WATKINS

EFFECTIVE: MARCH 1, 2015                  CHIEF OF POLICE

## I. POLICY

It is the policy of the Fairmount Heights Police Department to use audio and video recording equipment for the purpose of collecting evidence which can be used in the prosecution of those who violate the law, enhance officer safety and review situations which result in personnel complaints.

For the purposes of this order, audio video recording equipment is defined as any recorder that uses a standard audio-video recording format and generally refers to body cameras, microphones and equipment for recording, storing and transmitting images and data. It is the policy of this department that audio-video recording equipment is to be worn by all uniformed members of the Department and that the recording equipment is automatically activated at any time the officer is in contact with a citizen or engaged in other law enforcement duties.

## II. PROCEDURES

A.  Officers shall utilize only department issued audio-video recording equipment and for law enforcement purposes.

B.  DVD's or other digital media provided by the department for evidentiary purposes will not be utilized for any purpose contrary to this policy.

C.  Audio-video recording equipment worn by police officers shall be utilized to record all traffic stops.

GOVERNMENT'S
EXHIBIT NO. 15
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0008065

JA1039

D. Audio-video recording equipment worn by police officers shall be utilized to record citizen contacts.

E. In accordance with Maryland law, officers shall advise all persons stopped for traffic or other violations and citizen contacts that they are being audio and video recorded.

F. Officers shall, when they initially approach the violator, state clearly "I am Officer (your name). This traffic stop is being audio and video recorded ".

G. During traffic stops, officers will be required to activate the wireless microphone at all times when the recording equipment is in operation and the officer is in contact with the violator.

H. Officers may activate the audio-video recording equipment for safety reasons during citizen contacts or for potential evidentiary reasons. Officers shall advise the citizen that the encounter is being recorded.

I. Officers shall not turn off the audio-video recording equipment during a traffic stop, during a pursuit, or during any other time in which the vehicle's emergency equipment is activated. The only exception is if the police vehicle is parked and stationary while the officer is engaged in traffic control.

J. Officers shall not erase or re-use departmental audio-video DVD's or other Departmental issued media.

K. Officers shall monitor the time expired on the recording equipment and, prior to the tape reaching its end or DVD reaching its capacity, notify a supervisor to have the video tape or DVD changed.

L. Audio-video tapes or DVD's shall only be removed from the recording equipment by a supervisor.

M. Audio-video recording tapes and DVD's shall be reviewed by supervisors periodically to ensure conformance with this directive and others, officer safety issues, and for training purposes.

US0008066

JA1040

N. All audio-video tapes and DVD's shall be clearly marked at the time of issuance with the officer's name/ID, unit number, date and time installed and when removed, the date and time of removal.

O. Audio-video tapes that are not held as evidence shall be securely stored in a locked cabinet and may be re-issued 6 months after being removed from a vehicle.

P. DVD's that are not being held as evidence shall be securely stored in a locked cabinet and shall not be re-issued.

Q. Audio-video tapes and DVD's that are removed and held as evidence shall be processed and secured in the evidence locker as any other piece of evidence.

## III. RESPONSIBILITIES

A. All operators/users of audio-video recording equipment shall ensure proper care of the equipment as dictated by the manufacturer's instructions and training provided.

B. Officers shall ensure there is a fresh, charged battery in the wireless microphone at the start of each shift. A supply of the proper size batteries is available at all times.

C. Officers shall make sure the audio-video recording unit is turned on, properly functioning and ample space is available for recording at the beginning of each shift. Officers shall report any malfunction of the equipment immediately to their supervisor.

## IV. RESPONSIBILITIES OF SUPERVISORY PERSONNEL

A. Supervisors will periodically check the audio-video recording equipment installed in the police vehicles to ensure they are functioning properly.

B. Supervisors will remove and replace audio-video tapes and DVD's that are nearing the limits of recording capacity. Audio-video tapes that will not be kept as evidence shall be rewound and secured for later re-issue after 6 months. DVD's will be stored indefinitely but not be re-issued.

US0008067

JA1041

C. Supervisors will submit any audio-video tape or DVD that is evidence into the temporary evidence locker with the accompanying evidence forms.

D. Supervisors will report any malfunctioning of the equipment to the Chief of Police who will make necessary arrangements to have the equipment serviced, repaired or replaced.

## V. REQUESTS FOR COPIES OF AUDIO-VIDEO TAPES OR DVD's

Audio-video tapes and/or DVD's will not be made available for public viewing.

A. All requests for copies of recorded audio-video tapes/DVD from other law enforcement agencies or individuals with specific interests will be directed to the Chief of Police.

B. Copies of recorded material for other law enforcement agencies will be made on tapes/DVD provided by the requesting agency.

C. Copies of audio-video tapes or DVD's by individuals or the private sector will be granted on a case-by-case basis. No material will be released until it has been reviewed by the Chief of Police and it has been determined that the image or images or audio is not currently of evidentiary value.

D. Tapes or DVD's that are not evidence will only record the specific incident or time frame specified by the requestor. There is a $25 fee required for copying this material payable to the Fairmount Heights Police Department. Pre-viewing by the requestor is not possible prior to payment of the associated fee.

E. When an officer is notified of an impending court case in which an audio-video tape/DVD is evidence, shall, as soon as possible, notify the Chief of Police or Lieutenant so the item can be retrieved from the evidence vault. If the evidence will only be screened by the prosecutor for possible use, a copy of the incident or the time frame will be recorded and provided. This ensures the original tape/DVD is intact and remains in the evidence vault until its use is required in court.

F. Upon receipt of a Motion for Discovery, authorized by a proper judicial authority ordering a copy of the recording, the department will comply with the court order by producing a copy of the audio-video tape or DVD. However, the copy will reflect only the incident or time frame in question. There will be no charge for court ordered or State's Attorney's copies of tapes/DVD's.

US0008068

JA1042

US0008069

JA1043



# FAIRMOUNT HEIGHTS POLICE DEPARTMENT

GENERAL ORDER                                        No. 5 - 12

SUBJECT: **INCIDENT REPORTING**

CALEA STANDARDS: 82.1.5, 82.2.1-a-b-c-d-e, 82.2.2-a-b-c-d-e,
82.2.3, 82.2.4, 82.2.5

ISSUANCE:   **NEW** REVISED RESCINDS

APPROVED:_____

STEPHEN R. WATKINS

EFFECTIVE: MAY 1, 2015                    CHIEF OF POLICE

## I.   POLICY

A.  Written police reports and documentation concerning police activities are essential in meeting the management, operational, informational, and budgetary need of the Fairmount Heights Police Department.  Officers of the Department must be aware of and properly complete all required reports and paperwork as prescribed.  This General Order establishes procedures concerning how police information is to be received, recorded, and documented.

B.  In accordance with the Fairmount Heights Police Department's Memorandum of Understanding with the PGPD, and the Field Report Manual, a report shall be written for every verified event except those indicated by an asterisk (*) on the Event Code Classification located on the back of the issued PGC Map Book.

C.  Officers of this Department will initiate a Fairmount Heights Incident Report on all dispatched calls or events discovered on patrol in accordance with this General Order.

## II.   PROCEDURES

A.  Required Reporting

1.  Reporting is required of every incident listed below that is alleged to have occurred in the Fairmount Heights limits.

1
GOVERNMENT'S
EXHIBIT NO. 16
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0008370

JA1044

2. As per existing Fairmount Heights policy, if a citizen calls the station reporting a "true emergency," in Fairmount Heights, the call taker will take the necessary information to handle the call immediately by dispatching an officer or taking whatever action is necessary. Communications will be notified of the nature and location of the incident and the unit(s) responding.

3. If a citizen calls the station to report an emergency outside the Town, he/she will be asked to immediately call 9-1-1, since the 9-1-1 lines are enhanced with caller I.D. and location I.D. and the 9-1-1 center call-takers can keep the caller on the line until the police arrive.

   If a caller refuses to call 9-1-1, or cannot call 9-1-1 for whatever reason, even after Fairmount Heights personnel have requested the caller to do so, and it appears that the caller has a true emergency, station personnel will keep the caller on the line while 9-1-1 is called by other station personnel and information relayed to the 9-1-1 call-taker.

4. If a caller blurts-out an address and hangs-up on station personnel before a referral can be made to 9-1-1, the phone number will be immediately and forwarded to the dispatcher.

5. If a citizen calls the station with a non-emergency report of a crime/incident, information will be obtained from the caller and an officer dispatched to the scene.

6. If an officer who has been dispatched to a citizen report of a Part I or a serious Part II offense verifies that such offense occurred, a report shall be completed and submitted by the officer in accordance with the PGPD field Report Manual.

7. If a citizen calls the station to complain about a situation or occurrence, station personnel will document the complaint accordingly using the most appropriate means, which may include, and may not be limited to:

   a. Dispatching or having an officer to the scene of the occurrence;

   b. Completing an Inter-Office Memorandum documenting the citizen's complaint or concern;

2

G.O. 5-12

US0008371

JA1045

c.   Completing a DPW Work Order form for work to be completed by them.

8.  When an officer is dispatched or assigned to investigate an incident, an entry will be made in the Shift Log.

9.  If a citizen requests that his/her dwelling be checked by police during the time the citizen is away, a House Check Form will be initiated by the call-taker.  Refer to General Order 5-45 House Checks for further details.

10. Criminal and non-criminal cases initiated by Department employees will be reported/recorded on appropriate forms, which may be electronic and include:

    a.   Event Reports or other official reports used during the normal course of police duties to document a criminal or non-criminal incident;

    b.   Supplement Reports to document and describe any follow-up investigation done on a particular case by an officer;

    c.   Criminal/Civil Citations will be used as official charging documents to document and charge adults and/or juveniles with alleged criminal and civil violations when the penalty does not exceed a fine of $500 and/or the period of incarceration is less than 90 days.

    d.   A.C.R.S. Reports for traffic accidents based upon criteria set forth in this General Order Manual.

    e.   Fairmount Heights DPW Work Order Forms to document a hazardous condition needing the attention of Public Works personnel.

11. If an adult is arrested pursuant to a criminal Arrest Warrant, criminal Bench Warrant, or pursuant to the "Laws of Arrest" and a Statement of Charges is completed by the arresting officer, the following report(s) is/are required:

    a.   Arrest Warrant requires an Arrest Report, Supplement report if original report has already been written.

    b.   Criminal Bench Warrant requires the same processing.

3

G.O. 5-12

US0008372

JA1046

c. Statement of Charges by the arresting officer requires the same processing.

d. Traffic Bench Warrant requires no Arrest Report but the arresting officer must complete the "Return of Service" area of the warrant to certify service. A photocopy of this document must be made for the station files and the officer must initiate a Fairmount Heights Incident Report to document the arrest.

e. If a defendant is served with a District Court Criminal Summons (DCS), the serving officer must complete the "Warrant/DCS Control Sheet," and write and PGPD Supplement Report, which will document the service. The serving officer will also complete the "Return of Service" (*cepi)* area of the DCS and its District Court cover sheet to be forwarded to the District Court Commissioner's Office.

## III.    FIELD REPORTS

A. Officers will utilize the following reports and shall complete them pursuant to the provisions and procedures listed in the PGPD Field Report Manual, A.C.R.S. Manual, Citation Manual, and the FHPD General Order Manual.

1. A.C.R.S. Report (MSP)

2. Arrest Report (PGPD)

3. Event Report (PGPD format)

4. Missing Person/Runaway Report (MSP)

5. Vehicle Report (FHPD)

6. Continuation Report (FHPD)

7. Supplement Report (FHPD)

8. Driving While Intoxicated Arrest Report (PGPD)

9. State's Attorney's Witness Information Report (PGPD)

4

G.O. 5-12

US0008373

JA1047

10. State's Attorney's Evidence Information Report (PGPD)

11. Incident Report (FHPD)

12. Vehicle Impound Report (FHPD)

13. Hit and Run Follow-Up Report (FHPD)

14. Request For Latent Evidence Exam (PGPD)

15. Advice of Rights Form (PGPD)

16. Ride-Along Application (FHPD)

17. Use of Force Report (FHPD)

B. Report/Incident Case Numbers

1. Each PGPD case/incident will be assigned a CCN via the computer system that runs sequentially from the start of the calendar year and each number will be unique. All Fairmount Heights incident reports will be assigned a County Incident number using the calendar year and the Julian calendar day/date.

2. These numbering systems ensure that no two incidents will be assigned identical numbers.

3. The Police clerk will maintain a computerized Police Incident Report Log which identifies those incidents for which a police report was written.

C. Completion of Reports

1. Unless a particular area or section of a report is not applicable, all areas of reports will be completed by reporting officers.

2. Reporting officers will fill in completely those spaces on the report form that are applicable to the event/incident being reported.

5

G.O. 5-12

US0008374

**JA1048**

3. Report narratives will be accurate and will describe exactly what happened, if known to the writer.

4. Officers will not state personal opinions in their reports, but may state how they reasonably believe, based on available facts and circumstances, how a crime was committed or an accident occurred.

D. Submission of Reports

Generally, officers shall complete their reports prior to the end of their tour of duty and place them in the designated report box for supervisory approval.

1. All PGPD Reports, those with a CCN, will be completed and submitted in their entirety prior to the reporting officer's day off.

2. Fairmount Heights Incident Reports may be held until the officer's next tour of duty.

E. Supervisory Approval of Reports

1. The supervisor will review completed reports to determine that the preliminary investigation is satisfactory and that the narrative is clear and all-inclusive.

2. The supervisor will also review for legibility, correctness, and adherence to the Field Report Manual and Fairmount Heights General Orders.

3. The supervisor will indicate his review and approval by signing his name on the report to indicate approval; entering the date in the area provided at the bottom of the report; and checking the CCN to ensure correctness.

4. All incomplete, illegible, inaccurate or otherwise unacceptable reports will be returned to the officer who wrote them for revisions, corrections, etc.

5. Using the Shift Activity Log, the supervisor will ensure that all required reports are submitted.

6

G.O. 5-12

US0008375

JA1049

F. Follow-up Reports

Follow-up reports will be turned in to the supervisor for review and approval within ten (10) days from the date assigned.

G. Distribution of Reports

1. All reports with a PGPD CCN will be routed to the District Station by the supervisor, via inter-office mail or electronically for distribution to the appropriate section for follow-up. Reports routed to specialized units by the supervisor will be properly noted in accordance with the PGPD Field Report Manual; e.g. Auto Theft Report: the investigator's copy will be tagged to be forwarded to the PGPD Auto Theft Unit.

2. The supervisor, on a case-by-case basis, will distribute reports to outside agencies, FBI, Secrete Service, BATFE, etc. for cases that fall within the outside agencies jurisdiction and/or control. Requests from any law enforcement agency for copies of official police reports will be honored.

US0008376

JA1050

# FAIRMOUNT HEIGHTS POLICE DEPARTMENT



GENERAL ORDER                                   No. 5 - 14

SUBJECT: **TRAFFIC LAW ENFORCEMENT**

CALEA STANDARDS:    1.2.11.3.1, 44.2.1-b-c, 44.2.2-d-e, 61.1.2-a-b-c-e,
61.1.4-a-b-c-d, 61.1.5-b-c-d-e-f-g-h-i-j-l, 61.1.8,
61.1.12, 61.4.3-a-b, 82.2.1-a-b-c, 82.2.5, 82.3.1,
82.3.3-b, 82.3.4-a-b-c, 82.3.5

ISSUANCE:   **<u>NEW</u>** REVISED RESCINDS

APPROVED:_____

STEPHEN R. WATKINS

EFFECTIVE: MAY 1, 2015                    CHIEF OF POLICE

I.    **POLICY**

   A.  Traffic law enforcement involves police activities which relate to observing,
       detecting, and preventing traffic law violations and taking the appropriate action
       under the circumstances.  One goal of traffic law enforcement is to facilitate the safe
       and expeditious flow of vehicular and pedestrian traffic through the public's
       voluntary compliance with traffic regulations.

   B.  Enforcement action involves not only citations and physical arrests, but also includes
       an officer's discretionary and judicious use of verbal and/or written earnings to
       traffic violators that may help prevent the commission or repetition of minor
       violations.

   C.  Overzealous traffic law enforcement without considerations for the violator's
       familiarity with the specific legal requirements of a traffic law or without regard for
       the specific circumstances, degree, or severity of the violation fosters unnecessary
       and counterproductive disrespect for the legal system.  Such overzealous traffic law
       enforcement strains the relationship between the Department and the community.
       Traffic law enforcement must not be punitive, person, or simply a source of revenue.
       Traffic law enforcement should be viewed as an educational means towards a
       reduction in traffic accidents.  The ultimate goal of traffic law enforcement is the
       prevention of traffic law violations, the favorable altering of a violator's future
       driving habits, and the resultant reduction of traffic accidents.

G.O. 5-14

1

GOVERNMENT'S
EXHIBIT NO. 17
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0008379

JA1051

II.    **PROCEDURES**

A.  **Warnings** may be verbally issued to a violator whenever a traffic or parking violation has been committed. A warning by its nature, is intended to educate the violator and not be punitive, and when properly issued, can be more effective than any other type of enforcement action.

B.  When processing an abandoned vehicle, one copy of a Warning Notice will be affixed to the vehicle along with an Abandoned Auto Sticker.

   An exception to this policy would be in the event a stolen check reveals the abandoned vehicle to be stolen, or if the officer has the vehicle towed for a parking violation.

C.  A verbal warning may be issued to a violator either in lieu of, or in addition to, the placing of formal charges by way of a traffic citation.

D.  **Traffic Citations** should be issued to violators who jeopardize the safe and efficient flow of traffic including hazardous moving violations or operating unsafe and/or improperly equipped vehicles.

   1.  The Maryland Uniform Complaint and Citation or "E-Ticket" shall be issued to a violator under the authority of the Maryland Transportation Article, Section 26-201.

   2.  When a motorist, bicyclist, or pedestrian (adult or juvenile) is issued a traffic citation, the issuing officer will indicate only one charge or offense on the citation, either by circling the appropriate one or by writing the appropriate charge in the space provided.

   3.  Officers will not assign court dates, as these are set by the Maryland Automated Traffic System's computer in Annapolis.

   4.  Unless the recipient does not want the citation explained since it is an official charging document, and because the person charged has a right to know specifically what he/she is charged with, issuing officers will provide information about the citation, including, but not limited to:

2

G.O. 5-14

US0008380

JA1052

a. Whether the violation is a "Must Appear"

b. Whether, and how, the recipient can pay the fine in person or by mail, or request a court date to enter a plea.

5. To comply with the provisions of the Maryland Transportation Article, Section 26-203, issuing officers will request the recipient to sign the citation.

6. Providing officer safety is not compromised, and the flow of traffic is not unnecessarily impeded, officers should try to answer any questions about the citation or violation that the recipient has, especially those regarding the number of points, if any, that will be assessed by the M.V.A. upon payment or conviction.

7. Issuing officers will not deviate from the District Court Fine Schedule or pre-set fines.

8. If there are witnesses to an offense for which a motorist is issued a citation, the issuing officer must check the "Witness" block on the front of the citation to alert the District Court to the fact that witnesses need to be mailed summonses to appear.

9. Traffic citations issued to juveniles that charge violations for which any of the penalties are incarceration if committed by adults, will be marked with the word **"Juvenile"** on the face of the citation to alert transmittal personnel to forward the citation to the Department of Juvenile Services.

   Traffic citations issued to juveniles that do not charge incarceration offenses if committed by adults, will be forwarded to the District Court.

10. Non-residents should be treated no differently than residents regarding the receiving of a warning versus a citation versus being physically arrested.

11. Maryland Legislators may be issued traffic citations for offenses committed while they are enroute to, and returning from, legislative sessions.

12. Military personnel, for the purposes of this General Order, includes members of the armed forces, i.e., Army, Navy, Air Force, Marines, Coast Guard, National Guard, and reservists who are on active duty.

3

G.O. 5-14

US0008381

JA1053

a. Military personnel are exempt from certain licensing and registration requirements under TA 16-102 through 115, and TA 13-402.1.

b. Members of the military may be issued citations, and notification of the Liaison Officer at the Armed Forces Headquarters Division is at the officer's discretion.

c. If a member of the military is injured to the extent that hospitalization is required or killed, the Liaison Officer should be notified by the investigating officer.

E. **Physical arrests for traffic violations** will be made in accordance with the provisions of TA 26-202, "Power of Arrest."

Officers making physical arrests for traffic violations will use only the force necessary to accomplish lawful objectives, and arrests shall be made in the same manner as, and without more force than in misdemeanor cases.

F. In general, a police officer may arrest a person without a warrant for a violation of the Maryland Vehicle Law. This includes any rule or regulation adopted under the vehicle law or for a violation of any traffic law or ordinance of any local authority of this State, if:

1. The person has committed or is committing the violation within the view or presence of the officer, and the violation is any of the following:

   a. A violation of Title 21-1411 or Title 22-409 of the Transportation Article relating to vehicles transporting hazardous material; or,

   b. A violation of Title 24-111 or Title 24-111.1 of the TA relating to the failure or refusal to submit a vehicle to a weighing or to remove excess weight from it.

2. The person has committed or is committing the violation within the view or presence of the officer, and either:
   a. The person does not furnish satisfactory evidence of identity; or,

   b. The officer has reasonable grounds to believe that the person will disregard a traffic citation.

4

G.O. 5-14

US0008382

JA1054

3. The officer has probable cause to believe that the person has committed the violation and the violation is any of the following:

   a. Driving or attempting to drive while intoxicated, while under the influence of alcohol, or in violation of an alcohol restriction;

   b. Driving or attempting to drive while under the influence of any drug, any combination of drugs, or any combination of drugs and alcohol or while under the influence of any controlled dangerous substance;

   c. Failure to stop, give information, or render reasonable assistance as required by TA 20-102 and TA 20-104 in the event of an accident resulting in bodily injury to or death of any person;

   d. Driving or attempting to drive a motor vehicle while the driver's license or privilege to drive is suspended or revoked;

   e. Failure to stop or give information as required by TA 20-103 through TA 20-105, in the event of an accident resulting in damage to a vehicle or property;

   f. Any offense that caused or contributed to an accident resulting in bodily injury to or death of any person;

   g. Fleeing or attempting to elude a police officer.

4. The person is a non-resident and the officer has probable cause to believe that the person has committed the violation and it contributed to an accident.

5. The officer has probable cause to believe that the person has committed the violation, and, subject to the procedures set forth in TA 26-203, the person is issued a traffic citation and refuses to acknowledge its receipt by signature.

G. An adult physically arrested for a traffic offense shall be taken without delay before a Court Commissioner, unless the arresting officer, in his/her discretion, releases the individual upon the individual's written promise to appear for trial.

When a physical arrest is made and the violator is taken before the Court Commissioner, the traffic citation(s) issued to the violator must be accompanied by a

5

G.O. 5-14

US0008383

completed "Statement of Probable Cause – Arrest on Traffic/Natural Resources Citations," (District Court Form DC/CR4), for presentation to the Commissioner.

H.  A juvenile may be taken into custody for a traffic offense; however, he/she will not be transported to the Court Commissioner.

1.  Juveniles will be transported to a processing facility and their parent/guardian contacted and advised of the circumstances under which the juvenile was taken into custody.

2.  If a juvenile's parent/guardian refuses to accept custody, the arresting officer will notify the Department of Juvenile Services during business hours or contact police communications and have them page the on-call Intake Officer after business hours.

I.  When a traffic-related physical arrest is made involving a member of the military, the arresting officer should notify the Liaison Officer of the nearest Armed Forces Investigative Headquarters Division.  This does not apply to the issuance of a traffic citation that did not result in a physical arrest.

## III.  TRAFFIC CITATION ACCOUNTABILITY

A.  To ensure security and accountability, State Traffic Citation Books and parking citation books will be securely stored in a locked cabinet in the evidence room. The Chief and the Sergeant will have keys to the cabinet.

B.  To maintain security of all issued citations, before the end of the issuing officer's tour of duty, he/she will turn in all citations issued during that tour of duty.  The citations will be placed in the mailbox marked "citations" located in the Report Room.

C.  Station personnel will administratively process hand written issued citations by:
1.  Entering the information on the citation into the Citation Master Index.

2.  Listing all issued citation on a District Court Citation Transmittal Sheet and submitting the sheet and the citations to the District Court.

6

G.O. 5-14

US0008384

JA1056

3. Filing the "Station Copy" of the citation in station files located in the Operations Area.

D. After a traffic citation is adjudicated or otherwise disposed of, the Maryland District Court Traffic System will send the Police Department a computer printout listing disposition information.

   1. Station personnel will enter the dispositions into the Citation Master Index.

   2. A copy of the printout will be maintained in the station files cabinet.

E. Lost or stolen citations will be entered into the Citation Master Index in the same manner as if they had been issued.

   1. Since the Maryland Uniform Complaint and Citation is a formal charging document, an Event Report will be written by the Officer from whom the citations were stolen/lost for documentation purposes.

   2. The supervisor will then forward a copy of the report, along with a letter to the Motor Vehicle Administration advising of the loss or theft.

F. There are 2 types of "voids" – one that can be handled administratively in cooperation with the State's Attorney's Office, and one that must be handled in open court.

   1. If an officer makes an error while writing a citation and the #5 copy has been given to the violator, the citation must follow normal procedures and be disposed of in open court.

   2. If an officer makes an error while writing a citation and the #5 copy has not been given to the violator, this citation may be "administratively voided" by turning in all copies and forwarding a Memorandum to the State's Attorney's Office with an explanation for the issuance and voidance of the citation. The supervisor or in his absence, the Chief of Police, will endorse the memorandum.

   3. A second copy of the memorandum will be attached to the citation transmittal form and forwarded to the District Court.

7

US0008385

JA1057

**IV.    SUSPENDED/REVOKED DRIVERS**

A.  A driver whose license or privilege is found to be suspended or revoked may, in the officer's discretion, be issued a citation or be physically arrested.

B.  Officers should consider the driver's overall driving record and nature of the suspension or revocation, i.e., FTA, points, etc., in deciding the appropriateness of the citation in lieu of making an arrest.

C.  A driver may be arrested, pursuant to TA 26-202, if he/she is driving or attempting to drive a motor vehicle while their license or privilege is suspended or revoked.

1.  In the event the M.V.A. computer is out of service and/or the violator's exact license status cannot be determined, the violator could be cited for a violation of TA 16-112, charging him/her with failing to possess/display his/her license upon demand (providing they did not in fact produce it).

2.  If everything else appears to be in order, the violator should be released and the officer should attempt to determine the violator's correct status at a later time.

3.  If during the course of the officer's follow-up investigation, it is determined that the violator's license is suspended/revoked, the officer has options to consider:

a.  Locate the violator and have him/her respond to the station and issue a citation for suspended/revoked, or

b.  Respond to the Commissioner's Office to apply for a charging document.

**V.    SPEED ENFORCEMENT**

Excessive speed is one of the leading causes of traffic accidents that result in fatalities and cause serious injuries.  The Department is particularly concerned with motorists who willfully disobey the laws pertaining to speed limits; therefore, it will be a priority of the Department to aggressively enforce violations of speed limits in the Town. Officers enforcing speed violations should consider these, among other factors:

8

US0008386

JA1058

A. How much over the posted speed limit was the vehicle traveling?  As a general guideline, vehicles should be stopped for traveling more than 10 mph above the speed limit on Addison Road.

B. Was the vehicle speeding through a residential area?

C. The adequacy of speed limit signs in the area where the violation was committed;

D. The degree of hazard caused by the violation; (negligence vs. recklessness)

E. Did the violation cause or contribute to an accident?

F. Is the area in which the vehicle was speeding an area that was targeted for selective enforcement because of citizen requests for extra enforcement, previous accident history, etc.?

## VI.  RECOMMENDING DRIVERS TO MVA FOR RE-EXAMINATION

A. During the course of patrol, accident investigation, or other activities in which officers are engaged, officers will look for motorists whose driving behavior leads the officer to reasonably believe that the motorist is incapable of operating a vehicle in a state, reasonable, and ordinary manner because of incompetency, physical or mental disability, disease, or other conditions.

B. The following procedures will be used when an officer discovers such a driver and wishes to request that the MVA re-examine the driver's abilities to operate a vehicle safely.

1. An MVA "Request for Re-Examination" form will be completed in detail by the officer, pursuant to TA 16-207.

2. The officer must be specific as to what actions of the driver led the officer to the impression that there was a need for re-examination.

3. When completed, the form will be signed by the officer and submitted with the officer's citations before the end of the officer's tour of duty, and then signed by the Chief of Police.

9

G.O. 5-14

US0008387

**JA1059**

4. If citations were issued and/or an accident or other report was written in conjunction with the completion of the form, photocopies will be attached to assist the MVA.

5. The information that is contained in the Request for Re-Examination of Driver form will be entered into the Master Name Index.

VII. **PEDESTRIAN AND BICYCLE VIOLATIONS**

A. In conjunction with enforcement efforts, the Department will make available to citizens, literature, pamphlets, books, and hand-outs to educate the community and to try to achieve voluntary compliance with those laws and ordinances pertaining to pedestrians and bicyclists.

B. By law, pedestrians (TA 21-501) and bicyclists (TA 21-1202), must obey the traffic laws. When deciding the proper level of enforcement, Warning versus Citation, officers will adhere to the following policy:

1. In the officer's best judgment and discretion, pedestrian and bicycle traffic violator's should be issued warnings, verbal and written, unless their behavior was flagrant or they exhibited a willful disregard for their safety and/or that of others.

2. If the violation was flagrant or repeated, the officer should consider issuing a traffic citation appropriately charging the violator.

C. The Prince George's County Code applies in Fairmount Heights and requires children 16 years of age or younger to wear a bicycle helmet while riding or being carried on a bicycle, including bicycles with "training wheels."

D. Parents/guardians must not knowingly permit their children to ride a bicycle without a helmet approved by the Snell Memorial foundation or the American National Standards Institute.

1. The law applies to bicycles ridden on public streets, rights-of-ways, and bicycle paths.

10

G.O. 5-14

US0008388

**JA1060**

2. A fine for a violation of the Code may be waived for a first violation if proof is shown that a bicycle helmet has been obtained since the violation was issued. The fine might not be waived for a second or subsequent offense.

E. The Police Department will assist Town residents in registering their bikes.

## VIII. OFF-ROAD VEHICLE VIOLATIONS

Traffic enforcement of Off-Road Vehicles, including Dirt Bikes, Snowmobiles and Mopeds will be handled as follows:

A. An officer observing an off-road vehicle that cannot be legally operated on the public roadways in violation of the law shall take appropriate enforcement action: verbal/written warning, and/or traffic citation.

B. Enforcement action should be such that it ensures compliance with vehicle registration laws and other applicable laws concerning the operation of off-road vehicles on publicly-owned trails, parks, or property.

C. Officers will use the Maryland Uniform Complaint and Citation to charge a violation of the traffic laws pertaining to the operation of bicycles.

D. Officers may use the Criminal/Civil Citation to charge violations of Article 27, section 578, pertaining to the operation of off-road vehicles on private property, or may make a physical arrest if the violation is committed in their presence or view.

## IX. ENFORCEMENT OF VEHICLE EQUIPMENT VIOLATIONS

Officers may enforce vehicle equipment violations by way of a Safety Equipment Repair Order or traffic citation.

A. If the vehicle the officer intends to cite has equipment or a lack thereof, which tends to seriously hamper the safe operation of the vehicle, the officer should consider having it towed in accordance with Department towing and impound policies.

B. To comply with the provisions of TA 23-105, officers shall stop the driver of any vehicle registered in Maryland that apparently does not meet the requirements of

11

G.O. 5-14

US0008389

JA1061

Title 23 of the TA, or those established in TA 24-106.1(e), and issue the driver a Safety Equipment Repair Order.

**X.  PUBLIC CARRIER/COMMERCIAL VEHICLE VIOLATIONS**

A.  When taking enforcement action against the operator of a bus, tractor-trailer, and/or other commercial vehicles, the officer must remember that these vehicles are for the most part over-sized, and require more room than a standard-sized vehicle, and also require a special license, considerable training, and more skill to operate and maneuver safely.  Officers should consider:

  1.  The nature and severity of the violation committed,

  2.  Whether disobedience to a sign that prohibited commercial vehicles or buses was willful or inadvertent,

  3.  Whether the vehicle was operated in a reckless manner, and

  4.  Requests for enforcement from citizens or others about the vehicles.

B.  Commercial Vehicle Inspectors are available both on-duty and for call-out purposes. Officers should use the following guidelines when deciding whether to call for an on-duty Truck Inspector:

  1.  A truck or bus is involved in a serious accident;

  2.  A truck or bus appears to be unsafe to the degree that it should be placed out of service;

  3.  A truck or bus is involved in an accident where a mechanical defect appears to have caused/contributed to the accident;

  4.  A truck or bus driver is in possession or under the influence of alcohol and/or drugs; or,

  5.  For any incident or situation in which expert assistance would help to resolve the situations.

C.  The call-out of any off-duty PGPD Commercial Vehicle/Truck Inspectors via police communications will only be authorized by a PGPD supervisor, if a truck or bus:

12

G.O. 5-14

US0008390

JA1062

1. Is involved in a serious personal injury or fatal accident;

2. Appears to be unsafe and needs to be placed out-of-service immediately because continued operation would present a danger to the public;

3. Involves HAZMAT; or,

4. Should be inspected as the request of Fire/Rescue.

5. If a Fairmount Heights or PGPD Truck Inspector is not available, or cannot be called-out, the officer will use his/her vest judgment, training, experience, and discretion regarding towing or ordering the driver to park the vehicle until such time that the vehicle's deficiencies are corrected.

## XI. OTHER NON-HAZARDOUS VIOLATIONS

A. When dealing with a motorist, bicyclist, or pedestrian that has committed a non-hazardous violation, officers should consider issuing a verbal warning in lieu of the formal placing of charges.

B. An officer dealing with a motorist who has committed multiple violations may wish to issue citations for the more serious violations and issue verbal warnings for the less serious, although officers may charge all violations on citations.

## XII. MULTIPLE VIOLATIONS

A. An officer charging a person with multiple traffic violations will complete one (1) citation per violation, and under no circumstances will a citation contain more than one (1) charge, wither written or circled.

B. To alert the District Court's Traffic Office and the M.V.A. that the driver was issued multiple citations, the issuing officer will indicate so in the "Related Citation" area of the citation.

- For example, if three (3) citations are issued to one driver arising from the same incident, the officer will write the serial number of the second citation in the "Related Citation" area of the first citation, and will write the serial

13

G.O. 5-14

US0008391

JA1063

number of the third citation in the "Related Citation" area of the second citation, and will write the first citation's serial number in the "Related Citation" area of the third citation.

**XIII. ENFORCEMENT OF NEWLY-ENACTED LAWS OR REGULATIONS**

A. Even though so-called "ignorance of the law" is no excuse, officers should consider a 10-day "grace period" before enforcing newly-erected signs or signals, depending upon the nature and severity of the violation.

B. Whenever possible, officers should issue only warnings to motorists in order to educate them about the placement of a new sign, or other traffic control device, or newly-established road surface markings.

C. During the 10-day "grace period," only serious or hazardous violations, especially those causing or contributing to an accident should be cited.

**XIV. OTHER HAZARDOUS VIOLATIONS**

Officers should aggressively enforce hazardous violations and should take into consideration the degree of hazard, location, time of day, traffic volume, previous accident history at the location, and/or if the area was targeted for extra patrol or selective enforcement.

14

G.O. 5-14

US0008392

JA1064



# FAIRMOUNT HEIGHTS POLICE DEPARTMENT

GENERAL ORDER                                   No.  5 - 15

SUBJECT:  **TRAFFIC ENFORCEMENT METHODS**

CALEA STANDARDS: 26.1.1, 41.2.1, 41.3.1, 61.2.1-c, 61.1.4-a-b-c-d,
                 61.1.6-a-b-c-d, 61.1.7, 61.1.8, 81.2.5-a-b-c,
                 81.2.9

ISSUANCE:  **NEW** REVISED RESCINDS

APPROVED:_____
STEPHEN R. WATKINS

EFFECTIVE:  MARCH 1, 2015            CHIEF OF POLICE

## I.    POLICY

A.  The Fairmount Heights Police Department will employ various techniques and practices designed to deter the tendencies of motorists to knowingly violate traffic laws.  Based on the principle that the most effective deterrent to traffic law violations is visible patrol in a marked police vehicle, and in the interest of maintaining a posture of prevention as opposed to apprehension, traffic law enforcement activities will be conducted accordingly.

B.  The Department will encourage citizen comments, complaints, suggestions, and input regarding traffic problems in their communities so that police resources and personnel can be assigned and coordinated appropriately.

C.  Officers patrolling in police vehicles shall drive them in a manner that conforms to all traffic laws, and that demonstrates exemplary driving behavior.  Extreme emergency conditions will be the only exception to this practice, but officers will still be expected to drive with due care.

## II.    PATROL TECHNIQUES

A.  Visible Traffic Patrol

1.  Visible traffic patrol will involve deploying officer's in-uniform, utilizing a marked police vehicle, to enforce the traffic laws within an assigned area. The only

G.O. 5-15

GOVERNMENT'S
EXHIBIT NO. 18
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0008398

JA1065

exception will be at the express approval of the Chief of Police to use an unmarked vehicle in special circumstances.

2.  When officers are not assigned to specific areas, they will patrol the entire City and will be alert for traffic violations or traffic complaints that come to their attention, and, using their best judgment, training and discretion, will take appropriate enforcement action, which could range from a verbal or written warning, to the issuance of a citation or a physical arrest if stricter measures are necessary.

3.  If deemed appropriate, officers may be assigned to patrol a certain stretch of roadway (known as Line Patrol) to deter violations and/or to enforce traffic violations.

    *   An example of Line Patrol would be to concentrate patrol along a certain stretch of Addison Rd. in response to citizen complaints about speeding or other unsafe driving practices in that stretch, therefore it is more specific than Area Patrol.

4.  The Department's selective enforcement program will encompass the various patrol techniques herein described.

5.  Directed patrol efforts will be coordinated by the Sergeant and will involve the deployment of an officer(s) to conduct a specific type of enforcement in an area, on a line patrol, or at a specific location depending on the nature of the hazard or violations that warrant this type of patrol. Directed Patrol will be utilized as another selective enforcement component. The Sergeant will evaluate selective enforcement activities and make adjustments as needed.

6.  The Department's use of roadside safety checks will be limited to those situations when assisting PGPD or another agency with "Sobriety Checkpoints" within the Town's boundaries, those jurisdictions Fairmount Heights has a Mutual Aid agreement with or contract areas.

B.  Stationary Observation

1.  Stationary observation, either covert or overt, will be used as a technique to make observations about traffic activities at a particular location.

2

G.O. 5-15

US0008399

JA1066

2. The Department will utilize this technique to among other things, assist traffic engineering officials and/or other officials with studies, analyses, etc., and a marked vehicle or bicycle may be used.

   - Officers are encouraged, when completing reports or doing other activities that would temporarily keep them out of service, to park their police vehicles in a conspicuous location, where just the presence of said vehicle would serve to remind motorists and pedestrians of the need for voluntary compliance with traffic laws.

3. Enforcement by means of "Off-Street Observation" is permissible and oftentimes necessary in areas that generate a large number of citizen complaints/requests for enforcement.

C. Use of Unmarked or Unconventional Vehicles

1. The Fairmount Heights police fleet consists of several marked and unmarked vehicles. The use of an unmarked vehicle for traffic enforcement/observation is acceptable with the specific approval of the Chief.

   - Prior to using an unmarked police vehicle for traffic enforcement purposes, officers will ensure that it is equipped with emergency lights and siren and that they are operational.

## III. STOPPING/APPROACHING TRAFFIC LAW VIOLATORS

A. When an officer considers stopping a traffic violator, there are two major objectives for the stop:

1. The **Immediate Objective** is to take appropriate enforcement action, either by issuing the violator a verbal or written Warning Notice, a Traffic Citation, or by making a physical arrest.

2. The **Ultimate Objective** is to favorably alter the violator's future driving behavior.

3. The attainment of the two objectives depends upon, at a minimum, the following:

3

G.O. 5-15

US0008400

JA1067

- The officer's ability to evaluate the violator's position, and to understand his/her "side of the story;"

- An understanding and respect for human relations; and

- Officer flexibility and discretion.

B. Traffic Stop Procedures and Guidelines

1. Although enforcing traffic laws is a function police officers perform daily, all too frequently they are injured or killed in situations that initially appear to be a "routine traffic stop."

   **"For the purpose of this directive, and in the interest of officer safety, <u>nothing is routine.</u>"**

   - Realizing that a courteous manner by an officer during the course of a traffic stop is of the utmost importance, officer safety and survival is <u>more important</u> and officers shall be cognizant of both during every traffic stop they make.

2. Because every traffic stop is different, the Department cannot possibly write procedures for every situation that an officer could potentially encounter; however, when an officer intends to initiate a traffic stop, the below-listed procedures are designed to maximize the safety of the officer, the violator, and other motorists.

3. The Department is also cognizant of the fact that an occasion may arise involving adverse weather and road conditions, engineering conditions, the urgency to stop a particular violator, and traffic congestion in the area of an intended stop, which may dictate that some of the steps listed herein may need to be altered or adjusted to fit the circumstances, however, officers will make every effort to follow these procedures as much as possible:

   - In order to alert the dispatcher to their status and the immediate need for acknowledgment, officers calling out on a traffic stop, or with a suspicious situation (Signal-7), will do so by announcing their car number, activity, and location during their initial contact with the dispatcher. Identify possible activity, i.e. CDS, tampering with motor vehicle, burglary, etc.

4

G.O. 5-15

US0008401

JA1068

- When the dispatcher acknowledges, officers will then provide their exact location and the vehicle license plate, make, model and and/or description of the violator's vehicle if no tag/tag number is visible, the color of the vehicle and number of occupants, if known.

- The tag number should be written down by the officer prior to the officer exiting the police vehicle to approach the violator.

- Officers should attempt to make the traffic stop in an area familiar to them and should consider a location with ample space and appropriate lighting, and should avoid hills, curves, intersections and private driveways.

- The police vehicle's emergency (red and blue) lights shall be used as one signal to stop the violator. The police vehicle's horn or officer's hand signal is acceptable, but is not as effective. The siren can also be used, but only in combination with activated red/blue lights.

- The violator should be signaled and directed to the side of the roadway, close to the curb, or onto the road shoulder, if possible or a side street if available.

- On multi-lane roadways, to ensure officer, violator, and other motorists' safety, the officer should gradually move to the roadside/shoulder with the emergency lights on and turn signal activated to alert other traffic of the gradual lane changes and the officer's intention to stop the violator as far to the right as possible.

- If the violator stops abruptly, in an unsafe area, or in an area of disadvantage to the officer, or other undesirable location, the officer shall use the police vehicle's public address system to direct the violator to a safer or more desirable location.

- Once the violator has stopped, if practical the police vehicle shall be positioned approximately one car-length behind the violator, with the police vehicle's wheels turned away from the curb, its left front end offset by about two to three feet from the left rear end of the violator's vehicle and the right rear end of the police vehicle close to the curb.

5

G.O. 5-15

US0008402

- The officer shall exit the police vehicle as cautiously and continuously as possible, alert for any sudden or suspicious movements by the violator vehicle occupants.

- The officer shall approach the violator's vehicle from behind (unless unusual circumstances exist), looking into the back seat area and stopping at a point behind the driver's door, such that the violator is at a disadvantage and has to look back over his/her left shoulder to communicate with the officer.

- If two officers are on the scene of the stop, the officer not conversing with the violator shall be responsible for all radio communications to allow the other to concentrate on the violator. The officer not conversing with the violator shall act as an observer and provide cover for the officer conducting the traffic stop.

- At night, the procedure is basically the same, except selecting a safe location is even more important.

- The police vehicle's emergency lights and hazard flashers shall always be used on all traffic stops, but the spotlight shall only be used to illuminate the violator's vehicle's interior, mainly positioned on the inside rear-view mirror, and will not be sued to signal a violator to stop.

- The light bar's "Take-Down" lights should be activated to assist in illumination.

- Officers requesting computer information from the dispatcher will state the nature of the request during the officer's initial contact with the dispatcher.
- If a check is requested on a driver's license, the officer should provide the violator's soundex number, or last name, first name, middle name, and date-of-birth.

- For wanted checks, the officer should provide the dispatcher with the violator's last name, first name, middle name, and date-of-birth.

- For vehicle registration information, the officer may provide the vehicle's tag number, V.I.N., title number, owner's name, or soundex number.

6

G.O. 5-15

US0008403

JA1070

- Officers <u>will not</u> request criminal history information via radio and will not discuss criminal history information via radio **unless in the immediate interest of officer safety.**

4. If an officer witnesses a violation that occurred in traffic behind the officer, and the officer intends to stop the violator, the officer shall allow the violator to pass and as the violator passes, the officer shall remain in the police vehicle while signaling the violator to stop, either by hand signal or by activating the police vehicle's emergency lights. If the violator stops, the police vehicle can be re-positioned behind the violator's vehicle, as described above.

C. Felony or High-Risk Stops

Special procedures should be used for vehicle stops when the occupants of a vehicle are known to be armed and dangerous. When a vehicle operated by a known or suspected felon is located by an officer, he/she will notify the dispatcher immediately of the location, and give a thorough description of the vehicle and its occupants. The officer will keep the suspect vehicle in view and request sufficient assistance in making the stop. The officer will keep support units informed of the location and direction of travel to facilitate their approach with minimal use of emergency equipment. The suspect vehicle will **not be stopped unless absolutely necessary,** until adequate support is available and in position. The following procedures will be used in effecting the stop:

1. The officer will plan to stop the suspect vehicle in a location which presents minimal danger to other citizens.

2. When conditions are appropriate, and support units available, the officer will move into position to the rear of the suspect vehicle.

3. The officer will signal the violator to stop, using all emergency equipment to warn other traffic.

4. If the violator is known to be armed and dangerous, the officer will have his/her weapon easily accessible and ready for immediate use.

5. When the suspect vehicle begins to stop, the officer will turn off the siren and activate the public address system.

G.O. 5-15

US0008404

JA1071

6. The officer will park the police vehicle so that it provides maximum protection and cover.

7. At night, all lights will be focused on the interior of the suspect vehicle, including the spot light.

8. The officer will exit the vehicle quickly, but remain behind the door and accessible to the public address system microphone.

9. The officer making the stop is in command and will direct each occupant, using the public address system, to get out of the vehicle individually according to specific directions and into the appropriate search position, after which the approach may be made.

10. If a public address system is not available or not working, the officer will give voice commands.

11. The officer will also give instructions to the support officers, to make the suspects aware that additional officers are present.

12. The support officers will not give additional commands as this would tend to confuse the suspects, but will make their presence known by responding to the commands given by the arresting officer.

13. Extreme caution will be exercised by officers not to get in another officer's line-of-fire.

14. When all occupants have been removed from the vehicle, the support officers should move to a position to cover the arresting officer while the suspects are searched.

15. Arrestees will be searched and handcuffed prior to being transported.

## IV. OFFICER CONDUCT WITH TRAFFIC VIOLATORS

In the interest of officer safety and survival, along with portraying a positive, professional image and treating the violator with respect and fairness, officers will:

8

G.O. 5-15

US0008405

JA1072

A. Be alert for the unexpected;

B. Be certain (without hesitation or reservation) of the observations of the violation for which the violator is being stopped;

C. Present a professional image in dress, grooming, language, bearing and emotional stability;

D. Be prepared by having the necessary forms and equipment immediately available;

E. Decide on an appropriate course of enforcement action based on the violation and driving behavior;

F. Greet the violator with an appropriate title and in a courteous manner;

G. Inform the violator of the violation and the intended course of action;

H. Request the driver's license and the vehicle's registration and accept only these forms;

I. Allow the violator to discuss the violation and do not argue, berate, belittle or otherwise verbally abuse the violator;

J. If a Citation, Warning or Safety Equipment Repair Order is issued, attempt to explain the document by providing information about:

    1. How the violator can request a Court date to enter a plea and/or how and where to pay the fine for the Citation;

    2. If the Citation requires the violator's appearance in Court;

    3. The law requiring the violator's signature on the Citation, and/or,

    4. What any Repair Order issued to the violator requires.

9

G.O. 5-15

US0008406

JA1073

K. Unless the violator's license and/or registration is to be held as evidence, it will be returned to the violator after the Citation has been signed or while handing the violator the S.E.R.O.

L. The officer will then assist the violator with safely re-entering the flow of traffic and will not follow the violator, unless it is being done in the violator's best interest.

US0008407

JA1074



# FAIRMOUNT HEIGHTS POLICE DEPARTMENT

GENERAL ORDER                                    NO. 5 - 38

SUBJECT: **PRISONER SEARCHES AND TRANSPORTATION**

CALEA STANDARDS: 1.2.8-ab-c, 1.3.1, 1.3.5, 1.3.6, 44.2.2-a-d, 71.1.1, 71.1.2,
71.1.3, 71.1.4, 71.1.5, 71.1.6-a-b-c-d-e, 71.1.7-a-b-c,
71.1.8, 71.2.1, 71.3.1, 71.3.2, 71.3.3, 71.4.1, 71.4.2,
71.5.1-a-b-c, 81.2.5-a, 82.2.1-a-b-c, 82.2.5

**NEW** REVISED RESCINDS                 APPROVED: _____
                                          STEPHEN R. WATKINS
EFFECTIVE: JUNE 1, 2015                    CHIEF OF POLICE

I.    **POLICY**

A.  At the beginning of each shift, all police vehicles that will be used for patrol and transporting arrested persons during that particular shift will be examined by the officer(s) that will be occupying the representative vehicles.

B.  Prior to and after an officer transports a prisoner, the officer(s) will conduct a search of the police vehicle used for the transport to ensure that the vehicle is:

1.  Free of weapons/contraband

2.  Mechanically safe

3.  Free of damage or defect

4.  Properly equipped for use

5.  The results of the vehicle search will be documented in the event report.

C.  Prisoners will be transported without unnecessary delay to the nearest processing facility.

GOVERNMENT'S
EXHIBIT NO. 19
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0008577

JA1075

D.  An injured/ill prisoner's health and safety will take precedence over processing and he/she will be transported to the nearest medical facility either by police vehicle or ambulance, whichever is more practical and more expedient.

II.   **SEARCHES OF PRISONERS**

A.  All prisoners will be searched incidental to their arrest.

After an adult has been arrested, or a juvenile taken into custody for a "delinquent act," and before the prisoner is transported from the scene, that person will be searched for weapons and contraband.

B.  If custody of a prisoner is relinquished to another officer by the transporting officer, and that prisoner is later returned to the transporting officer's custody, the transporting officer will search the prisoner again.

C.  A thorough "field search" of prisoners will be conducted by officers of the same sex as the prisoner.

1.  An officer may conduct a patting of the clothing of a prisoner of the opposite sex.

2.  If the arresting/transporting officer deems a more extensive field search be conducted for safety reasons, an officer of the same sex will be requested to conduct the search.

3.  An officer may **fully** search a prisoner of the opposite sex if the officer sees any weapon, escape implement, or evidence, or if he/she has reason to believe that the prisoner is in possession of any of these items.

4.  When fully searching a prisoner of the opposite sex, officers are reminded that the primary purpose of a field search is to check for weapons.

All opposite-sex field searches will be conducted in a professional manner, the results of the search documented in the Event Report, and witnessed by another officer whenever possible.

D.  Strip Searches

US0008578

JA1076

1. The decision to strip search must be based on specific factors which give rise to a reasonable suspicion that the prisoner may be concealing weapons, escape implements, contraband, or evidence.

2. Strip searches will only be conducted with supervisory approval.

3. The search will be conducted by an officer of the same sex and observed by a witness officer of the same sex.

4. The search will be carried out in an area out of the public view that cannot be observed by persons not involved in the search.

5. The prisoner will not be required to remain unclothed any longer than is absolutely necessary.

6. The mouth is the only body cavity that may be searched without a warrant.  If an officer has probable cause to believe that a prisoner is concealing something in his/her mouth, the officer may use reasonable force to prevent the swallowing of the object and may remove the object.

7. **Under no circumstances** will non-sworn personnel be used to conduct, assist or witness a strip search.

8. The primary officer involved in a strip search will note the following in the narrative section of the arrest report:

    a.  The fact that a strip search was conducted, and

    b.  The names of the approving supervisor and the witness officer, and

    c.  The results of the search.

E.  Body Cavity Searches

1. Applications for search warrants for body cavity searches will be made only with supervisory approval

US0008579

JA1077

2. Body cavity searches (except for searches of the mouth) will only be conducted on the strength of a search warrant.

3. All body cavity searches will be performed by a licensed physician at a local hospital.

4. Reasonable force may be used to the extent necessary to affect a body cavity search.

5. Body cavity searches will be witnessed by at least one officer of the same sex as the prisoner. The officer will immediately take custody of the item(s) recovered in the search.

6. The primary officer involved in a body cavity search will include the following information in the Event Report or Supplement Report:

   - The fact that a body cavity search was conducted

   - The names of the approving supervisor, the witness officer, the judge signing the search warrant and the physician conducting the search.

F. Supervisor's Responsibilities

Supervisors must consider the following factors before approving either a strip search or an application for a search warrant for a body cavity search:

1. The type of crime for which the person was arrested;

2. The age of the defendant;

3. Prior arrest record, e.g. known drug offender;

4. Circumstances of the arrest; and,

5. The specific factors giving rise to the belief that the item(s) sought are concealed somewhere on/in the prisoner's body.

III. **TRANSPORT PROCEDURES**

US0008580

JA1078

A. Officer/Prisoner Seating Positions

1. All prisoners will be restrained during transport, unless special or unusual circumstances dictate otherwise. (see **Special Transport Situations)**

2. In all transport situations, the transporting officer will give the vehicle's odometer mileage, the beginning location and the destination to the dispatcher via the police radio. At the conclusion of the transport the transporting officer will give the ending vehicle's mileage and destination.

3. When one (1) officer is transporting one (1) prisoner, the prisoner shall be seated in the right-front seat if the vehicle is not equipped with a safety barrier. Rear compartment transport of a prisoner in vehicles not equipped with safety barriers by a single officer is prohibited.

4. If the vehicle is equipped with a safety barrier, the prisoner shall be placed in the right-rear seat area (behind the safety barrier), so that the prisoner can be observed by, and if necessary communicate with the transporting officer.

5. One (1) officer will not attempt to transport more than one (1) prisoner without first obtaining supervisory approval.

6. If a supervisor approves of two (2) prisoners being transported by one (1) officer, both prisoners shall be transported behind the safety barrier, in the back seat.

7. In the event two (2) officers will transport a prisoner in a police vehicle that is not equipped with a safety barrier, the prisoner shall be positioned in the right-rear seat and the passenger-officer will be seated behind the driver-officer (rear seat next to the prisoner).

8. In the event two (2) prisoners are to be transported in a police vehicle occupied by two (2) police officers (and the vehicle is not equipped with a safety barrier), one (1) prisoner will be seated in the right-front seat, the other prisoner will be seated in the right-rear seat, and the passenger-officer will be seated behind the driver.

9. In the event two (2) officers occupy a safety-barrier-equipped vehicle, prisoners shall be transported in the rear seat behind the safety barrier. A supervisor's

US0008581

JA1079

approval must be obtained to transport more than two (2) prisoners and officers will not be seated behind the safety barrier with the prisoners.

10. Juveniles taken into custody will not be transported in the same vehicle with adults.

B. Observation of Prisoners During Transport

1. Since there is a legal duty to protect and care for prisoners during transports, transporting officer(s) will keep prisoners under observation at all times, unless the prisoner(s) is/are transported in a PGPD or Sheriff's Office prisoner transport vehicle.

2. All marked Fairmount Heights police vehicles are equipped with Mobile Video Recording devices which shall be activated and the camera turned towards the prisoner while the prisoner is in the vehicle.

3. In keeping prisoners under observation, officers transporting prisoners must be alert for any diversionary incidents, whether instigated by the prisoner or by a person(s) attempting to free the prisoner.

4. So that prisoners can be monitored at all times, and any chances to escape are minimized, transporting officers will not take enforcement action, respond to calls for service, or stop to render assistance, unless a situation arises in which the risk to third parties is both clear and grave and the risk to the prisoner is minimal.

5. Except for unavoidable contact that one prisoner may have with another secured prisoner, or with transporting officers in the same vehicle, prisoners being transported will not be permitted to communicate or have physical contact with other persons, unless in the transporting officer's judgment, the communication is essential.

C. Prisoner Escapes

1. Notifications – In the event a prisoner escapes during transport, the transporting officer(s) shall ensure that the following notifications are made immediately:

US0008582

JA1080

a. Police Communications;

b. Chief of Police;

c. K-9 and Air Support;

d. PGPD shift supervisor and duty commander; and/or,

e. The local law enforcement agency with jurisdiction (i.e., D.C., etc.)

f. If an escape occurs outside the county, the transporting officers shall contact the local law enforcement agency in whose jurisdiction the escape occurred using any means available.

2. Reporting

The following reports shall be submitted as soon as practical following an escape:

a. Event Report reflecting complete details of the incident.

b. Initiate criminal charges for escape and other related violations on a Statement of Charges if the escapee is apprehended shortly after escape.

c. Initiate criminal charges for escape and other charges on an Application for a Statement of Charges to be presented to a District Court Commissioner if the escapee is not apprehended.

d. If the officer(s) was/were assaulted and/or injured during the escape, the involved-officer(s) will submit the following administrative forms:

- Law Enforcement Officer Report of Assault; and

- Worker's Compensation "First Report of Injury Form".

3. Further Actions

US0008583

JA1081

a. If necessary, the transporting officer(s) will coordinate efforts with investigators, etc., involving the circulation/dissemination of the escapee's photograph/composite drawing to enhance capture.

b. If the transporting officer re-captures the escapee in a jurisdiction within the State, the officer may take the escapee into custody and charge the escapee appropriately.

c. If the transporting officer re-captures the escapee in a jurisdiction outside Maryland, the officer must relinquish custody to an officer from that jurisdiction for the purposes of extradition.

d. If the prisoner **attempts** to escape, the transporting officer(s) will notify the on duty supervisor and/or Chief of Police and fully document the escape attempt on the Event Report.

D. Transports of Prisoners by Officers of Opposite Sex

1. Depending on availability of officers, when an officer determines the need to transport a prisoner of the opposite sex, he/she will request an additional officer to assist with the transport whenever possible.

2. Transport of the individual shall be in accordance with the procedures enumerated herein.

3. When the use of a second officer is not practical, the officer of the opposite sex shall do the following prior to and after the transport:

a. Notify communications via radio of the beginning mileage on the police vehicle's odometer;

b. Notify communications via radio of the location from which the transport will begin and the destination;

c. Notify Communications via radio of the conclusion mileage and the fact that the transport has reached its destination.

US0008584

JA1082

4. If it is not possible to notify communications of any of the above (i.e., 10-3 on channel, radio problems, etc.), the transporting officer shall note the vehicle's mileage and time and as soon as possible contact Communication by radio or land-line of the beginning mileage and starting point, and this as well as the ending mileage and ending point will be included in the Event Report.

5. The most direct and expeditious route of travel will be taken by the transporting officer to the destination.

IV.     **SPECIAL TRANSPORT SITUATIONS**

A. Disabled Prisoner

1. A prisoner should not be presumed to be harmless just because of their handicap or disability; however, depending on the nature of the disability, this person may require an additional level of care and handling for transport because the disability may not allow the prisoner to be restrained and transported by conventional means.

2. If, due to the size of required medical apparatus or the severity of the disability, neither a police car nor Prisoner Transport Van (PGPD or Sheriff's Office) will accommodate a disabled prisoner, officers will request an ambulance for a routine transport via ECC.

3. Two (2) officers will conduct the transport, with one (1) officer riding inside the ambulance with the prisoner and the other officer following behind the ambulance in the police vehicle.

4. In confronting a situation involving the possible use of restraining device(s) on a disabled prisoner, officers should use their training, best judgment, and discretion to help them decide on appropriateness. In deciding whether to use restraining device(s), officers should consider:

a. Propensity toward violence by the prisoner, if any;

b. Prior dealings with the prisoner, if any;

US0008585

JA1083

c. Whether using restraints keep the prisoner from harming him/herself, the transporting officer, and/or others; and,

d. The degree, severity, or nature of the prisoner's handicap.

5. If a disabled prisoner is an obvious threat to himself/herself, the transporting officer(s), and/or other citizens, the officers should use reasonable force to apply restraints for everyone's protection.

B. Injured/Ill Prisoner

1. Officers will treat "life-threatening" conditions (i.e., cardiac/respiratory arrest, profuse bleeding, etc.) and request Fire/Rescue to respond.

2. When requesting Fire/Rescue, the officer should attempt to provide as much information to communications as possible about the prisoner's condition so the Fire/Rescue can dispatch either a "Basic Life Support" ambulance or an "Advanced Life Support" ambulance (medic unit).

3. Officers shall notify the on-duty supervisor of all illnesses and injuries complained of or sustained by prisoners, and will indicate such in their Event Report, along with any action taken by the officer(s), and whether the prisoner refused treatment.

4. Prisoners incurring injuries as a result of an arrest or transport will be photographed when photos would identify the injuries, and the photographs and a copy of the officer's Event Report and Use of Force Report will be forwarded to the Sergeant as soon as possible.

5. If an ambulance or medic unit responds and transports the prisoner, two (2) officers will conduct the transport, with one (1) officer riding inside the ambulance with the prisoner and the other officer will follow behind the ambulance or medic unit in a police vehicle.

6. If an ambulance or medic unit does not transport the prisoner, but the prisoner is in need of medical attention, two (2) officers will transport the injured/ill prisoner to the nearest medical facility in a safety barrier-equipped police vehicle, if available.

US0008586

JA1084

7. Officers shall advise communications via radio of the transport to the hospital, and of the nature of the injury/illness, and shall also request that communications notify the appropriate hospital before the transport officers arrive there, if practical.

8. Because the prisoner's escape opportunities are enhanced, officers upon their arrival at the medical facility will advise the facility's security staff of the prisoner's presence and officers will stay with and closely monitor the prisoner (when allowed) until he/she is treated and released from the facility.

9. Once released, the transport will resume and the prisoner will be transported in a safety barrier-equipped police vehicle, if one is available, to a processing facility or detention center, whichever is appropriate.

10. If the prisoner is admitted for follow-up care/observation, officers shall notify the on-duty supervisor and the prisoner shall be guarded in accordance with Department policies and procedures.

11. Restraining devices may not be required on sick or injured prisoners, depending upon the nature of the sickness or injury, therefore the officer's training, best judgment and discretion, along with consideration of the following, will be used when deciding the appropriateness of restraining devices:

    • The safety of the officer, prisoner, and other citizens;

    • The likelihood of escape;

    • The nature of the illness or injury(s);

    • If the use of restraining devices will aggravate or prevent further injury(s) to the prisoner; and,

    • Prior history of the prisoner, if known.

12. If an officer elects not to use restraining devices on a sick or injured prisoner, the officer should consider using a police transport van or safety barrier-equipped police vehicle.

---

US0008587

JA1085

- Two (2) officers shall transport an unrestrained prisoner.

C. Mentally Disturbed Prisoner

1. The restraining and transporting of a "mentally disturbed" prisoner requires officers to exercise caution to avoid possible injury(s) to themselves and/or the prisoner.

2. Officers will use their best judgment to determine the most appropriate method of restraint, and consideration should be given to applying leather restraints, ankle cuffs, and waist chains (in addition to handcuffs), based on the officer's assessment of the prisoner's behavior.

3. If transported in a police vehicle, a mentally disturbed prisoner will not be secured to the transport vehicle, except by means of the vehicle's seatbelt.

D. Aggressive Prisoner

1. If an officer(s) deems a prisoner "aggressive", and more than handcuffs are needed, or it is determined that handcuffs would be inappropriate for the situation, the following procedures apply:

   - Request a "basic life support" ambulance from police communications;

   - Assist Fire/Rescue personnel with the application of appropriate restraining devices ("tie-down" stretcher, leather restraints, etc.).

2. One (1) officer shall ride inside the ambulance and the other officer shall follow behind the ambulance in a police vehicle while conducting the transport and the circumstances surrounding the transport will be documented in the Event Report.

E. Other Situations

Officers will not transport prisoners to visit relatives or to funerals, as this is handled by the Sheriff.

US0008588

JA1086

## V.     APPLICATION OF RESTRAINTS

A.  Handcuffs

1.  All prisoners will normally be restrained (handcuffed and seat belted) during transport.  Juvenile status offenders will not be restrained, unless the transporting officer(s) reasonably fear for their safety and/or they believe the juvenile is an escape risk.

2.  Occasions do arise when an officer, in his/her discretion, may believe that the use of handcuffs or other restraining devices would be inappropriate, such as a prisoner's age (too old or too young), and/or the prisoner's medical and mental condition.

3.  Officers will not attach, affix, or connect a person to whom the officer has applied any type of restraining device, to a stationary object (i.e., street corner mailbox, parked vehicle, street sign, fence, etc.), unless done in extreme circumstances or emergency situation, which may include, but is not limited to:

    • An officer-in-trouble situation;

    • An officer trying to apprehend more than one person without a back-up.

4.  When restrained, a prisoner will normally be handcuffed behind his/her back, palms facing out, the handcuffs "double-locked," and the keyholes facing up.

5.  If a prisoner is unable to be handcuffed in this manner, the officer shall use the best resources available to restrain the prisoner, without placing officer safety in jeopardy and without causing injury(s) to the prisoner.

6.  When handcuffs are used, they shall be applied in such a manner as to adequately restrain the prisoner, without jeopardizing officer safety, and without causing injury(s) to the prisoner.

7.  When two (2) prisoners are to be transported together, the transporting officer(s) should consider handcuffing the prisoners with their arms intertwining.

US0008589

JA1087

- Under no circumstances will an adult and a juvenile be handcuffed together, nor transported together in the same police vehicle.

8. Under no circumstances will a prisoner(s) be secured to the transport vehicle by restraining devices, except for being "seat-belted," during the transport.

B. Use of Flex-Cuffs

1. Plastic "flex-cuffs" are authorized as a temporary restraining device (primarily for use in mass arrest situations) and shall be applied in such a way that officer safety is not jeopardized and without causing injury to the prisoner(s).
2. An officer applying flex-cuffs will ensure that a device to remove them is readily available to the officer.

C. Waist Chains/Leg Irons

1. When available, waist chains and/or leg irons should be used in addition to handcuffs when transporting unruly prisoners or those deemed as escape risks.

2. In situations when restraining devices are necessary, but handcuffs cannot be used, officers should consider using waist chains, leg irons ("ankle cuffs"), or leather restraints.

VI. **ARRIVAL AT DESTINATION WITH PRISONER**

A. Securing Firearms

Upon arrival at the destination with a prisoner, transporting officer(s) will ensure that their firearms are secured in the facility's designated location for safekeeping and if the designated location is unavailable, or the facility does not have one, the firearm shall be secured elsewhere in the facility in an area not known to the prisoner and not available to public access. The trunk of the police vehicle should be used only as a last resort.

B. Removing Restraints

1. At a Department of Corrections or a PGPD District Station, officers will abide by the individual station policies and procedures for that particular facility.

US0008590

JA1088

2. Officers will familiarize themselves with the layout of the facility in the event of an escape and will keep their prisoner under control.

3. Before placing a prisoner in a holding cell, officers will ensure that they are familiar with, and abide by; the policies and procedures governing the use of the holding cell at that facility, as well as, when and under what circumstances restraints can be removed relating to the placing of the prisoner in the holding cell. **Juvenile status offenders will not be placed in a holding cell.**

4. At the Detention Center, the delivering officer will secure his/her weapon in the designated location before entering the sally port area.

5. Restraints will not be removed by the delivering officer, but by the Correctional Officer who accepts custody of the prisoner, unless Detention Center staff directs otherwise.

C. Documentation to Accompany the Prisoner

Before an officer delivers a prisoner to a receiving facility (e.g. the Detention Center), the delivering officer will ensure that the paperwork/documentation pertaining to the prisoner is in order and accompanies the prisoner to the facility.

D. Delivering Officer to Complete Arrest Package

1. An officer delivering a prisoner will complete a Central Processing Arrest Package.

2. A copy of the form will be submitted with the Event and Arrest Reports to be filed with the station copies.

## VII.    PRISONER DOCUMENTATION

A. Prisoner Identification

1. If an occasion arises when an officer is required to transport a prisoner being held by another police department, or from a detention facility (within or without Prince George's County) for transport from that facility to another, the

US0008591

JA1089

department or detention facility will be contacted by the officer(s) via telephone <u>prior</u> to the officer(s) responding to ensure the prisoner's positive identification.

2. To ensure that the prisoner is positively identified, the officer contacting the detention facility will provide said facility with the prisoner's personal descriptors that will assist the department or detention facility in locating and identifying the person to be transported.

3. The Department or detention facility will also be advised of the reason(s) for the removal of the prisoner (such as the existence of an outstanding warrant), unless the other department or detention called this Department.

4. The officer(s) will then respond to the facility after authorization is received from the supervisor or Chief.

5. If the prisoner's identity is in doubt, the officer can either request or send, via FAX, a photograph of the prisoner to establish identity.

6. Upon the officer's arrival at the detention facility for purposes of taking the prisoner into custody, and prior to the officer actually taking custody, the officer will confirm the prisoner's identity and may employ one or more of the following methods:

   - Ask the prisoner to identify him/herself;

   - Ask the prisoner some background questions (the answer of which to already be known by the officer), such as place of birth, Social Security Number, home address, etc.;

   - Match any photograph the officer has in possession against the prisoner;

   - Ensure the correct spelling of the prisoner's name, especially if the prisoner has a name that can be spelled in different ways (i.e., Smith vs. Smyth; Jeffrey vs. Geoffrey, etc.) and/or if the prisoner is known to use an alias.

B. Documentation

US0008592

JA1090

1. Once the prisoner's identification has been established to the officer's satisfaction, the officer(s) taking custody will sign the required detention facility documents to acknowledge the transfer of custody and the officer will request a copy of said document for the officer's / station records.

2. The officer will provide the Detention Center or other department with a copy of the officer's warrant.

C. Transport From the Commissioner to PGDOC

1. Officers transporting a prisoner to the PGDOC will provide the PGDOC Intake Officer with the following documentation pertaining to the prisoner (which will be given to the officer by the District Court Commissioner):

   - Papers relating to the prisoner's commitment to the PGDOC;

   - Documents indicating the prisoner's name and other personal descriptors;

   - The Court's Tracking or Docket Number(s); and,

   - Any other documents/records that the Commissioner issues to accompany the prisoner.

   - Advising the PGDC Intake Officer of any potential medical or security hazards.

2. The prisoner's personal property will be inventoried by the arresting/processing officer, packaged accordingly, and given to the PGDOC Officer to whom custody is relinquished (unless said property is being seized as evidence).

3. If the packaging contains an item which could be dangerous (i.e., pocketknife, syringe, razor blade) to the PGDOC Officer, the officer relinquishing custody of the prisoner and the property will advise the PGDOC Officer of the potentially dangerous items before handing the PGDOC Officer the package.

4. If the arresting or transporting officer has knowledge or reason to believe that the prisoner is an escape risk, has suicidal tendencies, has stated suicidal intentions, or poses other security risks, the arresting/transporting officer will

US0008593

JA1091

document this information on the package containing the prisoner's inventoried property, and in the Arrest Report.

5. The arresting/transporting officer will also make the Court Commissioner aware of the nature of the risk or security hazard the prisoner poses so that the Commissioner can indicate this information on the Court documents and on the documents that will accompany the prisoner.

D. Transport of Juvenile to Juvenile Detention Facility

1. Unless a juvenile is in need of emergency medical treatment, juveniles not charged as adults will be transported without unnecessary delay to a designated juvenile facility, if:

- The detention and placement has been authorized by the State's Attorney's Office Intake Officer; or,

- The juvenile is being returned to the detention facility from which he/she absconded; or,

- The return is ordered by a Judge.

2. Officer(s) delivering a juvenile to a juvenile facility will ensure that the following documentation accompanies the juvenile:

- The "Authorization for Detention" form (except for when a juvenile is being returned after running away),

- Copy of the officer's Event Report and,

- Any other documentation as directed by juvenile authorities, D.J.S., the State's Attorney's Office, and/or Judge.

3. If the arresting or transporting officer has knowledge or reason to believe that a juvenile has escape or suicide-potential, or poses other security risks, the officer will ensure that the documentation accompanying the juvenile contains this information.

US0008594

JA1092

4. Upon the officer's arrival at the facility, the officer will follow the procedures described in Section VI above.

5. The officer will obtain from the juvenile facility's representative to whom custody is relinquished, a receipt bearing the signature of the representative.

E. Transport From Juvenile Facility

1. If authorization is obtained from a Judge allowing an officer to transport a juvenile from a juvenile detention facility, a copy of the Judge's Order authorization document, etc., will be shown to the juvenile facility's representative and will remain in the officer's possession while the officer has custody of the juvenile.

2. If custody is relinquished to a Sheriff, Bailiff, Intake Officer, etc., the documentation will be presented to the person assuming custody.

3. The officer relinquishing custody will ensure that the officer accepting custody is advised of the juvenile's escape or suicide potential, or other security-risks the juvenile poses.

F. Relinquishing Custody of Adult or Juvenile to Another Law Enforcement Agency

In the event an officer from this Department relinquishes custody of a prisoner to another law enforcement agency, the officer relinquishing custody will ensure that:

1. The prisoner has been searched;

2. The prisoner's property has been inventoried and appropriately packaged, with information describing the prisoner's escape or suicide potential, and/or whether the prisoner is a security risk; and

3. The officer accepting custody receives a copy of documentation pertaining to the prisoner.

## VIII. PRINCE GEORGE'S DEPARTMENT OF CORRECTIONS (PGDOC)

A. Officers shall:

US0008595

JA1093

1. Prior to the arrival, ensure that all prisoners are in handcuffs or other restraints and have been thoroughly searched.

2. Ensure prisoners who are injured have received necessary medical attention. Failure to do so may result in the prisoner being refused at D.O.C. If the prisoner receives medical treatment from Prince George's County Fire Rescue Services (PGCFRS) personnel or from a medical facility, the associated paperwork must accompany the prisoner to D.O.C.

3. Take custody and secure any evidence the prisoner may possess. Due to limited storage space at D.O.C., large, bulky items will be stored at the Fairmount Heights Evidence/Property Room (e.g., a homeless person with multiple bags containing personal effects will not be stored at D.OC.). A purse, briefcase or wallet belonging to a prisoner will be accepted at D.OC.

4. Explain to friends or relatives of the prisoner that the prisoner will be given an opportunity to contact them prior to release and that they should not respond to D.O.C.

5. Position the prisoner in such a way that the cipher lock is not within the prisoner's view when entering the code to access D.O.C. The code will not be disseminated to anyone other than law enforcement personnel.

6. Secure all firearms, knives, and protective instruments, excluding OC spray, in the designated gun drop.

7. Notify D.O.C. personnel whenever the prisoner is considered a security risk.

8. Remain outside the booking area gate with the prisoner until instructed to enter the search room by D.O.C. personnel. Once access is allowed, officers will enter the search room and remain there while the correctional officer conducts a thorough search of the prisoner.

B. Officers shall:

1. Seize all evidence and contraband; place in an evidence bag, and heat seal as appropriate.

US0008596

JA1094

2. Inventory all of the prisoner's property on the appropriate Arrest Booking Envelope. The prisoner's property will be turned over to the correctional officer for storage until the prisoner is released or transferred to the main jail facility.

3. Count all the money with a witness (another officer or correctional officer), break it down by denomination, and heat seal it in an evidence bag if appropriate. Record the name of the witnessing officer on the booking envelope.

4. Complete, entirely a Central Processing Package Criminal Arrests, or D.O.C. Central Processing Package Traffic Arrests.

US0008597

JA1095



# FAIRMOUNT HEIGHTS POLICE DEPARTMENT

GENERAL ORDER                                      NO. 5 - 50

### SUBJECT: **TOWING OF MOTOR VEHICLES**

CALEA STANDARDS: 1.2.4-f, 61.4.1-b, 61.4.3-a-b-c, 81.2.5-a, 81.2.9

<u>**NEW**</u> REVISED RESCINDS                    APPROVED: _____

                                                   STEPHEN R. WATKINS

EFFECTIVE: JUNE 1, 2015                            CHIEF OF POLICE

## I.   POLICY

A.  Officers are authorized to tow a vehicle if it is in violation of the law or presenting a hazard to public safety, interfering with the flow of traffic, or when the vehicle itself is evidence or may contain evidence.

B.  Officers may also tow vehicles pursuant to the provisions of the Fairmount Heights Code of Ordinances, Chapter V, Article 1, Section 5-210.

C.  Officers may tow vehicles parked in fire lanes on public or private property.

D.  An operator/owner/agent's may have the vehicle towed under a private arrangement with a licensed towing company. The officer is not obligated to do anything as this is strictly an agreement with the tow service and the owner/driver.

## II.  PROCEDURES FOR IMPOUNDING A VEHICLE

A.  Officers requesting tow service shall make their request for a tow truck via the police radio through communications and must provide a description of the vehicle to include the make, model, color and registration, location of the vehicle to be towed, and reason for the tow, e.g. parking violation, disabled, accident, etc.  Police Teletype will maintain records of all vehicles removed, stored, or towed at the direction of an officer.

GOVERNMENT'S EXHIBIT NO. 20
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0007960

JA1096

B. Vehicles shall not be released by a member of this Department without all applicable fines and fees paid first. This includes any Fairmount Heights Parking Violation notices that were issued.

    1. Officers requesting tow service within the Fairmount Heights boundaries will first utilize Charlie's Towing via the police dispatcher. If Charlie's Towing is unavailable then follow the procedures in II. A. above.

    2. Officers will notify teletype on 301-249-3276 of the full details of all vehicles towed involving the police.

    3. Officers shall prepare an Event Report, detailing the information surrounding the impounding of the vehicle. A Fairmount Heights Vehicle Release Authorization Form and a Fairmount Heights Impound Notification Form.

    4. Vehicles that are not claimed after 24 hours will require the impounding officer to follow the procedures set forth in part IV below.

C. Vehicles will be towed by the nearest available tow service unless circumstances dictate otherwise. Request by the owner/operator for a specific towing service may be honored based upon the existing traffic conditions and the proximity of the desired towing service.

    1. If the METERS/NCIC system is up, a stolen check should be requested.

    2. Officers shall complete a FHPD Impound Form on all towed vehicles including vehicles involved in accidents unless the towing company is responding to a request made by the involved motorist, i.e. AAA.

## III. STOLEN VEHICLES

A. When a stolen vehicle is recovered, the recovering officer will make every effort to process the vehicle unless specific instructions in the "HIT" confirmation dictate otherwise, i.e. hold for processing, etc.

B. It is the responsibility of the recovering officer to notify the vehicle's owner. If the vehicle can be claimed in a short period of time at the location of discovery, the recovering officer will stand by and wait for the owner to arrive. The officer will

US0007961

JA1097

conduct an evidence search before the vehicle is released to the owner. Any evidence seized will be taken to the station and stored in accordance with Department policy.

C. If the owner is unable to respond to the recovery location, the vehicle will be towed by Charlie's Towing if available or the nearest available tow service who will tow the vehicle directly to their storage lot. The officer will complete a FHPD Impound Form and an Event Report.

D. If the vehicle was reported stolen in another jurisdiction, the recovering officer is responsible for having a teletype sent to the police agency that entered the vehicle into NCIC, either by calling teletype or notifying the owner/agent directly by phone.

## IV. ABANDONED AND IMPOUNDED VEHICLES

When it has been determined that a motor vehicle is abandoned in accordance with the Transportation Article (TA) Section 25-201, and Fairmount Heights Code Chapter V, Article 1, Section 5-213, disposition of the vehicle will be made in the following manner:

A. The officer handling the complaint will obtain a listing and a stolen check. If the owner can be contacted, advise him of the complaint and request him to move the vehicle.

B. If unsuccessful in making contact with the owner, the officer should mark the vehicle for any law violations or violations of Fairmount Heights ordinances and attach both the green copy of the FHPD "Warning Notice" and a parking citation, as appropriate, in the vicinity of the window or door of the driver's side and take appropriate action, to include the towing of the vehicle, in accordance with County, State, or local ordinances.

   1. The name, address, and telephone numbers (home and work) of the property owner/complainant will be entered on the impound form.

   2. If the vehicle is on private property, the officer handling the complaint will advise the property owner/agent of the ordinance requirements and direct the property owner/complainant to contact a towing company of their choice directly.

US0007962

JA1098

3. When it becomes necessary for the police to impound the vehicle, the officer will have police communications contact Charlie's Towing, Inc. to remove the vehicle to their storage facility.

4. The officer will complete an Event Report. The complete owner's information will be included in this report, to include any lienholder information.

   a. Transportation Article §25-204 requires the impounding police agency to notify the registered owner and any lienholder (secured party) of the impounded vehicle by certified mail within 7 days of impound.

   b. If there is no lienholder listed in the computer records, the officer will indicate in the narrative "No Lien".

   c. If there is no owner information in the computer records, the impounding officer will perform a tristate records search of the tag, if known, or by v.i.n. and indicate the results on the Event Report. A copy of the computer printout of the vehicle listing shall be attached to the Event Report.

C. If, after three (3) weeks, an owner or any secured party (lienholder) has not claimed the vehicle or after a diligent search has been made no owner/secured party can be determined, the Sergeant shall issue an MVA Form CS-078, Certificate of Authority to scrap or otherwise dispose of the vehicle.

   1. A copy of the Certificate shall be delivered to the towing company.

   2. The station's copy shall be attached to the Vehicle Release Authorization and Impound Notification forms and filed by the month in which the vehicle was impounded.

V.     **VEHICLES BEARING DIPOLOMATIC REGISTRATION**

Prior to towing a vehicle bearing diplomatic registration and in conformity with the applicable provisions outlined in General Order 5-48, Diplomatic Immunity, the officer will attempt to locate the owner or operator and solicit his cooperation in moving the vehicle.  If unsuccessful, the officer will:

US0007963

JA1099

A. Have the vehicle towed by the closest available towing service to the nearest legal parking space or adjacent side street and issue the appropriate violation notice. Communications will be notified of the new location.

B. Accept the tow bill from the towing service and prior to the end of that shift, initiate a memorandum via the chain of command to the Chief of Police, detailing the facts surrounding the incident. Attach the tow bill to the memorandum. In the event the identity of the registered owner is ascertained prior to his claiming the vehicle, the officer will notify the owner or embassy by telephone of the location of the vehicle.

## VI.    INVENTORY SEARCHES

A. It shall be the policy of the Department for officers to conduct an inventory search of every vehicle they tow or seize to:

   1. Identify and take possession of valuable property for safekeeping;

   2. Protect officers from danger; and,

   3. Protect the towing/seizing officer and the Department from claims of lost, stolen, or vandalized property.

B. This inventory policy does not include those vehicles driven or owned by a person who has diplomatic immunity as defined in General Order 5-48.

US0007964

JA1100



# FAIRMOUNT HEIGHTS POLICE DEPARTMENT

GENERAL ORDER                                              No. 8 - 1

SUBJECT: **CONDUCT OF MEMBERS OF THE DEPARTMENT**

CALEA STANDARDS: 12.1.3, 26.1.1

ISSUANCE:  **NEW** REVISED RESCINDS

APPROVED:_____

STEPHEN R. WATKINS

EFFECTIVE: MARCH 1, 2015                    CHIEF OF POLICE

## I.      PURPOSE

The purpose of this General Order is to control, direct, and coordinate the activities of the officers of the Fairmount Heights Police Department in the successful and professional fulfillment of their law enforcement responsibilities.  In addition to these rules, officers will also be governed by the regulations and procedures established by the State of Maryland and by Fairmount Heights.  Officers shall observe and obey all applicable laws and ordinances.  For the purposes of this directive, the term "Officer" applies to any sworn member of the department and the term "He" applies to both male and female genders

## II.     RULES

Section 1      Officers shall thoroughly familiarize themselves with these rules within five (5) days of receipt and thereafter comply with them.  Officers shall also become thoroughly familiar with the Fairmount Heights Police Department Personnel Manual within thirty (30) days of receipt and thereafter comply with it.  Officers and employees who are issued manuals are responsible for their maintenance and will make changes or inserts as they are issued.

Section 2      Officers shall comply with all general orders, special orders, memoranda, or directives which may be issued by the Chief of police or his designee. The appointment of a new Chief of Police does not invalidate the General Orders, Rules and Regulations, memoranda, and other official documents issued by a predecessor.

G.O. 8-1

1

GOVERNMENT'S
EXHIBIT NO. 21
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0008104

**JA1101**

Section 3     Immediately upon reporting for duty with the Department, officers and employees shall record their correct residence address, telephone number, and person to be notified in case of emergency with the Chief of Police. Officers are required to have functioning telephones in the place where they reside. Changes in address or telephone shall be reported to the Chief of Police at least 24 hours in advance of the change. The purpose of this section is to ensure contact with all employees in case of an emergency; therefore, when finalized information is not available, the employee shall submit temporary information.

Section 4     Officers shall act in a professional and efficient manner in carrying out the functions of the Fairmount Heights Police Department. These functions are the preservation of peace, the protection of life and property, the repression and detection of crime, and the apprehension of violators of the laws and regulations. All citizens are guaranteed equal protection under the law. Officers must remain completely impartial toward all persons coming to the attention of the Department. Violations of the law are against the people of the State and not against the individual officer. Exhibiting partiality for or against a person because of race, creed, sex, marital status, religious or sexual preference is conduct unbecoming an officer. Similarly, unwarranted interference in the private business of others when not in the interests of justice is conduct unbecoming an officer.

Section 5     Officers of the Fairmount Heights Police Department are always on duty. The fact that officers may be technically "off duty" or periodically relieved from duty shall not relieve them of the responsibility for taking reasonable and proper police action in any matter coming to their attention requiring such action that lies within the scope of their legal authority. Officers are expected to provide emergency assistance to other law enforcement agencies upon their request.

Section 6     Notwithstanding the assignment of specific duties and responsibilities under the provisions of the applicable rules and regulations, officers shall perform other duties as required by proper authority.

Section 7     Officers shall display patience and firmness when these attributes are necessary and shall act in concert to protect each other from danger. Any shrinking from responsibility will be deemed neglect of duty.

2

G.O. 8-1

US0008105

JA1102

Section 8        Each officer shall be held responsible for the proper performance of assigned duties and for strict adherence to the rules and regulations of the Fairmount Heights Police Department. Existence of facts establishing a violation of a law, ordinance, or rule is all that is necessary to support any allegation of such a basis for a charge against an employee. Nothing in this Directive prohibits disciplining or charging officers or employees merely because the alleged act or omission does not appear herein, in departmental orders, or in laws and ordinances within the cognizance of the Department.

Section 9        Each officer shall be familiar with the statutes, laws, and regulations governing the activities of the Fairmount Heights Police Department.

Section 10       Officers shall not use any departmental vehicle for personal use without the permission of a supervisory officer. Department vehicles are to be used only for official Fairmount Heights Police business except when approved for take-home use.

Section 11       Citizens will be transported in departmental vehicles only when necessary to accomplish a police purpose. Such transportation will be done in conformance with departmental policy or at the direction of a supervisory officer.

Section 12       While on duty, officers/employees shall devote their full time and attention to official duties. They shall remain awake and alert while on duty. They shall not leave the boundaries of the assigned area except in an emergency or when directed by proper authority.

Section 13       Officers of the Department shall respond without delay to all calls for police assistance from citizens or other officers. Emergency calls take precedence; however, all calls shall be answered as soon as possible consistent with normal safety precautions and vehicle laws. Failure to answer a call for police assistance promptly, without justification, is misconduct and negligence of duty. Except under the most extraordinary circumstances, or when otherwise directed by competent authority, no officer shall fail to answer any telephone call or radio call directed to him. In accordance with departmental orders, the Communications Center will be informed by the officer when leaving the air, and when returning to duty status, where applicable.

3

G.O. 8-1

US0008106

JA1103

Section 14 Officers shall diligently patrol, inspect and otherwise direct their attention to police business within their assigned area throughout their tour of duty. Officers shall always be alert to assist lost, helpless, injured, or ill persons. Officers on duty shall not conceal themselves except for some police purpose. They shall be immediately and readily available to the public during duty hours.

Section 15 Officers shall act with assurance and decisiveness. When acting in good faith and reasonably, they shall receive the fullest measure of support from their associates, subordinates, and supervisory officers. Each officer is insured by the Town for $1,000,000 for actions or omissions related to the law enforcement function.

Section 16 Officers and employees shall be courteous and orderly in their dealings with the public. They shall perform their duties quietly, avoiding harsh, violent, profane, or insolent language, and shall always remain calm regardless of provocation to do otherwise. They shall attend to requests from the public quickly and accurately, avoiding unnecessary referral to other agencies.

Officers who abuse their law enforcement authority are subject to disciplinary action.

Section 17 Officers shall conduct themselves at all times, both on and off duty, in such a manner as to reflect most favorably on the Department. Conduct unbecoming an officer shall include that which brings the Department into disrepute, causes the public to lose confidence in the Department, reflects discredit upon the officer as an officer of the Department, or that which impairs the operations, morale, or efficiency of the Department or officer.

Section 18 Officers shall not use their office for the purpose of influencing the lawful business, profession, or occupation of any person or persons.

Section 19 Officers and employees shall not suggest, recommend, advise or otherwise counsel the retention of any attorney or bail bond broker to any person coming to their attention as a result of police business.

Section 20 Officers and employees cannot act as bailers for any person in custody except relatives, and in no case where any fee, gratuity, or reward is solicited or accepted.

4

US0008107

JA1104

Section 21    No officer shall knowingly communicate, by any means to any person, any information which might assist any person to escape arrest or punishment, to prepare for raids, to destroy or conceal evidence, money, goods, or other property or information sought by the police; nor shall any officer perform any act which might be construed as aiding and abetting the performance of any of the foregoing acts.

Section 22    No officer shall knowingly make, or cause to be made, any omission, or false, inaccurate, or improper entries in any official records, forms or reports. Changes to official logs of the Department shall be made by an authorized person drawing a red line through the entry and initialing the correction.

Section 23    Officers and employees shall not reveal police information outside the Department except as provided elsewhere in this manual or as required by law or competent authority. Specifically, information contained in police records, information ordinarily accessible only to officers and employees, and names of informants, complainants, witnesses, and other persons known to the police are prohibited from making or causing to be made duplications of official departmental records or reports for other than official use.

Section 24    In accordance with law, certain basic information from departmental records may be provided to a defense attorney; however, officers should not engage in idle conversations with defense attorneys. Often these conversations furnish the defense attorney with some ploy which may result in the dismissal of a case. Questions by defense attorneys regarding a case should be referred to the prosecutor.

Section 25    Officers shall not wear their badges exposed when off active duty and out of uniform. While in civilian attire in Fairmount Heights, officers shall carry badges and I.D. cards in such a manner as to permit ready display.

Section 26    Except when impractical or unfeasible, or where their identity is obvious, and in compliance with State Code, officers shall identify themselves by displaying the official badge or identification card before taking police action. Officers shall give their names and identification numbers to persons who request them.

5

G.O. 8-1

US0008108

JA1105

| Section 27 | Only issued and/or approved equipment may be carried. All equipment must be clean, in good working order, and conform to the Department's specifications. |
|---|---|
| Section 28 | Officers shall not make any compromise or other unofficial arrangement between suspected violators of the law and persons whom are alleged to have suffered by their acts. |
| Section 29 | Officers and employees are prohibited from buying and selling anything of value from or to any suspect, defendant, prisoner, or other person involved in any case which has come to their attention or which arose out of their departmental employment except as may be specifically authorized by the Chief of Police. |
| Section 30 | Officers shall not interfere with the cases of other officers except by consent of such other officer, his supervisor, or the Chief. |
| Section 31 | Officers and employees shall not interfere with the proper administration of criminal justice. Officers and employees shall neither attempt to interrupt legal process except where a manifest injustice might otherwise occur, nor participate in or be concerned with any activity which might interfere with the process of law. |
| Section 32 | Officers shall not solicit any citizen or public official to communicate any praise, personal publiTown, thanks, or commendation for services rendered. |
| Section 33 | No officer or employee may seek the influence or intervention of any person outside the Department for purposes of personal advantage, transfer, or advancement. |
| Section 34 | Officers shall perform their duty fairly, impartially, and judiciously and are prohibited from inviting or accepting tips, gratuities, rewards, fees, favors, or anything of value. Any donations or rewards intended for the Department must be approved by the Chief of Police prior to being accepted. |
| Section 35 | Officers and employees shall not permit their names or photographs to be used to endorse any product or service which is in any way connected with law enforcement or used in any commercial testimonial which |

6

G.O. 8-1

US0008109

JA1106

alludes to their position or employment with the Department without the permission of the Chief of Police and the Town Commission.

Section 36     All requests for officers and employees to give or participate in public speeches, demonstrations, and the like will be routed to the Chief of Police for approval.

Section 37     Officers shall not receive presents from subordinates, associates, or superiors, nor shall subscriptions be solicited or made for presents by officers to other officers without the approval of the Chief of Police.

Section 38     Officers of the Department shall not engage in any contest or solicit votes for presents or prizes offered to officers of the Department for securing votes nor engage directly or indirectly in the sale of tickets or the soliciting of advertisements from businesses or promoting same without the permission of the Chief of Police.

Section 39     Orders from superior to subordinate shall be in clear, understandable language, civil in tone, and issued in pursuit of departmental business.

Section 40     No command or supervisory officer shall knowingly issue an order which is in violation of any law or ordinance or departmental rule.

Section 41     Obedience to an unlawful order is never a defense for an unlawful action; therefore, no officer or employee is required to obey any order which is contrary to federal or state law or local ordinance. Responsibility for refusal to obey rests with the officer. He shall be strictly required to justify his actions.

Section 42     Officers or employees who are given orders which they feel to be unjust or contrary to rules and regulations must first obey the order to the best of their ability and then may proceed to appeal. Since supervisors must have the flexibility to handle all situations, departmental orders are written to give the supervisor this flexibility. A supervisor may order a subordinate to violate an order of the department; however, the supervisor must be prepared to explain his actions.

Section 43     Officers shall promptly obey all lawful orders issued by a supervisor officer, including any order relayed from a superior by an employee of the same or lesser rank. Should any order conflict with a previous order from any other superior officer, or with any memorandum, General

7

G.O. 8-1

US0008110

JA1107

Order, or provisions of the Fairmount Heights Police Department Manual, the officer to whom such order is given shall respectfully call attention to the conflicting order. If the officer giving the order does not change the order so as to eliminate the conflict, the last order shall stand and responsibility shall rest with the superior officer. The officer obeying the order will not be held responsible for disobedience of any orders previously issued.

Section 44     An officer or employee receiving an unlawful, unjust, or improper order shall, at the first opportunity, report in writing to the Chief of Police through official channels. This report shall contain the facts of the incident and the action taken. Appeals for relief from such orders may be made at the same time. If an employee believes a directive or policy is illegal or unconstitutional, the employee has an obligation to bring it to the attention of his supervisor.

Section 45     Officers and employees shall not publicly criticize instructions or orders they have received, or the policies of the Department.

Section 46     Officers shall formally report in writing the reception of all information of offenses against the criminal statutes in which any officer of the Department is personally involved. Failure to report any such information shall be considered neglect of duty.

Section 47     Officers seeking information relative to the performance of duty shall first seek guidance from their immediate supervisor. They shall not bypass such immediate supervisor in order to reach those of higher rank. If officers are unable to obtain the desired information, they may request permission from their immediate supervisor to seek the information from officers of higher rank.

Section 48     Every officer shall render respect to supervisors and associates. When addressing supervisory officers, officers shall maintain a respectful attitude and use proper titles. Such courtesy shall be accorded to superior officers of other similarly constituted law enforcement agencies.

Section 49     Each officer of the Department shall cooperate fully with personnel of an Internal Affairs Section or any other officer conducting an Internal Affairs investigation. Supervisory or command personnel will initiate

8

G.O. 8-1

US0008111

**JA1108**

investigations into observed infractions or complaints received which fall into the scope of their authority.

It shall be the responsibility of any employee to answer fully and truthfully any question pertaining to the investigation of an infraction of law or regulation which might be asked by the investigating authority. Officers shall not make untruthful statements, either verbally or in writing, pertaining to official duties.

During the course of an internal investigation, an employee does not have the right to refuse to answer any question concerning his/her performance of duty or his/her adherence to departmental rules and regulations. However, any admissions made cannot be used against him/her in subsequent criminal prosecution. An employee must be advised of his rights as soon as it appears the investigation has reached an accusatory state and may result in a criminal prosecution.

Section 50    Any officer may report another officer for violations of any of the provisions of the Fairmount Heights Police Department General Order Manual. The superior officer receiving the report will then investigate the complaint. Written reports of the violation and the investigation will then be forwarded to the Chief of Police.

Section 51    Gross neglect of duty is any act or omission which may be injurious to the officer, fellow officers, or the general public. An officer may be immediately relieved of police responsibility for gross neglect of duty.

Section 52    While in uniform, officers shall not purchase, consume, or be under the influence of alcoholic beverages. Officers are prohibited from purchasing, consuming, or being under the influence of alcoholic beverages while on duty except in the performance of duty. Officers shall not consume alcoholic beverages within the preceding six (6) hours of reporting for duty.

Section 53    Any officer found to be intoxicated while on duty, or while in uniform, on or off duty, shall be taken before the official then in charge of the Department. The officer in charge shall, upon finding that there is reasonable cause to believe that such officer is intoxicated while on duty, place the officer in an administrative leave status for the remainder of his duty assignment. The intoxicated officer may be transported to his

9

G.O. 8-1

US0008112

JA1109

residence by a member of the Fairmount Heights Police Department.  In all violations of this section, the officer in charge shall take possession of the badge and service weapon of the intoxicated officer.  A full report of the incident shall be submitted in writing to the Chief of Police the next business day.

Section 54     Officers are prohibited from placing any alcoholic beverages or controlled substance into any Fairmount Heights vehicle or building unless prescribed by a physician for illness.  This section does not apply to intoxicants or controlled substances which are being transported or stored as evidence or found as property.

Section 55     No officer shall knowingly use any controlled substance except for medically approved use as prescribed by a physician.  Officers taking medication prior to or while on duty shall notify their supervisor.

Section 56     No officer shall be employed by, own any interest in, or participate in the profits of any establishment devoted in whole or in part to illegal activities.  No officer shall enter such establishment unless such entry is related to official duty.

Section 57     Officers shall not feign, simulate or intentionally cause illness or disability to evade the performance of duty.  Officers shall not work any outside employment while on sick leave or while collecting Workmen's Compensation.  Officers shall not cause themselves to be ill by carelessness, improper conduct or excessive indulgence in drink.

Section 58     Officers shall not smoke or carry cigars, pipes, or cigarettes in their mouths while in uniform and in public view and/or while engaged in conversation with citizens or superior officers.  Officers are prohibited from chewing tobacco and tobacco products while on duty.  Smoking is not permitted in the Fairmount Heights police facility or vehicles.

Section 59     Gambling in any form by any officer of the Department, while on duty or in uniform, except in the performance of duty, is prohibited.

Section 60     Eating or drinking while on active duty in public view is prohibited, except in public eating places, unless unusual circumstances of duty make it necessary.

G.O. 8-1

US0008113

JA1110

Section 61    Officers shall not sleep while on active duty.

Section 62    Officers shall not serve civil processes, nor shall they render assistance in civil cases except to prevent breaches of the peace and to quell disturbances growing out of such matters.  Officers will testify in civil cases only when legally summonsed and it is administratively feasible.

Section 63    When appearing in court, officers will wear the official uniform or clothing conforming to established standards.  Officers shall present a neat and clean appearance, avoiding any mannerism which might imply disrespect to the court, such as gum-chewing and smoking.

Section 64    When appearing in Court and not in uniform, officers may carry their weapon concealed after identifying themselves to the bailiff.

Section 65    No officer shall institute any action for damages nor accept any compensation for damages as the result of an incident occurring in the line of duty without first notifying the Chief of Police in writing of such intention.

Section 66    Officers and employees who are receiving compensation from the Town for an injury or illness sustained off duty shall notify the Chief of Police in writing of any intent to institute action for damages for such illness or injury.

Section 67    Any officer who is subpoenaed or summonsed in the civil courts as the result of an incident occurring in the line of duty shall immediately notify the Chief of Police in writing of such fact.  An officer or employee shall not volunteer to testify in civil actions.  Officers and employees shall not enter into any financial agreement or understanding for appearances as witnesses prior to any trial, except in accordance with current directives.

Section 68    Officers and employees shall confer with the Chief of Police before giving a deposition or affidavit in a civil case.  If the Chief of Police determines that the case is of importance to the Town, he shall inform the Town's Attorney before the deposition or affidavit is given.

Section 69    Officers shall not testify before any Alcoholic Beverage Control Board against or in behalf of any person or enterprise applying for license to sell

11

G.O. 8-1

US0008114

JA1111

or dispense intoxicating beverages, without the prior approval of the Chief of Police.

Section 70    Any officer or employee subpoenaed to testify for the defense in any trial or hearing, or against the Town or Department in any hearing or trial shall notify the Chief of Police upon receipt of the subpoena. The Chief of Police shall notify the Town's Attorney.

Section 71    Officers shall not be affiliated with any active or reserve military units other than those of the United States Army, Navy, Air Force, Marine, or Coast Guard.

Section 72    Officers and employees shall not affiliate themselves with any organization or group, the constitution or by-laws of which in any way exact prior consideration or which would prevent its officers from rendering proper and efficient service to the Department.

Section 73    Uniformed officers will render full military honors to the national colors and anthem at appropriate times. Officers and employees in civilian dress shall render proper civilian honors to the national colors and anthem at appropriate times.

Section 74    No officer or employee shall knowingly become an officer of or be connected with any subversive organization, except when necessary in the performance of duty, and then only under the direction of the Chief of Police.

Section 75    No employee shall directly or indirectly use or seek to use his official position, authority or influence to control or modify the political action of any other person. Nor shall any employee, during duty hours, engage in any form of political activity. With respect to Fairmount Heights elections, no employee shall take part in any political movement or actively support any candidates, nor shall he support any group of candidates in any manner.

Section 76    Any officer soliciting or contributing money, directly or indirectly, to any person or group engaged in political fund-raising shall be familiar and comply with the applicable laws and regulations.

12

G.O. 8-1

US0008115

JA1112

| | |
|---|---|
| Section 77 | Officers shall not engage in or take part in any argumentative discussions involving political, religious, or racial issues while on active duty. Discussions with persons involved in demonstrations or similar activities in the enforcement or legal requirement is not included in this prohibition. |
| Section 78 | Officers shall report punctually for duty and assignments at the time and place designated by their superior officers. Officers shall be responsible for personally checking each day for their hours and assignments for the following day. This shall not apply on days off or while in a leave status. |
| Section 79 | Officers will not be absent from duty without approved leave or without authority from a superior officer. |
| Section 80 | When not performing active duty, officers shall not absent themselves from their homes for more than 72 consecutive hours without first notifying the Chief in writing as to their forwarding address, telephone number, and date of return. |
| Section 81 | Officers are prohibited from making, causing to be made, or allowing to be made, any duplicates or copies of keys pertaining to the operation of the Fairmount Heights Police Department without the authorization of the Chief. |
| Section 82 | Officers shall promptly pay or otherwise settle all just debts and legal financial obligations. |
| Section 83 | Officers shall not use any private vehicle in the performance of duty, except when authorized or in circumstances of police emergency; however, officers may use their private vehicles for transportation to and from court and training assignments. |
| Section 84 | Officers and employees shall not mar, mark, or deface any surface in the Fairmount Heights building. No material shall be affixed to any wall in the Town building without specific authorization from the Chief of Police. |
| Section 85 | Officers and employees shall not mark, alter, or deface any posted notice of the Department except to initial that they have read and understand them. Notices or announcements shall not be posted on bulletin boards |

13

G.O. 8-1

US0008116

JA1113

without permission of a supervisory officer.  No notices of a derogatory nature will be posted at any time.

Section 86     Officers and employees shall not introduce outside computer software and disks into agency owned computer systems or workstations.

## III.     CONCLUSION

In those instances where no rules or general orders exist to cover a specific situation, the matter will be handled as conditions and circumstances warrant.

US0008117

JA1114

Auditing History:

  Case Report #19-0052405-001

Printed

10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 1 of 14

## Auditing History

Auditing

### Actions

| Action | Personnel | Organization | IP Address | Server Time Stamp |
|---|---|---|---|---|
| Action Details | | | | |
| Field Name | Old Value | New Value | | |
| Print | FELLRATH, TANNER J. | PRINCE GEORGE'S COUNTY POLICE | 172.16.0.6 | 10/17/2024 12:46:03 PM |
| View | FELLRATH, TANNER J. | PRINCE GEORGE'S COUNTY POLICE | 172.16.0.6 | 10/17/2024 12:45:34 PM |
| Close | FELLRATH, TANNER J. | PRINCE GEORGE'S COUNTY POLICE | 172.16.0.6 | 10/17/2024 12:24:33 PM |
| Print | FELLRATH, TANNER J. | PRINCE GEORGE'S COUNTY POLICE | 172.16.0.6 | 10/17/2024 12:23:47 PM |
| View | FELLRATH, TANNER J. | PRINCE GEORGE'S COUNTY POLICE | 172.16.0.6 | 10/17/2024 12:22:18 PM |
| Close | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 172.16.0.6 | 10/17/2024 12:15:58 PM |
| View | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 172.16.0.6 | 10/17/2024 12:15:53 PM |
| Close | Coghill, Mark D | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.146 | 8/20/2024 11:30:09 AM |
| View | Coghill, Mark D | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.146 | 8/20/2024 11:18:24 AM |
| Close | Gill, Brendan | PRINCE GEORGE'S COUNTY POLICE | 172.16.0.71 | 7/18/2024 6:22:18 PM |
| View | Gill, Brendan | PRINCE GEORGE'S | 172.16.0.71 | 7/18/2024 6:17:19 PM |

GOVERNMENT'S EXHIBIT NO. 22
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA1115

Auditing History:

Case Report #19-0052405-001

Printed

10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 2 of 14

| | | | | |
|---|---|---|---|---|
| | | COUNTY POLICE | | |
| Close | Peppins, Karen | PRINCE GEORGE'S COUNTY POLICE | 10.15.250.238 | 10/26/2022 3:13:53 PM |
| View | Peppins, Karen | PRINCE GEORGE'S COUNTY POLICE | 10.15.250.238 | 10/26/2022 3:07:59 PM |
| Close | Peppins, Karen | PRINCE GEORGE'S COUNTY POLICE | 10.15.250.238 | 10/26/2022 3:05:28 PM |
| View | Peppins, Karen | PRINCE GEORGE'S COUNTY POLICE | 10.15.250.238 | 10/26/2022 3:02:32 PM |
| Close | WELCH, JOHN W | PRINCE GEORGE'S COUNTY POLICE | 10.15.250.92 | 6/29/2020 1:52:36 PM |
| View | WELCH, JOHN W | PRINCE GEORGE'S COUNTY POLICE | 10.15.250.92 | 6/29/2020 1:51:04 PM |
| View | Gill, Brendan | PRINCE GEORGE'S COUNTY POLICE | | 2/23/2020 12:47:45 PM |
| | System Information | Single Mark for Submission Workflow: Get Document | | |
| View | Gill, Brendan | PRINCE GEORGE'S COUNTY POLICE | | 2/23/2020 12:47:26 PM |
| View | Gill, Brendan | PRINCE GEORGE'S COUNTY POLICE | | 2/23/2020 12:47:17 PM |
| Save | Gill, Brendan | PRINCE GEORGE'S COUNTY POLICE | 172.16.20.87 | 2/23/2020 12:46:57 PM |

| PGCNarrativeField | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue and Sheriff road when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone while speeding in a posted 40mph zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's | 02/23/2020<br><br>PGPD Sergeant Brendan P. Gill #3361, OOC, ITD, JAIC<br><br>On this date, I made administrative changes to this report to comply with established reporting procedures and protocols. I have no first-hand knowledge of this incident, subsequent investigation (or lack thereof if that should be the case) or any pending or post-criminal procedures. These administrative changes were performed at the request of the Office of the Mayor and Town |

JA1116

Auditing History:

Case Report #19-0052405-001

Printed

10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 3 of 14

| | license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing, She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her. bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. She was placed in handcuffs to restrain her. She then began to banging her head on the exterior of her car really hard while calling herself stupid. She did this several times. She was issued the appropriate traffic citations as well as a Criminal Citation (#092002253965) for Disorderly Conduct. The registered owner picked up the vehicle and Ms. Stewart was released and sent on her way. All events occurred in Prince George's County Maryland. | Council for the town of Fairmount Heights in consultation with the PGPD Chief of Police and/or designee. For further information, please contact Police_RMS@co.pg.md.us.

----------------

On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue and Sheriff road when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone while speeding in a posted 40mph zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing, She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her. bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. She was placed in handcuffs to restrain her. She then began to banging her head on the exterior of her car really hard while calling herself stupid. She did this several times. She was issued the appropriate traffic citations as well as a Criminal Citation (#092002253965) for Disorderly Conduct. The registered owner picked up the vehicle and Ms. Stewart was released and sent on her way. All events occurred in Prince George's County Maryland. |
| CitationSummonsNumber | | 092002253965 |

| | | | | |
|---|---|---|---|---|
| Close | Gill, Brendan | PRINCE GEORGE'S COUNTY POLICE | 172.16.20.87 | 2/23/2020 12:46:55 PM |
| View | Gill, Brendan | PRINCE GEORGE'S COUNTY POLICE | 172.16.20.87 | 2/23/2020 9:18:09 AM |
| CheckIn | Gill, Brendan | PRINCE GEORGE'S COUNTY | 172.16.20.87 | 2/23/2020 9:17:52 AM |

JA1117

Auditing History:

Case Report #19-0052405-001

Printed

10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 4 of 14

| | | POLICE | | |
|---|---|---|---|---|
| Close | Gill, Brendan | PRINCE GEORGE'S COUNTY POLICE | 172.16.20.87 | 2/23/2020 9:17:36 AM |
| View | Gill, Brendan | PRINCE GEORGE'S COUNTY POLICE | 172.16.20.87 | 2/23/2020 9:16:07 AM |
| View | FORD, MARLON | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 1/25/2020 2:50:49 AM |
| View | Castillo, Scott | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 1/24/2020 3:39:22 PM |
| View | Castillo, Scott | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 1/24/2020 3:39:21 PM |
| View | FORD, MARLON | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 12/6/2019 4:47:10 AM |
| View | FORD, MARLON | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 12/6/2019 4:47:05 AM |
| View | THOMPSON, DECATUR | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 12/5/2019 8:17:58 PM |
| View | THOMPSON, DECATUR | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 12/5/2019 8:17:31 PM |
| Close | BAXTER, EVAN | PRINCE GEORGE'S COUNTY POLICE | 10.20.5.132 | 10/4/2019 12:05:24 PM |
| Print | BAXTER, EVAN | PRINCE GEORGE'S COUNTY POLICE | 10.20.5.132 | 10/4/2019 11:56:52 AM |
| Print | BAXTER, EVAN | PRINCE GEORGE'S COUNTY POLICE | 10.20.5.132 | 10/4/2019 11:50:44 AM |
| View | BAXTER, EVAN | PRINCE GEORGE'S COUNTY POLICE | 10.20.5.132 | 10/4/2019 11:49:57 AM |

JA1118

| View | **ROBINSON, DAVID** | **PRINCE GEORGE'S COUNTY POLICE** | 10.20.5.81 | 10/4/2019 11:30:19 AM |
|---|---|---|---|---|
| Close | Vanderpool, Martique | **PRINCE GEORGE'S COUNTY POLICE** | 166.141.137.2 | 9/17/2019 5:45:23 PM |
| View | Vanderpool, Martique | **PRINCE GEORGE'S COUNTY POLICE** | 10.192.5.35 | 9/17/2019 5:41:49 PM |
| Close | Vanderpool, Martique | **PRINCE GEORGE'S COUNTY POLICE** | 192.168.1.37 | 9/15/2019 1:31:38 PM |
| View | Vanderpool, Martique | **PRINCE GEORGE'S COUNTY POLICE** | 192.168.1.37 | 9/15/2019 1:31:34 PM |
| View | Vanderpool, Martique | **PRINCE GEORGE'S COUNTY POLICE** | 192.168.1.37 | 9/15/2019 1:31:34 PM |
| Checkout | Vanderpool, Martique | **PRINCE GEORGE'S COUNTY POLICE** | 192.168.1.37 | 9/15/2019 1:31:31 PM |
| View | Vanderpool, Martique | **PRINCE GEORGE'S COUNTY POLICE** | 192.168.1.37 | 9/15/2019 1:31:05 PM |
| CheckIn | Vanderpool, Martique | **PRINCE GEORGE'S COUNTY POLICE** | 192.168.1.37 | 9/15/2019 1:30:39 PM |
| Close | Vanderpool, Martique | **PRINCE GEORGE'S COUNTY POLICE** | 192.168.1.37 | 9/15/2019 1:30:29 PM |
| View | Vanderpool, Martique | **PRINCE GEORGE'S COUNTY POLICE** | 192.168.1.37 | 9/15/2019 1:30:14 PM |
| Save | Vanderpool, Martique | **PRINCE GEORGE'S COUNTY POLICE** | 192.168.1.37 | 9/15/2019 1:30:12 PM |

| PGCNarrativeField | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue and Sheriff road when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone while speeding in a |
|---|---|---|

JA1119

Auditing History:

Case Report #19-0052405-001

Printed

10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 6 of 14

| | that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing, She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her. bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. She was placed in handcuffs to restrain her. She then began to banging her head on the exterior of her car really hard while calling herself stupid. She did this several times. She was issued the appropriate traffic citations as well as a Criminal Citation (#092002253965) for Disorderly Conduct. The registered owner picked up the vehicle and Ms. Stewart was released and sent on her way. All events occurred in Prince George's County Maryland. | posted 40mph zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing, She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her. bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. She was placed in handcuffs to restrain her. She then began to banging her head on the exterior of her car really hard while calling herself stupid. She did this several times. She was issued the appropriate traffic citations as well as a Criminal Citation (#092002253965) for Disorderly Conduct. The registered owner picked up the vehicle and Ms. Stewart was released and sent on her way. All events occurred in Prince George's County Maryland. |
|---|---|---|
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/15/2019 1:28:52 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/15/2019 1:28:50 PM |
| Checkout | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/15/2019 1:28:47 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/15/2019 1:24:32 PM |
| Close | WATKINS, STEPHEN | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/13/2019 11:37:37 AM |
| Print | WATKINS, STEPHEN | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/13/2019 11:27:43 AM |

JA1120

Auditing History:
  Case Report #19-0052405-001

Printed
10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 7 of 14

| View | WATKINS, STEPHEN | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/13/2019 11:26:17 AM |
|---|---|---|---|---|
| Close | IVEY, EARL | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/10/2019 5:03:31 PM |
| Print Preview | IVEY, EARL | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/10/2019 4:48:49 PM |
| Print Preview | IVEY, EARL | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/10/2019 4:47:47 PM |
| Print | IVEY, EARL | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/10/2019 4:47:03 PM |
| Print | IVEY, EARL | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/10/2019 4:46:27 PM |
| View | IVEY, EARL | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/10/2019 4:41:47 PM |
| CheckIn | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:23:50 AM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:23:43 AM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:23:40 AM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:23:40 AM |

| | | |
|---|---|---|
| Victims (1) >>> IsSealed | | false |
| Victims (1) >>> Entity | | e4bb6a99-95e6-4791-a896-fc9a50dc8d08 |
| Victims (1) >>> VictimType | | Society/Public |
| Victims (1) >>> VictimOfs | | Disorderly Conduct |
| PGCNarrativeField | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration |

JA1121

GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing, She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her. bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. She was placed in handcuffs to restrain her. She then began to banging her head on the exterior of her car really hard while calling herself stupid. She did this several times. She was issued the appropriate traffic citations as well as a Criminal Citation (#092002253965) for Disorderly Conduct. The registered owner picked up the vehicle and Ms. Stewart was released and sent on her way. All events occurred in Prince George's County Maryland.

| Action | Name | Agency | IP | Date/Time |
|---|---|---|---|---|
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:23:04 AM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:23:04 AM |
| Checkout | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:23:01 AM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:22:57 AM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:22:52 AM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY | 192.168.1.37 | 9/7/2019 3:22:38 AM |

JA1122

Auditing History:

Case Report #19-0052405-001

Printed

10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 9 of 14

| | | | POLICE | | |
|---|---|---|---|---|---|
| Close | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:22:32 AM |
| View | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:22:22 AM |
| Save | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:22:22 AM |
| | PGCNarrativeField | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing, She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her. bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing, She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her. bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. She was placed in handcuffs to restrain her. She then began to banging her head on the exterior of her car really hard while calling herself stupid. She did this several times. She was issued the appropriate traffic citations as well as a Criminal Citation (#092002253965) for Disorderly Conduct. The registered owner picked up the vehicle and Ms. Stewart was released and sent on her way. All events occurred in Prince George's County Maryland. | |
| View | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:17:53 AM |
| Save | Vanderpool, Martique | | PRINCE GEORGE'S | 192.168.1.37 | 9/7/2019 3:17:53 AM |

JA1123

Auditing History:

Case Report #19-0052405-001

Printed

10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 10 of 14

| | | COUNTY POLICE | | |
|---|---|---|---|---|
| PGCNarrativeField | | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing, She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her. bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing, She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her. bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up having to cross the street to avoid her. | |
| View | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:17:14 AM |
| Save | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:17:12 AM |
| PGCNarrativeField | | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. When notified that her vehicle may get impounded she became erratic. She was removed from the vehicle because of her erratic loud shouting/cursing, She then got out of the vehicle and would not obey my commands or Officer Dupree's command to reframe from cursing and yelling and to | |

JA1124

Auditing History:

Case Report #19-0052405-001

Printed

10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 11 of 14

| | | | | | |
|---|---|---|---|---|---|
| | | | | | stop running into the middle of the street. She would not sit still as ordered and began yelling while on the sidewalk then ran back into the street almost getting hit by a large truck. Cars had to cross the yellow center dividing line in order to reframe from hitting her. bystanders/citizens who were walking appeared to be disturbed by her behavior and ended up |
| View | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:11:03 AM |
| Save | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:11:03 AM |
| | PGCNarrativeField | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver advised that | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver was the only occupant of the vehicle and initially advised that she did not have a driver's license and that she left it at home. She was later identified as Raynna Stewart via her Maryland Learner's permit. |
| View | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:07:55 AM |
| Save | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:07:55 AM |
| | PGCNarrativeField | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I conducted a traffic stop on this vehicle. The driver advised that |
| View | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:07:20 AM |
| Save | Vanderpool, Martique | | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:07:20 AM |

JA1125

Auditing History:

Case Report #19-0052405-001

Printed

10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 12 of 14

| | | | | |
|---|---|---|---|---|
| PGCNarrativeField | | | On 9/6/2019 at approximately 1122 hours, I was conducting stationary radar as a 2 man unit with Ofc. Dupree (#9360) at 61st avenue when I observed a blue Ford Mustang bearing DC registration GB7058 enter my radar enforcement zone. There were no other cars traveling that direction or in my visual sight were I was aiming/pointing the radar unit. I | |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:00:36 AM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:00:35 AM |
| PGCRSpecialStudiesIncidentNarcRelated | | | No | |
| PGCRSpecialStudiesWasMarijuanaAFactor | | | No | |
| PGCRSpecialStudiesDoesIncidentHaveSMedia | | | No | |
| PGCcanvdone | | | No | |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:00:09 AM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 3:00:06 AM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 2:59:42 AM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 2:59:41 AM |
| Arrestees (1) >>> CentralIndexID | | | 4ae1ff34-6ba7-46ce-987c-11666d476090 | |
| Arrestees (1) >>> MasterID | | | c28e1618-deca-4645-bd76-eebbc9109876 | |
| Arrestees (1) >>> Name | | | Stewart, Raynna | |
| Arrestees (1) >>> FirstName | | | Raynna | |
| Arrestees (1) >>> LastName | | | Stewart | |
| Arrestees (1) >>> Sex | | | Female | |
| Arrestees (1) >>> Race | | | Black or African American | |
| Arrestees (1) >>> Ethnicity | | | Not Hispanic or Latino | |
| Arrestees (1) >>> DateOfBirth | | | 07/23/2000 00:00 | |
| Arrestees (1) >>> Age | | | 19 | |
| Arrestees (1) >>> Juvenile | | | No | |

Auditing History:

Case Report #19-0052405-001

Printed

10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 13 of 14

| | | |
|---|---|---|
| Arrestees (1) >>> EyeColor | | Brown |
| Arrestees (1) >>> HairColor | | Black |
| Arrestees (1) >>> HairStyle | | Bushy |
| Arrestees (1) >>> HairLength | | Short |
| Arrestees (1) >>> FacialHair | | None |
| Arrestees (1) >>> Complexion | | Medium Brown |
| Arrestees (1) >>> Build | | Thin/Small |
| Arrestees (1) >>> Teeth | | Normal |
| Arrestees (1) >>> Height | | 5' 5" |
| Arrestees (1) >>> Weight | | 148 |
| Arrestees (1) >>> Resident | | Nonresident |
| Arrestees (1) >>> DLN | | S363730067579 |
| Arrestees (1) >>> DLNState | | MD |
| Arrestees (1) >>> MO | | Others Not Listed Above |
| Arrestees (1) >>> MODescription | | Aggressive |
| Arrestees (1) >>> ArrestedFors | | Disorderly Conduct |
| Arrestees (1) >>> ArrestType | | Criminal Citation |
| Arrestees (1) >>> ArmedWith | | Unarmed |
| Arrestees (1) >>> MultiClearance | | Not Applicable |
| Arrestees (1) >>> ArrestedOn | | 09/06/2019 00:00 |
| Arrestees (1) >>> PGCinfluenceALC | | No |
| Arrestees (1) >>> PGCinfluenceCDS | | No |

| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 2:54:03 AM |
|---|---|---|---|---|
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 2:54:03 AM |

| | | |
|---|---|---|
| Arrestees (1) >>> IsSealed | | false |
| Arrestees (1) >>> Entity | | d447f45d-c4d3-4193-b5a5-760269a543ef |
| Arrestees (1) >>> ArresteePhoto1 | | |
| Arrestees (1) >>> ArrestNumber | | 031622 |

| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 2:50:36 AM |
|---|---|---|---|---|
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 2:50:36 AM |

| | | |
|---|---|---|
| Offenses (1) >>> Offense | | Disorderly Conduct |
| Offenses (1) >>> IBRCode | | 90C |

JA1127

Auditing History:

Case Report #19-0052405-001

Printed

10/17/2024 12:55 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 14 of 14

| Offenses (1) >>> IBRGroup | | B |
| --- | --- | --- |
| Offenses (1) >>> IBRCrimeAgainst | | Society |
| Offenses (1) >>> UCRHierarchy | | 24 |
| Offenses (1) >>> Location | | Highway/Road/Alley |
| Offenses (1) >>> Completed | | Yes |
| Offenses (1) >>> HateBias | | None (No Bias) |
| Offenses (1) >>> DomesticViolence | | No |
| Offenses (1) >>> Using | | Not Applicable |
| Offenses (1) >>> PGOffenseDefinition | | Any behavior that tends to disturb the public peace or decorum, scandalize the community, or shock the public sense of morality. |

| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 2:49:53 AM |
| --- | --- | --- | --- | --- |
| Create | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.37 | 9/7/2019 2:49:50 AM |

JA1128

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, **Sergeant Tanner Fellrath**, attest, under penalties of perjury by the laws
*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by **the Prince George's County Police Department**
*Entity*

(hereinafter "the entity"), and my title is **Sergeant / RMS Administrator**. I am qualified
*Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

**Audit/Change Log for RMS Case Report 19-0052405-001**. I further state that:
*Generally describe records (pages/CDs or DVDs/megabytes)*

     a.     all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

     b.     such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

     1.     the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

     2.     the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

JA1129

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of

the Federal Rules of Evidence.

Oct 17, 2024
_____
Date

_Tanner Fellrath (Oct 17, 2024 13:00 EDT)_
_____
Signature

System Events Auditing History  7/18/2024 6:20:28 PM

**System Events Auditing**

| Log Date | Source Document | Personnel Id | IP Address | Device Port | Device Name | Action | User Name | Search Field Name | Operation Type | Search Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/9/2019 9:44:03 PM | | Vanderpool, Martique | 192.168.1.37 | 54741 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/7/2019 3:33:21 AM | | Vanderpool, Martique | 192.168.1.37 | 53344 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/7/2019 2:42:06 AM | | Vanderpool, Martique | 192.168.1.37 | 52384 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/5/2019 6:02:51 PM | | Vanderpool, Martique | 192.168.1.37 | 58870 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/5/2019 5:49:24 PM | | Vanderpool, Martique | 166.141.137.2 | 51163 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 9/5/2019 5:03:57 PM | | Vanderpool, Martique | 192.168.1.37 | 58007 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/5/2019 4:17:23 PM | | Vanderpool, Martique | 166.141.137.2 | 65198 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 9/4/2018 1:32:59 PM | | Vanderpool, Martique | 10.192.5.35 | 61593 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/3/2019 6:35:38 PM | | Vanderpool, Martique | 192.168.1.37 | 59933 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/28/2019 8:19:05 PM | | Vanderpool, Martique | 166.141.137.2 | 63069 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 9/28/2019 7:21:26 PM | | Vanderpool, Martique | 166.141.137.2 | 61045 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 9/27/2019 7:55:16 PM | | Vanderpool, Martique | 166.141.137.2 | 59199 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 9/27/2018 11:14:59 AM | | Vanderpool, Martique | 10.192.5.35 | 56209 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/24/2019 10:23:50 PM | | Vanderpool, Martique | 166.141.137.2 | 57034 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 9/23/2019 6:20:37 PM | | Vanderpool, Martique | 166.141.137.2 | 49635 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 9/21/2019 4:02:28 PM | | Vanderpool, Martique | 192.168.1.214 | 50610 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/21/2019 3:19:13 AM | | Vanderpool, Martique | 192.168.1.214 | 60650 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/21/2019 2:07:41 AM | | Vanderpool, Martique | 192.168.1.214 | 59364 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/20/2019 8:52:18 PM | | Vanderpool, Martique | 10.20.30.212 | 57662 | DOC82616.co.pg.md.us | Successful Login | P1\mcvanderpool | | | |
| 9/20/2019 10:09:57 PM | | Vanderpool, Martique | 192.168.1.214 | 58208 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/20/2018 3:00:31 PM | | Vanderpool, Martique | 10.192.5.35 | 62489 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/20/2018 12:53:15 PM | | Vanderpool, Martique | 10.192.5.35 | 63684 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/20/2018 1:53:14 PM | | Vanderpool, Martique | 10.192.5.35 | 64648 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/18/2018 2:34:17 PM | | Vanderpool, Martique | 10.192.5.35 | 62337 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/17/2019 6:10:28 PM | | Vanderpool, Martique | 192.168.1.37 | 49573 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/17/2019 5:41:25 PM | | Vanderpool, Martique | 166.141.137.2 | 52836 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 9/15/2019 1:17:24 PM | | Vanderpool, Martique | 192.168.1.37 | 59681 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/14/2019 11:06:50 AM | | Vanderpool, Martique | 10.192.5.35 | 63620 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/13/2018 2:23:45 PM | | Vanderpool, Martique | 10.192.5.35 | 58373 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/12/2019 8:50:23 PM | | Vanderpool, Martique | 192.168.1.37 | 49662 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/12/2019 8:21:03 PM | | Vanderpool, Martique | 166.141.137.2 | 49216 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 9/12/2018 11:30:15 AM | | Vanderpool, Martique | 10.192.5.35 | 58399 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/12/2018 11:11:14 AM | | Vanderpool, Martique | 10.192.5.35 | 58365 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 9/11/2019 10:25:25 PM | | Vanderpool, Martique | 166.141.137.2 | 52048 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 9/1/2019 6:23:59 PM | | Vanderpool, Martique | 166.141.137.2 | 59495 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 8/7/2018 2:43:03 PM | | Vanderpool, Martique | 10.192.5.35 | 61438 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 8/31/2019 12:27:33 PM | | Vanderpool, Martique | 166.141.137.2 | 53104 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 8/31/2019 1:35:00 PM | | Vanderpool, Martique | 166.141.137.2 | 54258 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 8/28/2019 10:46:04 PM | | Vanderpool, Martique | 192.168.1.137 | 61938 | LiveScan | Successful Login | p1\mcvanderpool | | | |
| 8/28/2018 11:05:03 AM | | Vanderpool, Martique | 10.192.5.35 | 58962 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 8/28/2018 10:51:50 AM | | Vanderpool, Martique | 10.192.5.35 | 58834 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 8/28/2018 10:45:12 AM | | Vanderpool, Martique | 10.192.5.35 | 58789 | mike-HP | Successful Login | p1\mcvanderpool | | | |
| 8/24/2019 12:36:59 PM | | Vanderpool, Martique | 166.141.137.2 | 60855 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 8/24/2019 12:32:13 PM | | Vanderpool, Martique | 166.141.137.2 | 60626 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |
| 8/24/2019 11:45:08 AM | | Vanderpool, Martique | 166.141.137.2 | 58985 | FMHP00501 | Successful Login | p1\mcvanderpool | | | |

GOVERNMENT'S EXHIBIT NO. 23
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA1131

US107063

## Vanderpool, Martique C.

### Employment Summary

| **Fairmount Heights Police** | - Inactive   Full-time   **Total Service:**   1 Years   337 Days |
|---|---|
| **Hired:** 12-20-2017 | **Last Action:** 11-23-2019 Resigned |

**Assignment:**            **Pos/Rank:** Police Officer
    **Level:** BASE LEVEL MANDATED OFFICER     **Class:**
    **Shift:**                                 :

### Certification

| Date | Status | Certified | Expires | Probation | Cert # |
|---|---|---|---|---|---|
| Police Officer 11-23-2019 | No Cert | | | | |
| | *Crimin and admin  investgation or charge* | | | | |
| Police Officer 7-01-2019 | Certified | 7-01-2019 | 6-30-2020 | 12-29-2018 | |
| Police Officer 7-01-2018 | Certified | 7-01-2018 | 6-30-2019 | 12-29-2018 | |
| Police Officer 3-23-2018 | Certified | 3-23-2018 | 6-30-2018 | 12-29-2018 | |
| Police Officer 12-29-2017 | Probationary | 12-29-2017 | | 12-29-2018 | |

### Employment History

| **Fairmount Heights Police** | |
|---|---|
| **Date:** 11-23-2019 **Action:** Resigned | **Status:** Inactive   Full-time |

**Assignment:**            **Pos/Rank:** Police Officer
    **Level:** BASE LEVEL MANDATED OFFICER     **Class:**
    **Shift:**                                 :

| **Fairmount Heights Police** | |
|---|---|
| **Date:** 10-03-2019 **Action:** Non-Officer Status | **Status:** Active   Full-time |

**Assignment:**            **Pos/Rank:** Police Officer
    **Level:** BASE LEVEL MANDATED OFFICER     **Class:**
    **Shift:**                                 :

| **Fairmount Heights Police** | |
|---|---|
| **Date:** 12-20-2017 **Action:** Hired | **Status:** Active   Full-time |

**Assignment:**            **Pos/Rank:** Police Officer
    **Level:** BASE LEVEL MANDATED OFFICER     **Class:**
    **Shift:**                                 :

| **Training** | | | | | |
|---|---|---|---|---|---|
| **Course** | **Title** | **Date** | **Hours** | **Score** | **Status** |
| P40969 | Firearms Instructor School- Pistol & Type 4 Long G | 8-16-2019 | 70.00 | 93.00 | Passed |
| | | **2019 Pass/Complete:** | **70.00** | | |

GOVERNMENT'S
EXHIBIT NO. 24
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0101900

### Vanderpool, Martique C.

| P30706 | In Service 2018 | 10-22-2018 | 24.00 | 100.00 | Passed |
|---|---|---|---|---|---|
| P29597 | Field Training 80 hours - Fairmount Heights Police | 3-23-2018 | 240.00 | 0.00 | Passed |
| P27152 | Electronic Records Management System Training | 2-23-2018 | 16.00 | 100.00 | Passed |

**2018 Pass/Complete:** **280.00**

| P29076 | ELT Metro Transit Police Academy | 4-14-2017 | 360.00 | 0.00 | Passed |
|---|---|---|---|---|---|

**2017 Pass/Complete:** **360.00**

**Total Pass/Complete:** **710.00**

**Notes**

| Date | Topic | Title / Description |
|---|---|---|
| 10-03-2019 | Non-Officer Status | Suspension - Administrative investigation |

US0101901

JA1133



# Department of Public Safety and Correctional Services

**Police and Correctional Training Commissions**
6852 4ᵗʰ STREET· SYKESVILLE, MARYLAND 21784 · www.mdle.net
(410) 875-3400 · V/TTY (800) 735-2258

## CERTIFICATION OF FIELD TRAINING
## FOR LAW ENFORCEMENT PERSONNEL

I certify that the following members of  Fairmount Heights Police

                                                 (agency)

have completed  field training as specified under COMAR 12.04.01.17. The field

training has been documented and available for audit.

**In addition to this form please submit the export file or enter the information onto mdle.net.**

| Name | Program Approval Number | Cert Number | Completion Date |
|---|---|---|---|
| Philip Dupree | P29597 | 180217 | 03/23/2018 |
| Martique Vanderpool | P29597 | 192093 | 03/23/2018 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| _(agency head)_ | Chief of Police<br>_(title)_ | 03/23/2018<br>_(date)_ |

Please return form to:  MPCTC
                      Attn: Certification Unit
                      6852 4ᵗʰ Street
                      Sykesville, MD 21784

Questions regarding the Field Training requirement or the use of this form, please call (410) 875-3604 or (410) 875-3513. Form may be faxed to: (410) 875-3405.

FieldTrngFormLE2
DPSCS PCTC 14 Revised 04/2016

US0016473

JA1134



# NORTHERN VIRGINIA CRIMINAL JUSTICE TRAINING ACADEMY

45299 Research Place • Ashburn, Virginia 20147-2600
(703) 729-4299 ext 118 • Fax (703) 729-4634 • www.nvcja.org

To whom it may concern,

Please be informed that Martique Vanderpool graduated from Session 132 of the Northern VA Criminal Justice Training Academy as a student from the Arlington County Sheriff's Office. He completed both the Combined Deputy School and the Law Enforcement School. His training began January 6, 2015 and he graduated on June 25, 2015. The total hours of training were broken down accordingly:

| | |
|---|---|
| ADMINISTRATION | 69 |
| CRIMINAL INVESTIGATION | 47 |
| LEGAL | 135 |
| PATROL | 205 |
| PRACTICALS | 74 |
| SKILLS | 296 |
| | |
| TOTAL HOURS SESSION 132 LAW ENFORCEMENT | 826 |
| TOTAL HOURS SESSION 132 COMBINED & LE | 978 |

If you have any additional questions regarding Martique's training please feel free to contact me at (703) 729-4299 x227.

Regards,

Robert Hammes
Acting Basic Training Manager
Northern VA Criminal Justice Training Academy

*A NATIONALLY ACCREDITED LAW ENFORCEMENT TRAINING ACADEMY*

GOVERNMENT'S
EXHIBIT NO. 25
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0101911

JA1135

## Northern Virginia Criminal Justice Training Academy



# MARTIQUE C. VANDERPOOL

*HAS SUCCESSFULLY COMPLETED THE PRESCRIBED COURSE OF INSTRUCTION IN*

## BASIC DEPUTY SHERIFF AND POLICE
## PRINCIPLES AND PROCEDURES

*CONDUCTED BY THE NORTHERN VIRGINIA CRIMINAL JUSTICE TRAINING ACADEMY*
*ON THE RECOMMENDATION OF THE ACADEMY DIRECTOR AND AGENCY ADMINISTRATOR*
*THIS DIPLOMA IS AWARDED.*

**June 26, 2015**



_____
Agency Administrator

_____
Academy Director

JA1136

US0101912



# State of Maryland
# Police Training and Standards Commission

*This is to certify that*

# Martique Vanderpool

*successfully completed the*

# Comparative Compliance Training Program

*curriculum which meets the minimum standards of the*

## Police Training and Standards Commission

*February 6, 2017 to April 14, 2017*
*Metro Transit Police Academy*
*Washington, DC*
*Program Approval Number P29076 - Class 112*

Colonel William M. Pallozzi,
Chairman

Albert L. Liebno, Jr,
Acting Executive Director

JA1137

GOVERNMENT'S
EXHIBIT NO. 26
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0102118

# METRO TRANSIT POLICE TRAINING ACADEMY
## Rules of Arrest/Arrest Procedures
## LESSON PLAN COVER SHEET



**CLASS: Rules of Arrest/Arrest Procedures**

**COURSE LENGTH 4-6 hrs**

**CLASS DATES:**
2020-2021

**REVISED: 2020**

**TARGET GROUP:**
Law Enforcement
Recruit Officers

**INSTRUCTOR:**
Sgt. M. McIntyre

**MODULE:**
Skills

**INSTRUCTIONAL METHODS/AIDS:**
Lecture, Handouts, Pictures, Videos

**COURSE TITLE: Rules of Arrest/Arrest Procedures**

---

## COURSE REFERENCES & RESOURCES:

MPCTC Training Objectives, Maryland Police Training Commission

*MTPD General Order 325- Contacts, Stop and Frisks*
*MTPD General Order 326-Eyewitness Identification*
*MTPD General Order 361-Diplomatic and Consular Personal and Foreign Nationals*
*MTPD General Order 410-Evidence and Property Control*
*MTPD General Order 601-Arrest Policy*
*MTPD General Order 605-Prisoner Transportation*

1

GOVERNMENT'S EXHIBIT NO. 27
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0107012

JA1138

## Performance Outcome:

The student will acquire the minimum basic knowledge in the execution of their lawful powers of arrest in a manner best calculated to discharge the functions of their jurisdictions in accordance with Maryland State law. They will acquire the minimum basic knowledge necessary to effectively take a person into custody under real or assumed authority.

## Enabling Objectives:

I. Identify the booking process for adult offenders with medical condition, i.e. injury or illness. **(12.07.01)**
II. Identify the booking process for adult offenders who are under the influence of drugs or alcohol. **(12.07.02)**
III. Identify the required notification procedures an officer must make when handling adult prisoners with a medical condition; i.e., intoxicated, injured, ill. **(12.07.03)**
IV. Identify the booking process for adult offenders requiring segregation; i.e., members of the opposite sex and/or sexual preference. **(12.07.04)**
V. Identify the booking process for adult offenders with mental illnesses or instability. **(12.07.05)**
VI. Identify arresting/booking officer's responsibility for securing the personal property from a prisoner. **(12.07.06)**
VII. Identify arresting/booking officer's responsibility regarding a police officer "solicitation" on behalf of an attorney. **(12.07.07)**
VIII. Identify the need for an officer to check for outstanding warrants on an individual prior to release from custody. **(12.07.08)**

## Terminal Objectives:

I. Identify the legal limits of detention of a suspect. **(01.08.00)**
II. Identify elements of a lawful arrest. **(01.09.00)**
III. Identify the booking process for adult prisoners. **(12.07.00)**

## Performance Objective:

Given a test, the student will successfully demonstrate their knowledge of rules of arrest and arrest procedures.

US0107013

JA1139

I.   Arrest Defined                                    **Obj. 01.09.00**
   a.   Taking custody of a person, under real or assumed authority, for the purpose of holding or detaining them to answer a criminal charge or civil demand.  It may also consist of notification for the purpose to restrain an individual and gain their submission thereto.
   b.   The term "lawful arrest" refers to the legal custody of a person under probable cause or under warrant.  Probable cause includes the belief of commission of crime, or an arrest demanded under civil process.
   c.   Under the Fourth Amendment of the U.S. Constitution, the elements of a lawful arrest are as follows:
      1.   Oath or affirmation made
      2.   Probable cause determined
      3.   Specific warrant issued, and
      4.   The actual arrest or detainment

II.   Arrest Authorization
   a.   Officers will exercise their lawful powers of arrest in a manner best calculated to discharge the functions of their jurisdiction in accordance with the law.  Officers will arrest persons suspected of criminal acts only when lawful authority permits and never because of personal vindictiveness towards a suspect or because of provocation failing short of a criminal violation.  It is incumbent upon officers making criminal arrests to objectively assess the facts in each situation eliminating any personal feelings with respect to suspects

III.   Arrest Jurisdiction
   a.   Law enforcement activity conducted by members of the Metro Transit Police Department will be governed by Public Law 94-306.
   b.   Law enforcement activities will be related to the protection of WMATA customers, personnel and transit facilities.
   c.   Jurisdiction shall be limited to all the transit facilities owned, controlled or operated by the Authority, but this restriction shall not limit the power of the Metro Transit Police to make arrest in the Transit Zone for violations committed upon, to or against such transit facilities

3

US0107014

committed from within or outside such transit facilities, while in hot or close pursuit or to execute traffic citations or criminal process.
    d. Members shall have concurrent jurisdiction in the performance of their duties with the duly constituted law enforcement agencies of the signatories in which any transit facility is located or operates.

V. Warrantless Arrests
    a. Must meet burden of proof to support decision as courts have ruled that warrants can be easily obtained subsequently
    b. Members have the ability to work with CID for processes to obtain warrants
    c. Know probable cause misdemeanors
    d. For protective orders, the complainant does not have to have the protective order in hand. If it is from another jurisdiction, the officer may still make the arrest following extradition procedures.

IV.        Contacts, Stops and Frisks
    a. Contacts
        1. Face to face contact or communication
        2. Free to leave
        3. Force will not be used
    b. Stops
        1. Restraint of subject's freedom by show of authority
        2. Not free to leave
        3. To determine if sufficient probable cause exists to make arrest
        4. A person stopped may be detained at or near the location of the stop for a reasonable amount of time   **Obj. 01.08.00**
        5. Importance on checking for outstanding warrants:
            ➤ For LE,                  **Obj. 12.07.08**
                ✓ it is important to conduct a check for warrants prior to releasing a subject who is stopped for any officer safety advisory (i.e. police fighter, known to be armed, etc...).
            ➤ Courts
                ✓ Before a court releases or discharges any person brought before them, it important to

4

US0107015

> check for outstanding warrants to make a determination if the person has any felony or misdemeanor charges which may be punishable by imprisonment OR any lesser misdemeanors which may be cleared up while the subject is still in custody to prevent the unfortunate possibility of the person being detained again after being released.

   c. Frisks
1. A quick pat down of outer garments for weapons
2. Must have reasonable articulable suspicion that subject is, has or is about to commit a crime AND
3. May currently be armed and dangerous
4. Photographs will not be arbitrarily obtained. There will be an articulable, definitive justification for detaining an individual for this purpose. A suspect will only be held for 15 minutes for this purpose

V. Arrest Policy
  a. Discretion
1. Members are vested with a broad range of discretion
2. Citations for certain offenses are an alternative to arrest
3. No searches for citations
4. Does not limit ability to frisk
  b. Arrest on Accusation by Citizen
1. Conduct thorough investigation
2. Locate and obtain witness names and addresses, statements if possible
3. Explain limitations (a misdemeanor not committed in the officer's presence).
4. Advise of warrant procedures, if applicable
5. Advise course of action to victim
6. Effect arrest, if probable cause exists
  c. Arrest Processing         **Obj. 12.07.00**
1. Advise suspect of violation
2. Secure weapons prior to processing
3. Only remove restraining devices when told by facility
4. Advise of any medical or security hazards to facility personnel

US0107016

JA1142

5. Advise Miranda rights if conducting questioning while in custody
6. Complete applicable paperwork
7. Prior to bringing a prisoner that is injured, ill or under the influence to a detention center, the prisoner should be medically cleared by a hospital **Obj. 12.07.01, 12.07.02**
8. A prisoner with a mental illness or instability should be medically cleared by a hospital prior to bringing to a detention center **Obj. 12.07.05**

9. Officers will not solicit on behalf of an attorney to a prisoner **Obj.12.07.07**
   - ➤ Officers will not promise immunity from prosecution of a lesser degree or offer any inducement to a suspect for any purpose
   - ➤ Officers will not suggest, recommend, advise or otherwise counsel anyone concerning the retention of an attorney or bondsman resulting from MTP action, EXCEPT when advising under Miranda.

VI. Prisoner Transportation
   a. Once a prisoner is in custody, it is the member's responsibility to ensure their safety
   b. All prisoner transport vehicles will be inspected at the beginning of each tour
   c. All prisoners will be searched
      1. Member doing transport will conduct second search
   d. Handcuffing protocol
      1. Behind back
      2. Double locked
      3. May be handcuffed in front when; female in latter stage of pregnancy, physically handicapped, if injury may be aggravated by rear handcuffing
   e. Discretion

6

US0107017

1. Use discretion with juveniles charged with minor offenses
2. Handcuff if member reasonably fears for safety or escape risk
3. Flex cuffs authorized in mass arrests

f. Vehicle type
   1. Unless emergency or exigent circumstances exist, only vehicles equipped with protective cages will be used for transport
   2. When exigent circumstances exist, vehicles not ordinarily utilized may be used to convey parties to a safe location
   3. In routine situations where a transport vehicle is not within a reasonable distance of the arrest an uncaged vehicle may be utilized, provided it meets requirements
   4. When feasible, property will be transported with, but not in possession of the prisoner.
   5. Adults and juveniles will not be transported together
   6. Males and females will not be transported together unless other transport vehicle is not available          **Obj. 12.07.04**
   7. Prisoners will wear seatbelts
   8. Juvenile charged with minor offense will not be transported in wagon unless no alternative
   9. Multiple transports are allowed in wagon provided there is no danger. The following groups will be transported with a solid partition; male/female, adults/juveniles, violent/nonviolent, sick or injured/healthy
   10. Special considerations for violent, sick/injured, handicapped
       i. Use of flex cuffs is authorized for violent prisoners
       ii. Wagon should be used for violent prisoners
       iii. Seek medical attention after learning of sick or injured
       iv. Medication and prosthetics will be transported with prisoner
       v. Prisoners with bodily fluids on the will be separated
       vi. Members will evaluate the prisoner's condition to determine the most appropriate transport vehicle

7

US0107018

vii. Members will notify a police official without delay reference all injuries/illnesses complained of and sustained by prisoners and will document same in the appropriate reports. Members will also request emergency medical personnel to respond if needed. **Obj. 12.07.03**

11. Police services must not be rendered while transporting prisoner except in emergency. Notify Communications
12. Notify Communications of escapes. Escapes and attempts will be documented
13. Transporting member will provide the odometer reading prior to and after the transport of juveniles and prisoners of the opposite sex

VII.   Show-ups, Photographic Identification and Lineups
a. A show up is the presentation of a suspect to an eyewitness soon after the commission of a crime. Courts have suppressed identification evidence based upon the use of show ups because of the inherent suggestiveness
b. Transport witnesses to suspect at suspect location
c. No show ups in jail
d. No suggestive actions by officer
e. Cannot ask suspect to commit any action
f. Should be conducted within minutes after the crime, not to exceed 2 hours                    **Obj. 01.08.00**
g. Multiple suspects will be shown separately
h. Photo identification will be guided by General Order 326

VIII. Arrest Procedures Booking process                **Obj. 12.07.00**
A. Prince Georges County (On-View)
1. Prior to entering district or Department of Corrections secure all equipment with exception of handcuffs in lockbox.
2. Enter and stand by as RPC staff conducts search.
3. Use MTPD report number as CCN and fill out on view arrest Form
4. Fill out tracking# form
5. Once complete, remove the barcode sticker from bottom of sheet And place at the top of form.
6. Utilize the state booking computer format only, not the county

8

US0107019

System.

7. Department of Corrections Computer Log on: Arrest1/Psswrd Docbook1
8. Case# enter MTP# (automatic booking system)
9. Click on probable cause tab and type narrative
10. Click on criminal charges tab and enter charges/request for witness summons.
11. Print five (5) copies. Sign them and hand to DOC officer
12. DOC Staff does fingerprinting and photographing.
13. Once paperwork complete, DOC staff will present prisoner to commissioner.

B. Prince Georges County Arrest Report (Only for warrant service arrests)
1. Check the appropriate department and defendant status and complete lines 1-16 only.

C. Montgomery County (all arrests)               **Obj. 12.07.00**
1. Transport to CPU 1307 Seven Locks Rd Rockville MD
2. Escort arrestee into CPU and secure issued firearm in gun drop security box
3. Take prisoner to arrestee search cell where CPU conducts search and collects prisoner's property.
(contact Communications to obtain MTP#)
4. Officer is to remain with prisoner and complete Central Processing Arrest Package Envelope 513.
   ➤ YELLOW – On view arrest
   ➤ Brown – Traffic Arrest
   ➤ Gray – Criminal Warrants
5. Complete thoroughly and place prisoner's property in heat sealed bag (Money is placed in a separate heat-sealed bag)
6. Place all prisoner's heat-sealed bags with name on it in property Locker
7. Make two (2) copies of 513s
8. Complete statement of charges/statement of probable cause (automatic booking system)
9. Print the SOC/SPC assemble 5 packages (court, state's attorney, Defendant, Applicant)
10. Completed package taken to 1st Fl. Ask commissioner for Docket Folder.

9

US0107020

JA1146

11. Serve defendant's copy to defendant and give CPU staff rest of the packet

*Members placing a combination of criminal , civil and traffic against a single defendant arising from a single event will list all charges on the statement of charges form. Effectively reducing the number of times an officer has to appear in court for the same event.*

D.  Members will adhere to the outside agencies booking guidelines and procedures when processing prisoners at the jurisdictional booking facility.                                    **Obj. 12.07.04**

VIII.      Evidence and Property Control          **Obj. 12.07.06**
   a.  Intake of Evidence and Property
      1.  Inventory property at location
      2.  Have witnessed by member
      3.  Handle, mark and package evidence and property and transport to evidence room no later than end of work day
      4.  Bikes, explosives, items tainted by radiation and perishable items cannot be placed in property system
      5.  Follow blood borne pathogen considerations
      6.  Complete Evidence and Property Control Form
      7.  When no longer needed a signature from attorney is needed to dispose of item

IX.      Diplomatic Immunity
   a.  Diplomatic and consular personnel and their families will be treated with respect for the privileges and immunities to which they are entitled
   b.  Levels of immunity vary widely
      1.  Three types of identification cards
         i.   Diplomat-Blue border
         ii.  Official-Green border
         iii. Consular-Red border
   c.  Criminal and traffic incidents will be fully investigated and reported to the State Department

X. Prevention of Communicable Disease
   a.  Members will assume all individuals are potential carriers
      1.  Exercise universal precautions and utilize personal protective equipment when appropriate
      2.  All open cuts or abrasions will be covered with waterproof abrasions

US0107021

JA1147

b.  Work Practice Controls
 1.  Members will wash their hands when exposed to blood or other bodily fluid
c.  Personal Protective Equipment
 1.  Transit Police vehicle will have PPE
 2.  Members will keep gloves and micro shield while on duty
d.  Storage of Biohazard Evidence
 1.  Use proper packaging for syringe and infectious materials
 2.  Secure item in isolated area
 3.  Label contaminated items
e.  Post exposure procedures
 1.  Notify supervisor
 2.  Receive continued testing
 3.  Receive medical attention
 4.  Document exposure
 5.  Persons responsible for exposing member will undergo testing

Any Questions??

US0107022

JA1148

# NORTHERN VIRGINIA CRIMINAL JUSTICE TRAINING ACADEMY
## BASIC LAW ENFORCEMENT SCHOOL
## LESSON PLAN COVER SHEET



**SESSION:**
132

**COURSE LENGTH:**
Six (6) Hours

**SESSION DATES:**
February – June 2015

**REVISED/REVIEWED:**
February 10, 2015

**TARGET GROUP:**
Law Enforcement
Deputy Sheriffs

**INSTRUCTOR:**
Lyla M. Zeidan

**MODULE:**
Legal

**INSTRUCTIONAL METHODS/AIDS:**
Lecture, Handouts, Power Point

**COURSE TITLE:**
Laws of Arrest

---

## COURSE REFERENCES & RESOURCES:

The Code of Virginia, 1950 *as amended*

Bacigal, Ronald. <u>Virginia Practice, Criminal Procedure.</u> 2007-2008 Ed.

Black's Law Dictionary, 6th Edition

Holtz, Larry E. *Contemporary Criminal Procedure, Court Decisions for Law Enforcement.* 2004

LaFave, Wayne R. *Search and Seizure. A Treatise on the Fourth Amendment, 4th Ed*.

Rutledge, Devallis, *Search & Seizure Source Guide 2007*

DCJS Mandate: 2.4.1-4, 2.29.2.13, 2.29.2.14, 2.38.1-4, 2.39.1-6, 2.40.1-6, 2.41.1, 2.43.1-2; D,C,P2.5.1-3, D,C,P2.6.1-5, D,C,P2.7.2-7, P4.5.6.8

GOVERNMENT'S
EXHIBIT NO. 28
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0107509

JA1149

**NORTHERN VIRGINIA CRIMINAL JUSTICE TRAINING ACADEMY**
**LAWS OF ARREST**
**COURSE OBJECTIVES**

**PERFORMANCE OUTCOME:**

➢ Trainee will understand the requirements needed to obtain and support a warrant.
➢ Trainee will know the statutory requirements regarding the return of an arrest warrant.
➢ Trainee will be able to identify offenses for which a warrantless arrest may be made.
➢ Trainee will be able to identify when a summons may be used in place of a custodial arrest.
➢ Trainee will acquire knowledge of the requirements for a valid arrest warrant/summons, who can issue an arrest warrant/summons, how to execute an arrest warrant/summons, the permissible amount of force used in executing an arrest warrant/summons, and the degree of search permitted with an arrest.
➢ Trainee will acquire knowledge of his/her obligations to an arrestee, the laws of citizen arrest, the legal authority to pursue people who flee or escape, the requirements to arrest inside a home, and civil liability issues surrounding arrests.

**TRAINING OBJECTIVE:**

The trainee will be able to identify the elements of a warrant, warrantless arrest, and summons.

Given a written exercise, identify the elements of an arrest warrant/summons, the techniques for executing a warrant/summons, and the degree of search permitted.

Given a written exercise, identify the obligations due to an arrestee, the authority for citizen arrest, the requirements for pursuing a fleeing person or escapee, the requirements for arresting inside a home, and civil liability issues surrounding arrests.

**CRITERIA:**

I.   Understand important concepts, definitions, and statutes regarding arrests. **(2.39.1, 2.39.3, 2.40.6, D,C,P2.6.1, D,C,P2.6.3)**

II.  Be able to identify the proper authorities from which an arrest warrant may be obtained according to §19.2-71 and Rule 3A:3 of the Rules of the Virginia Supreme Court; describe the circumstances under which a magistrate may issue a felony warrant based on a citizen complaint. **(2.4.1, 2.4.4, D,C,P2.5.1, D,C,P2.6.2)**

III. Identify other persons who have the authority to make arrests. **(2.38.2, 2.38.3)**

IV.  Be able to identify the information that must be provided to support a warrant. **(2.4.2, D,C,P2.5.2)**

V.   Identify the offenses for which a warrantless arrest may be made. **(2.29.2.13, 2.29.2.14, 2.40.1, 2.40.2, 2.40.4, 2.40.6, D,C,P2.7.2, D,C,P2.7.3, D,C,P2.7.5, P4.5.6.8)**

2

US0107510

JA1150

VI.     Identify the offenses for which a summons must be issued, and those for which a summons may not be issued. **(D,C,P2.7.6, D,C,P2.7.7)**

VII.     §19.2-81.6 Warrantless Arrest of Illegal Aliens

VIII.     Identify the information that is required on an arrest warrant and on a summons. **(2.39.2, D,C,P2.6.2)**

IX.     Describe the proper way to execute and return arrest warrants and summonses. **(2.39.5, 2.4.3, D,C,P2.5.3, D,C,P2.6.5)**

X.     Describe the amount of force that may be used when effecting an arrest.

XI.     Identify the offense of resisting arrest.

XII.     Describe the requirements placed upon an officer making an arrest. **(2.38.4)**

XIII.     Identify what an officer is required to do with the person after arrest.

XIV.     Understand the statutory requirements regarding escape, flight and pursuit arrests in Virginia.

XV.     Identify the legal requirements to arrest a suspect in his own home, and given hypothetical situations, determine whether the arrest is legal. **(2.40.5, 2.40.3, D,C,P2.7.4)**

XVI.     Identify when a search warrant, as well as an arrest warrant, is required in order to arrest a suspect, and a given hypothetical situation, determine whether the arrest is legal. **(2.39.6, 2.40.3, D,C,P2.7.4)**

XVII.     Describe the circumstance under which private citizens may legally make an arrest, and given hypothetical situations, determine whether the arrest is legal. **(2.38.1,2.40.3, D,C,P2.7.4)**

XVIII.     Compare and contrast the powers of law enforcement officers and private citizens. **(2.40.3, D,C,P2.7.4)**

XIX.     List the consequences of an illegal arrest. **(2.39.4, D,C,P2.6.4)**

XX.     Discuss some civil liabilities that can arise from performing an arrest. **(2.41.1, 2.43.1, 2.43.2)**

XXI.     Identify the instances where an officer is not civilly liable for false arrest or false imprisonment arising out of an arrest.

3

US0107511

JA1151

**I. Understand important concepts, definitions, and statutes regarding arrests. (2.39.1, 2.39.3, 2.40.6, D,C,P2.6.1, D,C,P2.6.3)**

A. Arrest – **(2.39.1, D,C,P2.6.1)**

To deprive a person of his liberty by legal authority. (Black's Law Dictionary)

A Fourth Amendment seizure; more intrusive than an investigative detention or stop.

B. Warrants

1. An arrest warrant is an order, which directs an officer to seize (arrest) a person.

2. A search warrant is an order, which directs an officer to search a place or person for particular things, and it authorizes the seizure of those things.

3. A bench warrant/capias is a special arrest warrant authorized by a judge for any person's failure to appear in court or failure to comply with some order of the court.

C. Uniform of officer making arrest

1. §19.2-78: **Uniform must be worn** for criminal arrests, searches or seizures on public road or highway

All officers who shall make any arrest, search or seizure on any public road or highway of this Commonwealth shall be dressed at the time of any such arrest, search, or seizure in the uniform as he may customarily wear in the performance of his/her duties. Nothing in this section shall render unlawful any arrest by an officer who is not in such customary uniform.

2. §46.2-102: **Badge *OR* uniform** in general traffic enforcement **(2.40.6)**

Every law-enforcement officer **shall be uniformed at the time of the enforcement** (of this title) **or shall display his badge** or other sign of authority.

3. §46.2-882: **Badge *AND* uniform** for radar/laser speed enforcement

To make a warrantless arrest in a radar case, **officer must be wearing a badge <u>and</u> uniform** and must have observed the registration of the speed on the device OR received a message from the officer who observed the speed registered and the message must have been dispatched immediately after the speed was registered and the vehicle must be positively identified.

4

US0107512

JA1152

D. Statutes relating to jurisdiction  - **(2.39.3, D,C,P2.6.3)**

1. **§15.2-1609** (Counties, Cities and Towns):  Sheriffs have power to enforce law in the jurisdiction from which they were elected.

2. **§19.2-249** (Criminal Procedure):  Sheriff, deputy sheriff or any police officer can enforce Code within **300 yards** of the border of their county or city (within Va).

   **§ 19.2-249. Offenses committed on boundary of two counties, two cities, or county and city, etc.; where prosecuted.**
   An offense committed on the boundary of two counties, or on the boundary of two cities, or on the boundary of a county and city, or within 300 yards thereof, may be alleged to have been committed, and may be prosecuted and punished, in either county, in either city, or the county or city, *and any sheriff, deputy sheriff, or other police officer shall have jurisdiction to make arrests and preserve the peace for a like distance on either side of the boundary line between such counties, such cities, or such county and city.*

3. **§19.2-250:**  Jurisdiction of city or town LEOs in criminal cases
   a. **City officers:**  jurisdiction extends to 1 mile beyond the corporate limits of the city (within the Commonwealth)
   b. **Town officers:**  jurisdiction extends to
      - 1 mile beyond corporate limits of the town,
      
        **OR**
      - **300 yards** beyond the corporate limits of the town when the town is within a county having a population density of more than 300 persons per square mile **(the counties of Loudoun, Arlington, Prince William, and Fairfax all have population densities which exceed that level)**

4. **§ 5.1-158** (Aviation):  MWAA (Airport) Police may enforce Code on and within 300 yards of airport facilities

5. **§ 23-234** (Educational Institutions) Campus Police: On campus, on street, sidewalk & highway adjacent to campus and in adjacent political subdivisions for which a mutual aid agreement has been executed or for which the local circuit court has approved concurrent jurisdiction.

6. Metro Transit:  1997 Acts of Assembly Chapter 736, Article XVI § 76: While on duty, have authority to make arrests off transit facilities if officer is within the Transit zone, <u>and</u> if it is an emergency.  Within 150 feet of a MetroBus bus stop sign excluding interior of any building not owned, controlled or operated by Metro.

E. Laws relating to different state boundaries

1. **<u>Potomac River Boundary</u>** – if in the water, Maryland or DC has jurisdiction; if on the shoreline, Virginia has jurisdiction.

5

US0107513

JA1153

2. **Extraditions** – if in hot pursuit of a suspect and leave Virginia, then once you apprehend suspect, you must surrender that person to the state where you apprehended him/her. You will then have to notify your agency and paperwork will be filed to extradite the person back to your jurisdiction for trial.

II. **Be able to identify the proper authorities from which an arrest warrant may be obtained according to §19.2-71 and Rule 3A:3 of the Rules of the Virginia Supreme Court. Describe the circumstances under which a magistrate may issue a felony warrant based on a citizen complaint. (2.4.1, 2.4.4, D,C,P2.5.1, D,C,P2.6.2)**

   A. Warrants may be issued based on a complaint by a law enforcement officer or a citizen. A written complaint shall be required whenever practicable, if the complainant is not a law-enforcement officer (§19.2-72).

   B. In Virginia, §19.2-71 states that the following court officials may issue arrest warrants: **(2.4.1, D,C,P2.5.1)**

      1. Judge (J&DR Court, GDC, or CC)

      2. Clerk (of J&DR Court, GDC, or CC)

      3. Magistrate

      *Note:* If the complainant is NOT a law-enforcement officer, magistrates are prohibited from issuing an arrest warrant for a *felony* without first **receiving authorization from** the Commonwealth's Attorney *OR* a law-enforcement agency having jurisdiction over the felony. **(2.4.4)**

III. **Identify persons other than LEOs who have the authority to make arrests. (2.38.2, 2.38.3)**
   A. §19.2-81.1: Arrest without warrant by correctional officers in certain cases. Any correctional officer may arrest, in the same manner as provided in § 19.2-81, persons for crimes involving:

      1. The escape of an inmate from a correctional institution

      2. Assisting an inmate to escape from a correctional institution

      3. The delivery of contraband to an inmate in violation of § 18.2-474 (any article without getting permission first) or § 18.2-474.1 (drugs, firearms, explosives); and

      4. Any other criminal offense which may contribute to the disruption of the safety, welfare, or security of the population of a correctional institution.

   B. §53.1-149: Probation officers may arrest probationers for violations of probation.

   C. §19.2-149: Bail bondsmen may arrest their subjects and surrender them to the

6

US0107514

JA1154

court or to the sheriff. **(2.38.3)**

D. §9.1-146: Registered private security officers, while at the business location, have power to arrest for offenses committed in their presence or for shoplifting committed in the presence of a merchant or the merchant's agent or employee. **(2.38.2)**

**IV.** **Be able to identify the information that must be provided to support a warrant. (2.4.2, D,C,P2.5.2)**

Officers must provide the following information in a warrant affidavit:
- The specific crime that has allegedly been committed
- Facts and circumstances amounting to probable cause to convince a magistrate (or other reasonable person) that a particular person committed the offense(s)

**V.** **Identify the offenses for which a warrantless arrest may be made. (2.29.2.13, 2.29.2.14, 2.40.1, 2.40.2, 2.40.4, 2.40.6, D,C,P2.7.2, D,C,P2.7.3, D,C,P2.7.5, P4.5.6.8)**

A. §19.2-81: Arrest without a warrant authorized in certain cases **(2.29.2.13)**

Officers are authorized to make arrests without a warrant in certain cases: Provided that they are in uniform, or displaying their badge of authority. **(2.40.6)**

B. The offenses for which a warrantless arrest may be made under 19.2-81: **(2.29.2.13-14, 2.40.1-2, D,C,P2.7.2-3, 2.40.4 (inclusive below), D,C,P2.7.5, P4.5.6.8)**

1. For crime committed **in the officer's presence**. **(2.40.2, D,C,P2.7.3)**
   *(Penn case discussion)*

2. For **felony** committed outside the officer's presence based upon probable cause. **(2.40.1, D,C,P2.7.2)**

3. **Crimes detected during the investigation of motor vehicle accidents.** For motor vehicle, watercraft or motorboat **accidents**, if an officer, after personal investigation, has reasonable grounds to believe that someone involved in that accident committed a crime, that officer may make a warrantless arrest of the person **at the accident scene** or at a **medical facility** to which such person was transported.

   *(Smith case discussion)*

   Also, in the apprehension on the highway of a person charged with theft of any motor vehicle

4. **DWI/DUI:** Within 3 hours of the alleged offense, may arrest for DUI without a warrant if the officer has probable cause to suspect a motorist of driving or operating a motor vehicle, watercraft or motorboat while intoxicated. (this revision from HB770, 2010 Gen. Assy. Session)

7

US0107515

JA1155

5. When a person is charged with crime in **another jurisdiction**, upon receipt of a **photocopy of a warrant**, teletype message, facsimile, etc. which contains the person's name and the alleged crime. **(2.40.2, D,C,P2.7.3)**

6. For a **misdemeanor** when the officer receives a **message** from his department or another Virginia law enforcement agency stating that a **warrant is on file. (2.40.2, D,C,P2.7.3)**

7. For **shoplifting** based on probable cause upon the reasonable complaint of an eyewitness. **(2.40.2, D,C,P2.7.3)**

8. For **assault and battery** based on probable cause upon the reasonable complaint of an eyewitness. **(2.40.2, D,C,P2.7.3)**

9. For **destruction of property**, when such property is located on premises used for business or **commercial** purposes, based on probable cause upon the reasonable complaint of an eyewitness.

10. For carrying a **weapon on school property**, in violation of §18.2-308.1, based on probable cause upon the reasonable complaint of an eyewitness.

11. For **brandishing a firearm** based on probable cause upon the reasonable complaint of an eyewitness. **(2.40.2, D,C,P2.7.3)**

C. Warrantless arrest under §19.2-81.3 **(2.29.2.14)**

An arrest without a warrant is authorized in cases of:

1. **Assault & battery against a family or household member** (§18.2-57.2)

2. Violations of **protective orders against acts of violence, force, or threat** (§18.2-60.4)

3. Violations **of protective orders against family abuse** (§16.1-253.2)

Provided that the arrest is based upon PC **or** upon personal observation **or** upon the reasonable complaint of a person who observed the offense **or** upon personal investigation.

Note: § 19.2-81.3 B & C provide that the officer "shall arrest" and take into custody person he/she has probable cause to believe, based on totality of the circumstances, was the predominant physical aggressor in these cases unless there are special circumstances. (C added 7/1/11).

D. Warrantless arrest under §37.2-835

An officer may arrest an escapee from a mental institution without having a warrant in his possession provided that the warrant has been issued and the arresting officer has been advised of the issuance of the warrant & the warrant directs the officer what to do with the person when apprehended.

E. Warrantless arrest for failure to surrender to custody upon court order (§19.2-298)

8

US0107516

JA1156

- Whenever any person willfully and knowingly fails to surrender or submit to the custody of a sheriff as ordered by a court, any law-enforcement officer, with or without a warrant, may arrest such person anywhere in the Commonwealth.

- If the arrest is made in the county or city in which the person was ordered to surrender, or in an adjoining county or city, the officer may forthwith return the accused before the proper court. If the arrest is made beyond the foregoing limits, the officer shall proceed according to the provisions of § 19.2-76 (bring the arrestee to the magistrate) and if such arrest is made without a warrant, the officer shall procure a warrant from the magistrate serving the county or city wherein the arrest was made, charging the accused with contempt of court.

**VI. Identify the offenses for which a summons must be issued. (D,C,P2.7.6, D,C,P2.7.7)**

A. As a general rule, for **misdemeanors committed in the officer's presence**, a summons must be issued unless the exceptions listed in §19.2-74 apply.

B. An officer <u>shall</u> issue a summons for a Class 1 and Class 2 misdemeanor committed in his presence, unless:

    1. Title 46.2 of the Virginia Code provides otherwise

    2. DWI/DUI

    3. Domestic assault & battyer/Violation of protective order (see § 19.2-81.3 and §18.2-57.2)

    4. Officer reasonably believes the person is likely to disregard summons

    5. Officer reasonably believes the person is likely to cause harm to himself or others

    6. Person fails or refuses to discontinue an unlawful act (summons or custody)

    7. Person refuses to sign summons

C. An officer <u>shall</u> issue a summons for a Class 3 and Class 4 misdemeanor committed in his presence, unless:

    1. Title 46.2 of the Virginia Code provides otherwise

    2. Remaining at place of riot after warning to disperse (§18.2-407; Class 3 misd);

    3. Drunk in public (18.2-388)

    4. Person fails or refuses to discontinue an unlawful act (summons or custody – officer has discretion)

9

US0107517

JA1157

5. Person refuses to sign summons

D. **Witness subpoenas issued by LEOs:**

While conducting investigations of Class 3 and 4 misdemeanors and of traffic infractions, officers may issue subpoenas to witnesses if done **within 72 hours** of the time of offense. (§19.2-73.2)

VII. **§19.2-81.6 Warrantless Arrest of Illegal Aliens**
An officer may make a warrantless arrest of an illegal alien to enforce U.S. immigration law <u>if</u>:

A. He/she has reasonable suspicion that the suspect has committed or is committing a crime

B. Officer gets confirmation from Bureau of Immigration & Customs Enforcement (BICE) or US Dept of Homeland Security that suspect is
   1. an illegal alien

   2. has prior felony conviction in US, and

   3. has been deported or left the US after such conviction

C. Upon arrest under this statute, officers must take the person to the magistrate.

VIII. **Identify the information that is required on an arrest warrant and on a summons.**

A. A valid arrest warrant must contain the following information: **(2.39.2, D,C,P2.6.2)**

   1. Direction to appropriate officer

   2 Name or description of accused

   3. Description of offense and Code Section

   4. Command to bring person before court (and what court he is going to)

   5. Signature of the issuing officer

   6. For felonies, an allegation that the accused acted feloniously

   7. For J&D Court, note why the case is in J&D Court (age of Defendant, relation of Defendant to victim, etc.)

B. A valid summons must contain the following information:
   1. Name of accused

10

US0107518

JA1158

    2.      Description of offense and Code Section

    3.      Court date and time

    4.      Court address

    5.      Name of officer

    6.      Date of offense

    7.      Signature of accused

**IX.    Describe the proper way to execute and return arrest warrants and summonses. (2.39.5, 2.4.3, D,C,P2.5.3, D,C,P2.6.5)**

    A.    To execute a warrant:
        1.  Locate the person named

        2.  Officer must identify himself/herself as a police officer

        3.  Inform person of warrant of arrest

        4.  Handcuff and search person

        5.  Give a copy of the warrant to the accused

        6.  Transport the accused to the magistrate

        7.  Endorse the date of execution

        8.  Executed warrant gets returned to magistrate (§19.2-76), a copy is given to the accused **(2.4.3)**

        9.  Advise accused of his *Miranda* rights if he is to be questioned **(2.38.4)**

    B.    To execute a summons:
        1. Fill out all required information on the summons

        2. Have accused person sign summons

        3. Give a copy to the person

        4. Release

    C.    If a misdemeanor warrant includes language that grants discretion to the officer to serve as a summons (rather than as an arrest warrant) and the officer decides to do so, indicate this decision on the warrant and fill out as a summons.

**X.    Describe the amount of force that may be used when effecting an arrest.**

    A.    Reasonable force may be used to effect an arrest.

11

US0107519

**JA1159**

1. Reasonable force is the force necessary to make the arrest with an effort to avoid or minimize injury to arrestee and to the officer.

2. The amount of force used depends on the individual circumstances of the case.

3. **Example:** The force necessary and reasonable for a suspect who is high on PCP and is violently resisting will be greater than for a suspect who is sober and compliant.

B. Once the suspect has been subdued and is under control, the officer should not apply any further force.

## XI. Identify the offense of Resisting Arrest (§18.2-479.1)

Any person who intentionally prevents or attempts to prevent a law enforcement officer from lawfully arresting him with or without a warrant

This means fleeing from the LEO when:

- the officer applies physical force to the person OR when the officer communicates to the person that he is under arrest

- And the officer has the legal authority and immediate physical ability to so act

- And a reasonable person would know or should know they were not free to leave

Punishment is Class 1 misdemeanor

## XII. Describe the requirements placed upon an officer making a custodial arrest. (2.38.4)
A. An officer must:
1. Secure the possessions of the arrestee (wallet, car that is being impounded, etc.)
2. Maintain the safety of the arrestee during transportation to magistrate
3. Obtain medical treatment if necessary
4. Advise arrestee of *Miranda* rights if arrestee is to be interrogated (See discussion in Laws of Interrogation Lesson Plan) **(2.38.4)**

B. Under the U.S. Constitution, an officer has no obligation in regard to allowing a phone call, but the department may have a policy relating to such.

## XIII. Identify what an officer is required to do with the person after arrest.
A. §19.2-80: An officer must take the arrestee to a magistrate without unnecessary delay.

B. § 19.2-82: A person arrested without a warrant shall be brought forthwith before a magistrate …who shall proceed to examine the officer making the arrest under oath…. If the magistrate…has lawful probable cause upon which to believe that a criminal offense has been

12

US0107520

JA1160

committed, and that the person arrested has committed such offense, he shall issue either a warrant…or a summons….

C. §19.2-76: If an officer is serving an out-of-jurisdiction warrant, which must still be in Virginia, he/she must bring the arrestee to his/her magistrate or to the magistrate in the charging jurisdiction. Alternatively, the officer can turn the arrestee over to an officer of the charging jurisdiction who must them bring the arrestee before a magistrate.

**XIV. Understand the statutory requirements regarding escape and flight and pursuit arrests in Virginia.**

A. § 19.2-77: Whenever a person in <u>custody of an officer shall escape</u> or whenever <u>a person shall flee from an officer attempting to arrest him,</u> such officer may pursue such person anywhere in the Commonwealth, and <u>when actually in</u> ==close pursuit,== may arrest him wherever he is found.

   *"Close pursuit"* is pursuit instituted immediately and with intent to recapture or reclaim. Example: Officer was in close pursuit where he was directly behind defendant the entire time he followed him, and he activated his lights as soon as it was safe to pull defendant over.

   1. § 19.2-76: If the officer has a warrant, wherever he apprehends the suspect, he must bring the arrestee to a magistrate either:
      - where the arrest was made, or
      - where the charge is to be tried (where it was issued).

   2. If the officer does not have a warrant but the apprehension is made in an adjoining jurisdiction or within one mile of the originating jurisdiction, the officer has discretion to return the suspect to his magistrate or to the magistrate where the suspect is apprehended.

   3. If the officer has no warrant and the apprehension takes place beyond one mile of his jurisdiction and not in an adjoining jurisdiction, the officer must bring the suspect to a magistrate in the jurisdiction where the apprehension occurred.

B. §19.2-79: Officers of other states may make arrests in Virginia if in a hot pursuit of a felony committed in their state and if their state grants the same privilege to Virginia law enforcement officers.

C. Note: The officer should always follow his department's general orders regarding high-speed pursuits.

   *Neiss case example*

13

US0107521

JA1161

**XV. Identify the legal requirements to enter a suspect's home and arrest him inside the home, and given hypothetical situations, determine whether the arrest is legal. (2.40.3, 2.40.5, D,C,P.2.7.4)**

    A.   If the officer <u>knows</u> or has reason to believe that the suspect is presently in his own home, the officer must have an arrest warrant to enter and arrest him in his home, <u>absent exigent circumstances</u> [or consent]. *Payton v. New York*, 445 U.S. 573, 100 S.Ct. 1371 (1980)
(See Search and Seizure lesson plans regarding exigent circumstances: hot pursuit, risk of destruction of evidence, danger to someone, and risk of escape.)

    B.   The authority to make a <u>warrantless</u> arrest ends at the suspect's doorstep.

    C.   Hypothetical situations: **(2.40.3, D,C,P2.7.4)**
        1.   A suspect refuses to open the door to his home when an officer knocks. The officer then kicks in the door and drags him out. The officer does not have a warrant.
            a. Is the arrest legal?  NO
            b. Emphasize again:
                1. If the officer has a warrant, he can go into the suspect's house.
                2. With no warrant, the officer needs exigent circumstances or consent.
        2.   An officer has a felony warrant for Jane Sobad. The officer arrives at the Sobad residence, knocks, and announces his presence at the door. He hears no response. The officer hears the T.V., looks in the window, sees that "The Real World" is on, and sees a cup of beverage with steam coming out. An overcoat and glasses are draped over a chair in the entry. The officer knocks and announces his presence again and hears a muttered voice but no response. What may the officer do?

            A.  Go in!  Reason to believe suspect is home!

        3.   Consider the same facts as above except that it is a six-month old petit larceny (misdemeanor) warrant, which someone had forgotten to serve. What may the officer do?

            A. You have a warrant so you can go in, but you may not want to since it is only a misdemeanor that is non-violent. It sat for 6 months! Check your department's policy.

    *Discussion of <u>U.S. v. Santanna</u> and <u>Charles Talbert</u> and <u>Jefferson</u> case*

**XVI. Identify when a search warrant, as well as an arrest warrant, is required in order to arrest a suspect, and given a hypothetical situation, determine whether the arrest is legal. (2.39.6, 2.40.3, D,C,P2.7.4)**

    A.   A search warrant and an arrest warrant are required to arrest a suspect in a third party's home, absent consent. *Steagald v. U.S.*, 451 U.S. 204, 101 S.Ct. 1642 (1981)

    B.   If an officer has an arrest warrant and a third party <u>consents</u> to his entry, no search warrant is required.

14

US0107522

JA1162

C. Hypothetical situation: An officer, without any warrants, goes to the house of a suspect's brother where the suspect is staying. The officer has probable cause to believe that the suspect has committed a trespass that occurred earlier (misdemeanor). The brother consents to the officer's entry. The officer arrests the suspect. Is the arrest legal?

Answer: NO – still need an arrest warrant.

**XVII. Describe the circumstances under which private citizens may legally make an arrest, and given hypothetical situations, determine whether the arrest is legal. (2.38.1, 2.40.3, D,C,P2.7.4)**

A. A private citizen may legally arrest for a felony or for a misdemeanor breach of the peace committed in his presence. *Hudson v. Commonwealth, 266 Va. 371(2003)* [This was an off-duty officer, outside his jurisdiction, who was nearly run off the road by a DWI driver.]

B. Hypothetical situations:

1. A citizen observes a robbery being committed and makes an arrest. Is the arrest legal? Answer: <u>YES</u>
2. A citizen observes an assault & battery and arrests the offender. Is the arrest legal? Answer: <u>YES</u>

**XVIII. Compare and contrast the powers of law enforcement officers and private citizens. (2.40.3, D,C,P2.7.4)**

A. An officer who is <u>outside</u> his jurisdiction possesses the same status as a private citizen.

B. A private citizen need not observe a suspect's Constitutional rights.

C. An officer <u>must observe</u> the Constitutional rights of suspects (4th, 5th, and 6th Amendments).

D. Hypothetical situations:

1. An Arlington County police officer in Loudoun County observes an Assault & Battery. The Arlington officer was on his/her way home in uniform and badge. May he/she arrest the offender? Answer: <u>YES</u>

2. Consider the same facts, except that he is not in uniform or displaying his badge. Answer: <u>Yes</u>

3. Sally Citizen observes Clarence Gideon stealing a $15,000 full-length coat. Unable to find a sales clerk and being enraged, she tackles Clarence. She rifles his pockets finding a pager, two glassine packets of small, white, hard crystalline objects, and hand rolled cigarettes. She twists his arm painfully, and

15

US0107523

JA1163

he admits that he has been selling crack. Officer Friendly arrives. Sally proudly turns over all her evidence. Field tests and, later, lab tests confirm cocaine and marijuana. Clarence is charged with felony concealment, <u>possession of marijuana</u> (misdemeanor), and possession with intent. His attorney moves to suppress all physical evidence and statements. What will happen?

    A. All will be admitted. She is a private citizen. Offenses were committed in her presence. Miranda does not apply.

**XIX.  List the consequences of an illegal arrest. (2.39.4, D,C,P2.6.4)**

  A.    Suppression/exclusion of evidence or confession obtained ("fruit of poisonous tree")

  B.    Civil lawsuit for false arrest

  C.  Disciplinary action by the police department

  D.  Criminal liability

  E.  Resistance is lawful
      *Brown case example*

**XX.  Discuss some civil liabilities that can arise from performing an arrest. (2.41.1, 2.43.1, 2.43.2)**

Civil lawsuit based on:

  A.    <u>False arrest</u> – The detention of a person without their consent & without lawful authority. If person is arrested in error, you should release the person as soon as possible and place them in a position that is as good as or better than prior to the arrest. **(2.43.1)**

  B.    False imprisonment – Restraint of an individual's personal liberty or freedom of locomotion **(2.43.2)**

  C    Excessive use of force

  D.    Civil rights violations

  E.    Failure to care for defendant and/or his property **(2.41.1)**

  F.    Defamation **(2.41.1)**

**Discretion**—issuing a warning rather than making an arrest or placing a charge

Documentation is important if faced with any of these situations, even if a warning is given. This will assist in the event that a claim is made against you.

16

US0107524

JA1164

**XXI. Identify the instances where an officer is not civilly liable for false arrest or false imprisonment arising out of an arrest.**

    A.    When the officer has probable cause, and the court finds that probable cause existed at the time of the arrest

        a.  It is immaterial if the defendant is acquitted of the charge, as the only issue is probable cause.

17

US0107525

JA1165

# Officer's Duty in Making Arrest

- Secure the possessions of the arrestee
- Maintain the safety of the arrestee
- Obtain medical treatment if necessary
- Advise arrestee of *Miranda* rights <u>if arrestee is to be interrogated</u>

GOVERNMENT'S
EXHIBIT NO. 29
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0108223

JA1166

M. Vanderpool                                                  2/19/2017

PGCC

Ethics is doing the "right" thing when no one is watching you. Ethical behavior is very important in law enforcement and usually involves things installed in a person during the early years of their life. Ethical behavior in my opinion are actions that you should not be ashamed of and you would conduct yourself in this manner regardless of the audience. Ethics and ethical behavior involves holding yourself and others accountable. Integrity is similar in meaning when talking about ethics and ethical behavior because it involves morality principles such as being honest and trustworthy which serves as a reflection of your character. Ethics, ethical behavior and integrity are all classified as values in my opinion and they are values that we should have especially as law enforcement officers.

GOVERNMENT'S
EXHIBIT NO. 30
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0068017

JA1167

## §18.2-64.2: Carnal Knowledge of an Inmate

- Unlawful for any employee or volunteer of a correctional facility or program. . .
- To have carnal knowledge without the use of force, threat, or intimidation
- Of an inmate, etc.
- And the employee or volunteer is in a position of authority over said person

GOVERNMENT'S
EXHIBIT NO. 31
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0064682

JA1168

**NORTHERN VIRGINIA CRIMINAL JUSTICE TRAINING ACADEMY**
**COMBINED BASIC DEPUTY SHERIFF SCHOOL**
**LESSON PLAN COVER SHEET**



**SESSION:**
132

**COURSE LENGTH:**
Four (4) Hours

**SESSION DATES:**
January – June 2015

**REVIEWED/REVISED:**
December 23, 2014

**TARGET GROUP:**
Deputy Sheriffs

**INSTRUCTOR:**
Lyla M. Zeidan

**MODULE:**
Background Materials

**INSTRUCTIONAL METHODS/AIDS:**
Lecture, Handout, PowerPoint

**COURSE TITLE:**
Constitutional Law and Civil Liability

---

**COURSE REFERENCES & RESOURCES:**

DCJS Standards:  D2.1.1, C2.1.1, P2.1.1, D2.1.2,C2.1.2, P2.1.2, D2.1.3, C2.1.3, P2.1.3, D2.1.4, C2.1.4, D2.1.5, C2.1.5, P2.1.4, D2.1.6, C2.1.6, P2.1.5, D2.1.7, C2.1.7, D2.1.8, C2.1.8, P2.1.6, D2.2.1-5, C2.2.1-4, P2.2.1, D2.4.1, C2.4.1, P2.4.1, D2.4.6, C2.4.6, P2.4.3, D2.4.7, C2.4.7, P2.4.3, D2.4.9.1, C2.4.9.1, P2.4.5.1, D2.4.9.2, C2.4.9.2, P2.4.5.2

*The Law of Sentencing, Corrections, and Prisoners' Rights,* Lynn S. Branham, 2002, The West Group

*Jails and the Constitution, An Overview,* William C. Collins for the U.S Department of Justice, National Institute of Corrections, 2007

GOVERNMENT'S
EXHIBIT NO. 32
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0015233

JA1169

**NORTHERN VIRGINIA CRIMINAL JUSTICE TRAINING ACADEMY**
**CONSTITUTIONAL LAW AND CIVIL LIABILITY**
**COURSE OBJECTIVES**

## INSTRUCTIONAL GOAL:

Define *constitutional law* in the jail context, and cite the rights and protections afforded to prisoners and pre-trial detainees. Define *civil liability* and identify the ways to avoid liability and various defenses to liability.

## INSTRUCTIONAL OBJECTIVES:

I. Define constitutional law  (D2.1.1, C2.1.1, P2.11)

II. Cite an inmate's rights according to the Constitution, and list the protections provided by the First and Fourth Amendments.  (D2.1.2, P2.1.2, D2.1.3, P2.1.3)  List the protections provided to jail inmates and citizens in the First and Fourth Amendments of the U.S. Constitution as it relates to courtroom security.(C2.1.2, C2.1.3)

III. List the protections against compelled self-incrimination and double jeopardy in the Fifth Amendment to the U.S. Constitution (D2.1.4). Explain how U.S. Supreme Court's decision in *Deck v. Missouri* effects an accused person's due process rights at the guilt and/or sentencing phase of a trial.  (C2.1.4)

IV. Identify the right to an attorney afforded in the Sixth Amendment to the U.S. Constitution. (D2.1.5, C2.1.5, P2.1.4)

V. Cite the protections provided to jail inmates by the Eighth Amendment to the U.S. Constitution. (D2.1.6, C2.1.6, P2.1.5)

VI. Cite the protections provided to jail inmates under the Fourteenth Amendment.  (D2.1.8, C2.1.8, P2.1.6)  Identify the legal services to which inmates are entitled in civil matters.

VII. Explain the differences in constitutional rights between pretrial detainees and post-conviction jail inmates as provided by the 13th Amendment.  (D2.1.7) (C2.1.7)

VIII. Define & contrast crime v. tort.

IX. Define civil liability & criminal liability. List and explain the types of damages that may be awarded in a tort suit. (D2.4.1, C2.4.1, P2.4.1, D2.4.7, C2.4.7, P2.4.3)

X. Identify the conditions of a 42 U.S.C §1983 lawsuit. (D2.2.1, C2.2.1)

XI. Explain the concept of "good faith" as a defense against a Section 1983 lawsuit. (D2.2.2, C2.2.2)

XII. List and define the levels of negligence. (D2.2.3, C2.2.3, P2.2.1)

---

US0015234

JA1170

XIII.   State the major differences between an 18 U.S.C §241 and 18 U.S.C §242 suit. (D2.2.4, C2.2.4)

XIV.   Application of the Civil Rights of Institutionalized Persons Act (CRIPA) (D2.2.5)

XV.   Describe how the Prison Rape Elimination Act of 2003 relates to privacy, security and the access to records. (D2.8.6)

XVI.   List preventive measures and defenses against liability suits.  (D2.4.6, C2.4.6, P2.4.2)

XVII.   Important civil matters regarding jail/detention staff  (D2.4.9.1, C2.4.9.1, P2.4.5.1, D2.4.9.2, C2.4.9.2, P2.4.5.2)

XVIII.   Potential areas for civil liability claims & case discussion.

US0015235

JA1171

I. **Define constitutional law.** **(D2.1.1, C2.1.1, P2.1.1)**

    A.    Constitutional law, in the corrections context, refers to the fundamental rights that each person possesses under the U.S. Constitution and how the courts have interpreted those rights to apply to prisoners and pre-trial detainees in correctional institutions.

    B.    Courts recognize that inmates carry basic constitutional rights with them into the jail.

    C.    Rights can only be restricted to the degree necessary to promote security and order.

II.    **Cite an inmate's rights according to the constitution, and list the protection provided by the First and Fourth Amendments (D2.1.2, P2.1.2, D2.1.3, P2.1.3); list the protections provided to jail inmates and citizens in the First and Fourth Amendments of the U.S. Constitution as it relates to courtroom security.(C2.1.2, C2.1.3)**

    A.  First Amendment – **(D2.1.2, C2.1.2, P2.1.2)**

> *Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.*

      (1)    Freedom of religion
          (a)    Absolute freedom of beliefs (both jail and courtroom)
          (b)    Limited freedom of practices; depends upon impact to security and safety; practices may be prohibited or restricted where they pose a danger to security and order ( jail and courtroom)

          (c)    Allows assembly for religious services (jail)

          (d)    Allows consultation with clergy (jail)

          (e)    Allows observing of dietary restrictions (jail; courthouse lock-up if meals are served there)

      (2)    Freedom of speech
          (a)    Can be restricted or regulated if restrictions further an important or substantial interest, unrelated to suppression of free speech and

          (b)    Restrictions must be no greater than necessary to further that institutional interest (e.g. safety and security; orderly trial process)

          (c)    Speech that is <u>not</u> protected by the First Amendment:

              1)    Obscene speech
              2)    Speech that incites Ex:  Encouraging an angry mob to riot
              3)    Threatening speech- "fighting words"
              4)    Slanderous speech

US0015236

JA1172

(3) Right to send & receive mail (applies in the jail setting; applies in the courtroom/courthouse context if mail is sent from/delivered to prisoners there—especially correspondence from a detainee's attorney)

(a) Mail to inmates can be opened to inspect for contraband and content

(b) Outgoing mail poses less of an institutional threat, however, clever inmates may use the mail to continue their criminal enterprise from within the institution, thereby threatening the public safety. It is not unconstitutional to read outgoing inmate mail so long as doing so furthers a legitimate institutional objective, and especially if there is information that would lead jail administrators to believe there is a need to review an individual inmate's mail.

(c) Mail to inmates from attorneys may be inspected for contraband and may only be opened in inmate's presence-- jail officials can't read. *Wolff v. McDonnell*, 418 U.S. 539 (1974)

(d) The right to use the mail includes prompt delivery. A delay in delivery could reach constitutional proportions

(e) Inmates have no constitutional right to correspond with other inmates *Turner v. Safley*, 482 U.S. 78 (1987)

(f) Mail may be censored, but **only as necessary to maintain institutional security and order and to preserve the government's interest in rehabilitating prisoners**; other restrictions include:
- Cannot censor unflattering opinions or factually inaccurate material
- Cannot censor mail to and from attorneys and courts.
- Cannot censor advocacy of grievance procedures or suggestions that elected officials be contacted regarding prison conditions
- If mail is censored, due process steps must be provided:
  1. Notice must be given to an inmate when a letter written to or by the inmate is censored;
  2. The letter writer must be given an opportunity to protest the censorship decision
  3. There must be an "appeal" step; there must be review of the censorship decision by someone other than the initial decision maker

(4) Freedom of the press

- Members of the media have no greater right to have access to inmates than do members of the general public. Jail officials may prohibit face-to-face interviews with inmates.

(5) Freedom of Association

(a) Jail can set reasonable regulations re: visitation times, and number and type of visitors (except attorneys)

US0015237

JA1173

(b) No right to contact visits

(c) Inmates have a constitutional right to visitation by their attorney, but the attorney may be denied admittance if it is shown she/he has created a security or discipline problem

(d) Prisoners in the courthouse lockup have a right to visit with their attorney

(6) Freedom of Assembly and Free Speech:

Courthouse/Courtrooms – choose which ones would be allowed:
- Picket out front and walking in front of doors hindering the free passage of people coming and going
- Picket out front peaceably and don't hinder anyone
- Stand and chant back of courtroom
- Play music inside which can be heard in court
- Person sits quietly in courtroom with a sign the says "Murderer!" during a murder trial

B. Fourth Amendment – **(D2.1.3, C2.1.3, P2.1.3)**

*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.*

Protects against unreasonable searches and seizures, but an inmate's rights under the 4th Amendment are limited in the jail setting for safety and security reasons. The 4th Amendment applies to the following:

(1) Jail cell/courthouse lockup searches: Prisoner's have no reasonable expectation of privacy in their cells, and jail authorities may search cells at any time, whether prisoner is present or not. *Hudson v. Palmer*, 486 U.S. 517 (1984).

(2) In the courtroom, an inmate may be searched for weapons and/or contraband if an LEO has reason to suspect that the inmate is in possession of such items. Citizens may be patted down (*Terry* frisk) if an LEO has reasonable suspicion that they are armed with a dangerous weapon. (C 2.1.3)

(3) The general public (non-inmates) enjoys a greater level of protection from the 4th Amendment than do inmates. Citizens are subject to security screening for weapons upon entry to the courthouse. Where there is such a security screening checkpoint, a citizen's entry is conditioned upon their voluntarily submitting (consenting) to the screening which typically consists of a magnetometer scan of their person and an x-ray of their packages/bags. If a citizen refuses to submit to the screening process, they will be denied entry. Once a person has consented to the screening and entered a courtroom, the 4th Amendment prohibits frisks or other searches unless supported by

US0015238

JA1174

reasonable suspicion to believe they are armed (frisk) or probable cause to arrest them for an offense (other searches).

(4) Person searches

    (a) **Frisks:** the least intrusive form of person search; must be reasonable, but reasonable suspicion is NOT required in the jail environment

    (b) **Strip searches and *visual* body cavity inspections:** OK when initially placing an inmate into general population and following contact visits; need reasonable suspicion at other times; must be done by jail officers of the same gender, and authorities must afford privacy from view of others. See §19.2-59.1.

The below excerpt is from *Winston v. Commonwealth*, 51 Va. App. 74, 654 S.E.2d 340 (2007) quoting *King v. Commonwealth*, 49 Va. App. 717, 724, 644 S.E.2d 391, 394 (2007):

> Previously, we have defined a **"strip search"** as "an inspection of a naked individual, without any scrutiny of his body cavities." *Kidd v. Commonwealth*, 38 Va. App. 433, 446, 565 S.E.2d 337, 343 (2002). A **"visual body cavity search"** is more intrusive and "extends to a visual inspection of the anal and genital areas." *Id.* (citation omitted). Finally, a **"manual body cavity search"** involves "some degree of touching or probing of body cavities" and is the most intrusive type of body search. *Id.* (citation omitted).
>
> - In *Bell v. Wolfish*, 441 U.S. 520, 559 (1979), the United States Supreme Court held that the Fourth Amendment was not violated when a correctional institution required strip searches and visual body cavity inspections of pretrial detainees after every contact visit with visitors from outside the institution. *Bell*, 441 U.S. at 558-60. The Court reasoned, "[a] detention facility is a unique place fraught with serious security dangers. Smuggling of money, drugs, weapons, and other contraband is all too common an occurrence." *Id.* at 560. The Court upheld the use of both strip searches and visual body cavity searches, holding that "significant and legitimate security interests of the institution" warranted the intrusive search. *Id.*
>
> *Florence v. Board of Chosen Freeholders*, 566 U.S _____, (No. 10-945)(4/2/12) (5-4 decision)
>
> Held that every detainee who will be admitted to the general population of a prison or jail may be required to undergo a close visual strip search, even when arrested for a minor violation of the law.

US0015239

JA1175

Florence was arrested on a bench warrant for failing to appear at a hearing for not paying an outstanding fine. He had actually paid the outstanding fine balance, but the warrant was never recalled and remained outstanding until he was served with it, two years later. The Court rejected the argument that such searches would only be reasonable if officers had reasonable suspicion that the detainee possessed drugs or other contraband.

The searches at issue in *Florence* involved the arrestee disrobing, showering with a delousing agent, and a close visual inspection by correctional officers for scars, marks, gang tattoos and contraband. The arrestee was also subjected to a close visual inspection of body openings with instructions to the detainee to manipulate and expose body cavities for inspection. The Court emphasized that the searches at issue in *Florence* did NOT include any touching of unclothed areas by the inspecting officer.

In balancing the need for the search against the invasion of privacy to the detainee, the Court noted its previous holdings that "courts must defer to the judgment of correctional officials of what is necessary to maintain security unless the record contains substantial evidence showing their policies are an unnecessary or unjustified response to problems of jail security." Florence could not meet the required showing, and the Court found that the record provided full justification by correctional officials for the procedures used. The Court pointed out that individuals "detained for minor offenses can turn out to be the most devious and dangerous of criminals," who have the same incentives and potential for hiding contraband or weapons.

The Court left open the question of whether such searches would be reasonable if the arrestee would be "held without assignment to the general population and without substantial contact with other detainees," indicating that the accommodations provided in those situations may diminish the need to conduct some of the aspects of the searches at issue in *Florence*. In addition, the Court did not address more invasive searches that involved touching detainees.

But note: **Code of Virginia, §19.2-59.1 provides:**

A. No person in custodial arrest for a traffic infraction, Class 3 or Class 4 misdemeanor, or a violation of a city, county, or town ordinance, which is punishable by no more than thirty days in jail shall be strip searched unless there is reasonable cause to believe on the part of a law-enforcement officer authorizing the search that the individual is concealing a weapon. All strip searches conducted under this section shall be performed by persons of the same sex

---

US0015240

JA1176

as the person arrested and on premises where the search cannot be observed by persons not physically conducting the search.

B. A regional jail superintendent or the chief of police or the sheriff of the county or city shall develop a written policy regarding strip searches.

C. A search of any body cavity must be performed under sanitary conditions and a search of any body cavity, other than the mouth, shall be conducted either by or under the supervision of medically trained personnel.

D. Strip searches authorized pursuant to the exceptions stated in subsection A of this section shall be conducted by a law-enforcement officer as defined in § 9.1-101.

E. The provisions of this section shall not apply when the person is taken into custody by or remanded to a law-enforcement officer pursuant to a circuit or district court order.

F. For purposes of this section, "strip search" shall mean having an arrested person remove or arrange some or all of his clothing so as to permit a visual inspection of the genitals, buttocks, anus, female breasts, or undergarments of such person.

G. Nothing in this section shall prohibit a sheriff or a regional jail superintendent from requiring that inmates take hot water and soap showers and be subjected to visual inspection upon assignment to the general population area of the jail or upon determination by the sheriff or regional jail superintendent that the inmate must be held at the jail by reason of his inability to post bond after reasonable opportunity to do so.

### (c) Manual body cavity searches:

- Extremely intrusive; must be justified by the circumstances (reasonable suspicion or exigent circumstances; some agencies require probable cause—check your agency policy) and then it should be conducted by trained medical personnel;
  - In a case not involving an inmate (this non-jail case was in the context of a stop-and-frisk which evolved into a manual body cavity search), the Virginia Court of Appeals stated:
    Officers may not conduct a warrantless manual body cavity search [here incident to arrest] unless "exigent circumstances" exist, coupled with a "clear indication" that evidence is "located within a suspect's body." *Commonwealth v. Gilmore*, 27 Va. App. at 330-31, 498 S.E.2d at 469; *see also Moss v. Commonwealth*, 30 Va. App. 219, 226, 516 S.E.2d 246, 249-50 (1999).

*Add facts of case: Controlled buy. Female in the passenger seat of motor vehicle stopped after sale. Vehicle searched and could not find the $400 in drug money used for buy. Vehicle was "taken apart" male driver searched, canine scan etc. Female was taken to the station and searched by a female officer who was not a "medically trained" person as required by §19.2-59.1 C. for body cavity searches. Officer first conducted a visual than manual body cavity search. Located $400 U.S. currency. Female*

US0015241

JA1177

*passenger charged with distribution of CDS. Court of Appeals held that this search was **unreasonable**. No clear indication that female had currency (Court may have underestimated extent of search at scene of stop) but even if there was no exigent circumstances to justify not obtaining a search warrant first – currency.*

     (5) Seizures
         (a) Contraband

         (b) Evidence

         (c) Inmate's personal property: It is lawful to seize inmate's personal property even if it is not evidence or contraband if the item(s) present a risk to safety, security or good order within the institution

**III.** **List the protections against compelled self-incrimination and double jeopardy in the Fifth Amendment to the U.S. Constitution (D2.1.4). Explain how U.S. Supreme Court's decision in *Deck v. Missouri* effects an accused person's due process rights at the guilt and/or sentencing phase of a trial. (C2.1.4)**

> *No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.*

A. Privilege against *compelled* self-incrimination **(D2.1.4)**
   1.   No person shall be compelled to testify against himself/herself

   2.   Miranda warnings grew from the 5th Amendment
      • Applies only to custodial interrogation
      • Right to remain silent
      • Right to an attorney (and the right to a free attorney if they cannot afford one on their own)

   3.   The failure to testify cannot be held against the defendant

   4.   The prosecutor cannot comment on the defendant's failure to testify

   5.   Does not apply to compelled fingerprints, handwriting samples, blood samples, voice exemplar, and attendance in a line-up

   6.   Cannot assert this privilege if immunity from prosecution has been granted

US0015242

JA1178

B. Double jeopardy **(D2.1.4)**
1. The defendant cannot be tried twice for the same crime.

2. When does jeopardy attach?
   a. Jury trial: When jury is sworn in
   b. Bench trial: When first witness is sworn and begins to testify

3. When determining same offense, test whether the elements of the offense are the same, <u>not</u> whether the evidence is the same.

4. Exceptions to double jeopardy:

   a. Hung jury

   b. Mistrial

   c. Reversal and remand on appeal

   d. **U.S. and State** prosecutions

   - (the Los Angeles Police Department officers charged with assaulting Rodney King in 1991 were acquitted by a county court, but some were later convicted and sentenced in federal court for violating his civil rights)

**However: § 19.2-294.** Offense against two or more statutes or ordinances. If the same act be a violation of two or more statutes, or of two or more ordinances, or of one or more statutes and also one or more ordinances, conviction under one of such statutes or ordinances shall be a bar to a prosecution or proceeding under the other or others. Furthermore, if the same act be a violation of both a state and a federal statute, a prosecution under the federal statute shall be a bar to a prosecution under the state statute. The provisions of this section shall not apply to any offense involving an act of terrorism as defined in § 18.2-46.4.

For purposes of this section, a prosecution under a federal statute shall be deemed to be commenced once jeopardy has attached.

(Code 1950, § 19.1-259; 1960, c. 366; 1975, c. 495; 1987, c. 241; 2002, cc. 588, 623; 2003, c. 736.)

   e. **Different state prosecutions** (person standing in Connecticut shoots and kills a person who was standing in New York; both states could prosecute)

   f. **Civil vs. criminal** cases (OJ Simpson)

US0015243

JA1179

## C. The Right to Due Process

***Deck v. Missouri*, 544 U.S. 622 (2005)**
In July 1996, petitioner Carman Deck robbed, shot, and killed an elderly couple. In 1998, the State of Missouri tried Deck for the murders and the robbery. At trial, state authorities required Deck to wear leg braces that apparently were not visible to the jury. Deck was convicted and sentenced to death. The State Supreme Court upheld Deck's conviction but set aside the sentence. The State then held a new sentencing proceeding.

From the first day of the new proceeding, Deck was shackled with leg irons, handcuffs, and a belly chain. Before the jury *voir dire* began, Deck's counsel objected to the shackles. The objection was overruled. During the *voir dire*, Deck's counsel renewed the objection. The objection was again overruled, the court stating that Deck "has been convicted and will remain in legirons and a belly chain." After the *voir dire*, Deck's counsel once again objected, moving to strike the jury panel "because of the fact that Mr. Deck is shackled in front of the jury and makes them think that he is . . . violent today." The objection was again overruled, the court stating that his "being shackled takes any fear out of their minds." The penalty phase then proceeded with Deck in shackles. Deck was again sentenced to death.

On appeal, Deck claimed that his shackling violated both Missouri law and the Federal Constitution.

\*\*\*

We first consider whether, as a general matter, the Constitution permits a State to use visible shackles routinely in the guilt phase of a criminal trial. The answer is clear: The law has long forbidden routine use of visible shackles during the guilt phase; it permits a State to shackle a criminal defendant only in the presence of a special need.

\*\*\*

First, the criminal process presumes that the defendant is innocent until proved guilty....Second, the Constitution, in order to help the accused secure a meaningful defense, provides him with a right to counsel. The use of physical restraints diminishes that right. Shackles can interfere with the accused's "ability to communicate" with his lawyer....Third, judges must seek to maintain a judicial process that is a dignified process. The courtroom's formal dignity, which includes the respectful treatment of defendants, reflects the importance of the matter at issue, guilt or innocence, and the gravity with which Americans consider any deprivation of an individual's liberty through criminal punishment.

\*\*\*

US0015244

**Thus, the Fifth and Fourteenth Amendments prohibit using physical restraints visible to the jury absent a trial court determination, in the exercise of its discretion, that restraints are justified by a state interest specific to the particular defendant on trial.**

IV.     Identify the right to an attorney afforded in the Sixth Amendment to the U.S. Constitution. (D2.1.5, C2.1.5, P2.1.4).  Explain how the U.S. Supreme Court's decision in Holbrook v. Flynn effects a defendant's right to a fair trial under the 6th Amendment.

> *In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.*

A.      Right to counsel **(D 2.1.5, C2.1.5, P2.1.4)**

1.  Right attaches when magistrate reviews the probable cause, determines an arrestee's terms of release or incarceration, and charges are placed.

2.  Applies to:

    a. Non-custodial interrogations of an "accused" (crime-specific)
    b. Post arraignment (or post-magistrate review) line-ups
    c. Preliminary hearings
    d. All stages of the trial
    e. Revocation of probation
    f. Appeals

3.  The defendant can waive right to counsel at any time and can insist on representing himself/herself, but he does not have a right to any particular attorney.

B.  Right to a fair trial

1.  The American system of justice is based on the notion of fair trials for everyone.

2.  Some practices have been deemed so prejudicial to defendants that their fair trial rights are negatively impacted (being forced to wear jail garb; openly visible shackles, etc.).  Other practices, such as heavily staffing the court with security officers (see *Holbrook v. Flynn*, below), do not offend the constitution.

*Holbrook v. Flynn,* 475 U.S. 560 (1986)

US0015245

JA1181

After respondent and others were indicted for armed robbery in Rhode Island Superior Court, they were held without bail. When the trial was about to begin, four uniformed state troopers were sitting in the front row of the spectators' section of the courtroom to supplement the customary security force, which was overextended at the time. Respondent's counsel objected to the troopers' presence.

While an accused is entitled to have his guilt or innocence determined solely on the basis of evidence introduced at trial, this does not mean that every practice tending to single out an accused from everyone else in the courtroom must be struck down.

The conspicuous, or at least noticeable, presence of guards in a courtroom during trial is not the sort of inherently prejudicial practice that should be permitted only where justified by an essential state interest. Such presence need not be interpreted as a sign that the defendant is particularly dangerous or culpable. Jurors may just as easily believe that the guards are there to prevent outside disruptions or eruptions of violence in the courtroom. Reason, principle, and human experience counsel against a presumption that any use of identifiable guards in a courtroom is inherently prejudicial. In view of the variety of ways in which such guards can be deployed, a case-by-case approach is more appropriate.

Whenever a courtroom arrangement is challenged as inherently prejudicial, the question is not whether the jurors articulated a consciousness of some prejudicial effect, but rather whether there was an unacceptable risk of prejudice. **In this case, there is no justification for finding such an unacceptable risk based on the troopers' presence.**

V. **State an inmate's rights under the Eighth Amendment to the U.S. Constitution. (D2.1.6, C2.1.6, P2.1.5)**

*Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.*

A. Eighth Amendment:
   1. No excessive bail (See Virginia Code §19.2-123)
      a. Purpose
         - To avoid punishment before conviction in the form of unreasonable incarceration (related to belief that a person is innocent until proven guilty)
         - To allow defendant freedom to assist in his own defense
         - Avoids imprisonment for debt

      b. Problems: Defendant may flee, obstruct justice by threatening witnesses, pose continuous threat to the public

      c. Bail is a form of compromise based on the belief that if a person stands to lose money or property, he will not flee (economic bias).

   2. Ban on cruel and unusual punishment
      a. This was the doctrine used for striking down the death penalty (which, if properly established, is now constitutional).

US0015246

JA1182

      b.  Sentences must be reasonable; they must fit the crime; unreasonable sentences might result in a public outcry or courtroom disorder

      c.  Do not have to show comparative use of it in similar cases

      d.  Very heavily litigated these days, with emphasis on the procedures used to impose it

      e.  Used to get prison reform where conditions are shown to be cruel and unusual

      f.  Prevents torture

3.  Concerns *conditions of confinement* (a significant source of federal civil litigation are "conditions" cases) - Obligation to provide inmates with adequate food, clothing shelter, sanitation, medical care (includes psychological care & exercise) and personal safety

4.  Conditions of confinement are judged under contemporary standards of decency - Ex. chain gangs in early 60's, stockades

5.  Solitary confinement is not per se cruel and unusual punishment

6.  Key issue today is overcrowding

    (a)  double bunking is not per se unconstitutional
    (b)  must look to conditions


**VI.** **State an inmate's rights under the Fourteenth Amendment. List the protections provided to jail inmates and citizens by the Fourteenth Amendment as it relates to courtroom security. (D 2.1.8, C2.1.8, P2.1.6)**

> *Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.*

***

A. Right to equal protection of the laws

    (1)  Requires persons in the same class or circumstances be treated alike under the law i.e., "Treat people of the same circumstance comparably"

    (2)  Applies to:

      (a)  access to programs and services
      (b)  discipline/punishment

US0015247

JA1183

    (c)       treatment of inmates - male v. female

    (d)       impact of laws on various groups (e.g. laws targeting immigrants, etc.)

(3)      Equal protection doesn't require identical treatment; it requires comparable treatment- "parity"

Two types of scrutiny:

    (a)      **Strict scrutiny** – This is the level of careful review that a court will use to evaluate the government's actions/policies when the persons affected are members of a "suspect class", or if the actions/policies infringe on any person's "fundamental rights." **The government must prove a compelling state interest to justify its actions/policies.** Suspect classes include race, national origin, and alienage. Fundamental right - rights protected under the Bill of Rights of the U.S. Constitution (speech, religion, press, privacy, fair trial, due process, voting, travel, etc.) Strict scrutiny requires the government to show that its conduct was *necessary to further a compelling governmental interest.*

    (b)      **Rational basis scrutiny-** If persons are not members of a suspect class, and no fundamental right is involved, the government must merely show that different treatment is *rationally related to a legitimate government interest;* this is a much easier standard for the government to satisfy.

*Note: Supreme Court has actually applied 3 levels of scrutiny – intermediate scrutiny is the third. Used for quasi-suspect class (i.e., gender) and asks whether the action is substantially relevant to an important government interest. Case example is U.S. vs. Virginia (struck down VMI male only admission policy)*

B. Right to Due Process

(1)      **Substantive** – protects a person from unfair governmental interference with a fundamental right, or the taking of life, freedom, or property without sufficient justification. Bans "punishment" of pretrial detainees. Requires fair trials.

(2)      **Procedural** - guarantees a person fair disciplinary procedures in misconduct cases. Serious misconduct cases require a more formal process than less serious cases. The leading case on point is *Wolff v. McDonnell*, 418 U.S. 539 (1974). *Wolff* identifies serious misconduct as those cases in which an inmate's good time credits may be lost if they are found guilty of violating rules. The procedural rights that inmates are entitled to in serious misconduct cases include:

- A **disciplinary hearing** in front of a **"sufficiently impartial" decision maker** to challenge the charges; correctional employees not directly involved or otherwise biased against the inmate meet this standard.
- **Written notice of infractions** at least 24 hours before the hearing to make sure the inmate understands the charges and may prepare a defense
- **A limited right to call witnesses on inmate's behalf;** the right exists except when it would be "unduly hazardous to institutional safety or correctional

US0015248

JA1184

goals." Inmates have no right to confront or cross-examine witnesses against them.

- **Assistance of another inmate** or a staff member in preparing and presenting a defense
- If found guilty, a **right to receive a writing** which specifies the **evidence relied upon** by the decision-maker **and the reasons** for the disciplinary action taken

(3)   Access to courts. *Bounds vs. Smith,* 430 U.S. 817 (1977)-- Jail must assist inmates in preparation and filing of meaningful legal papers by providing:

(a)   Adequate assistance from persons trained in the law or

(b)   Adequate law library, along with access to "jailhouse lawyers."

"Jails and penitentiaries include among their inmates a high percentage of persons who are totally or functionally illiterate, whose educational attainments are slight, and whose intelligence is limited. This appears to be equally true of Tennessee's prison facilities. In most federal courts, it is the practice to appoint counsel in post-conviction proceedings only after a petition for post-conviction relief passes initial judicial evaluation and the court has determined that issues are presented calling for an evidentiary hearing. ...It has not been held that there is any general obligation of the courts, state or federal, to appoint counsel for prisoners who indicate, without more, that they wish to seek post-conviction relief. See, *e.g., Barker v. Ohio,* 330 F.2d 594 (C. A. 6th Cir. 1964). Accordingly, the initial burden of presenting a claim to post-conviction relief usually rests upon the indigent prisoner himself with such help as he can obtain within the prison walls or the prison system. In the case of all except those who are able to help themselves — usually a few old hands or exceptionally gifted prisoners — the prisoner is, in effect, denied access to the courts unless such help is available.

\*\*\*

By contrast, in several States, the public defender system supplies trained attorneys, paid from public funds, who are available to consult with prisoners regarding their habeas corpus petitions. At least one State employs senior law students to interview and advise inmates in state prisons. Another State has a voluntary program whereby members of the local bar association make periodic visits to the prison to consult with prisoners concerning their cases. We express no judgment concerning these plans, but their existence indicates that techniques are available to provide alternatives if the State elects to prohibit mutual assistance among inmates.

\*\*\*

But unless and until the State provides some reasonable alternative to assist inmates in the preparation of petitions for post-conviction relief, it may not validly enforce a regulation such as that here in issue, barring inmates from furnishing such assistance to other prisoners."       *Johnson V. Avery,* 393 U.S. 483 (1969)

(c)   Other rights related to access to courts:

US0015249

JA1185

i.      stamps and paper

ii.     access to notary public

iii.    access to copier

iv.    Indigent prisoners must be allowed to file appeals and habeas corpus petitions without payment of docket fees. *Burns v. Ohio*, 360 U.S. 252 (1959)

v.     Because we recognized that "adequate and effective appellate review" is impossible without a trial transcript or adequate substitute, we held that States must provide trial records to inmates unable to buy them. *Griffin v. Illinois*, 351 U.S. 12, 20 (1956).

vi.    Similarly, counsel must be appointed to give indigent inmates "a meaningful appeal" from their convictions. *Douglas v. California*, 372 U.S. 353, 358 (1963).

**NOTE:** What about the assistance of counsel? The right to assistance of counsel comes from the 6th Amendment, and it applies only to criminal cases. When the right to counsel exists, the government must appoint an attorney if the accused person is unable to afford an attorney. The 6th Amendment reads:

> *In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.*

- Right to attorney in **criminal cases only** – not in prison disciplinary cases
- No absolute right to attorney in federal habeas corpus proceedings; court has discretion whether or not to appoint counsel
- No right to an attorney in civil rights cases (§1983 cases)
- No right to an attorney in state court civil suits
**(D2.1.5, C2.1.5, P2.1.4)**

**VII.** **Explain the differences in constitutional rights between pretrial detainees and post-conviction jail inmates as provided by the 13th Amendment. (D2.1.7, C2.1.7)**

> *Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.*
>
>               ***

A.    Abolished slavery & involuntary servitude.

US0015250

JA1186

B.      We cannot force people to work involuntarily unless they are being punished for a crime, therefore **a pretrial detainee cannot be forced to work.**

**VIII.**    **Define and contrast a crime vs. a tort**

**Crime**: An act that is done in violation of a law forbidding it which may result in punishment by fine and/or imprisonment. The case is brought in the name and for the benefit of the state (Commonwealth vs. Bad Guy). *Jernigan v. Commonwealth*, 104 Va. 850, 52 SE 361 (1905): Trespass on another person's land to fish in the landowner's pond. Doing so was prohibited by statute, and Jernigan was arrested on a warrant and prosecuted and fined $5 and costs. Jernigan asserted that the action was a civil action in trespass; the court said it was a criminal action.

**Tort**: a private or civil wrong that is a violation of a duty imposed by law, that results in harm or injury to a person; the civil wrong provides grounds for a lawsuit that is redressed by the award of monetary damages. The case is brought in the name and for the benefit of the individual alleging harm (Joseph Injured v. Negligent Nora).

**IX.**    **Define civil liability in contrast with criminal sanctions (D2.4.1, C2.4.1, P2.4.1). List and explain the types of damages that may be awarded in a tort suit (D2.4.7 C2.4.7, P2.4.3).**

     A.      **Criminal liability** (in a correctional context): The legal consequences of committing a crime which exposes the correctional officer/deputy to the imposition of a fine and/or jail time.

     B.      **Civil liability** (in a correctional context):
- The legal consequences of an unlawful act (or unlawful failure to act)
- Which results in harm (physical harm, monetary loss or deprivation of a legal right) to a person (such as an inmate) and
- Exposes the correctional officer to paying monetary damages and/or to being required by a court to do/stop doing something.

     C.      A plaintiff may sue in state court or federal court depending on the type of violation alleged in the lawsuit.

     D.      A court may grant:
       1.      Injunctive relief (a court order to stop or start doing a particular thing)

       2.      Monetary damages **(D2.4.7, C2.4.7, P2.4.3)**

          (a)      **Compensatory damages:** Awarded to compensate plaintiff for their loss (medical expenses, lost wages, cost of repairs to a car after a collision, pain and suffering, etc.)

          (b)      **Punitive damages:** Awarded to punish and to deter the defendant and others (awarded in cases where there are aggravating factors of intentional action, recklessness or malice)

          (c)      **Nominal damages:** An award of a small, symbolic amount (such as one dollar) which is awarded to a plaintiff who was able to prove that the defendant's

US0015251

JA1187

wrongful conduct caused some harm to plaintiff (plaintiff wins), but the plaintiff was unable to prove any significant loss

    3.     Court can award:

        (a)     Compensatory damages only; or

        (b)     Compensatory with punitive damages added; or

        (c)     Nominal damages

**X.    Identify the elements of a Section 1983 lawsuit. (D2.2.1, C2.2.1)**

Title 42 United States Code Section 1983: Civil suit; Considered a Constitutional tort; both federal and state courts have jurisdiction in §1983 actions (suit can be brought in either court)

    A.    Commonly called a "1983 action" or suit.

    B.    Applies to a government actor acting under "color of law" who deprives a person of any constitutional right, or any right created by statute.

    C.    Plaintiff can get an award of attorney's fees, if plaintiff prevails. [42 U.S.C. Sec. 1988 (b)]. This is potentially a large amount of money; attorney's fees are why most cases are filed in federal court.

**XI.    Explain the concept of "good faith" as a defense against a §1983 lawsuit. (D2.2.1, D2.2.2, C2.2.1, C2.2.2)**

    A.    The U.S. Supreme Court has held that if correctional officers take action in the good faith fulfillment of their responsibilities and within the bounds of reason they will be immune from liability.

    B.    Therefore, unless the correctional officer knew, or should have known, that his conduct violated the inmate's rights, he will not be held liable.

    C.    However, the defense of good faith is not available where the officer acted with malicious intent to cause a deprivation of constitutional rights or where the right was well-established (officer knew or reasonably should have known that his actions were unconstitutional).

**XII.    List and define the levels of negligence. (D2.2.3, C2.2.3, P2.2.1)**

    A.    <u>Simple negligence</u>

US0015252

JA1188

1.     The failure to exercise reasonable or ordinary care (reasonable care is that amount of care that a reasonably prudent person would have exercised in a similar situation) Black's Law Dictionary

2.     Many civil suits are based on a theory of simple negligence. The civil actions, or torts, require proof of 4 elements:
    i.     a duty was owed;
    ii.     the duty was breached (not fulfilled);
    iii.     the failure to fulfill the duty caused
    iv.     harm of some sort
    (the first two items—duty owed and duty breached—represent negligence)

B.     <u>Gross negligence</u> - requires same showing as simple negligence plus:

- an aggravating factor such as recklessness, malice (evil intent), or some intent on part of actor to create a situation where it is likely that some injury will occur. **Ex:** Train operator under the influence of marijuana while operating a loaded passenger train.

C.     Distinguish negligence from intentional torts:

<u>Intentional</u> <u>tort</u> - requires that the actor **intended** to cause the injury; contrast this with negligence torts are caused by a failure to use due care (unintentional)

D.     <u>Examples</u>:
    1)     Simple negligence - door slams on inmate's fingers
    2)     Gross negligence- "game playing" with door
    3)     Intentional tort: deliberately slamming door on fingers

## XIII. State the major differences between Title 18 U.S. Code Section 241 and Title 18 U.SC §242 (D2.2.4, C2.2.4).

A.     The key difference between 18 U.S.C 241 and 18 U.S.C. 242 is that they apply to different types of offenders:
- Private individuals: 18 U.S.C 241
- Sheriff's deputies, jail/prison guards, police officers: 18 U.S.C. 242

B. Title 18 U.S.C. 242 action applies when:

    (1)     Under color of law (**government officials** acting under the authority of their office)
    (2)     One or more defendants
    (3)     Deprived someone of rights protected by Constitution or federal law

C. A Title 18 U.S.C. 241 action applies to:

    (1)     <u>Two</u> or <u>more</u> persons conspire (**individuals;** no "color of law" requirement)
    (2)     To injure, threaten or intimidate any person
    (3)     In the free exercise of any right secured by the Constitution or federal law

US0015253

JA1189

**Note:** Conspiracy alone is sufficient; the perpetrators do NOT have to carry out their act

## XIV. Application of the Civil Rights of Institutionalized Persons Act (CRIPA) (D2.2.5)

In 1980, the United Stated Congress passed CRIPA, 42 USC §1997which protects the constitutional and federal statutory rights of persons confined in certain institutions owned or operated by, or on behalf of, state or local governments. These institutions include facilities for individuals who are mentally ill and developmentally disabled, nursing homes, *juvenile correctional facilities, and adult jails and prisons*. Relative to jails and prisons, the act authorizes the U.S. Attorney General to conduct investigations and bring §1983 actions against state and local governments on behalf of prisoners and detainees. It starts with an investigation into constitutional or federal code violations. If any violation of law exists, the DOJ attempts to negotiate a settlement. If negotiation fails, then the DOJ may sue.

The objective is to reform conditions of confinement and/or practices in state and local institutions to bring them into compliance with minimum constitutional standards. Under the act, the Attorney General may investigate any allegation that would amount to a constitutional or federal code violation including:

- Unsanitary conditions
- Fire safety violations
- Mental health care of inmates and pre-trial detainees
- Excessive force
- Lack of due process in prison disciplinary matters
- Access to courts
- Unreasonable searches (e.g. cross-gender strip searches in view of others)
- Adequacy of medical care
- Unequal treatment (based on gender, religion, race, etc.)
- Claims of sexual abuse of women prisoners by staff and other inmates
- Failure to accommodate religious practices that do not threaten institutional security and order
- Etc.

## XV. The Prison Rape Elimination Act (PREA); privacy/security/access to records (D2.8.6)

A. The below is excerpted from the National Sheriff's Association's website:

### What is PREA?

*The Prison Rape Elimination Act (PREA) of 2003 is a federal law established to address the elimination and prevention of sexual assault and rape in correctional systems. PREA applies to all federal, state, and local prisons, jails, police lock-ups, private facilities, and community settings such as residential facilities. The major provisions of PREA are to:*

- *Develop standards for detection, prevention, reduction, and punishment of prison rape*
- *Collect and disseminate information on the incidence of prison rape*

US0015254

JA1190

- *Award grants and technical assistance to help state governments implement the Act*

**How Does PREA Apply to Jails?**

*PREA seeks to insure that jails and other correctional settings protect inmates from sexual assault, sexual harassment, "consensual sex" with employees, and inmate-inmate sexual assault. These violations affect security and staff safety, and pose long-term risks to inmates and staff inside jails, and to the public when victimized inmates are released into the community....* ***PREA requires jails to keep data regarding inmate-inmate sexual assaults,*** **nonconsensual sexual acts, and staff sexual misconduct.**

B. Correctional officers may be involved in receiving, reporting, and/or investigating complaints of the sexual victimization of an inmate. Such officers should adhere strictly to all relevant agency guidelines in performing duties related to a complaint of a sexual offense, and to the extent possible, **maintain the confidentiality of the victim's identity and of the circumstances of the event itself. (D 2.8.6)**

**XVI.  List preventive measures and defenses against liability suits          (D2.4.6, C2.4.6, P2.4.2)**

  A.     Preventive measures

  (1)     Document events promptly and thoroughly

  (2)     Know and follow your agency's general orders/directives/standard operating procedures

  (3)     Seek supervisor's advice, when appropriate

  (4)     Use common sense and act reasonably under the circumstances

  B.     Defenses

  (1)     Followed general orders/directives/Standard Operating Procedures

  (2)     Reliance upon an attorney's advice ("Newt Gingrich Defense")

  (3)     "Good Faith"

  (a)     will not apply where officer knew or should have known of illegality of his action

  (b)     good faith will not apply where officer intentionally and maliciously violated inmate's rights.

  (4)     Procedural – the method used to file suit does not comply with the requirements of the law that dictate the methods that should be used.

  (5)     Substantive defenses
  - It **did not happen** at all (plaintiff is lying)
  - It happened, but it was **very different** from the way the plaintiff claims it occurred

US0015255

JA1191

- **It happened** as the plaintiff says it did, **but** the defendant's **actions are lawful** (plaintiff thinks that there was a wrongful act, but is incorrect); this is termed, "failure to state a claim"
- It happened, there was a wrongful act, but there was **no harm** to the plaintiff
- It happened, but the **defendant was not involved** (sued the wrong person)

C. **Ignorance of a change in the law is not a defense against civil liability.**

**XVII. Important civil terms regarding jail/detention staff (D2.4.9.1, C2.4.9.1, P2.4.5.1, D2.4.9.2, C2.4.9.2, P2.4.5.2)**

A. Writ of **habeas corpus:** Latin for "You have the body"; An order to bring a person before the court to determine if his/her detention is lawful. **(D2.4.9.1, C2.4.9.1, P2.4.5.1)**

B. Writ of **mandamus:** An order from a higher court commanding a lower court, an official or other person to perform a duty owed to some other person.

C. Writ of **prohibition:** An order from a higher court commanding an inferior court, an official or other person to refrain from doing something that oversteps their authority

D. **Injunction:** A court order prohibiting someone from doing, or requiring someone to do a specified act

E. **Contempt of court:** Willful disobedience or open disrespect of a court such as: refusing to comply with a court order; disrespectful or disruptive conduct in court. There are many ways to be in contempt of court. For example, in the Code of Virginia, in §16.1-278.16, a person may be held in civil contempt for failing to comply with spousal or child support obligations, and a court may sentence a person for up to 12 months. **(D2.4.9.2, C2.4.9.2, P2.4.5.2)**

**XVIII.** **Potential areas for civil liability claims & case discussion.** (Note: Any of the below could be CRIPA investigation if there is a pattern or practice of such violations.)

A. Disciplinary procedures: Possible due process or equal protection claims (14th Am)
B. Living conditions of jail: Possible cruel and unusual punishment claims (8th Am)
C. Mail, visitation, religion (diet, meetings, access to clergy): Possible First Amendment claims
D. Access to courts, law library, jailhouse lawyers (14th Am)
E. Release procedures: Possible action for false imprisonment (either as a state claim or a federal habeus corpus petition if not released when appropriate)
F. Use of excessive force (8th Amendment as to prisoners; 14th Am as to pre-trial detainees)
G. Failure to protect inmates from injury
    1. Possible claim of simple negligence, if accidental
    2. Possible claim of gross negligence if officer creates situation where injury is likely to result

US0015256

JA1192

3. Possible claim of intentional tort if intentional
4. Possible 8th Amendment claims:
   - If officials are deliberately indifferent to known conditions amounting to "cruel and unusual punishment" that contribute to violence;
   - **Deliberate indifference** to the risk: Officers are aware of significant risk to an inmate and fail to act reasonably to prevent the harm
   - Officer attacks an inmate (Johnson v. Glick)

*Davidson v. Cannon,* 474 U.S. 344 (1986)

When threatened by a fellow inmate in the New Jersey State Prison, petitioner sent a note reporting the incident to respondent Assistant Superintendent of the prison, who read the note and sent it to respondent Corrections Sergeant, who, while informed of its contents, did not read it or notify other officers of the threat and forgot about it by the time he went off duty. Two days later the inmate attacked petitioner and inflicted serious injuries. Petitioner then brought a damages action against respondents in Federal District Court under 42 U.S.C. § 1983, claiming that they had violated his rights under, *inter alia*, the Fourteenth Amendment by negligently failing to protect him from the other inmate. After a bench trial, the District Court awarded damages, holding that petitioner was deprived of his liberty interest in personal security as a result of respondents' negligence and that such deprivation was without due process because of a New Jersey statute that protects prison officials from liability for injuries caused by one prisoner to another. The Court of Appeals reversed.

*Held*: Mere negligence will not give rise to a constitutional violation; it requires a showing of deliberate indifference.

*Daniels V. Williams,* 474 U.S. 327 (1986) (slip on a pillow case)

Petitioner brought an action in Federal District Court under 42 U.S.C. § 1983, seeking to recover damages for injuries allegedly sustained when, while an inmate in a Richmond, Virginia, jail, he slipped on a pillow negligently left on a stairway by respondent sheriff's deputy. Petitioner contends that such negligence deprived him of his "liberty" interest in freedom from bodily injury "without due process of law" within the meaning of the Due Process Clause of the Fourteenth Amendment. The District Court granted respondent's motion for summary judgment, and the Court of Appeals affirmed.

*Held*: The Due Process Clause is not implicated by a state official's *negligent* act causing unintended loss of or injury to life, liberty, or property. The Due Process Clause was intended to secure an individual from an abuse of power by government officials. Far from an abuse of power, lack of due care, such as respondent's alleged negligence here, suggests no more than a failure to measure up to the conduct of a reasonable person.

US0015257

JA1193

H.  Failure to provide adequate medical care: 8th amendment claim if failure was due to "deliberate indifference to serious medical needs"- <u>Estelle v. Gamble,</u> 429 U.S. 97 (1976)

Facts: 11/9 Gamble injured while performing prison work assignment (Blad of cotton fell on him). Checked by medical unit, Dx with lower back strain by Dr. and treated with pain med and remain in cell (no work). 12/3 checked and cleared for light work. Gamble: "too much pain" – refused to work. Went back and forth for a while, by January, Gamble cleared. Gamble still claimed he could not work. As a result placed in solitary confinement. The chest pains developed. Soon after filed claim cruel and unusual punishment. Court: medical doctor did all he could; sent case back to consider claim against other prison officials.

US0015258

JA1194

# Civil Liability

- The legal consequences of an unlawful act
- Which results in harm to a person and
- Exposes the correctional officer to paying monetary damages and/or to being required by a court to do/stop doing something.

GOVERNMENT'S
EXHIBIT NO. 33
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0064881

JA1195

# 42 USC §1983

- Plaintiff is citizen or other person claiming deprivation of Constitutional or federal statutory right

- "State action" is required (state or local gov't official, or municipality is sued)

- If plaintiff wins, can get attorneys fees!

US0064885

JA1196

# "Good Faith" Defense

Good faith defense doesn't work when:

1. Clearly established right (officer *knew or should have known* conduct would violate person's rights)

2. Officer acted with malice

US0064887

JA1197

# 18 U.S.C. §242

- The criminal counterpart to §1983
- State actor
- Deprives anyone of Constitutional or federal statutory rights
- Fined and or imprisoned for not more than 1 yr/10 yrs/life.

US0064889

JA1198

# Prevention!

- Good record keeping – document!
- Know and follow general orders, etc.
- When in doubt, ask!
- Act reasonably under the circumstances
- Use common sense!

US0064897



GOVERNMENT'S
EXHIBIT NO. 41-A
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0107585

JA1200



GOVERNMENT'S
EXHIBIT NO. 41-B
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0107586

JA1201



GOVERNMENT'S
EXHIBIT NO. 41-C
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

US0107581

US0107589



GOVERNMENT'S
EXHIBIT NO. 41-D
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA1203

JA1204

# TRAFFIC VIOLATION WARNING

Date: 9/7/2019                                                      Time: 02:22

| License Number: 3738384 | | State: DC | Class: D |
| --- | --- | --- | --- |

Name: C████ ████ C██████

Address: 81 O ST NW

| City: WASHINGTON | | State: DC | Zip: 20001 |
| --- | --- | --- | --- |

| Height: 503 | Weight: 135 | Race: BLACK | Sex: F | DOB: ████ |
| --- | --- | --- | --- | --- |

| Vehicle Reg: FD0120 | | State: DC | |
| --- | --- | --- | --- |

| Year: 2011 | Make: KIA | Model: PUT | Color: BLACK |
| --- | --- | --- | --- |

Location: SHERIFF RD/ ADDISON RD

| County: PRINCE GEORGE'S - 16 | Patrol Area: 0 | Arrest Type: A |
| --- | --- | --- |

You have received a WARNING for the following violation(s):

**1** FAIRMOUNT9359000300W

This is a traffic violation warning for the charge listed to the left
Please drive safely

TA - 13-411(f) DISPLAYING EXPIRED REGISTRATION PLATE ISSUED BY ANY STATE

**2** FAIRMOUNT9359000301W

This is a traffic violation warning for the charge listed to the left
Please drive safely

TA - 17-107(a1) KNOWINGLY DRIVING UNINSURED VEHICLE

**3** FAIRMOUNT9359000302W

This is a traffic violation warning for the charge listed to the left
Please drive safely

TA - 21-201(a1) DRIVER FAILURE TO OBEY PROPERLY PLACED TRAFFIC CONTROL DEVICE INSTRUCTIONS

**4** FAIRMOUNT9359000303W

This is a traffic violation warning for the charge listed to the left
Please drive safely

TA - 17-104.2(b2) FAILURE OF MV OPER TO PRESENT EVIDENCE OF REQUIRED SECURITY ON REQUEST OF A LAW ENFORCEMENT OFFICER

Officer's Signature: _M. Vander_____

Officer's Name: M. Vanderpool                        ID Number: 9359

## THE FAIRMOUNT HEIGHTS POLICE DEPARTMENT

This is a warning. There are no fines or points associated with this violation.

YOU HAVE RECEIVED A WARNING FROM
THE FAIRMOUNT HEIGHTS POLICE DEPARTMENT

GOVERNMENT'S
EXHIBIT NO. 42
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

MV - 00218

 **Google** Maps

**1309 Oates St, Capitol Heights, MD 20743 to Fairmount Heights: Police Department, 6100 Jost St, Fairmount Heights, MD 20743**

Drive 0.7 mile, 3 min

Tino's to Sheriff/Addison to FHPD



Imagery ©2024 Airbus, Maxar Technologies, Map data ©2024     500 ft

🚗     **via Huskwood Ave and Sheriff Rd**     **3 min**

3 min without traffic            0.7 mile

## Explore nearby Fairmount Heights: Police Department



Restaurants    Hotels    Gas stations   Parking Lots    More

GOVERNMENT'S
EXHIBIT NO. 43
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

**JA1205**



# Extraction Report - Google Android Generic



## Timeline (99)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Locations | | | Yes | 9/7/2019 02:30:02 AM | | (38.844647, -76.855737)<br>**Location info:**<br>(38.844647, -76.855737)<br>**Source:** Uber<br>**Source file:** data/Root/data/com.ubercab/databases/place _cache_db : 14866 / 0x3A12 (Size: 69632 bytes) | Carved: Yes |
| 2 | Locations | | | Yes | 9/7/2019 02:30:02 AM | | (38.844647, -76.855737)<br>**Location info:**<br>(38.844647, -76.855737)<br>**Source:** Uber<br>**Source file:** data/Root/data/com.ubercab/databases/place _cache_db-journal : 23614 / 0x5C3E (Size: 53864 bytes) | Carved: Yes |
| 3 | Call Log | Outgoing | | | 9/6/2019 11:23:31 PM(UTC-4) | **To:** 2022816776 Tino Tow (Kevin) | 00:00:12<br>**Source:**<br>**Source file:** data/Root/data/com.samsung.android.provider s.contacts/databases/calllog.db-wal : 2964668 / 0x2D3CBC (Table: calls; Size: 5825712 bytes) | |
| 4 | Instant Messages | Incoming | | | 9/6/2019 11:36:20 PM(UTC-4) | **From:** +17573905278 Vee (Dispatcher) | ?<br>**Source:**<br>**Source file:** data/Root/user_de/0/com.android.providers.tel ephony/databases/mmssms.db : 9164402 / 0x8BD672 (Table: sms; Size: 10813440 bytes) | |
| 4(1) | Instant Messages | Incoming | | | 9/6/2019 11:36:20 PM(UTC-4) | **From:** +17573905278 Vee (Dispatcher) | ?<br>**Source:**<br>**Source file:** data/Root/data/com.google.android.gms/datab ases/icing_mmssms.db : 1931073 / 0x1D7741 (Table: mmssms; Size: 2256896 bytes) | |
| 4(2) | Instant Messages | Incoming | | | 9/6/2019 11:36:20 PM(UTC-4) | **From:** 7573905278 Vee (Dispatcher) | ?<br>**Source:**<br>**Source file:** data/Root/data/com.samsung.android.messag ing/databases/message_content.db : 5360039 / 0x51C9A7 (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messag ing/databases/message_content.db-wal : 1534499 / 0x176A23 (Table: recipients; Size: 5236552 bytes) | |
| 5 | Web History | | | | 9/6/2019 11:46:33 PM(UTC-4) [Last Visited] | | Section 10-201 - Disturbing the public peace and disorderly conduct. :: 2010 Maryland Code :: US Codes and Statutes :: US Law :: Justia<br>**Source:** Chrome<br>**Source file:** data/Root/data/com.android.chrome/app_chro me/Default/History : 173976 / 0x2A798 (Table: visits, urls; Size: 9830400 bytes) | |
| 6 | Instant Messages | Incoming | | | 9/7/2019 12:19:02 AM(UTC-4) | **From:** +17573905278 Vee (Dispatcher) | be safe. Goodnight<br>**Source:**<br>**Source file:** data/Root/user_de/0/com.android.providers.tel ephony/databases/mmssms.db : 9164256 / 0x8BD5E0 (Table: sms; Size: 10813440 bytes) | |
| 6(1) | Instant Messages | Incoming | | | 9/7/2019 12:19:02 AM(UTC-4) | **From:** +17573905278 Vee (Dispatcher)<br>**To:** +13016584354 (owner) | be safe. Goodnight<br>**Source:** IMS Service<br>**Source file:** data/Root/user_de/0/com.sec.imsservice/data bases/cloudmessagebuffertable.db : 4147606 / 0x3F4996 (Table: sms; Size: 4808704 bytes) | |
| 6(2) | Instant Messages | Incoming | | | 9/7/2019 12:19:02 AM(UTC-4) | **From:** +17573905278 Vee (Dispatcher) | be safe. Goodnight<br>**Source:**<br>**Source file:** data/Root/data/com.google.android.gms/datab ases/icing_mmssms.db : 1930975 / 0x1D76DF (Table: mmssms; Size: 2256896 bytes) | |

GOVERNMENT'S EXHIBIT NO. 44<br>CASE NO. DLB-23-234<br>IDENTIFICATION:<br>ADMITTED:

1

**JA1206**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6(3) | Instant Messages | Incoming | | | 9/7/2019 12:19:02 AM(UTC-4) | From: 7573905278 Vee (Dispatcher) | be safe. Goodnight<br>**Source:**<br>**Source file:** data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5359899 / 0x51C91B (Table: messages, parts; Size: 6316032 bytes) data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1534499 / 0x176A23 (Table: recipients; Size: 5236552 bytes) | |
| 7 | Call Log | Outgoing | | | 9/7/2019 12:31:35 AM(UTC-4) | To: 2407436983 Dupree (FHPD) | 00:00:08<br>**Source:**<br>**Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2964191 / 0x2D3ADF (Table: calls; Size: 5825712 bytes) | |
| 8 | Call Log | Incoming | | | 9/7/2019 12:32:21 AM(UTC-4) | From: +12407436983 Dupree (FHPD) | 00:00:47<br>**Source:**<br>**Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2963581 / 0x2D387D (Table: calls; Size: 5825712 bytes) | |
| 9 | Call Log | Incoming | | | 9/7/2019 01:03:08 AM(UTC-4) | From: +12022767608 Mommy | 00:00:00<br>**Source:**<br>**Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2970262 / 0x2D5296 (Table: calls; Size: 5825712 bytes) | |
| 10 | Instant Messages | Incoming | | | 9/7/2019 01:04:03 AM(UTC-4) | From: +12022767608 Mommy | The pasta & shrimp is the bomb<br>**Source:**<br>**Source file:** data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9164103 / 0x8BD547 (Table: sms; Size: 10813440 bytes) | |
| 10(1) | Instant Messages | Incoming | | | 9/7/2019 01:04:03 AM(UTC-4) | From: +12022767608 Mommy To: +13016584354 (owner) | The pasta & shrimp is the bomb<br>**Source:** IMS Service<br>**Source file:** data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4147447 / 0x3F48F7 (Table: sms; Size: 4808704 bytes) | |
| 10(2) | Instant Messages | Incoming | | | 9/7/2019 01:04:03 AM(UTC-4) | From: +12022767608 Mommy | The pasta & shrimp is the bomb<br>**Source:**<br>**Source file:** data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1930871 / 0x1D7677 (Table: mmssms; Size: 2256896 bytes) | |
| 10(3) | Instant Messages | Incoming | | | 9/7/2019 01:04:03 AM(UTC-4) | From: 2024605871 Dad | The pasta & shrimp is the bomb<br>**Source:**<br>**Source file:** data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5359759 / 0x51C88F (Table: messages, parts; Size: 6316032 bytes) data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1535708 / 0x176EDC (Table: recipients; Size: 5236552 bytes) | |
| 11 | Call Log | Incoming | | | 9/7/2019 01:06:24 AM(UTC-4) | From: +12407436983 Dupree (FHPD) | 00:00:00<br>**Source:**<br>**Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2966802 / 0x2D4512 (Table: calls; Size: 5825712 bytes) | |
| 12 | Instant Messages | Outgoing | | | 9/7/2019 01:09:10 AM(UTC-4) | From: +13016584354 (owner) To: +12022767608 Mommy | Ima have some<br>**Source:** IMS Service<br>**Source file:** data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4147324 / 0x3F487C (Table: sms; Size: 4808704 bytes) | |
| 13 | Instant Messages | Outgoing | | | 9/7/2019 01:09:10 AM(UTC-4) | From: 13016584354 (owner) To: +12022767608 Mommy | Ima have some<br>**Source:** IMS Service<br>**Source file:** data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2616474 / 0x27EC9A (Table: message, session; Size: 3084288 bytes) | |
| 13(1) | Instant Messages | Outgoing | | | 9/7/2019 01:09:11 AM(UTC-4) | To: +12022767608 Mommy | Ima have some<br>**Source:**<br>**Source file:** data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1930784 / 0x1D7620 (Table: mmssms; Size: 2256896 bytes) | |
| 13(2) | Instant Messages | Outgoing | | | 9/7/2019 01:09:11 AM(UTC-4) | To: +12022767608 Mommy, To: 2024605871 Dad | Ima have some<br>**Source:**<br>**Source file:** data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5359611 / 0x51C7FB (Table: messages, parts; Size: 6316032 bytes) data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1535708 / 0x176EDC (Table: recipients; Size: 5236552 bytes) | |

JA1207

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13(3) | Instant Messages | Outgoing | | | 9/7/2019 01:09:11 AM(UTC-4) | To: +12022767608 Mommy | Ima have some<br>**Source:**<br>**Source file:**<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9163985 / 0x8BD4D1 (Table: sms; Size: 10813440 bytes) | |
| 14 | Call Log | Outgoing | | | 9/7/2019 01:10:09 AM(UTC-4) | To: 2022816776 Tino Tow (Kevin) | 00:00:15<br>**Source:**<br>**Source file:**<br>data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2968865 / 0x2D4D21 (Table: calls; Size: 5825712 bytes) | |
| 15 | Instant Messages | Incoming | | | 9/7/2019 01:12:25 AM(UTC-4) | From: +12022767608 Mommy | You coming tonight<br>**Source:**<br>**Source file:**<br>data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9163845 / 0x8BD445 (Table: sms; Size: 10813440 bytes) | |
| 15(1) | Instant Messages | Incoming | | | 9/7/2019 01:12:25 AM(UTC-4) | From: +12022767608 Mommy<br>To: +13016584354 (owner) | You coming tonight<br>**Source:** IMS Service<br>**Source file:**<br>data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4147178 / 0x3F47EA (Table: sms; Size: 4808704 bytes) | |
| 15(2) | Instant Messages | Incoming | | | 9/7/2019 01:12:25 AM(UTC-4) | From: +12022767608 Mommy | You coming tonight<br>**Source:**<br>**Source file:**<br>data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1930691 / 0x1D75C3 (Table: mmssms; Size: 2256896 bytes) | |
| 15(3) | Instant Messages | Incoming | | | 9/7/2019 01:12:25 AM(UTC-4) | From: 2024605871 Dad | You coming tonight<br>**Source:**<br>**Source file:**<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5361623 / 0x51CFD7 (Table: messages, parts; Size: 6316032 bytes)<br>data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1535708 / 0x176EDC (Table: recipients; Size: 5236552 bytes) | |
| 16 | Call Log | Outgoing | | | 9/7/2019 01:20:12 AM(UTC-4) | To: 2022816776 Tino Tow (Kevin) | 00:00:30<br>**Source:**<br>**Source file:**<br>data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2968402 / 0x2D4B52 (Table: calls; Size: 5825712 bytes) | |
| 17 | Web History | | | | 9/7/2019 01:21:17 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 173817 / 0x2A6F9 (Table: visits, urls; Size: 9830400 bytes) | |
| 18 | Web History | | | | 9/7/2019 01:21:17 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 173850 / 0x2A71A (Table: visits, urls; Size: 9830400 bytes) | |
| 19 | Web History | | | | 9/7/2019 01:21:17 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 173883 / 0x2A73B (Table: visits, urls; Size: 9830400 bytes) | |
| 20 | Web History | | | | 9/7/2019 01:21:17 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 173916 / 0x2A75C (Table: visits, urls; Size: 9830400 bytes) | |
| 21 | Web History | | | | 9/7/2019 01:21:17 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 173784 / 0x2A6D8 (Table: visits, urls; Size: 9830400 bytes) | |
| 22 | Web History | | | | 9/7/2019 01:21:17 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 173948 / 0x2A77C (Table: visits, urls; Size: 9830400 bytes) | |
| 23 | Web History | | | | 9/7/2019 01:21:18 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 173758 / 0x2A6BE (Table: visits, urls; Size: 9830400 bytes) | |

JA1208

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | Web History | | | | 9/7/2019 01:21:19 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 173729 / 0x2A6A1 (Table: visits, urls; Size: 9830400 bytes) | |
| 25 | Web History | | | | 9/7/2019 01:25:24 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 175580 / 0x2ADDC (Table: visits, urls; Size: 9830400 bytes) | |
| 26 | Web History | | | | 9/7/2019 01:25:24 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 173703 / 0x2A687 (Table: visits, urls; Size: 9830400 bytes) | |
| 27 | Web History | | | | 9/7/2019 01:25:25 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 173676 / 0x2A66C (Table: visits, urls; Size: 9830400 bytes) | |
| 28 | Web History | | | | 9/7/2019 01:25:26 AM(UTC-4) [Last Visited] | | AOL Mail<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 175551 / 0x2ADBF (Table: visits, urls; Size: 9830400 bytes) | |
| 29 | Web History | | | | 9/7/2019 01:25:38 AM(UTC-4) [Last Visited] | | Facebook - Log In or Sign Up<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 175522 / 0x2ADA2 (Table: visits, urls; Size: 9830400 bytes) | |
| 30 | Web History | | | | 9/7/2019 01:25:47 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Disclaimer<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 175462 / 0x2AD66 (Table: visits, urls; Size: 9830400 bytes)<br>data/Root/data/com.android.chrome/cache/Cache/30879aa93e89df6c_0 : 72 / 0x48 (Size: 8445 bytes) | |
| 31 | Web History | | | | 9/7/2019 01:25:47 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Disclaimer<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 175496 / 0x2AD88 (Table: visits, urls; Size: 9830400 bytes) | |
| 32 | Web History | | | | 9/7/2019 01:25:54 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Criteria<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 175429 / 0x2AD45 (Table: visits, urls; Size: 9830400 bytes) | |
| 33 | Autofill | | | | 9/7/2019 01:26:34 AM(UTC-4) | | middleName : Andrea sandra<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/Web Data : 433108 / 0x69BD4 (Table: autofill; Size: 720896 bytes) | |
| 34 | Autofill | | | | 9/7/2019 01:26:34 AM(UTC-4) | | firstName : Rayna<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/Web Data : 433145 / 0x69BF9 (Table: autofill; Size: 720896 bytes) | |
| 35 | Autofill | | | | 9/7/2019 01:26:34 AM(UTC-4) | | lastName : Stewart<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/Web Data : 433185 / 0x69C21 (Table: autofill; Size: 720896 bytes) | |
| 36 | Web History | | | | 9/7/2019 01:26:34 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Results<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 175397 / 0x2AD25 (Table: visits, urls; Size: 9830400 bytes) | |
| 37 | Autofill | | | | 9/7/2019 01:26:42 AM(UTC-4) | | middleName : ANDREA<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/Web Data : 433054 / 0x69B9E (Table: autofill; Size: 720896 bytes) | |
| 38 | Web History | | | | 9/7/2019 01:26:42 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Results<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/History : 175364 / 0x2AD04 (Table: visits, urls; Size: 9830400 bytes) | |
| 39 | Autofill | | | | 9/7/2019 01:26:54 AM(UTC-4) | | middleName : Sandra<br>**Source:** Chrome<br>**Source file:**<br>data/Root/data/com.android.chrome/app_chrome/Default/Web Data : 433011 / 0x69B73 (Table: autofill; Size: 720896 bytes) | |

4

JA1209

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 40 | Web History | | | | 9/7/2019 01:26:54 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Results **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175331 / 0x2ACE3 (Table: visits, urls; Size: 9830400 bytes) | |
| 41 | Autofill | | | | 9/7/2019 01:27:24 AM(UTC-4) | | middleName : Andrea **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/Web Data : 432931 / 0x69B23 (Table: autofill; Size: 720896 bytes) | |
| 42 | Autofill | | | | 9/7/2019 01:27:24 AM(UTC-4) | | firstName : RAYNNA **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/Web Data : 432970 / 0x69B4A (Table: autofill; Size: 720896 bytes) | |
| 43 | Web History | | | | 9/7/2019 01:27:25 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Results **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175298 / 0x2ACC2 (Table: visits, urls; Size: 9830400 bytes) | |
| 44 | Autofill | | | | 9/7/2019 01:27:34 AM(UTC-4) [Last used date] | | middleName : Sandra **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/Web Data : 433011 / 0x69B73 (Table: autofill; Size: 720896 bytes) | |
| 45 | Web History | | | | 9/7/2019 01:27:34 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Results **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175265 / 0x2ACA1 (Table: visits, urls; Size: 9830400 bytes) | |
| 46 | Web History | | | | 9/7/2019 01:28:01 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Results **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175232 / 0x2AC80 (Table: visits, urls; Size: 9830400 bytes) | |
| 47 | Autofill | | | | 9/7/2019 01:28:43 AM(UTC-4) | | middleName : Andrea SANDRA **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/Web Data : 432891 / 0x69AFB (Table: autofill; Size: 720896 bytes) | |
| 48 | Web History | | | | 9/7/2019 01:28:43 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Results **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175199 / 0x2AC5F (Table: visits, urls; Size: 9830400 bytes) | |
| 49 | Web History | | | | 9/7/2019 01:29:01 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Results **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175166 / 0x2AC3E (Table: visits, urls; Size: 9830400 bytes) | |
| 50 | Autofill | | | | 9/7/2019 01:29:39 AM(UTC-4) | | firstName : RAYNNA ANDREA SANDRA **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/Web Data : 432837 / 0x69AC5 (Table: autofill; Size: 720896 bytes) | |
| 51 | Web History | | | | 9/7/2019 01:29:39 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Results **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175133 / 0x2AC1D (Table: visits, urls; Size: 9830400 bytes) | |
| 52 | Autofill | | | | 9/7/2019 01:29:51 AM(UTC-4) | | firstName : RAYNNA **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/Web Data : 432255 / 0x6987F (Table: autofill; Size: 720896 bytes) | |
| 53 | Web History | | | | 9/7/2019 01:29:51 AM(UTC-4) [Last Visited] | | Maryland Judiciary Case Search Results **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 176113 / 0x2AFF1 (Table: visits, urls; Size: 9830400 bytes) | |
| 54 | Call Log | Outgoing | | | 9/7/2019 01:32:49 AM(UTC-4) | **To:** 2022816776 Tino Tow (Kevin) | 00:00:57 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2967939 / 0x2D4983 (Table: calls; Size: 5825712 bytes) | |
| 55 | Call Log | Incoming | | | 9/7/2019 01:37:54 AM(UTC-4) | **From:** +12022816776 Tino Tow (Kevin) | 00:00:00 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2967533 / 0x2D47ED (Table: calls; Size: 5825712 bytes) | |

JA1210

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 56 | Call Log | Outgoing | | | 9/7/2019 01:38:52 AM(UTC-4) | To: +12022816776 Tino Tow (Kevin) | 00:00:07 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2974317 / 0x2D626D (Table: calls; Size: 5825712 bytes) | |
| 57 | Call Log | Outgoing | | | 9/7/2019 01:39:17 AM(UTC-4) | To: 2022816776 Tino Tow (Kevin) | 00:00:00 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2973853 / 0x2D609D (Table: calls; Size: 5825712 bytes) | |
| 58 | Call Log | Outgoing | | | 9/7/2019 01:39:48 AM(UTC-4) | To: 2022942950 Tino (Towing) | 00:00:05 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2973402 / 0x2D5EDA (Table: calls; Size: 5825712 bytes) | |
| 59 | Call Log | Outgoing | | | 9/7/2019 01:40:59 AM(UTC-4) | To: 2022942950 Tino (Towing) | 00:00:15 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2972951 / 0x2D5D17 (Table: calls; Size: 5825712 bytes) | |
| 60 | Call Log | Outgoing | | | 9/7/2019 01:43:41 AM(UTC-4) | To: 2022816776 Tino Tow (Kevin) | 00:01:14 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2972488 / 0x2D5B48 (Table: calls; Size: 5825712 bytes) | |
| 61 | Call Log | Incoming | | | 9/7/2019 01:47:34 AM(UTC-4) | From: +12022942950 Tino (Towing) | 00:00:00 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2972094 / 0x2D59BE (Table: calls; Size: 5825712 bytes) | |
| 62 | Call Log | Outgoing | | | 9/7/2019 01:48:39 AM(UTC-4) | To: 2022816776 Tino Tow (Kevin) | 00:00:09 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2971630 / 0x2D57EE (Table: calls; Size: 5825712 bytes) | |
| 63 | Call Log | Incoming | | | 9/7/2019 01:49:30 AM(UTC-4) | From: +12022942950 Tino (Towing) | 00:00:25 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2971191 / 0x2D5637 (Table: calls; Size: 5825712 bytes) | |
| 64 | Call Log | Incoming | | | 9/7/2019 01:55:06 AM(UTC-4) | From: +12022942950 Tino (Towing) | 00:00:19 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2970751 / 0x2D547F (Table: calls; Size: 5825712 bytes) | |
| 65 | Call Log | Outgoing | | | 9/7/2019 02:19:40 AM(UTC-4) | To: +12022942950 Tino (Towing) | 00:00:20 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2978009 / 0x2D70D9 (Table: calls; Size: 5825712 bytes) | |
| 66 | Call Log | Incoming | | | 9/7/2019 02:24:04 AM(UTC-4) | From: +12407436983 Dupree (FHPD) | 00:00:10 **Source:** **Source file:** data/Root/data/com.samsung.android.providers.contacts/databases/calllog.db-wal : 2977542 / 0x2D6F06 (Table: calls; Size: 5825712 bytes) | |
| 67 | Images | | | | 9/7/2019 03:39:11 AM(UTC-4) [Created] | | -8656653530993127495.0 data/Root/media/0/Android/data/com.sec.android.gallery3d/cache/1/-8656653530993127495.0 : 0 / 0x0 (Size: 10748 bytes) | |
| 68 | Instant Messages | Outgoing | | | 9/7/2019 03:39:50 AM(UTC-4) | From: +13016584354 (owner) To: +12022767608 Mommy | Save me some **Source:** IMS Service **Source file:** data/Root/user_de/0/com.sec.imsservice/databases/cloudmessagebuffertable.db : 4147056 / 0x3F4770 (Table: sms; Size: 4808704 bytes) | |
| 69 | Instant Messages | Outgoing | | | 9/7/2019 03:39:50 AM(UTC-4) | From: 13016584354 (owner) To: +12022767608 Mommy | Save me some **Source:** IMS Service **Source file:** data/Root/user_de/0/com.sec.imsservice/databases/rcsim.db : 2616277 / 0x27EBD5 (Table: message, session; Size: 3084288 bytes) | |

JA1211

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 69(1) | Instant Messages | Outgoing | | | 9/7/2019 03:39:51 AM(UTC-4) | **To:** +12022767608 Mommy | Save me some **Source:** **Source file:** data/Root/data/com.google.android.gms/databases/icing_mmssms.db : 1930605 / 0x1D756D (Table: mmssms; Size: 2256896 bytes) | |
| 69(2) | Instant Messages | Outgoing | | | 9/7/2019 03:39:51 AM(UTC-4) | **To:** +12022767608 Mommy, **To:** 2024605871 Dad | Save me some **Source:** **Source file:** data/Root/data/com.samsung.android.messaging/databases/message_content.db : 5361335 / 0x51CEB7 (Table: messages, parts; Size: 6316032 bytes) data/Root/data/com.samsung.android.messaging/databases/message_content.db-wal : 1535708 / 0x176EDC (Table: recipients; Size: 5236552 bytes) | |
| 69(3) | Instant Messages | Outgoing | | | 9/7/2019 03:39:51 AM(UTC-4) | **To:** +12022767608 Mommy | Save me some **Source:** **Source file:** data/Root/user_de/0/com.android.providers.telephony/databases/mmssms.db : 9163728 / 0x8BD3D0 (Table: sms; Size: 10813440 bytes) | |
| 70 | Web History | | | | 9/7/2019 03:40:05 AM(UTC-4) [Last Visited] | | AOL Mail **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175956 / 0x2AF54 (Table: visits, urls; Size: 9830400 bytes) | |
| 71 | Web History | | | | 9/7/2019 03:40:05 AM(UTC-4) [Last Visited] | | AOL Mail **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175989 / 0x2AF75 (Table: visits, urls; Size: 9830400 bytes) | |
| 72 | Web History | | | | 9/7/2019 03:40:05 AM(UTC-4) [Last Visited] | | AOL Mail **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 176022 / 0x2AF96 (Table: visits, urls; Size: 9830400 bytes) | |
| 73 | Web History | | | | 9/7/2019 03:40:05 AM(UTC-4) [Last Visited] | | AOL Mail **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 176055 / 0x2AFB7 (Table: visits, urls; Size: 9830400 bytes) | |
| 74 | Web History | | | | 9/7/2019 03:40:05 AM(UTC-4) [Last Visited] | | AOL Mail **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175923 / 0x2AF33 (Table: visits, urls; Size: 9830400 bytes) | |
| 75 | Web History | | | | 9/7/2019 03:40:05 AM(UTC-4) [Last Visited] | | AOL Mail **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 176087 / 0x2AFD7 (Table: visits, urls; Size: 9830400 bytes) | |
| 76 | Web History | | | | 9/7/2019 03:40:06 AM(UTC-4) [Last Visited] | | AOL Mail **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175897 / 0x2AF19 (Table: visits, urls; Size: 9830400 bytes) | |
| 77 | Web History | | | | 9/7/2019 03:40:07 AM(UTC-4) [Last Visited] | | AOL Mail **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175868 / 0x2AEFC (Table: visits, urls; Size: 9830400 bytes) | |
| 78 | Web History | | | | 9/7/2019 03:40:27 AM(UTC-4) [Last Visited] | | Tagged - The social network for meeting new people :) **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175780 / 0x2AEA4 (Table: visits, urls; Size: 9830400 bytes) | |
| 79 | Web History | | | | 9/7/2019 03:40:27 AM(UTC-4) [Last Visited] | | Tagged - The social network for meeting new people :) **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175811 / 0x2AEC3 (Table: visits, urls; Size: 9830400 bytes) | |
| 80 | Web History | | | | 9/7/2019 03:40:27 AM(UTC-4) [Last Visited] | | Tagged - The social network for meeting new people :) **Source:** Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 175842 / 0x2AEE2 (Table: visits, urls; Size: 9830400 bytes) | |

JA1212

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81 | Web History | | | | 9/7/2019 03:40:29 AM(UTC-4) [Last Visited] | | Tagged - The social network for meeting new people :) **Source**: Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 173088 / 0x2A420 (Table: visits, urls; Size: 9830400 bytes) | |
| 82 | Web History | | | | 9/7/2019 03:40:41 AM(UTC-4) [Last Visited] | | Meet Me - Tagged **Source**: Chrome **Source file:** data/Root/data/com.android.chrome/app_chrome/Default/History : 173058 / 0x2A402 (Table: visits, urls; Size: 9830400 bytes) | |

JA1213



# Prince George's County Public Safety Communications
# Incident Details

## Incident #: PP19011500001017

Incident Status: Closed status

Incident Date: 1/15/2019 12:20:26 PM

## Incident Information

| | | |
|---|---|---|
| Incident Type Code: **T** | Description: **TRAFFIC STOP** | |
| Call Received: | Created by: **178** | Console: **LED07** |
| Incident Created: **1/15/2019 12:20:26 PM** | Edited by: **020** | Console: **LED03** |
| Incident Closed: **1/15/2019 3:16:35 PM** | Call Source: **Field** | |
| Disposition: **700: W IMP** | Case Report #: **19-0002936** | |

## Associated Incidents

| Incident Number | Incident Type | Incident Created | Incident Closed | Created by | Console |
|---|---|---|---|---|---|

## Incident Location

| | | |
|---|---|---|
| Location: **BALSAMTREE DR / SHERIFF RD WB** | Apt: | Beat/RD: **G3/0305** |
| Location Name: | City: **CAPITOL HEIGHTS** | Municipality: **COUNTY** |
| Cross Streets: | Latitude: **38.90573196** | Longitude: **-76.91152622** |

## Caller Information

| | | |
|---|---|---|
| Caller Name: **NNAMANI OSITA TRAVIS** | Phone: | |
| Cell Site: | Lat/Long / | |
| Is Primary Caller: **False** | Contact? **No** | |

## Units Assigned

| Unit | Assigned | Arrived | Clear |
|---|---|---|---|
| FA3 | 1/15/2019 12:20:26 PM | 1/15/2019 12:20:26 PM | 1/15/2019 3:16:35 PM |

## Personnel

| Unit | Officer Id | Officer Name |
|---|---|---|
| FA3 | | |
| | PP/FA9359 | Vanderpool, Martique |

## Incident Comments

| Comment Date | User ID | Device Name | Comments |
|---|---|---|---|
| 1/15/2019 12:20:26 PM | 178 | LED07 | GRY CHEVY MONTE CARLO 1X NO 78 |

GOVERNMENT'S
EXHIBIT NO. 116
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA1214


### Incident #: PP19011500001017

| Comment Date | User ID | Device Name | Comments |
|---|---|---|---|
| 1/15/2019 12:22:55 PM | 178 | LED07 | LIC/61378E. LIY/2019/01. ISS/   / /.<br>CHARLES RICHARD HOLM , IVY JUNIPER SOLOMON<br>CUST ADDR: 1220 BLACK HEATH RD<br>     MIDLOTHIAN VA 23113<br>VEH  ADDR: 1220 BLACK HEATH RD<br>     MIDLOTHIAN VA 23113<br>VIN/1FADP3F28JL275886. VYR/2018. VMA/FORD.<br>VST/4D. SSN/T65408546 B69840489 .<br>*EXP/2019/01/27. WGT/0. REG STATUS/. PLT STATUS/ACTIVE. . .<br>VEH USE/. VEH DISP/.CUR VCO/.ORI VCO/WHI. DP/.<br>INTERLOCK/.VOA/.VOAT/. |
| 1/15/2019 12:31:09 PM | 216 | LED11 | VIN/2G1WX12K049200116<br><br>VYR/2004<br><br>VMA/CHEVROLET<br><br>VMO/MONTE CARLO<br><br>VST/2 DOOR<br><br>VTP/ |
| 1/15/2019 12:34:05 PM | 178 | LED07 | Pers 1\|NNAMANI, TRAVIS: N550802667782 |
| 1/15/2019 1:05:56 PM | 178 | LED07 | UNIT ID: PP/FA3<br>1AM (PP/FA3) |
| 1/15/2019 3:16:35 PM | 020 | LED03 | UNIT ID: PP/FA3<br>DISPO 700:W IMP |

## ADDRESS CHANGES

| Date | Time | User | From | To |
|---|---|---|---|---|

## PRIORITY CHANGES

| Date | Time | User | From | To |
|---|---|---|---|---|

## INCIDENT TYPES CHANGES

| Date | Time | User | From | To |
|---|---|---|---|---|

**End of Report**

JA1215

Auditing History:

Booking #143908

Printed

10/11/2024 11:57 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 1 of 6

## Auditing History

### Auditing

### Actions

| Action | Personnel | Organization | IP Address | Server Time Stamp |
|---|---|---|---|---|
| **Action Details** | | | | |

| Field Name | Old Value | New Value | | |
|---|---|---|---|---|
| **Close** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:53:23 PM |
| **Print** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:52:34 PM |
| **View** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:52:19 PM |
| **Save** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:50:35 PM |

| Field Name | Old Value | New Value |
|---|---|---|
| Rank | | FA |
| PGChargeGroup (1) >>> PGCJISClassCode | | 101 |
| PGChargeGroup (2) >>> PGCJISClassCode | | 107 |
| PGChargeGroup (3) >>> PGCJISClassCode | | 401 |
| PGChargeGroup (4) >>> PGCJISClassCode | | 703 |
| pgcBeat | | G3 |

| Action | Personnel | Organization | IP Address | Server Time Stamp |
|---|---|---|---|---|
| **Close** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:50:33 PM |
| **View** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:49:58 PM |
| **View** | **BAKER III, JOHN FRANCIS** | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 2/8/2022 1:03:21 PM |
| **View** | **BUIE, JASON** | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 6/15/2020 1:12:56 PM |

GOVERNMENT'S
EXHIBIT NO. 117
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA1216

Auditing History:
Booking #143908

Printed
10/11/2024 11:57 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 2 of 6

| View | BUIE, JASON | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 6/15/2020 1:12:41 PM |
|---|---|---|---|---|
| View | Admin | Global | ::1 | 5/2/2019 1:54:03 AM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 1:06:46 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:59:02 PM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 3:02:41 PM |
| Print | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:59:32 PM |
| Print | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:58:39 PM |
| Print | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:58:28 PM |
| Print | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:54:41 PM |
| Print | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:54:20 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:53:43 PM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:50:15 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:50:13 PM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY | 10.20.30.222 | 1/15/2019 2:50:13 PM |

JA1217

| POLICE | | | | |
|---|---|---|---|---|
| PGCWitness (1) >>> PGCWitnessName | | #9359, Vanderpool | | |
| PGCWitness (1) >>> PGCWitnessAddress | | 6100 Jost St | | |
| PGCWitness (1) >>> PGCWitnessCSZ | | Fairmount Heights, MD 20743 | | |
| PGCWitness (1) >>> PGCWitnessPhone | | (301) 883-9472 | | |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:49:25 PM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:49:25 PM |
| | Narrative | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered and the temporary registration did not belong to the vehicle he was operating. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed. | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I activated my emergency equipment (lights and siren) in attempts to conduct a traffic stop on this vehicle. The driver did not stop immediately but eventually stopped. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered and the temporary registration did not belong to the vehicle he was operating. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed. |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:48:08 PM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S | 10.20.30.222 | 1/15/2019 2:48:08 PM |

Auditing History:

Booking #143908

Printed

10/11/2024 11:57 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 4 of 6

| COUNTY POLICE | | |
|---|---|---|
| PGHowLongAtCurrentAddress | | Refused to answer |
| PGAreYouEmployed | | Refused |
| PGMaritalStatusBooking | | Refused to answer |
| PGDoYouHaveChildren | | Refused |
| PGWhereYouInMilitary | | Refused |
| PGHaveAccessToFirearms | | Refused |
| PGTakingAnyMedications | | Yes |
| PGHighestLevelEducation | | Refused to answer |
| PGPetsAtResidence | | Refused |
| PGDidAresteeAttemptToFlee | | No |
| PGFamilyMemberHideArrestee | | No |
| PGIsArresteeOnDrugsAlcohol | | No |
| PGSpecifyMedsBooking | | N/A |

| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:47:01 PM |
|---|---|---|---|---|
| Narrative | | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed. | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered and the temporary registration did not belong to the vehicle he was operating. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed. |

JA1219

| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:47:01 PM |
|---|---|---|---|---|
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:44:49 PM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:44:49 PM |

| Narrative | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered. | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed. |
|---|---|---|

| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:38:42 PM |
|---|---|---|---|---|
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:38:42 PM |

| Narrative | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing |
|---|---|---|

JA1220

| | | | | |
|---|---|---|---|---|
| | to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. | | to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered. | |
| **View** | **Vanderpool, Martique** | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:34:26 PM |
| **Save** | **Vanderpool, Martique** | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:34:23 PM |

| Court | | Prince George's County District Court - Hyattsville |
|---|---|---|
| CourtAddress | | 4990 Rhode Island Avenue |
| CourtCSZ | | Hyattsville, MD 20781 |
| VulnerableAdult | | No |
| DomesticViolence | | No |
| HateCrime | | No |
| ChildAbuse | | No |
| Narrative | | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. |

| | | | | |
|---|---|---|---|---|
| **View** | **Vanderpool, Martique** | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:30:03 PM |
| **Create** | **Vanderpool, Martique** | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:30:03 PM |

JA1221

## Auditing History

### Auditing

### Actions

| Action | Personnel | Organization | IP Address | Server Time Stamp |
|--------|-----------|--------------|------------|-------------------|

#### Action Details

| Field Name | Old Value | New Value |
|-----------|-----------|-----------|

| Action | Personnel | Organization | IP Address | Server Time Stamp |
|--------|-----------|--------------|------------|-------------------|
| Close | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:56:48 PM |
| Print | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:56:20 PM |
| Print | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:56:05 PM |
| View | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:56:04 PM |
| Save | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:56:02 PM |

| Field Name | Old Value | New Value |
|-----------|-----------|-----------|
| PGCNCICStolenCheckComplete | | No |
| pgcBeat | | G3 |

| Action | Personnel | Organization | IP Address | Server Time Stamp |
|--------|-----------|--------------|------------|-------------------|
| View | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:53:27 PM |
| Close | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:49:55 PM |
| Print | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:49:40 PM |
| View | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:49:30 PM |
| Save | Administrator, 3225 | PRINCE GEORGE'S COUNTY | 10.17.103.149 | 10/8/2024 2:49:30 PM |

GOVERNMENT'S EXHIBIT NO. 118
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA1222

Auditing History:  
Impound #42865

Printed  
10/12/2024 12:00 AM

PRINCE GEORGE'S  
COUNTY POLICE

Page 2 of 6

| POLICE | | |
|---|---|---|
| InventoryOfficer | IVEY, EARL # 9379 | |
| InventoryDate | 01/15/2019 00:00 | |
| InventoryTime | 01/01/0001 13:51 | |
| PGStoredatAddress | 9800 FALLARD COURT | 1309 Oates Pl |
| PGStoredatCSZ | UPPER MARLBORO, MD 20872 | Capitol Heights, MD 20743 |
| PGStoredatPhone | (240) 770-4895 | (202) 294-2950 |
| PGAgencyAddress | 7600 Barlowe Rd | 8801 Police Plz |
| PGAgencyCSZ | Landover, MD 20785 | Upper Marlboro, MD 20772 |
| PGTowCompanyAddress | 9800 FALLARD CT | 1309 Oates St |
| PGTowCompanyCSZ | UPPER MARLBORO, MD 20772 | Capitol Heights, MD 20743 |

| Action | Name | Agency | IP | Date/Time |
|---|---|---|---|---|
| View | Administrator, 3225 | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | 10/8/2024 2:49:20 PM |
| View | BUIE, JASON | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 6/15/2020 1:12:39 PM |
| View | BRITTON, OWEN | PRINCE GEORGE'S COUNTY POLICE | 10.20.2.74 | 7/30/2019 3:45:52 PM |
| Close | BRITTON, OWEN | PRINCE GEORGE'S COUNTY POLICE | 10.20.2.74 | 7/30/2019 1:08:42 PM |
| Close | BRITTON, OWEN | PRINCE GEORGE'S COUNTY POLICE | 10.20.2.74 | 7/30/2019 9:47:49 AM |
| View | BRITTON, OWEN | PRINCE GEORGE'S COUNTY POLICE | 10.20.2.74 | 7/30/2019 9:45:13 AM |
| Close | WATKINS, STEPHEN | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 2/27/2019 11:17:11 AM |
| View | WATKINS, STEPHEN | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 2/27/2019 11:16:25 AM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:50:31 PM |
| Print | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:43:28 PM |

JA1223

| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:43:11 PM |
|---|---|---|---|---|
| CheckIn | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:42:54 PM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:42:46 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:42:41 PM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:42:41 PM |

| PGDateTimeReleased | | 01/16/2019 12:41 |
|---|---|---|
| PGReleasedby | | Vanderpool, Martique # 9359 |
| PGReleasedto | | Owner |
| PGAmountPaid | | 100.00 |
| PGPaymentType | | Cash |

| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:41:44 PM |
|---|---|---|---|---|
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:41:43 PM |
| Checkout | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:41:42 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:41:35 PM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:27:43 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:08:24 PM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY | 192.168.1.188 | 1/16/2019 11:13:10 AM |

JA1224

Auditing History:

Impound #42865

Printed

10/12/2024 12:00 AM

PRINCE GEORGE'S
COUNTY POLICE

Page 4 of 6

| | | POLICE | | |
|---|---|---|---|---|
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 11:12:58 AM |
| Close | Lyles, Renee M. | PRINCE GEORGE'S COUNTY POLICE | 10.40.40.88 | 1/15/2019 3:22:26 PM |
| View | Lyles, Renee M. | PRINCE GEORGE'S COUNTY POLICE | 10.40.40.88 | 1/15/2019 3:16:00 PM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:54:04 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:54:02 PM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:54:02 PM |

| PGImpoundNarrative | | | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I activated my emergency equipment (lights and siren) in attempts to conduct a traffic stop on this vehicle. The driver did not stop immediately but eventually stopped. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered and the temporary registration did not belong to the vehicle he was operating. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active |

JA1225

| | | | | |
|---|---|---|---|---|
| | | | | insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed. |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:53:36 PM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:53:36 PM |

| PGCImpoundOwnerType | | No Record Found |
|---|---|---|
| PGOwnerNotified | | Yes |
| PGHowOwnerNotified | | On Scene |
| PGOwnerNotifiedDate | | 01/15/2019 13:42 |

| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:53:12 PM |
|---|---|---|---|---|
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:53:12 PM |

| ProCentralIndexID | | e26fee8e-c7a4-4519-825e-68125ce34875 |
|---|---|---|
| ProMasterID | | 33b8593b-cb7e-45b6-8d6d-e203e49b9a30 |
| PropertyType | | Sedan |
| VehicleMake | | chevy |
| VehicleModel | | Monte Carlo |
| Year | | 2004 |
| Style | | Sedan, 2-door |
| ColorType | | Primary |
| Color | | Gray |
| VIN | | 2G1WX12K049200116 |
| OdometerReading | | 00000 |
| PlateNumber | | 61578E |
| State | | VA |
| PlateType | | Temporary |
| InventoryOfficer | | IVEY, EARL # 9379 |
| InventoryDate | | 01/15/2019 00:00 |
| InventoryTime | | 01/01/0001 13:51 |
| PGKeys | | Yes |
| PGInventoryDone | | Yes |
| pgcVehicleFireNotDueToCrash | | No |

JA1226

Auditing History:
Impound #42865

Printed
10/12/2024 12:00 AM

PRINCE GEORGE'S
COUNTY POLICE

Page 6 of 6

| InsuranceCompany | | None | |
|---|---|---|---|
| **View** | **Vanderpool, Martique** | **PRINCE GEORGE'S COUNTY POLICE** | 10.20.30.222 | 1/15/2019 2:51:31 PM |
| **Create** | **Vanderpool, Martique** | **PRINCE GEORGE'S COUNTY POLICE** | 10.20.30.222 | 1/15/2019 2:51:31 PM |

JA1227

TOWN OF FAIRMOUNT HEIGHTS

| EMPLOYEE | Ivey, Jr., Edward E. | ID (Public Safety) | 9354 |
|---|---|---|---|
| ADMINISTRATION | | PUBLIC WORKS | |
| PAY PERIOD | 1/12/2019 | TO | 1/25/2019 |

| | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL | | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT | 1/12 | | | | | | SAT | 1/19 | | | | | |
| SUN | 1/13 | | | | | | SUN | 1/20 | | | | | |
| MON | 1/14 | 9:00A | 5:00P | | | 8 | MON | 1/21 | | | | 8 | 8 |
| TUES | 1/15 | 9:00A | 5:00P | | | 8 | TUES | 1/22 | 9:00A | 5:00P | | | 8 |
| WED | 1/16 | 9:00A | 5:00P | | | 8 | WED | 1/23 | 9:00A | 5:00P | | | 8 |
| THUR | 1/17 | 9:00A | 5:00P | | | 8 | THUR | 1/24 | 9:00A | 5:00P | | | 8 |
| FRI | 1/18 | 9:00A | 5:00P | | | 8 | FRI | 1/25 | 9:00A | 5:00P | | | 8 |
| TOTAL HOURS WEEK 1 | | | | | | 40 | TOTAL HOURS WEEK 2 | | | | | | 40 |

| TOTAL HOURS PAY PERIOD | 80 |
|---|---|
| OVERTIME HOURS | |

| EMPLOYEE SIGNATURE | *E/vy* | DATE | 1/25/19 |
|---|---|---|---|
| SUPERVISOR SIGNATURE | *MWalsh* | DATE | 1/25/19 |

GOVERNMENT'S
EXHIBIT NO. 119
CASE NO. DLB-23-234
IDENTIFICATION:
ADMITTED:

JA1228



TOWN OF FAIRMOUNT HEIGHTS

| EMPLOYEE | Martique Vanderpool | ID (Public Safety) | | 9359 | |
|---|---|---|---|---|---|
| ADMINISTRATION | PUBLIC SAFETY | PUBLIC WORKS | | | |
| PAY PERIOD | 1/12/2019 | TO | | 1/25/2019 | |

| | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL | | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT | 1/12 | | | | | | SAT | 1/19 | | | | | |
| SUN | 1/13 | | | | | | SUN | 1/20 | | | | | |
| MON | 1/14 | 6am | 230pm | | | 8.5 | MON | 1/21 | Holiday | OFF | | | 8 |
| TUES | 1/15 | 6am | 3pm | | | 9 | TUES | 1/22 | 6am | 2pm | | | 8 |
| WED | 1/16 | 6am | 230pm | | | 8.5 | WED | 1/23 | 6am | 2pm | | | 8 |
| THUR | 1/17 | 6am | 3pm | | | 9 | THUR | 1/24 | 6am | 2pm | | | 8 |
| FRI | 1/18 | 6am | 2pm | | | 8 | FRI | 1/25 | 9pm | 5am | | | 8 |
| TOTAL HOURS WEEK 1 | | | | - | | 43 | TOTAL HOURS WEEK 2 | | | | | | 40 |

| TOTAL HOURS PAY PERIOD | 83 |
|---|---|
| OVERTIME HOURS | 3 |

80 hrs + 3 hrs comp

| EMPLOYEE SIGNATURE | Vann / FF9359 | DATE | 1/25/2019 |
|---|---|---|---|
| SUPERVISOR SIGNATURE | | DATE | |

# Prince George's County Police

## *Report Writing Manual*

## Version 4.1.1

## PremierOne Records Management Program



08/02/2017

### *21st Century Policing*

Police Chief Henry P. Stawinski III



DEFENDANT'S
EXHIBIT

**1**

US0107611

JA1230

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107612

JA1231

# Table of Contents

RMS Icons and Short Cuts ......................................................................... 7

RMS Abbreviations .................................................................................. 8

Default Weighted Search ......................................................................... 9

Two Tiered Master Records Review ........................................................ 10

The Call for Service Begins Here ............................................................ 11

Logging On .............................................................................................. 12

Current Activities .................................................................................... 13

Lobby ...................................................................................................... 14

Case Folder ............................................................................................. 15

Add Attachment ..................................................................................... 17

Creating a Case Record .......................................................................... 18

Administrative Tab – Important Fields .................................................. 19

Domestic Incident; Incident Type .......................................................... 21

Domestic Incident Tab in the Case Record ............................................ 22

Offenses .................................................................................................. 23

Offenders ................................................................................................ 25

Arrestees ................................................................................................ 27

Victims .................................................................................................... 28

Witnesses ............................................................................................... 30

Others ..................................................................................................... 32

Property – Overview ............................................................................... 33

Property – Narcotic Seizures .................................................................. 34

Special Studies ....................................................................................... 35

Narrative ................................................................................................ 37

Bring Forward .......................................................................................... 38

Juvenile Referral Record ........................................................................ 39

Registrant Module .................................................................................. 40

Booking Record ...................................................................................... 41

On View Arrest ....................................................................................... 42

Charges ................................................................................................... 44

Probable Cause ...................................................................................... 45

US0107613

JA1232

Alcohol Influence Tab ....................................................................................................................46

Warrant Service ..........................................................................................................................47

Criminal Citation ........................................................................................................................49

Supplemental Questions in the Booking Record ......................................................................50

Field Interview Record ...............................................................................................................51

Impound Module ........................................................................................................................52

Officer Narratives Record ..........................................................................................................53

Check In / Check Out..................................................................................................................54

Printing........................................................................................................................................55

Locating Case Records and Case Folders ................................................................................56

Workflow.....................................................................................................................................57

Master Record Search................................................................................................................60

Supervisors.................................................................................................................................61

Moving CFS Records from One Folder to Another....................................................................63

RMS Code Change Guide ..........................................................................................................65

Entering a Case Closure within RMS (Investigators)................................................................66

Entering case closure reports in RMS (Supervisor)..................................................................67

Added Information / Continuation Reports................................................................................68

FAQ's ..........................................................................................................................................69

4

US0107614

JA1233

JA1234

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107615

This is a reference manual to electronic reports and record creation using the PremierOne CAD program and the PremierOne Records Management System (RMS). These two programs work together and ultimately allow for a seamless operation, enabling users to transition between the CAD and RMS systems to finish documenting any incident.

This system is not to be used to document motor vehicle accidents or electronic citations, officers will use the Maryland State Police Delta+ program.

RMS also allows users to complete most required reports (now called *records*) to include incident reports, vehicle impounds, officer notes and statements, field interviews and arrest paper work (statement of charges and statement of probable cause).  This system is user friendly and eliminates the need to switch between multiple programs to complete a task.

This manual serves to replace the old PGPD Report Writing Manual.  It contains the most up to date methods of documenting incidents and demonstrates our unwavering dedication to the community that we serve and protect.

PGPD Officers are reminded to follow all policies detailed within the General Order Manual, Volume I, Chapter 34 (Records and Reports, published 06/30/2017) when using this system.

The PGPD Records Management Division has final approval authority over all PGPD Case Reports and Juvenile Referral Records.

As a reminder, officers shall not contact Motorola or any Motorola representative directly.

If a PGPD officer encounters a RMS related issue, they should contact the RMS group at Police_RMS.

If a Municipal Partner officer encounters a RMS related issue, they should contact the RMS group at Law_RMS.

**PGPD officers are NOT to use Law_RMS.**

6

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107616

JA1235

# RMS Icons and Short Cuts

[icon] Ellipsis = A searchable value, or a multi-select field

[icon] Drop down arrow = Items that must be filled using the listed options

[icon] Red flag = Action required/an item that MUST be completed before submission to workflow

* = Required data field

[icon] UCR Compliancy Check = Document or folder check for UCR compliancy

[icon] = Any field that can be pre-populated if the suggested item is pre-existing

[icon] Save = Saves current progress and keeps screen open

[icon] Save and Close = Saves current progress and closes the window

[icon] [icon] = Decreases or increases the scale of the viewable font/icons

[icon] = Check in or out a document for editing

[icon] Sync = Synchronizes your items between the CAD and RMS

[icon] = Juvenile contained within report

? = Auto populates the current date, time, officer or Prince George's County Police

% = Wild card search

_ = Wild card search placeholder for one letter or digit (very useful for number searches)

7

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107617

JA1236

# RMS Abbreviations

| Abbreviation | Meaning |
|---|---|
| ACRS | Automated Crash Reporting System |
| AD | Active Directory |
| BATS | Bomb and Arson Tracking System |
| CAD | Computer Aided Dispatch |
| CFS | Call For Service (The "PP" Number) |
| CR | Case Report |
| CSZ | City, State, Zip |
| LENS | Law Enforcement Notification System |
| MDT | Mobile Data Terminal |
| MPS | Miscellaneous Police Service |
| MTC | Mobile Technology Center |
| NIBRS | National Incident Based Reporting System (also known as IBR) |
| PGCNT | Prince George's County Network |
| RMD | Records Management Division |
| RMS | Records Management System |
| S/M/T | Scars / Marks / Tattoos |
| STEP | Smart Tracking for Evidence and Property |
| UCR | Uniform Crime Reporting (also known as Summary Reporting) |
| VIN | Vehicle Identification Number |

US0107618

JA1237

# Default Weighted Search

Default weighted search enables the user to default all search fields. When used on an MDT, the system must process multiple pieces of information at the same time. If not unselected, this will cause the program to run for an extended period and can cause the program to freeze and force close.

Officers logging onto RMS for the first time should uncheck the default the weighted search box. Officers need only do this once per terminal. This allows for a faster search when using the master records files, increases system speed, and improves reliability.



1. Click on *view* which is in the tool bar next to *file*
2. Select *options*
3. Uncheck *Default weighted search*
4. Select *ok*

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107619

JA1238

# Two Tiered Master Records Review

Officers will use the Two Tiered Master Records Review to ensure that the proper information is contained within the record prior to selecting existing information.

When an officer seeks to pull information forward, the officer will use the master query for searches that are outside of the case file. Once an existing entry is located, the officer will review the entry. Using the below listed diagram, the officer will determine if enough information is captured prior to bringing the person' forward.

| Type of Data Within Record | YES | NO |
| --- | --- | --- |
| No Record | New Entry | New Entry |
| Name AND Picture of subject | Bring Forward into Report | New Entry |
| Name AND SSN AND DOB | Bring Forward into Report | New Entry |
| Name AND DOB Only | More information needed | New Entry |
| Name AND Address AND DOB | Bring forward into Report | New Entry |
| Name AND S/M/T | Bring Forward into Report | New Entry |
| Name AND LiveScan Data | Bring Forward into Report | New Entry |

This list is not all inclusive, but should guide an officer through the most common methods of identification.

When verification of a master record entry is in doubt, the officer shall not bring the record forward, but rather, make a new entry and add all appropriate information. The officer will make a reasonable effort to avoid making duplications to the master record.

US0107620

JA1239

# The Call for Service Begins Here



       A call for service number is generated when a call is entered into the CAD. Officers will not give citizens the Call For Service number ("PP" number) that is assigned to the call if a report is written within RMS. Officers will provide citizens with the RMS Numbers (17-0000000). After the call is completed, officers will clear the call with the appropriate clearance code.

       Officers who write a report in ACRS, and do not document anything within RMS shall give the citizen the Call For Service ("PP" Number) that is assigned to the call.

       When a call is cleared with the appropriate clearance code, the system automatically generates a case folder which is assigned to the primary officer. The case folder is found in RMS.

11

US0107621

JA1240

# Logging On



The RMS log on is PGCNT\ and then your Active Directory (E-Mail) user name.

For example, PGCNT\JRLish.

The user's password is their Active Directory (E-Mail) logon password.

Once an officer has logged onto mobile RMS, the system will take the officer to the current activity tab, which is not available on the desktop version, and will display any items that require the officer's attention.

To toggle between day and night mode, go to *view > Skins > PremierOne Records Desktop Night Classic*

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107622

JA1241

# Current Activities



This page is only viewable when using RMS on a Mobile Data Computer.

The *Current Activities* screen displays a list of all documents that are currently in a checked out state and any rejected workflow items that require an officer's attention. This screen provides a single place to see and finish any assignments.

To select a record, double click on the report number, which will open the case folder for that incident. Once inside the case folder, officers can add record types.

Officers who encounter reports or items that seem to be stuck within the Current Activity tab should take their MDT to the computer shop to have a MTC employee examine the MDT as well as the queue.

Officers who have items that cannot be checked in from the Current Activity Tab should open up the Case Folder and manually check in the documents. See page 53 for further guidance.

US0107623

JA1242

# Lobby



   The *Lobby* screen is where all RMS functions are located. Officers will use this screen to navigate through the various modules and functions within RMS. Officers will manage case folders, search for warrants, query the master records and respond to RMS related messages.

   Officers have the ability to click on *External Links*, such as a VIN Decoder and STEP. These options are located on the Lobby, towards the bottom of the screen.

   The only acceptable method of report creation is to locate the case folder and then add any applicable record. <span style="color:red">Officers should never create any type of report outside of the assigned case folder.</span>

   Officers are reminded that this system is tracked. Any changes, searches, deletions, subscriptions or modifications within RMS is audited. Anytime a document is printed, it is tracked. By using the RMS, when logging on, officers consent to and understand that any action taken, are subject to auditing and review.

14

US0107624

JA1243

# Case Folder



From this screen, officers will "Add Record" to add the correct report type that is needed to properly document the incident. The options are:

1.) Case Report Record
   a. The case report is used to document all crimes, deaths, EPS, Domestic Incident, missing persons and all other non-specified incidents.

2.) Booking Record
   a. This record replaces the ABS system located in all processing facilities around the County. Along with all On View Full Custody arrests, this record is used to document all DUI arrests (to include DUI refusals), warrant services, criminal citations.

US0107625

JA1244

*3.) Field Interview Record*

    a. This record replaces a "field observation/stop and frisk" report as well as a "J-2" report. This record will be used to document all field interviews and stop and frisk contacts with adults and juveniles.

*4.) Impound Record*

    a. This record replaces the vehicle impound report as well as the impound notification letter. This record will be used to document all vehicle impounds, either for safe keeping or evidentiary purposes. Officers will print impound notification letters and vehicle release forms from this record.

*5.) Officer Narrative Record*

    a. This report is used by officers to document miscellaneous services they provided during an incident in support of the primary officer.

*6.) Juvenile Referral Record*

    a. This report is used by officers to cite juvenile offenders with status offenses. This report does not need to be printed or faxed/emailed to any external agency as RMS will transmit this report daily.

Once a record is created, the officer will then choose a selection from a drop-down menu which will denote the record type. Depending on the selection that is made, several additional tabs will appear, allowing for the officer to provide more specific information about the type of incident.

**It is key that officers complete each field for which they have information, even if the field is not required in order to submit the record.**

**When in doubt, fill it out.**

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107626

JA1245

# Add Attachment



For case folders that require hand written, signed or supplemental forms, officers shall scan the forms and add them electronically. The officer that generated the hand written form is responsible for attaching the form as an attachment to the case folder.

In order to add a scanned form into the case folder:

1.) Open the case folder that requires the documents
2.) Select *add attachment*
3.) Select *attachment type* and click next
4.) Fill out all fields and click *finished*

PGPD Officers should be aware that RMS is not the method for storing evidentiary photos. All evidentiary photos shall be stored within DIMS. Identification photos can be stored within RMS.

US0107627

JA1246

# Creating a Case Record

The Case Report is used to document all crimes, deaths, EPS, missing persons, domestic incidents, and all other non-specified incidents.

An EPS is not considered an arrest. Officers will not place an EPS subject as an "arrestee" or a "suspect" unless the subject is being charged with a crime, or the suspect of a crime. An EPS subject is to be added on the "Others" tab as an "EPS"

A MPS cannot have an offense, offender or a victim. The disposition for all MPSs will be "Not a crime / other service".

If an officer is authoring an added information, or a continuation, and the initial report is within RMS, the officer must write the added information or continuation report within the initial case folder. Failure to do so will require the officer to re-write the report in the correct folder.

For example,

2J2 responds to an address for a stolen vehicle. The initial report is documented within 18-0000001. The next day, 3C4 locates the stolen vehicle. The case report to document the recovery must go within 18-0000001 and not within a new case folder.

Another example,

2H5 responds to an address for a missing person. The initial missing person report is documented within 18-0000024. Three days later, a RID-North detective locates the missing person. The recovery of the missing person must go within 18-0000024 and not within a new case folder.

"Where are you assigned" is a new required field that was published on 08/01/2017 that only impacts PGPD officers. This drop down is used to denote where a PGPD officer is permanently assigned. This is used to automate delinquent reports to Division Commanders/Directors. Any report that is not at the "Records" workflow stage, 96 hours after creation, is considered delinquent.

Per PGPD General Order Volume I, Chapter 24, Records and Reports, "All Case Records must be UCR compliant and submitted to the appropriate Supervisor for approval prior to end of shift.
Supervisors will review and approve all Case Records prepared by subordinates, including citations and other forms."

US0107628

JA1247

# Administrative Tab – Important Fields

- Agency – Select from drop down to specify your agency. Placing '?' will auto populate Prince George's County Police.
- *Report type* - Select from drop down. Depending on the type of report selected, additional tabs may populate.
- *Disposition* – Select the most appropriate selection from the below listed listing:
    - Active – A crime occurred and it is being investigated. No arrest was made
    - Arrest – A crime occurred and at least one arrest was made
    - Citation – A criminal citation was issued
    - Exception – The case is closed exceptionally
    - Inactive – The case is open, but inactive
    - Not a crime / Other Service – No crime occurred (to be used for all MPS's)
    - Unfounded – The case is closed as the status is unfounded
    - Warrant Issued – A warrant has been issued for the suspect
- *Summary of Incident* - A one sentence summary of the reported incident, 55-character maximum.
- *Occurred time/date* - Record the exact date and time the incident occurred.
- *Between date/time* - If the exact date and time is unknown, use an approximate range.
- *Reported on date/time* - Automatically generated from CAD.
- *Reporting Officer* - Officer assigned to author the record.
- *Entered on* - Date and time the record was filled out.
- *Entered by* - Primary officer assigned to the record.
- *Where are you assigned?* - The Officers permanent assignment.
- *Assisted by* - A list of all officers who assisted the reporting officer. This is the location where users will denote ID numbers for officers who responded to the scene and performed some sort of action, such as an investigator or K-9. This can also be used to denote the ID number of officers who were notified of the incident via telephone, but did not respond to the scene. This is not to be used to document all officers who simply responded to the call for service and did not perform any action.

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107629

JA1248

- *Address* - Location where the incident occurred.
- *CSZ* - City, State, and Zip-code.
  - All Addresses within a case report must be verified. If an address is not verified, the report will be rejected back to the authoring officer by RMD. Officers are to follow the onscreen prompts to complete address verification.
- *Location Name* - Name of the location, if the location is not a residence.
- *Submittal ORI-* This is automatically populated based upon the RA. Do not change.
- *Reporting Area-* Place the 4-digit RA from the CFS within this field.
- *Beat-* Select the beat from the CFS using the dropdown. Not a free text field.
- *Related Cases* - Any cases that need to be linked to this record.
- *Body Camera* - This field is only applicable to PGPD body worn cameras. If there is a municipal officer on scene and the incident was captured by his/her body worn camera, document that in the narrative section of the record.
- *Vehicle Camera* - This field is only applicable to PGPD vehicle cameras. If there is a municipal officer on scene and the incident was captured by his/her vehicle camera, document that in the narrative section of the record. Input the cruiser number and operator of any vehicles that may have recorded the incident.
- *Suspicious Activity Indicators* - Select at least one option from the list. Officers can add multiple if needed. If none apply select *NONE,* click on the ellipsis "..." button, highlight each applicable selection, and click *ADD.*
- *Gang Related Indicators* - Officers must select one. If none apply, select *NONE.*
- *Notified-* Select as many as are applicable.
- *Responded-* Select as many as are applicable.
- *Scene Processed By* – Select the most appropriate response. If the initial officer processes the scene, the officer shall select "other".
- State's Attorney Consulted- Select this option if a State's Attorney was consulted prior to the creation of the case report record.

The only document which must be UCR compliant is the Case report. The case report is the only document which contains UCR reportable data. It is critical that officers select the proper disposition and the proper offense. If an officer does not select the proper disposition or the proper offense, the monthly UCR report will not be accurate. Failure to do so will result in system errors and officers will be required to redo reports.

All narratives must support all the offenses and the disposition of all case reports. Incomplete narratives will result in report rejection and officers having to redo reports.

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107630

JA1249

# Domestic Incident; Incident Type

This report type is to be used when documenting any crimes that have any domestic involvement. The *Domestic Incident* report type is located within the Case Record.

For example, if an officer responds to a theft from auto report, and the victim states that the suspect is an ex-boyfriend/ ex-girlfriend, the officer needs to select the *Domestic Incident* report type.



When an officer selects the *Domestic Incident* report type, a new tab will appear. This tab is called *Domestic Incident*. All the questions on this tab are required. This new tab replaces the *Domestic Violence Lethality Screen for First Responders (PGC Form 5252)*.



Officers are to ensure that they document all the answers appropriately. Once the answers are documented within the RMS, there is no need to add the handwritten form as an attachment to the case folder.

This new tab does not replace the *Domestic Violence Supplemental Report (PGC Form #5149 rev. 04-06)*. The *Domestic Violence Supplemental Report (PGC Form #5149 rev. 04-06)*, which requires a signature of the victim, will still need to be hand written and added as an attachment within the case folder.

US0107631

JA1250

# Domestic Incident Tab in the Case Record



Some of the fields will open up new selections.

If a victim answers yes to the top 3 questions, the phone number will populate on the bottom of the tab where the officer is to screen the victim in.

Contact the family crisis center for Prince George's County Inc Domestic Hotline as (301)-731-1203 and Fax the screen to (301)779-2104

After advising her/him of a high danger assessment, did the victim speak with the hotline counselor? *

This form does not need to be printed and then faxed to CID Domestic Violence Unit. The Lethality Assessment Form as well as the Case Record are automatically sent to CID/DUV every day at Midnight.

22

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107632

JA1251

# Offenses



To add *Offenses*: Click on the ⊞ symbol to open the *Offenses* field. If the officer adds an offense field in error, click on the ⌃ to highlight the field and then select *DELETE*. This will remove the field.

- *Offense* - The offense is based on UCR / NIBRS definitions which are standardized by the FBI for use across the Country. They will not necessarily correspond with Maryland criminal law. It is vital to list all the offenses associated with the incident, even if an offender is not being charged with all listed offenses
    - o Depending on the type of offense, additional required fields may populate. Officers are to select the most appropriate responses accordingly.
- *Cargo Theft* – Although UCR does not report Cargo Theft data, NIBRS does. Cargo theft is designed as any article or package that is in transit and has not reached a final destination.

Depending on the type of crime, additional required fields may populate. Officers are to select the most appropriate responses accordingly.

US0107633

JA1252

The use of the offense "other" is heavily audited. Officers should ensure that they read any appropriate offense and select the most appropriate option. Officers should only use the offense of "other" if no listed offense applies. If an officer is unable to locate an offense appropriate to the circumstances of the incident they are documenting, and the officer uses the "other" offense, the officer should notify Police_RMS via e-mail prior to the end of the officers tour of duty.

1.) Non-Specified Must Appear Traffic Offenses

This offense will be used when an officer makes a full custody arrest for any must appear traffic citation, other than DUI.

For example, 2B5 conducts a traffic stop and the driver of the vehicle has a suspended Maryland license. When 2B5 conducts a full custody arrest, 2B5 should select the offense "Non-Specified Must Appear Traffic Offenses"

2.) Failure to Obey a Court Order

This offense will be used to document an instance where a suspect has failed to obey a specific directive within a court order. This offense does *not apply* to offenders who fail to comply with a no contact / stay away / protection order.

For example, an offender is convicted of illegal possession of a firearm within Prince George's County. As a condition of the conviction, the offender is ordered to register with CID – Gun Registry Unit. If the offender fails to register with CID, the offender has committed the offense of "Failure to Obey a Court Order".

If an officer does not see the two above listed offenses when logged into RMS on an MDT, the officer must respond to the Computer Shop to have the MDT evaluated. The computer shop is open from 0800-1600 Monday through Friday. Please monitor Police_Only Emails for changes to this schedule.

US0107634

JA1253

# Offenders



To add *Suspects* or *Arrestees*: Click on the ⊞ symbol to open those fields. If the officer adds a suspect or arrestee field in error, click on the "⌃" to highlight the field and then select *DELETE*. This will remove the field.

*Photos* - Officers are able to add pictures of individuals to several records. Double click on the empty boxes and follow the onscreen prompts. Officers are reminded to follow DIMS procedures when preserving photographic evidence. Photographic evidence is not to be added into RMS.



*Master Record* ⬚ *ellipsis* - Officers can search for persons, vehicles, addresses and property. If an officer locates persons, vehicles, addresses, or property already contained within the master record, the officer is to verify that all information is correct before bringing the information forward into the record.

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107635

JA1254

# Suspects

- *Alias* - Free text
- *Address* - Address of the offender
- *Phone number* - Phone number of the offender
- *Email* - Electronic mail of the offender
- *Sex* - The person's biological sex. If the person is transgender, document this within the Scars/Marks/Tattoos section contained within the record.
- *Race* - Offender's race
- *Ethnicity* - Offender's ethnicity
- *DOB* - Offender's date of birth, if unknown, leave blank
- *Age* - Can be a range (i.e. 18- 20), if unknown, use "00"
- *Juvenile Yes or No* - Automatically calculated by date of birth
- *Eye Color* - Offender's eye color
- *Hair Color* - Offender's hair color
- *Hair Style* - Offender's hair style
- *Hair Length* - Offender's hair length
- *Facial hair* - Offender's facial hair
- *Complexion* - Offender's complexion
- *Teeth* - Offender's teeth
- *Height* - Enter in a three-digit format and can be a range (i.e. 5'9-5"11 would be entered 509-511)
- *Weight* - Offender's weight, digit format and can be a range (150-170)
- *Resident* - Resident Status does not refer to the immigration or national citizenship status of the individual. Instead, it identifies whether individuals are residents or nonresidents of the jurisdiction in which the incident occurred
- *POB* - Offender's place of birth
- *DLN* - Offender's driver's license number
- *DL State* - Offender's driver's license state
- *DL Country* - Offender's driver's license country of issuance
- *SSN* - Offender's social security number
- *Scars/Marks/Tattoos* - Select as many that apply
- *Employer/School* - Offender's employment/school

All case reports which detail a crime must have an offender listed. Leaving the offender tab blank will cause the report to be rejected. If the suspect is unknown, the officer is to list a suspect, and enter the value of "unknown" as the suspect name. Officers are then to answer any further required field.

26

US0107636

JA1255

# Arrestees

- *MO* – The Modus Operandi. Select all that apply.
- *Habitual Offender Status* - Select one that best fits the description, if applicable.
- *Arrested for* - Pick all that apply. This field automatically populates based upon the offenses that an officer has entered within the offenses tab.
- *Arrest number* - This is the booking number generated from the booking record.
- *Arrest type* - Select the type of arrest
  - *Criminal Citation* - This is to be used for all criminal citations
  - *Non-Custodial* - This applies to Juveniles only. This does not apply to non-custodial adult contacts such as non-custodial criminal citations.
  - *On View* - This is to be used for all adult and juvenile arrests.
  - *DUI-* Driving under the influence. This is to be used for all DUI/DWI arrests, to include DUI/DWI Refusals.
  - *Warrant Service* - This is used to document all warrant services
- *Armed With* - Select all that apply.
- *Multi-Clearance* - The Multiple Arrestee Segments Indicator ensures that a Law Enforcement Agency counts the arrestee only once when the arrest is related to multiple incidents. In this situation, the reporting agency should enter *Count Arrestee* for one incident in the multiple arrestee segments indicator and *Multiple* in this date element for all of the remaining incidents. If a suspect's arrest did not clear additional incidents, the entry should be *Not Applicable*. Patrol officers are to use *"Not Applicable"* unless otherwise instructed to by an investigator or supervisor.
- *FBI Number* - Insert the arrestee's FBI number if known at the time of arrest
- *State Number* - Insert the arrestee's State number if known at the time of arrest.
- *Arrest Date* - Insert the date of arrest.
- *Notes* - Free text, but not to be used in place of a narrative. This section is discoverable and is not private.

US0107637

JA1256

# Victims



To add *Victims*: Click on the "➕" symbol to open the *Victims* field. If the officer adds a *Victim* field in error, click on the "⌃" to highlight the field and then select *DELETE*. This will remove the field.

- *Victim type* - Select the one that best describes the type of victim
  - Business
  - Financial Institution
  - Government
  - Individual
  - Law Enforcement Officer
  - Other
  - Religious Organization
  - Society / Public. This victim type is to be used for all VICE related crimes
  - Unknown

US0107638

JA1257

Depending on the type of victim, additional required fields may populate. Officers are to select the most appropriate responses accordingly.

- *Name* - Name of the victim
- *Alias* - Free text
- *Address* - Address of the victim
- *Phone number* - Phone number of the victim
- *Email* - Electronic mail of the victim
- *Sex* - The person's biological sex. If the person is transgender, document this within the Scars/Marks/Tattoos section contained within the record
- *Race* - Victim's race
- *Ethnicity* - Victim's ethnicity
- *DOB* – Victim's date of birth, if unknown, leave blank
- *Age* - Can be a range (i.e. 18- 20), if unknown, use "00". If the victim is unborn, use "UB"
- *Juvenile Yes or No* - Automatically calculated by date of birth
- *Eye Color* - Victim's eye color
- *Hair Color* - Victim's hair color
- *Facial hair* - Victim's facial hair
- *Complexion* - Victim's complexion
- *Height* - Enter in a three-digit format and can be a range (i.e. 5'9-5"11 would be entered 509-511).
- *Weight* - Victim's weight, digit format, and can be a range (150-170)
- *Resident* - Resident Status does not refer to the immigration or national citizenship status of the individual. Instead, it identifies whether individuals are residents or nonresidents of the jurisdiction in which the incident occurred.
- *POB* - Victim's place of birth
- *DLN* - Victim's driver's license number
- *DL State* - Victim's driver's license state
- *DL Country* - Victim's driver's license country of issuance
- *SSN* - Victim's social security number
- *Attire* - Victim's attire
- *Employer/School* - Victim's employment/school
- *Employer Address* - Victim's location of employment/school
- *Employer CSZ* - Location of employment/school City, State, Zip
- *Occupation/Grade* - Victim's occupation or grade of school attending
- *Offender Relationships* - Select the offender in the drop down tab and then select the most appropriate relationship to each victim. This is a UCR/NIBRS required field.

US0107639

JA1258

# Witnesses



To add *Witnesses*: Click on the "⊞" symbol to open the *Witness* field. If the officer adds a *Witness* field in error, click on the "⌃" to highlight the field and then select *DELETE*. This will remove the field.

- *Name* – Witness's name
- *Alias* - Free text
- *Address* - Address of the witness
- *Phone number*- Phone number of the witness
- *Email* - Electronic mail of the witness

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107640

JA1259

- *Sex* - The person's biological sex. If the person is transgender, document this within the Scars/Marks/Tattoos section contained within the record.
- *Race* - Witness's race
- *Ethnicity* - Witness's ethnicity
- *DOB* - Witness's date of birth
- *Age* - Can be a range (i.e. 18- 20).
- *Juvenile Yes or No* - Automatically calculated by date of birth
- *Eye Color* - Witness's eye color
- *Hair Color* - Witness's hair color
- *Facial hair* - Witness's facial hair
- *Complexion* - Witness's complexion
- *Height*- Enter in a three-digit format and can be a range (i.e. 5'9-5"11 would be entered 509-511).
- *Weight* - Witness's weight, a digit format and can be a range (150-170).
- *Resident* - Resident Status does not refer to the immigration or national citizenship status of the individual. Instead, it identifies whether individuals are residents or nonresidents of the jurisdiction in which the incident occurred.
- *POB* - Witness's place of birth
- *DLN* - Witness's driver's license number
- *DL State* - Witness's driver's license state
- *DL Country* - Witness's driver's license country of issuance
- *SSN* - Witness's social security number
- *Attire* - Witness's attire
- *Employer/School* - Witness's employment/school
- *Employer Address* - Witness's location of employment/school
- *Employer CSZ* - Location of employment/school City, State, Zip
- *Occupation/Grade* - Witness's occupation or grade of school attending
- *Notes* - Free text, but not to be used in place of a narrative. This section is discoverable and is not private

US0107641

JA1260

# Others

Associate/Friend
CINS
Complainant
Deceased
Defendant (Arrest Warrant)
EPS
Father of Arrestee
Field Interview
Guardian of Arrestee
Missing Person
Mother of Arrestee
Next of Kin
Other Entity (Business, Institution, Etc.)
Owner
Parent/Guardian
Relative
Reporting Person

Based upon the officer's selection, multiple fields will be created. Officers shall use their judgment to accurately and appropriately complete each section in accordance with the same procedures for all the preceding tabs and record types.

When an officer authors a return missing person report, the officer is to ensure that they change the entity type, from "missing person" to "return missing". Failure to do so will result in the report being rejected.

When an officer authors an EPS, the officer is to document the subject on the "others" tab as an "EPS".

US0107642

JA1261

# Property – Overview



The property tab contained within the case report is a multi-functional tab which is designed to capture both physically recovered property and evidence, as well as to denote any involvement of property for an incident.

- *Property* - An all-inclusive list of UCR/NIBRS defined property. Once an officer selects the most appropriate response, additional fields may populate. Officers should take extra care to properly document property. NOTE: All recovered physical property or evidence must still be handled in accordance with existing STEP procedures within PGPD General Order Manual Vol II, Chapter 44.
- *Description* - Master Record searchable
- *Status* - Select one that best describes the current status of the property.
- *Count* - The physical amount, not the monetary value
- *Total Value* - Monetary value. All property must have a value to be UCR compliant

Officers are also to use the Property tab to document any vehicular involvement. For example, if an officer has a theft from auto or a DUI/DWI arrest, the vehicle involved shall be documented in the *Property* tab. The status will be *Information Only*.

US0107643

JA1262

# Property – Narcotic Seizures



Any narcotics seized must be documented within a case record and accurately accounted for within the property tab. Officers are to also document the narcotics within the STEP system and correctly fill out a "chain of custody" form as required by the Drug Lab.

- The proper *status* type for drugs is "Seized In Drug, Forgery/Counterfeiting, Or Gambling Offenses."
- If officers select "Evidence (Seized)" the case record will not be UCR/IBR compliant.
- Once officers select "Seized In Drug, Forgery/Counterfeiting, Or Gambling Offenses" officers then scroll down and enter information in the "Drug Information" fields.



PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107644

JA1263

# Special Studies

Special Studies tab within the Case Record and Field Interviews



The special studies tab will allow us to gather more information on all Case Records as well as all Field Interviews. This will allow us to pinpoint some of the core causes of criminal activity. The above fields are all required.

Drugs:

Any Case Record, or Field Interview, that has any connection to any type of drug should be indicated here. Regardless of the amount of Marijuana recovered, the answer should be "yes".

Social Media:

Any incident, or field interview, that has a social media component; the answer to the first questions should be "yes". When an officer selects "yes", a multi-select field will appear.



Once the officer selects "yes", a listing of the most common social media programs/applications will appear. This is a multi-select option which will allow the officer to choose one or multiple options.

For example: 2A1 responds to an address for a citizen robbery. Once on the scene, the victim informs her that he was using "LetGo" to sell an I-Phone. Once at the location of the sale, the suspects robbed the victim.

In this instance, the officer should select "Yes" and then select "LetGo" as the type of social media.

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107645

JA1264



Neighborhood Canvass:

Neighborhood Canvasses shall no longer be documented within a narrative section of a Case Record. This is out of security concerns for potential witnesses.

The Neighborhood Canvass fields are tied to the special studies tab. This is a required field and must be answered on all Case Reports.

The Neighborhood Canvass does not print on any format. If investigators need a printed version of this information, a written request must be made to Police_RMS (for PGPD) and Law_RMS (for non PGPD Officers).

All Canvasses (regardless of crime type) shall be documented within the Special Studies tab.

US0107646

JA1265

# Narrative



**Officers shall not use all caps when writing a narrative.**

The narrative tab is used to document the narrative of an incident. Using all capital letters causes system issues and should never be used. Supervisors are to reject any report that has a narrative written in all capital letters.

- Notifications/Scene Responses shall not be documented in the narrative section
- If an officer submits any record type to a supervisor, and the narrative is in all caps, the supervisor shall reject the record and instruct the officer to correct the narrative
- Neighborhood canvasses shall not be documented in the narrative section
- Stolen, seized or recovered property shall not be documented in the narrative section
- When entering a narrative, officers are reminded to use their rank and last name followed by "#" and ID number. For example: 1st Lt. Decker #603
- Officers shall refrain from using "I" as the only method of identifying themselves.
- When entering an added information report, officers shall use "---" to separate the new narrative from the original narrative and continue to document additional information below the previously entered narrative. Officers shall NOT delete any previously entered narrative
- Officers will no longer capitalize any part of any names within the narrative
- All Narratives must support all elements of the offenses listed on the offense tab
- The use of letters to short hand a description of a person within the narrative is no longer acceptable and not to be used. (A) for arrested, (D) for defendant, (F) for Field observation are examples of prohibited characters.

US0107647

JA1266

# Bring Forward



Most records have the ability to *Bring Forward* information that is already contained in another record within the same case folder as well as within the master record.

All records are equipped with an internal check also known as the *To Do* field. Any items listed with an exclamation mark are required fields that must be addressed prior to submitting the record.

All records are also equipped with a *Help* field. Officers who are unsure about what data should be placed in a specific field, can click on the field and then select *Help* for further assistance.

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107648

JA1267

# Juvenile Referral Record

The Juvenile Referral record is used to cite juveniles with all status offenses. This record type, like all record types, must be created within a case folder, and must be submitted to a supervisor for approval prior to the end of a shift.

The design and flow of the Juvenile module is the same as with a case report. The Status offenses are as follows:

| Drop Down Name | Drop Down Description |
|---|---|
| Truancy | A person, under the age of 18, who has not been emancipated, who failed to completely attend formal schooling on a school day. |
| Runaway | A person, under the age of 18, who has not been emancipated, who runs away from the parent or guardian across state lines, either into or out of the State of Maryland. |
| CINA | Child in need of assistance |
| CINS | Child in need of supervision |
| Curfew Violation | A person under the age of 16, who has not been emancipated, who failed to conform to existing curfew standards |
| Ungovernable | Contact an ASA before citing a Juvenile with this Status Offense |
| Possession/Use of Tobacco | A person under the age of 18 who is in possession of, or using, Tobacco products |
| Possession/Use of Alcohol | A person under the age of 18 who is in possession of, or using, Alcohol products. |
| Incorrigibles | A person who is under the age of 18, who has not been emancipated who acts in a manner that is bad beyond correction or reform. |

It should be noted that the Property section of the Juvenile module does not write to a master index. Property cannot be brought forward from another report within the same case folder as the Junveline Referral.

The Juvenile referral does not need to be printed and faxed to any internal or external agency.

US0107649

JA1268

# Registrant Module

Since 2013, the United States Department of Justice has notified the Prince George's County Police Department of all federal inmates convicted of felonies, who are being released from serving a prison sentence and are residing within the County.

Before PremierOne RMS, this information was only available once a week to PGPD investigative units.

The registrant module within RMS has been completed and will now house information for all federal inmates convicted of felonies, who are being released back into the County. All sworn users of this system now have the ability to search this database.

From the lobby, a new option will appear under the "Operations" icon. Click on "Registrant" and you will be directed to the Registrant lobby.



This module currently only contains LENS offenders. In the Future this module will house all registrants, to include Sex offenders, Gun Offenders and any other registrations of persons.

Simply put in the search criteria, and select "search". The "Felony Type" will show classes of offense types. For example, Robbery, Armed Robbery or Conspiracy to Commit Robbery will all be labeled as "Robbery".

This listing will only capture the highest offense. For example, if someone was convicted possession of narcotics, and attempted murder, the registrant would be listed as "homicide".

All attempted offenses will be listed as the offense itself.

If any user feels that this listing is incomplete, please contact your systems administrator using either Police_RMS for PGPD Users or Law_RMS for non PGPD Users.

40

US0107650

JA1269

# Booking Record



The *Booking Record* is used to capture all instances where an officer makes an arrest. The booking record replaces the 'Automated Booking System (ABS).' The booking record shall be used when issuing a criminal citation, On-View arrest, a DUI Arrest, and for Warrant Services.

The *Booking Record* is only a stand-alone record when an officer conducts a warrant service. If an officer issues a criminal citation, On-View arrest or a DUI Arrest, the officer shall complete a Case Record along with the *Booking Record*.

Once completed and printed, the signed copies of the Statement of Probable Cause, the Statement of Charges and the Return of Service must be provided to the proper judicial officer for review.

When officers are using the *Booking Record*, it is vital that officers utilize a two tiered master records review system to ensure that the right person is charged with the right crime at the right time. (Page 8)

41

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107651

JA1270

# On View Arrest

- Agency – Select from drop down to specify your agency. Placing '?' will auto populate Prince George's County Police.
- *Date/Time arrested* - Date and time of arrest
- *Case Number* - Automatically generated from CAD.
- *Booking Number* - Copy and paste this number into the *Arrest Number* field of the *Case Report Record.*
- *District Court Case Number* – Provided by the District Court
- *Tracking Number* – Input the tracking number from the sticker at any Processing site
- *Processed at* - Location where the arrestee was processed
- *Date/Time Booked or Cited* - The date and time the arrestee was processed or cited (cited for criminal citation).
- *Name* - Name of the arrestee
- *Current Address* - The current address of the arrestee.
- *Current CSZ* - Current City, State, Zip of the arrestee
- *Aliases* - Free text
- *Addresses* - Past addresses that the arrestee has given / used
- *Phones* – Arrestee's phone number
- *Emails* - Email address of the arrestee
- *Sex* - The person's biological sex. If the person is transgender, document this within the notes section contained within the record.
- *Race* - Arrestee's race
- *Ethnicity* - Arrestee's ethnicity
- *DOB* - Arrestee's date of birth
- *Age* - Can be a range (i.e. 18- 20).
- *Juvenile Yes or No* - Automatically calculated by date of birth.
- *Eye Color* - Arrestee's eye color
- *Hair Color* - Arrestee's hair color
- *Hair Style* - Arrestee's hair style
- *Hair Length* - Arrestee's hair length
- *Facial hair* - Arrestee's facial hair
- *Complexion* - Arrestee's complexion
- *Teeth* - Arrestee's teeth
- *Build* - Arrestee's build

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107652

JA1271

- *Height* - Enter in a three-digit format and can be a range (i.e. 5'9-5"11 would be entered 509-511).
- *Weight* - Arrestee's weight, digit format and can be a range (150-170).
- *POB* - Arrestee's place of birth
- *Marital Status* - Select the most appropriate response
- *DLN* - Arrestee's driver's license number
- *DL State* - Arrestee's driver's license state
- *SSN* - Arrestee's Social Security number
- *FBI Number-* Arrestee's FBI number
- *State Number* - Arrestee's State of Maryland Number
- *Scars/Marks/Tattoos* - Use the drop down to select and describe any scars/marks/tattoos
- *Employer/School* - Arrestee's employer or school
- *Employer/School Address* – Arrestee's location of employment
- *Employer/School CSZ* - Location of employment/school City, State, Zip
- *Occupation/Grade* - Arrestee's occupation or grade of school attending
- *District Court Agency/Sub-Agency* - Select agency
- *District Court Agency* - Automatically entered based on above selection
- *District Court Sub-Agency* - Automatically entered based on above selection
- *Arrested By* - Name of the officer making the arrest
- *Arrest Location* - Location of the arrest

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107653

JA1272

# Charges



To **add** charges: Click on the [+] symbol to open the charges field. If the officer adds a charge field in error, click on the ⌃ to highlight the field and then select *DELETE*. This will remove the field.

Once a charge field is open, officers can begin typing any part of the charge. RMS will provide options as to the specific charge.

If a desired charge requires modification to enter a victim's name, a monetary value or an address, select the *Charge Text*, copy it and paste it into the *Specific Charge* field to modify it. Failure to copy and paste the *Charge Text* will result in no charge being levied against an arrested subject.

Officers should not list *'Prince George's County, Maryland'* on any address field within the charge box. This information is hard coded and will print automatically.

US0107654

JA1273

# Probable Cause



- *Court* - Select the most appropriate option
- *Domestic Violence* - Select the most appropriate option
- *Vulnerable Adult Abuse* – Select the most appropriate option
- *Hate Crime* - Select the most appropriate option
- *Child Abuse* - Select the most appropriate option

Input the actual Statement of Probable Cause in the free text field.

US0107655

JA1274

# Alcohol Influence Tab



The Alcohol Influence tab replaces the Alcohol Influence Report and should be used to document all drug / alcohol related driving offenses. As a general reminder, all DUI arrests, to include blood kits and refusals need to be entered into a MSP log book by a certified breath test operator.

US0107656

JA1275

# Warrant Service



- Agency – Select from drop down to specify your agency. A '?' will auto populate Prince George's County Police
- *Date of Issue* - Date the warrant was originally issued
- *Warrant Type* - Select the most appropriate option
- *Warrant Sub*-Type - Select the most appropriate option
- *Originating Agency* - The name of the jurisdiction, to include State, that issued the warrant. Do not abbreviate the Originating Agency.
- *Warrant Number* - Free text
- *Date/Time Arrested* - Date and time of arrest
- *Case Number* - Automatically generated from the CAD.
- *Booking Number* – Automatically Generated once an officer selects "save" or "save and close"
- *Processed At* - Select the most appropriate option
- *Date/Time Booked of Cited* – Select the most appropriate option
- *Name* - Name of the arrestee
- *Current Address* – The current address of the arrestee
- *Current CSZ* - Current City, State, Zip of the arrestee
- *Aliases* - Free text

47

US0107657

JA1276

- *Addresses* - Past addresses that the arrestee has given / used
- *Phones* - Phone number of the arrestee
- *Emails* - Email address of the arrestee
- *Sex* - The person's biological sex. If the person is transgender, document this within the notes section contained within the record.
- *Race* - Arrestee's race
- *Ethnicity* - Arrestee's ethnicity
- *DOB* - Arrestee's date of birth
- *Age* - Can be a range (i.e. 18- 20)
- *Juvenile Yes or No* - Automatically calculated by date of birth
- *Eye Color* - Arrestee's eye color
- *Hair Color* - Arrestee's hair color
- *Hair Style* - Arrestee's hair style
- *Hair Length* - Arrestee's hair length
- *Facial hair* - Arrestee's facial hair
- *Complexion* - Arrestee's complexion
- *Teeth* - Arrestee's teeth
- *Build* - Arrestee's build
- *Heigh*t - Enter in a three-digit format and can be a range (i.e. 5'9-5"11 would be entered 509-511).
- *Weight* - Arrestee's weight, digit format and can be a range (150-170)
- *POB* - Arrestee's place of birth
- *Marital Status* - Select the most appropriate response
- *DLN* - Arrestee's driver's license number
- *DL State* - Arrestee's driver's license state
- *SSN* - Arrestee's Social Security number
- *FBI Number* - Arrestee's FBI number
- *State Number* - Arrestee's State of Maryland Number
- *Scars/Marks/Tattoos* - Use the drop down to select and describe any scars/marks/tattoos
- *Employer/School* - Arrestee's employer or school
- *Employer/School Address* - Arrestee's location of employment/school
- *Employer/School CSZ* - Location of employment/school City, State, Zip
- *Occupation/Grade* - Arrestee's occupation or grade of school attending
- *Arrested By* - Name of the officer who made the arrest
- *Arrest Location* - Location of arrest

US0107658

JA1277

# Criminal Citation



## Related Citations

| | Citation or Court Case # |
|---|---|
| ▸ | |
| | |

       All Criminal Citations will be documented on a case record (for UCR/NIBRS compliance), on a Booking Record (since it is an arrest) and on the hard copy State of Maryland form so a copy can be provided to the violator.



       When issuing a Criminal Citation, officers will need to add the offense into the charges section to properly document the citation that was issued. The fields for a Criminal Citation are the same as the fields for an On-View arrest.

       Officers shall place the RMS numbers on the top of the handwritten citation.

US0107659

JA1278

# Supplemental Questions in the Booking Record

| Booking Detail | Probable Cause | Supplemental Questions | Request for Witness Summons |
|---|---|---|---|

How long have you lived at current address? *  ▼

Are you employed? *  ▼

Are you married/single/divorced? *  ▼

Do you have any children? *  ▼

Do you, or anyone at your residence have access to firearms? *  ▼

Were you ever in the military? *  ▼

Are you taking any medications? *  ▼

What is the highest level of education you have obtained? *  ▼

Are there any pets at your current residence? *  ▼

## Arresting Officer

Did the arrestee attempt to flee? *  ▼

Did a family member attempt to hide the arrestee? *  ▼

Is the arrestee under the influence of alcohol or drugs? *  ▼

The Booking Module has been expanded to gather more information at the request of the Office of the Sherriff. These questions provide more intelligence and can assist SOD in pre-raid operations and hostage negotiators. These questions are all mandatory and are required for every arrest type, not just warrant services.

Once an officer has asked the above questions, and completed a booking record, officers are no longer required to complete lines 1-14 on an arrest. As a reminder, warrant services are documented as a booking record.

In the instance where an officer is charging a subject with an on-view crime, and the subject has an open warrant, the officer is to write two booking records. Officers are reminded that they can use the "bring forward" feature. Using the "bring forward" enables the officer to only type in the subject's information once.

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107660

JA1279

# Field Interview Record



Field Interview Records will be used to document Field Interviews, Civil Citations without recovered property, and non-custodial juvenile contacts who have not committed a status offense. This record is a stand-alone record and does not need to accompany a case report record. The *Field Interviews* record replaces a J-2 for juvenile contacts.

- Agency – Select from drop down to specify your agency. Placing '?' will auto populate Prince George's County Police
- *Field Interview Number* - Automatically Generated once an officer selects "save" or "save and close"
- *Case Number* - Automatically generated from the CAD.
- *Interview Date/Time* - Date and time of the stop
- *Officer* – Name of the officer who conducted the stop
- *Address* - Address of the stop, not the address of the person who was stopped
- *CSZ* - City, State and Zip of the stop
- *Location Name* - Name of the location of the stop
- *Narrative* - Document the details of the encounter in this section.
- *Special Studies* – See page 35 for details

51

US0107661

JA1280

# Impound Module

The impound record is a standalone record. All impounds must go within an impound record. An impound cannot go within a case report. If an officer writes a vehicle impound within a case report, the case report will be rejected and the officer must rewrite the record. The impound record has two options that must be satisfied prior to entering any vehicle information.



Sworn members of the Prince George's County Police Department, as well as all municipal officers are to always use "Police" when documenting an impound. Members of the PGPD Telecommunication Division (Teletype) are the only authorized users to select "Private" or "Repossession".



For Police impounds, the field of "Vehicle Fire – Not Due To Crash" is used to denote if a vehicle was on fire, by an unknown cause, that was not the result of a motor vehicle collision.

When any RMS user selects "Yes", this will trigger notification to the Prince George's County Fire and EMS Department; Arson Task Force. If any RMS user incorrectly selects this option, RMD will send e-mail notice to the officer and supervisor to request that the report be corrected within 96 hours. Although this report must be approved by a supervisor prior to an officers end of shift, this report does not 'lock'. This is designed to accommodate releases. Any RMS user can go into the impound record and mark the vehicle as released.



In addition to marking the vehicle as released, the Employee must then also scan and attach a signed copy of the vehicle released into the case folder. RMD will not accept hard copy release forms.

52

US0107662

JA1281

# Officer Narratives Record



      The *Officer Narratives Record* is used to document any one officer's involvement in another officer's incident. The *Officer Narratives Record* serves as a witness statement form for officers.

      **This form is not used to document an added information, a full case narrative or any recovered stolen vehicles, returned missing persons or found property.**

- Agency – Select from drop down to specify your agency. Placing '?' will auto populate Prince George's County Police
- *Case Number* - Automatically generated from the CAD.
- *Subject* - Enter a subject
- *Entered On* - Date and Time the record was authored
- *Entered by* - Name of the officer who is entering the record
- Narrative – Document the details of the involvement in this section.

US0107663

JA1282

# Check In / Check Out

The check in / check out feature is a security measure imbedded within RMS. It is designed to prohibit someone from editing a document while another user has it open. That does not seem bad on the surface, but this includes administrative staff.

If a systems administrator has to force check in a document in order to assist a user with a technical issue, and there are local changes that have not been saved, the changes will be lost. This is time consuming and can be prevented.

As a reminder, when a RMS report is written, or when an officer selects "check out" after selecting "save and close", the report must be checked in once they are done editing.

Unless you intend to modify a report, there is no need to check it out if you did not author it. Opening the document in read only mode does not require officers to check the document out.

When a report is checked out by the authoring officer and closed; officers should go back to the original case folder and select "Check In Records" button located on the top of the screen if it is illuminated.



So, in short, if you check it out, check it back in. If you are in a case folder, and the report is yours, and you see the "Check In Records" button, please check it in.

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107664

JA1283

# Printing



Officers needing to print any records, can select *print* within the case folder, select the report that needs to be printed and select *finish*.

NOTE: Only Records Management Staff has the authorization to disseminate RMS records to the public. Employees can still give out copies of the ACRS reports, after the fee has been paid (if applicable).

Officers are reminded that this system is tracked. Any changes, searches, deletions, subscriptions or modifications within RMS is audited. Anytime a document is printed, it is tracked. By using the RMS, when logging on, officers consent to and understand that any action taken, are subject to auditing and review.

US0107665

JA1284

# Locating Case Records and Case Folders



To locate the records for a specific CFS (PP) number:

1.) From the Lobby, select *Calls for Service*
2.) Enter the CFS (PP) Number in the *CAD Incident #* field, then select *Search*
3.) Get *Case Number* associated with the PP number
4.) Return to the Lobby and select *Case Folders*
5.) Input the *Case Number* in the *Case Folder Number* filed, then select *Search*
6.) Double click to open the folder

Then, one can locate a document to view, print, or to save and email.

Officers are reminded that this system is tracked. Any changes, searches, deletions, subscriptions or modifications within RMS is audited. Anytime a document is printed, it is tracked. By using the RMS, when logging on, officers consent to and understand that any action taken, are subject to auditing and review.

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107666

JA1285

# Workflow

Workflow is defined as "The method in which a report is submitted, through a review process to an end stage of approval".

Workflow is customizable and has been defined per the desired parameters of the agency. The only way to ensure that a police report is approved and marked for submission is to have the document sent through, and approved via workflow. Every document has a defined workflow.

Case folders do not go into workflow. Each report must be sent to a supervisor for approval. Per PGPD General Order Manual Volume I, Chapter 24, "Although Supervisors may approve their own reports, it is preferred to have another Supervisor review and approve reports".

The Case Report Record is the only document that must meet UCR/IBR compliancy requirements before it can be submitted to records.

The current PGPD Workflow for Case Reports is as follows:



For the RMS upgrade from Version 4.1 to 4.1.1, Workflow has changed for all PGPD officers and all PGPD reports.

During the previous versions, an officer could submit a report to a supervisor that was not UCR/IBR compliant. This has been corrected. Officers will not be able to submit a Case Report Record to a supervisor if it is not UCR/IBR compliant.

If a PGPD officer encounters a Workflow related error message or Workflow failure, the officer is to notify Police_RMS prior to the end of the officer's tour of duty.

If a Non-PGPD officer encounters a Workflow related error message or Workflow failure, the officer is to notify Law_RMS prior to the end of the officer's tour of duty.

57

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107667

JA1286

Case Report Records require all officers within the Prince George's County Agency to select a workflow twice.

The first time the workflow is submitted for case reports, the officer must confirm the Agency. Within the case report, the very first drop down option, called "Agency" determines which workflow the report will use. This is applied through all report types.



It is critical that officers select the agency where they are employed.

If an officer has selected the correct agency within the Case Report Record, the below pop up window will appear. Simply select "Submit"



Once the officer has satisfied the above listed pop up, the officer must then go to the case folder and select "workflow" again.

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107668

JA1287

Once the officer selects the workflow button again, the below screen will populate.



1.) Ensure UCR check has been completed and passed
2.) Type in comments
3.) Select Supervisor Type *Individual*
4.) Type in ID number of supervisor
5.) Select name
6.) Submit to workflow

It is the policy of the Prince George's County Police Department that all submissions of all reports must be made to a specific supervisor. No PGPD Employee will use the "Group" submission.

All reports must be submitted to a supervisor prior to the officer's end of shift. All reports submitted to a supervisor must be either approved or rejected prior to the supervisor's end of shift.

US0107669

JA1288

# Master Record Search



From the *Find* section of the *Lobby*

1.  Select type of record to search
2.  Input data you wish to search.  For wildcard searches, use % for multiple digit searches, or _ for single digit wildcard searches.
3.  Select *Search*

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107670

JA1289

# Supervisors

In RMS, all records are submitted to a supervisor for approval and then forwarded to Records via a process called *Workflow*. Once officers have completed a record and verified that the UCR/NIBRS checks have passed, officers will then route the record to the appropriate supervisor.

Officers are to use select *Individual* under route type and then select the specific supervisor to whom the record will be sent. Officers are never to submit a record to a supervisor group.

In order for the supervisor to review the record, the supervisor will go to "M*essaging*" then "M*y Messages and Assignments*"; select the record that needs review and click "Open Attachment".

Once a supervisor reviews the record, the supervisor will close the tab and select *Workflow*. Once within the workflow the supervisor must type in a comment and either approve or reject the record. If the record is approved, it will then move forward to the Records Management Division. The Records Management Division has final approval authority for each Record Type. If it is rejected, it will return back to the initial authoring officer.



61

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107671

JA1290

Supervisors can see what records have been sent to them via the *Messages* feature.



Supervisors can assign tasks (records), as well as reassign records, to subordinates via the case management section contained within the lobby.



PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107672

JA1291

# Moving CFS Records from One Folder to Another

    Supervisors and investigators can move a Call for Service Record from one case folder to another. Many documents can be moved, but a Case Report can NOT be moved. Once a case report is started within a case folder, the case report stays there.

    If there is a technical issue, or an exigent circumstance, and a case report must to be moved, please contact Police_RMS for PGPD Staff, or Law_RMS for non PGPD Staff.

    Moving a Call For Service record is a common practice. For example, if multiple 911 calls are received for one incident, an investigator or supervisor can move all the calls for service into one case folder. Open up the case folder that you wish to add all the Call For Service records

Select "Add Existing Records" on the left hand side of the case folder screen



Select "Document Type" and select "Calls For Service"



Once "Calls For Service is selected, click on "Next"



At the top of the pop-up window, type in the Call For Service number you wish to add to the open case folder.



Once the Call For Service number is entered, select "Search"

63

US0107673

JA1292



Once the correct Call For Service number is located, select it in the search results field by clicking on the PP number.

Then click " > Next".

Confirm this is the correct incident you wish to move into the open case folder.

Click "Finish".

The Call For Service record will then automatically be moved from one case folder into the current case folder.

The same procedures can take place when a Call For Service record is not within a case folder, for example, if a Call For Service was cleared 300, but a second 911 call now requires a police report.

US0107674

JA1293

# RMS Code Change Guide

1. Open the Case Folder for the incident. You MUST add the record from inside the Case Folder, or it will not link to the case, and can cause a system-wide failure in RMS.
2. In the "Add Record" tab, select "Add Case Report Record."
3. On the "Administrative" tab:
    a. Change case disposition (inactive, exceptional, unfounded etc.).
        i. If exceptional, two mandatory justification fields appear at the bottom of the page, each denoted with a red asterisk (*). They must be filled out as well before submission.
    b. Change "Entered On" field to the date and time you complete the closure.
        i. You can type a question mark (?) in the field and press enter, and it will auto-fill the current date and time.
    c. Change the "Entered By" field to your name.
4. On the "Offenses" tab:
    a. Ensure that all of the previously entered offenses are correct
        i. Modify any offenses if necessary.
        ii. Remove any offenses if no longer applicable to the incident (i.e.: if the investigation revealed that a particular offense did not actually occur, remove it from the report).
    b. Add any new offenses.
5. On the "Offenders" tab:
    a. Ensure that any previously entered offenders are correct
        i. Modify any offender information if necessary.
        ii. Remove any offenders no longer involved (i.e.: if a suspect was cleared, remove them from the report, or if all unknown suspects have been identified, remove the unknown suspect entry)
    b. Add any new offenders.
6. On the "Victims" tab:
    a. If any offenses have been added or removed, you will need to update "Victim Of" field for each applicable victim.
    b. If any offenders have been added or removed, you will need to update the "Offender Relationships" section at the bottom of the "Victims" tab.
7. On the "Witnesses," "Others," and "Property" tabs, make any changes if necessary.
8. On the "Narrative" tab, add a narrative, BELOW THE EXISTING NARRATIVE, describing IN DETAIL the specifics of your investigation, as you normally would on a closure report. Be sure to include details that justify changing or removing offenses and/or offenders.
9. Check UCR compliancy and correct any errors if necessary.
10. Save and submit to workflow for approval. Route the report directly to your Sergeant or 9-Car. Do NOT route it to a supervisor group; group routing is no longer approved policy.
11. Once the report has been approved, send a request to Police_RMS@co.pg.md.us for the code change.

***Changes MUST be made in RMS. They CANNOT be done via old continuation reports.***

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107675

JA1294

# Entering a Case Closure within RMS (Investigators)

1. Open the Case Folder for the incident. You MUST add a record from inside the Case Folder, or it will not link to the case, and can cause a system-wide failure in RMS.
2. In the "Add Record" tab, select "Add Case Report Record."
3. On the "Administrative" tab:
    a. Change case disposition (inactive, exceptional, unfounded etc.).
        i. If exceptional, two mandatory justification fields appear at the bottom of the page, each denoted with a red asterisk (*). They must be filled out as well before submission
    b. Change "Entered On" field to the date and time you complete the closure.
        i. You can type a question mark (?) in the field and press enter, and it will auto-fill the current date and time
    c. Change the "Entered By" field to your name
4. On the "Offenses" tab:
    a. Ensure that all of the previously entered offenses are correct
        i. Modify any offenses if necessary
        ii. Remove any offenses if no longer applicable to the incident (i.e.: if the investigation revealed that a particular offense did not actually occur, remove it from the report)
    b. Add any new offenses
5. On the "Offenders" tab:
    a. Ensure that any previously entered offenders are correct
        i. Modify any offender information if necessary
        ii. Remove any offenders no longer involved (i.e.: if a suspect was cleared, remove them, or if all unknown suspects have been identified, remove the "Unknown" entry)
    b. Add any new offenders.
6. On the "Victims" tab:
    a. If any offenses have been added or removed, you will need to update "Victim Of" field for each applicable victim
    b. If any offenders have been added or removed, you will need to update the "Offender Relationships" section at the bottom of the "Victims" tab
7. On the "Witnesses," "Others," and "Property" tabs, make any changes if necessary.
8. On the "Narrative" tab, add a narrative, BELOW THE EXISTING NARRATIVE, describing IN DETAIL the specifics of your investigation, as you normally would on a closure report. Be sure to include details that justify changing or removing offenses and/or offenders
9. Check UCR compliancy and correct any errors if necessary
10. Save and submit to workflow for approval. Route the report directly to your Sergeant or 9-Car. Do NOT route it to a supervisor group

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107676

JA1295

# Entering case closure reports in RMS (Supervisor)

**Supervisors-** After you approve a closure report, you must change the status to fully close out the case.

1. In the RMS Lobby, go to "Case Management."
2. Search for the Case Folder on the left side of the page.
3. Click ONCE on the Case Folder. The Case Folder will be highlighted in blue.
   a. If you double-click, it will open the Case Folder, and you will need to back out of it to continue.
4. Once the Case Folder is highlighted, click the "Change Status" button at the top of the page. A new window will open allowing you to change the status.
5. Change the "Status" field to the appropriate status.
6. Add a note into the "Notes" field. It will not let you submit without a note.
7. Select "Save" at the bottom of the window.

67

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107677

JA1296

# Added Information / Continuation Reports

1. Open the Case Folder for the ORIGINAL incident. You MUST add the record to the ORIGINAL Case Folder, not a new Case Folder.
2. In the "Add Record" tab, select "Add Case Report Record." If the previous Case Record has not been approved, DO NOT add a new Case Record. Immediately advise your supervisor of the issue, and they shall contact the officer, via the appropriate chain of command, to resolve the issue. Once the record is approved, a supplement can be added.
3. On the "Administrative" tab:
   a. Change case disposition if applicable (inactive, exceptional, unfounded etc).
      i. If exceptional, two mandatory justification fields appear at the bottom of the page, each denoted with a red asterisk (*).
   b. Change "Reported On" and "Entered On" field to the appropriate dates and times with regards to your supplemental Case Record.
   c. Change the "Reported By" and "Entered By" field to your name.
4. On the "Offenses" tab:
   a. Ensure that all of the previously entered offenses are correct
      i. Modify any offenses if necessary.
      ii. Remove any offenses if no longer applicable to the incident (ie: if the investigation revealed that a particular offense did not actually occur, remove it from the report).
   b. Add any new offenses.
5. On the "Offenders" tab:
   a. Ensure that any previously entered offenders are correct
   b. Modify any offender information if necessary.
   c. Remove any offenders no longer involved (ie: if a suspect was cleared, remove them, or if all suspects have been identified, remove the "Unknown" entry)
   d. Add any new offenders.
6. On the "Victims" tab:
   a. If any offenses have been added or removed, update the "Victim Of" field(s).
   b. If any offenders have been added or removed, update the "Offender Relationships" section at the bottom of the "Victims" tab.
7. On the "Witnesses" and "Others" tabs, make any changes if necessary.
8. On the "Property" tab, update the Status of any entries, if applicable.
   a. For any stolen property, including vehicles, that has been recovered, change the Status from "Stolen..." to "Both Stolen and Recovered."
   b. For recovered stolen vehicles, remember to change the Property Type to "...Locally Stolen and Recovered Locally" as well, to properly update the entry.
   c. Add any new property items, if applicable.
9. On the "Narrative" tab, add a narrative, BELOW THE EXISTING NARRATIVE, describing the details pertaining to your supplement.
10. Check UCR compliancy and correct any errors if necessary.
11. Save and submit to workflow for approval.
12. Ensure that the Call for Service is moved into the original Case Folder.

US0107678

JA1297

# FAQ's

**1.)    What are the minimum system requirements to run RMS version 4.1?**

PremierOne Records Workstation Specifications (Desktop)

- Windows 7 Professional or higher
- E5-1620v4 CPU 3.5Ghz or better
- 8GB DDR4-2133 RAM
- .net framework 4.5.2
- Adobe PDF reader (for help files)

PremierOne Mobile Records Workstation Specifications (MDT)

- Windows 7 Professional or higher
- I5-5300U 2.3Ghz turbo 2.9 3MB Cache or better CPU
- 8GB of RAM
- .net Framework 4.5.2
- Adobe PDF reader (for help files)
- Touchscreen Optional

**2.)    Does departmental accident paperwork go into RMS?**

Yes and no. If the incident requires a 'Case Record' or an 'Impound Record' that goes into RMS. But all other documents, to include the traditional CIR, will not go into RMS. The departmental accident packet must still be printed and routed through the proper chain of command for concurrence.

**3.)    How do I document a use of force?**

Use of force reviews do not go into RMS. The Case Record and Booking Record will go into RMS. The packet still needs to be printed and routed through the proper chain of command for concurrence.

US0107679

JA1298

**4.)   If I lose internet connection in the middle of my filling out my record, do I lose everything?**

No, as long as you save a local copy of the record, you can continue working and it will upload to the network once you reestablish an internet connection.

**5.)   What does Resident yes/no mean?**

Resident Status does not refer to the immigration or national citizenship status of the individual. Instead, it identifies whether individuals are residents or nonresidents of the jurisdiction in which the incident occurred.

**6.)   What does "Multi-Clearance" mean?**

The Multiple Arrestee Segments Indicator ensures that a Law Enforcement Agency counts the arrestee only once when the arrest is related to multiple incidents. In this situation, the reporting agency should enter *Count Arrestee* for one incident in the multiple arrestee segments indicator and *Multiple* in this date element for all of the remaining incidents. If a suspect's arrest did not clear additional incidents, the entry should be *Not Applicable*. Patrol officers are to use *"Not Applicable"* unless otherwise instructed to by an investigator or supervisor.

**7.)   What is Offender Relationships?**

Officers must show the relationship between the victim and any suspect or arrestee. To do this, select the most appropriate relationship type to each victim for each offender.

**8.)   Why didn't my charge print out on the Statement of Charges?**

If a desired charge requires modification to enter a victim's name, a monetary value, or an address, select the *Charge Text*, copy it and paste it into *Specific Charge* field to modify it. Failure to copy and paste the *Charge Text* will result in no charge being levied against an arrested subject.

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107680

JA1299

**9.) Who do I contact if I need assistance with my RMS?**

Police_RMS is the main point of contact for any and all questions, issues or concerns for RMS for PGPD officers. This email group is monitored by various PGPD organizations. **Officers shall not contact Motorola or any Motorola representative directly.**

Law_RMS is the main point of contact for all non-PGPD Officers who have questions, issues or concerns.

**10.) What number do I give out to citizens?**

If a report is written within RMS, officers are to give out the RMS numbers (17-0000000). If only an ACRS report is written, officers are to give out the call for service (PP) Number, and the (PP) Number is to be listed within the ACRS report.

When a report is written within RMS, the officer will place the RMS number on all internal documents such as fusion reports, breath tech forms, chain of custody and so on.

**11.) What do I need to submit to workflow?**

All Case Reports, Field Interviews Records, Impound Records, Booking Records and Officer Narrative Records are to be submitted to a supervisor for review and approval.

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107681

JA1300

This page intentionally left blank

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107682

JA1301

## General Calls for Service Guide

| Type of Report | "OLD FORMS" | RMS RECORDS | SCANNED FORMS |
|---|---|---|---|
| Missing Persons | MD State Form | Missing Person Record | None |
| Animal Bite Report | Incident Report, Animal Bite Report, CIR | Case Record | Animal Bite report |
| On View Arrests (Adult) | Incident Report, Statement of PC, Statement of Charges | Case Record, Booking Record | None |
| On View Arrests (Juvenile) | Incident Report, Arrest Record, Recognizance Form | Case Record, Booking Record | Signed Recognizance Form |
| Field Observation / Stop and Frisk | Incident Report | Field Interview Record | None |
| Handcuff and Release | Incident Report | Case Record | None |
| DUI | Alcohol Influence Report, Statement of PC | Case Record, DUI Booking Record | DR 15, DR15A, MSP 33, MVA 23 |
| Domestic Violence | Incident Report, Domestic supplement, Lethality Assessment | Case Record, Booking Record (if applicable) | Domestic violence supplement |
| Warrant Service | Incident Report, Arrest Record | Booking Record | None |
| Vehicle Impound | Incident Report, Impound Notification Form, Release Form | Impound Record | Signed Release Form (if applicable) |
| Forced Entry Report | Incident Report, CIR, Property Damage Notification | Case Record | Property Damage Notification (if applicable) |
| Criminal Citation | Incident Report | Case Record, Booking Record | None |
| Civil Citation Without Recovered Property | Incident Report | Field Interview Record | None |
| Civil Citation With Recovered Property | Incident Report | Case Record | None |
| MPS | Incident Report | Case Record | None |
| EPS | Incident Report, CIR, EPS Checklist | Case Record | Petition Forms DC-13 and DC-14 |

This list is not all inclusive, but a general guide for commonly encountered calls for service.

73

PremierOne Records Management System – Report Writing Manual
Information Technology Division
Prince George's County Police

US0107683

JA1302



# FAIRMOUNT HEIGHTS POLICE DEPARTMENT

GENERAL ORDER                                             No. 6 - 5

SUBJECT: **UNIFORM CRIME REPORTING (UCR)**

CALEA STANDARDS: 1.2.7, 82.1.3, 82.2.1-a

ISSUANCE:   **NEW** REVISED RESCINDS

APPROVED:_____

STEPHEN R. WATKINS

EFFECTIVE: MARCH 1, 2015                    CHIEF OF POLICE

**I.      POLICY**

The Fairmount Heights Police Department will contribute the accurate and appropriate classification of Part I and Part II Event Reports to the State of Maryland and the F.B.I.

**II.     REPORTING CRITERIA AND PROCEDURES**

A.  Completion of Reports

1.  To ensure that information is collected for UCR purposes, officers will complete and submit the appropriate report in accordance with the PGPD Report Manual and the incident classification and coding system.

2.  A report is **required** for all Part I and serious Part II offenses that an officer verifies.

3.  A report is **discretionary** for non-serious minor or miscellaneous offenses.

4.  Officers will clear calls-for-service, and classify their written reports using the most accurate clearance listed on the incident clearance card.

B.  Review of Reports

1.  The supervisor will review all reports to ensure that:

a.  The reports are classified with a correct and appropriate UCR classification.

G.O. 6-5

DEFENDANT'S
EXHIBIT

**2**

US0008086

JA1303

    b. The contents of the reports are legible so that accurate statistical information can be extracted from them for UCR submission.

C. Information Submission to UCR

    1. The original copy of reports that officers submit will be sent to the PGPD Records Division.

    2. The Fairmount Heights Police Department will submit all UCR information directly to the Maryland State Police Uniform Crime Reporting Section on the appropriate UCR Form(s) on a monthly basis no later than the 7th day of the month following the month in which the crime(s) were reported.

    3. The agency copies of the monthly UCR Reports will be filed with the appropriate, corresponding monthly report.

2

G.O. 6-5

US0008087

JA1304

# September 2019

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1<br>Ivey OFF<br>Vanderpool OFF<br>Washington OFF<br>Dupree OFF | Labor Day Holiday 2<br>Ivey HOL<br>Vanderpool HOL<br>Washington HOL<br>Dupree HOL | 3<br>Ivey 9A-5P<br>Vanderpool 6P-11P<br>Washington OFF<br>Dupree ~~12A-5A~~ 8/12 | 4<br>Ivey 9A-5P<br>Vanderpool<br>Washington OFF<br>Dupree ~~12A-5A~~ 23ﾞᵉ | 5<br>Ivey 9A-5P<br>Vanderpool 5P-11P<br>Washington OFF<br>Dupree 12A-5A | Time Sheets 6<br>Ivey 9A-5P<br>Vanderpool 10P-3A<br>Washington ~~8P-1A~~ SK<br>Dupree 12A-5A | 7<br>Ivey OFF<br>Vanderpool<br>Washington 8P-1A<br>Dupree 12A-5A |
| 8<br>Ivey OFF<br>Vanderpool OFF<br>Washington OFF<br>Dupree OFF | 9<br>Ivey 9A-5P<br>Vanderpool 6P-11P<br>Washington OFF<br>Dupree (Leave) | WORK SESSION 10<br>Ivey 9A-5P<br>Vanderpool 6P-11P<br>Washington OFF<br>Dupree (Leave) | 11<br>Ivey 9A-5P<br>Vanderpool 6P-11P<br>Washington OFF<br>Dupree (Leave) | 12<br>Ivey 9A-5P<br>Vanderpool 6P-11P<br>Washington OFF<br>Dupree (Leave) | PAY 13<br>Ivey 9A-5P<br>Vanderpool<br>Washington 8P-1A<br>Dupree (Leave) | 14<br>Ivey OFF<br>Vanderpool<br>Washington 8P-1A<br>Dupree (Leave) |
| 15<br>Ivey OFF<br>Vanderpool OFF<br>Washington OFF<br>Dupree (Leave) | 16<br>Ivey 9A-5P<br>Vanderpool OFF<br>Washington OFF<br>Dupree 12A-5A | 17<br>Ivey 9A-5P<br>Vanderpool 6P-11P<br>Washington OFF<br>Dupree ~~12A-5A~~ OFF<br>8 4m/4pm | Council Meeting 18<br>Ivey 9A-5P<br>Vanderpool 6P-11P<br>Washington OFF 8m<br>Dupree ~~12A-5A~~ 4Am | 19<br>Ivey 9A-5P<br>Vanderpool 6P-11P<br>Washington OFF<br>Dupree 7pm/ 1 pm | Time Sheets 20<br>Ivey 9A-5P<br>Vanderpool 7P-12A<br>Washington<br>Dupree 2pm/3Am | 21<br>Ivey OFF<br>Vanderpool OFF<br>Washington<br>Dupree 12A-5A |
| 22<br>Ivey OFF<br>Vanderpool OFF<br>Washington 6A-2P<br>Dupree 12A-5A | 23<br>Ivey 9A-5P<br>Vanderpool 6P-11P<br>Washington ~~6A-2P~~<br>Dupree OFF | 24<br>Ivey 9A-5P<br>Vanderpool 6P-1A<br>Washington OFF<br>Dupree OFF | 25<br>Ivey 9A-5P<br>Vanderpool OFF<br>Washington 6A-2P<br>Dupree ~~12A-5P~~ OFF | 26<br>Ivey 9A-5P<br>Vanderpool OFF<br>Washington ~~6A-2P~~<br>Dupree ~~12A-5P~~ 9/ 1Am | PAY 27<br>Ivey 9A-5P<br>Vanderpool 6P-2A<br>Washington ~~6A-2P~~<br>Dupree OFF | 28<br>Ivey OFF<br>Vanderpool 6P-2A<br>Washington OFF<br>Dupree OFF |
| 2929<br>Ivey OFF<br>Vanderpool OFF<br>Washington OFF<br>~~Dupree 12A-5P~~ 9pm 1Am | 30<br>Ivey 9A-5P<br>Vanderpool ~~6P-11P~~ Leave<br>Washington 6A-2P<br>Dupree 12A-5A | 10/1 | 10/211 | 10/31.05 | Time Sheets 10/4<br>1.32 | 10/5 |

2019 8/23/19 SRW

JA1305

US0105208

DEFENDANT'S EXHIBIT
3



PRINCE GEORGE'S COUNTY
POLICE

## Calls for Service

### Call for Service Information

| | | | |
|---|---|---|---|
| CFS Number | PP19011500001017 | Beat Name | 0305 |
| Agency | PRINCE GEORGE'S COUNTY POLICE | Coordinate X | -76.91152622 |
| | | Coordinate Y | 38.90573196 |
| Received Date/Time | | Complainant | |
| Dispatched Date/Time | | Address | |
| Arrived Date/Time | | CSZ | |
| Cleared Date/Time | | Phone | |
| CFS Date/Time | 1/15/2019 12:20:26 PM | Call Type | |
| Dispatcher | | Reported Offense | |
| Source | | Verified Offense | |
| Address | Balsamtree Dr / Sheriff Rd Wb | Disposition | |
| CSZ | CAPITOL HEIGHTS, 20743 | Priority | 4 - 4 |
| Location Name | | Classification | |
| Jurisdiction | | Vehicle | |
| Grid | | Vehicle License | |
| Sector | | Tow Company | |
| Map | | Case | 19-0002936 |

### Officers

| Officers |
|---|
| |

### Subject information

Name

### Addresses

| Address Type | Address | CSZ | County | Country |
|---|---|---|---|---|
| | | | | |

### Phones

| Phone Type | Phone Number |
|---|---|
| | |

### Emails

| Email Address |
|---|
| |

DEFENDANT'S
EXHIBIT

**4**

JA1306



PRINCE GEORGE'S COUNTY
POLICE

| | | | |
|---|---|---|---|
| Sex | | Height | |
| Race | | Weight | |
| Ethnicity | | DLN | |
| DOB | 10/11/1992 | DL State | |
| Age | 26 | Expiration Date | |
| Juvenile | No | SSN | |
| Eye Color | | | |
| Hair Color | | | |

## Comments

| | | | |
|---|---|---|---|
| User ID | 178 | Device ID LED07 | Date/Time 1/15/2019 12:20:26 PM |
| Comment | GRY CHEVY MONTE CARLO 1X NO 78 | | |

| | | | |
|---|---|---|---|
| User ID | 178 | Device ID LED07 | Date/Time 1/15/2019 12:22:55 PM |

Comment  LIC/61378E. LIY/2019/01. ISS/ / /.
CHARLES RICHARD HOLM , IVY JUNIPER SOLOMON
CUST ADDR: 1220 BLACK HEATH RD
         MIDLOTHIAN VA 23113
VEH  ADDR: 1220 BLACK HEATH RD
         MIDLOTHIAN VA 23113
VIN/1FADP3F28JL275886. VYR/2018. VMA/FORD.
VST/4D. SSN/T65408546 B69840489 .
*EXP/2019/01/27. WGT/0. REG STATUS/. PLT STATUS/ACTIVE. . .
VEH USE/. VEH DISP/.CUR VCO/.ORI VCO/WHI. DP/.
INTERLOCK/.VOA/.VOAT/.

| | | | |
|---|---|---|---|
| User ID | 216 | Device ID LED11 | Date/Time 1/15/2019 12:31:09 PM |
| Comment | VIN/2G1WX12K049200116 | | |

VYR/2004

VMA/CHEVROLET

VMO/MONTE CARLO

VST/2 DOOR

MV - 00220

JA1307



PRINCE GEORGE'S COUNTY
POLICE

VTP/

| | | | |
|---|---|---|---|
| User ID | 178 | Device ID | LED07 | Date/Time | 1/15/2019 1:05:56 PM |
| Comment | 1AM (PP/FA3) | | | | |

JA1308



# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

LOCATED AT (COURT ADDRESS)
4990 Rhode Island Avenue
Hyattsville, MD 20781

DISTRICT COURT
CASE NUMBER

RELATED CASES:

| COMPLAINANT | DEFENDANT |
|---|---|

**COMPLAINANT**

NAME (LAST, FIRST MI)
IVEY, EARL

TITLE

| AGENCY | SUB-AGENCY |
|---|---|
| BP | TF |

ID NO. (POLICE)
FA9357

WORK TELEPHONE      HOME TELEPHONE

ADDRESS
6100 Jost St

APT NO.

| CITY | STATE | ZIP CODE |
|---|---|---|
| Fairmount Heights | | 20743 |

☐ DOMESTIC VIOLENCE

☐ VULNERABLE ADULT ABUSE

☐ HATE CRIME

☐ CHILD ABUSE

**DEFENDANT**

NAME (LAST, FIRST MI)
Nnamani, Travis Osita

TITLE

MAFIS NAME (LAST, FIRST, MI)

TITLE

| ID NO. | RACE | SEX | HT | WT | DOB (MM/DD/YY) |
|---|---|---|---|---|---|
| | 1 | M | 5' 7" | 130 | 10/11/1992 |

| CC/OCA | HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|---|
| | BLK | BRO | |

DRIVER'S LICENSE #
N550802667782

STATE
Maryland

WORK TELEPHONE      HOME TELEPHONE

ADDRESS
11578 Dunloring Dr

APT NO.

| CITY | STATE | ZIP CODE |
|---|---|---|
| Upper Marlboro, MD 20774 | MD | 20774 |

## STATEMENT OF CHARGES

IT IS FORMALLY CHARGED THAT THE DEFENDANT

**1**

| CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|
| | TA | 1/15/2019 | Balsamtree Drive And Sheriff Rd, Fairmount Heights, Prince George's County, MD |

TA16 101a1 DRIVING/ATTEMPTING DRIVE MOTOR VEH. ON HWY W/O REQ. LICENSE AND AUTHOR

IN VIOLATION OF TA 16-101 a1

☐ MD ANN. CODE;   ☐ COMMON LAW OF MD;   ☐ PUB. LOCAL LAW

☐ COMAR OR AGENCY CODE NO.   ☐ ORDINANCE NO.

AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

PROBABLE CAUSE   ☐ Y   ☐ N

COMMISSIONER INITIALS: _____ ID NO. _____

**2**

| CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|
| | TA | 1/15/2019 | Balsamtree Drive And Sheriff Rd, Fairmount Heights, Prince George's County, MD |

TA17 107a1 KNOWINGLY DRIVING UNINSURED VEHICLE

IN VIOLATION OF TA 17-107 a1

☐ MD ANN. CODE;   ☐ COMMON LAW OF MD;   ☐ PUB. LOCAL LAW

☐ COMAR OR AGENCY CODE NO.   ☐ ORDINANCE NO.

AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

PROBABLE CAUSE   ☐ Y   ☐ N

COMMISSIONER INITIALS: _____ ID NO. _____

I SOLEMLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER |
|---|---|
| 1/15/2019 | IVEY, EARL |

| AGENCY | SUB-AGENCY | I.D.NO. |
|---|---|---|
| BP | TF | FA9357 |

TRACKING NUMBER
180001246445

MV - 00222

JA1309



# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

| LOCATED AT (COURT ADDRESS) | DISTRICT COURT CASE NUMBER | RELATED CASES: |
|---|---|---|
| 4990 Rhode Island Avenue<br>Hyattsville, MD 20781 | | |

| DEFENDANT'S NAME (LAST, FIRST, MI) | MAFIS NAME |
|---|---|
| Nnamani, Travis Osita | |

## STATEMENT OF CHARGES (CONTINUED)

IT IS FORMALLY CHARGED THAT THE DEFENDANT

| | CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|---|
| **3** | | TA | 1/15/2019 | Balsamtree Drive And Sheriff Rd, Fairmount Heights, Prince George's County, MD |

**TA13 401b1 OPERATING UNREGISTERED MOTOR VEHICLE**

IN VIOLATION OF TA 13-401 b1

☐ MD ANN. CODE;  ☐ COMMON LAW OF MD;  ☐ PUB. LOCAL LAW

PROBABLE CAUSE  ☐ Y  ☐ N

☐ COMAR OR AGENCY CODE NO.  ☐ ORDINANCE NO.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

COMMISSIONER INITIALS: _____ ID NO. _____

| | CJIS CODE | AR | ON OR ABOUT (DATE) | AT (PLACE) |
|---|---|---|---|---|
| **4** | | TA | 1/15/2019 | Balsamtree Drive And Sheriff Rd, Fairmount Heights, Prince George's County, MD |

**TA13 703g UNAUTHORIZED DISPLAY AND USE OF REG. PLATE**

IN VIOLATION OF TA 13-703 g

☐ MD ANN. CODE;  ☐ COMMON LAW OF MD;  ☐ PUB. LOCAL LAW

PROBABLE CAUSE  ☐ Y  ☐ N

☐ COMAR OR AGENCY CODE NO.  ☐ ORDINANCE NO.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

COMMISSIONER INITIALS: _____ ID NO. _____

I SOLEMLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER | |
|---|---|---|
| 1/15/2019 | IVEY, EARL | |
| AGENCY | SUB-AGENCY | I.D.NO. |
| BP | TF | FA9357 |

TRACKING NUMBER
**180001246445**

MV - 00223

**JA1310**



# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

| LOCATED AT (COURT ADDRESS)<br>4990 Rhode Island Avenue<br>Hyattsville, MD 20781 | *DISTRICT COURT*<br>*CASE NUMBER* | RELATED CASES: |
|---|---|---|

| COMPLAINANT | | DEFENDANT | |
|---|---|---|---|
| NAME (LAST, FIRST MI)<br>IVEY, EARL | TITLE | NAME (LAST, FIRST MI)<br>Nnamani, Travis Osita | TITLE |

| AGENCY<br>BP | SUB-AGENCY<br>TF | ID NO. (POLICE)<br>FA9357 | MAFIS NAME (LAST, FIRST, MI) | | | | | TITLE |
|---|---|---|---|---|---|---|---|---|

| WORK TELEPHONE | HOME TELEPHONE | ID NO.<br>1 | RACE<br>M | SEX | HT<br>5' 7" | WT<br>130 | DOB (MM/DD/YY)<br>10/11/1992 |
|---|---|---|---|---|---|---|---|

| ADDRESS<br>6100 Jost St | | | APT NO. | CC/OCA | HAIR<br>BLK | EYES<br>BRO | OTHER DESCRIPTION |
|---|---|---|---|---|---|---|---|

| CITY<br>Fairmount Heights | STATE<br>MD | ZIP CODE<br>20743 | DRIVER'S LICENSE #<br>N550802667782 | STATE<br>MD |
|---|---|---|---|---|

WORK TELEPHONE | HOME TELEPHONE

| ☐ DOMESTIC VIOLENCE | ☐ HATE CRIME | ADDRESS<br>11578 Dunloring Dr | | APT NO. |
|---|---|---|---|---|
| ☐ VULNERABLE ADULT ABUSE | ☐ CHILD ABUSE | CITY<br>Upper Marlboro, MD 20774 | STATE<br>MD | ZIP CODE<br>20774 |

## STATEMENT OF PROBABLE CAUSE

ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I activated my emergency equipment (lights and siren) in attempts to conduct a traffic stop on this vehicle. The driver did not stop immediately but eventually stopped. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered and the temporary registration did not belong to the vehicle he was operating. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed.

All of the above events occurred in Prince George's County, Maryland.

PROBABLE CAUSE CHARGES # _____

LACK OF PROBABLE CAUSE CHARGES # _____

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. | | |
|---|---|---|
| DATE<br>1/15/2019 | ARRESTING OFFICER<br>IVEY, EARL | |
| AGENCY<br>BP | SUB-AGENCY<br>TF | I.D.NO.<br>FA9357 |

| I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT | | |
|---|---|---|
| ____ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT | | |
| ____ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE. | | |
| DATE | JUDICIAL OFFICER | COMMISSIONER I.D. NO. |

*TRACKING NUMBER*
**180001246445**

PC DC/CR 4
PAGE 1 of 1

MV - 00224

JA1311

Auditing History:

Booking #143908

Printed

10/11/2024 11:57 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 1 of 6

## Auditing History

### Auditing

#### Actions

| Action | Personnel | Organization | IP Address | Server Time Stamp |
|---|---|---|---|---|
| **Action Details** | | | | |

| Field Name | Old Value | New Value |
|---|---|---|

| Action | Personnel | Organization | IP Address | Server Time Stamp |
|---|---|---|---|---|
| **Close** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | **10/8/2024 2:53:23 PM** |
| **Print** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | **10/8/2024 2:52:34 PM** |
| **View** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | **10/8/2024 2:52:19 PM** |
| **Save** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | **10/8/2024 2:50:35 PM** |

| Field Name | Old Value | New Value |
|---|---|---|
| Rank | | FA |
| PGChargeGroup (1) >>> PGCJISClassCode | | 101 |
| PGChargeGroup (2) >>> PGCJISClassCode | | 107 |
| PGChargeGroup (3) >>> PGCJISClassCode | | 401 |
| PGChargeGroup (4) >>> PGCJISClassCode | | 703 |
| pgcBeat | | G3 |

| Action | Personnel | Organization | IP Address | Server Time Stamp |
|---|---|---|---|---|
| **Close** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | **10/8/2024 2:50:33 PM** |
| **View** | **Administrator, 3225** | PRINCE GEORGE'S COUNTY POLICE | 10.17.103.149 | **10/8/2024 2:49:58 PM** |
| **View** | **BAKER III, JOHN FRANCIS** | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | **2/8/2022 1:03:21 PM** |
| **View** | **BUIE, JASON** | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | **6/15/2020 1:12:56 PM** |

DEFENDANT'S
EXHIBIT

**5**

JA1312

Auditing History:

Booking #143908

Printed

10/11/2024 11:57 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 2 of 6

| View | BUIE, JASON | PRINCE GEORGE'S COUNTY POLICE | 10.192.5.35 | 6/15/2020 1:12:41 PM |
| View | Admin | Global | ::1 | 5/2/2019 1:54:03 AM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 1:06:46 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 192.168.1.188 | 1/16/2019 12:59:02 PM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 3:02:41 PM |
| Print | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:59:32 PM |
| Print | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:58:39 PM |
| Print | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:58:28 PM |
| Print | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:54:41 PM |
| Print | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:54:20 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:53:43 PM |
| Close | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:50:15 PM |
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:50:13 PM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY | 10.20.30.222 | 1/15/2019 2:50:13 PM |

JA1313

Auditing History:

Booking #143908

Printed

10/11/2024 11:57 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 3 of 6

| POLICE | | | | |
|---|---|---|---|---|
| PGCWitness (1) >>> PGCWitnessName | | | #9359, Vanderpool | |
| PGCWitness (1) >>> PGCWitnessAddress | | | 6100 Jost St | |
| PGCWitness (1) >>> PGCWitnessCSZ | | | Fairmount Heights, MD 20743 | |
| PGCWitness (1) >>> PGCWitnessPhone | | | (301) 883-9472 | |

| View | **Vanderpool, Martique** | | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:49:25 PM |
|---|---|---|---|---|---|

| Save | **Vanderpool, Martique** | | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:49:25 PM |
|---|---|---|---|---|---|

| | Narrative | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered and the temporary registration did not belong to the vehicle he was operating. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed. | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I activated my emergency equipment (lights and siren) in attempts to conduct a traffic stop on this vehicle. The driver did not stop immediately but eventually stopped. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered and the temporary registration did not belong to the vehicle he was operating. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed. |
|---|---|---|---|

| View | **Vanderpool, Martique** | | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:48:08 PM |
|---|---|---|---|---|---|

| Save | **Vanderpool, Martique** | | PRINCE GEORGE'S | 10.20.30.222 | 1/15/2019 2:48:08 PM |
|---|---|---|---|---|---|

JA1314

Auditing History:

Booking #143908

Printed

10/11/2024 11:57 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 4 of 6

| COUNTY POLICE | | |
|---|---|---|
| PGHowLongAtCurrentAddress | | Refused to answer |
| PGAreYouEmployed | | Refused |
| PGMaritalStatusBooking | | Refused to answer |
| PGDoYouHaveChildren | | Refused |
| PGWhereYouInMilitary | | Refused |
| PGHaveAccessToFirearms | | Refused |
| PGTakingAnyMedications | | Yes |
| PGHighestLevelEducation | | Refused to answer |
| PGPetsAtResidence | | Refused |
| PGDidAresteeAttemptToFlee | | No |
| PGFamilyMemberHideArrestee | | No |
| PGIsArresteeOnDrugsAlcohol | | No |
| PGSpecifyMedsBooking | | N/A |

| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:47:01 PM |
|---|---|---|---|---|
| Narrative | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed. | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered and the temporary registration did not belong to the vehicle he was operating. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed. |

JA1315

Auditing History:

Booking #143908

Printed

10/11/2024 11:57 PM

PRINCE GEORGE'S
COUNTY POLICE

Page 5 of 6

| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:47:01 PM |
|------|----------------------|------------------------------|--------------|----------------------|
| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:44:49 PM |
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:44:49 PM |

| | Narrative | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered. | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. I was assisted by Officer Vanderpool #9359. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered. The paper tags were removed from the vehicle. A records check revealed that Mr. Nnamani did not have a Driver's license and that it was in a Suspended status. Mr. Nnamani also could not provide proof of insurance. He advised that he had Geico. Diamond #215954 out of Virginia Beach who is an authorized Geico representative confirmed that the vehicle Mr. Nnamani was operating did not have an active insurance policy. Mr. Nnamani was placed into custody, advised of his rights then transported to the Upper Marlboro Department of Corrections where he was booked and processed. |

| View | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:38:42 PM |
|------|----------------------|------------------------------|--------------|----------------------|
| Save | Vanderpool, Martique | PRINCE GEORGE'S COUNTY POLICE | 10.20.30.222 | 1/15/2019 2:38:42 PM |

| | Narrative | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing |

JA1316

| | | | | |
|---|---|---|---|---|
| | to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. | | to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. The driver was not wearing a seat beat and was the only occupant of the vehicle. The driver was identified as Travis Osita Nnamani via his Maryland Identification Card. A records check was conducted on the vehicle and information returned to a 2018 Ford vehicle. After further investigation, it was determined that the vehicle Mr. Nnamani was operating was in fact unregistered. | |
| **View** | **Vanderpool, Martique** | **PRINCE GEORGE'S COUNTY POLICE** | 10.20.30.222 | 1/15/2019 2:34:26 PM |
| **Save** | **Vanderpool, Martique** | **PRINCE GEORGE'S COUNTY POLICE** | 10.20.30.222 | 1/15/2019 2:34:23 PM |
| | Court | | Prince George's County District Court - Hyattsville | |
| | CourtAddress | | 4990 Rhode Island Avenue | |
| | CourtCSZ | | Hyattsville, MD 20781 | |
| | VulnerableAdult | | No | |
| | DomesticViolence | | No | |
| | HateCrime | | No | |
| | ChildAbuse | | No | |
| | Narrative | | On 1/15/2018 at approximately 1220 hours, I Officer Ivey #9357 was in full uniform conducting patrols when I observed a Gray Chevy Monte Carlo bearing Virginia Temporary registration 61378E speeding on Jost street then made a left onto Balsamtree Drive failing to activate his left turn signal and failing to come to a complete stop at the stop sign. I conducted a traffic stop on this vehicle. | |
| **View** | **Vanderpool, Martique** | **PRINCE GEORGE'S COUNTY POLICE** | 10.20.30.222 | 1/15/2019 2:30:03 PM |
| **Create** | **Vanderpool, Martique** | **PRINCE GEORGE'S COUNTY POLICE** | 10.20.30.222 | 1/15/2019 2:30:03 PM |

JA1317



DEFENDANT'S EXHIBIT

**6**



MV - 00226

DEFENDANT'S EXHIBIT

7

JA1319



DEFENDANT'S
EXHIBIT

8

US0105156

JA1320



US0105157

JA1321



US0105158

JA1322



US0105159

JA1323



US0105160

JA1324



US0105161

JA1325



US0105162

JA1326



US0105163

JA1327



US0105164

JA1328



# FAIRMOUNT HEIGHTS POLICE DEPARTMENT

GENERAL ORDER                              No. 7 - 1

SUBJECT: **COMPUTER USE AND SECURITY**

CALEA STANDARDS: 82.1.1, 82.1.6, 82.1.7, 41.3.7

ISSUANCE: **NEW** REVISED RESCINDS

APPROVED:_____

STEPHEN R. WATKINS

EFFECTIVE: MARCH 1, 2015                   CHIEF OF POLICE

## I.   POLICY

The Fairmount Heights Police Department uses several types of computers in its daily operations. Some of these computers access sensitive personal information to include motor vehicle records and criminal history records. Members of the Department will only access this information for official purposes and will maintain the security of the system to prevent unauthorized persons or personnel from viewing or obtaining the records.

## II.   SECURITY

A. Each Department computer has its own function and security features. The CJIS computer which is used to access NCIC and Maryland MVA is NCIC 2000 Compliant and every user must have a unique logon ID, password and security token to access the system and retrieve a record. An electronic record is maintained of all uses and users.

B. The Department also utilizes laptop computers in the patrol cars for the Mobile Data Terminal (MDT) functions which allow the user to receive and access C.A.D. (dispatch and calls for service information) functions from police communications and make inquiries of CJIS, NCIC and MVA records as a secondary user through the Prince George's County Police Department. These records can include wanted status of offenders, arrest information for adults and certain limited information pertaining to juveniles.

G.O. 7-1



DEFENDANT'S
EXHIBIT

**9**

JA1329

1. Juvenile arrest records are generally considered closed and not readily accessible unless charged previously as an adult. Juvenile missing persons records are available.

2. The user must have a CJIS logon, a unique county issued ID and password and be certified in the use of the M.D.T.

C.  The Automated Enforcement computer for red-light camera enforcement uses a series of logons and passwords through a Virtual Private Network (VPN) to gain access to the records. This system also creates an electronic chain of the uses and users. The operators will be trained in the use of the system. Manuals for the use and to answer questions are maintained next to the computer.

D.  The office desktop computers allow users access through their own individual login screens. These computers contain such records as ticket and report files, Master Name Index and arrest files along with internet access, e-mail and word processing functions. Juvenile arrest files are not computerized and are maintained in a locked file drawer.

E.  The Department has an assigned Terminal Agency Coordinator who is responsible for requesting CJIS/NCIC logon ID's, scheduling personnel for training, both through the State Police for CJIS and the County Police for M.D.T. training, requesting maintenance, and assigning e-mail addresses.

F.  No member shall install or download any program, software or any file(s) into any computer without the permission of the T.A.C.

G.  No member shall alter or manipulate any authorized program that is installed on any Department computer.

H.  No member shall attempt to repair or replace any software or hardware installed on any Department computer without authorization from the T.A.C.

III.     PROCEDURES

Members using the station's CJIS/NCIC/MVA computer will logon through the V.P.N. by entering their assigned username, password and token code. The member will then be

G.O. 7-1

JA1330

able to enter the CJIS/NCIC/MVA domain by again entering their assigned logon and their self-assigned password. The use of this computer is strictly monitored and the user may be required to log certain requests, such as Interstate Identification Index (III) checks and where information is disseminated to a secondary user. Manuals detailing the use of, access codes and to record secondary disseminations are kept next to the computer. Maryland Annotated Code, Criminal Law (CL) § 7- 302 and § 8 – 606 governs the use and dissemination of criminal justice files.

A. Members using the in-car Mobile Data Terminal will logon by entering their assigned ID, which is either their assigned radio call sign or their county issued ID number and unique password.

B. Members using the Department's Automated Enforcement System computer will login through the V.P.N. by entering their assigned logon ID and password at each screen prompt.

C. Members accessing the internet will do so only through their own screen by entering their password at their name prompt.

D. No member shall allow another to access any computer without being authorized.

E. No member shall give their logon ID, password or token to another for the purpose of allowing that person to logon to any department computer.

F. No member shall access official records except for official purposes.

G. No member shall disseminate any record, either verbally, in writing or printing to another except for official purposes.

IV.     **TERMINAL AGENCY COORDINATOR**

The T.A.C. will maintain records of all authorized computer users to include their level of access, logon ID's and training and re-certification records.

A. The T.A.C. will also maintain the necessary Memorandums of Understanding between the Fairmount Heights Police Department and the Maryland State Police, Prince George's County Police Department, CapWIN and any other agency or sub-user who has or may have access to any secure Department computer.

JA1331

B. Spot audits will be conducted by the T.A.C. at various unannounced times to maintain security of the systems. In addition, the Maryland State Police will conduct annual, announced audits of the CJIS computer system to ensure agency compliance.

JA1332

TOWN OF FAIRMOUNT HEIGHTS

| EMPLOYEE | Ivey, Jr., Edward E. | ID (Public Safety) | 9354 |
|---|---|---|---|
| ADMINISTRATION | | PUBLIC WORKS | |
| PAY PERIOD | 1/12/2019 | TO | 1/25/2019 |

| | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL | | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT | 1/12 | | | | | | SAT | 1/19 | | | | | |
| SUN | 1/13 | | | | | | SUN | 1/20 | | | | | |
| MON | 1/14 | 9:00A | 5:00P | | | 8 | MON | 1/21 | | | | 8 | 8 |
| TUES | 1/15 | 9:00A | 5:00P | | | 8 | TUES | 1/22 | 9:00A | 5:00P | | | 8 |
| WED | 1/16 | 9:00A | 5:00P | | | 8 | WED | 1/23 | 9:00A | 5:00P | | | 8 |
| THUR | 1/17 | 9:00A | 5:00P | | | 8 | THUR | 1/24 | 9:00A | 5:00P | | | 8 |
| FRI | 1/18 | 9:00A | 5:00P | | | 8 | FRI | 1/25 | 9:00A | 5:00P | | | 8 |
| TOTAL HOURS WEEK 1 | | | | | | 40 | TOTAL HOURS WEEK 2 | | | | | | 40 |

| TOTAL HOURS PAY PERIOD | 80 |
|---|---|
| OVERTIME HOURS | |

| EMPLOYEE SIGNATURE | | DATE | 1/25/19 |
|---|---|---|---|
| SUPERVISOR SIGNATURE | | DATE | 1/25/19 |



DEFENDANT'S
EXHIBIT

10



TOWN OF FAIRMOUNT HEIGHTS

| EMPLOYEE | Martique Vanderpool | ID (Public Safety) | 9359 | | |
|---|---|---|---|---|---|
| ADMINISTRATION | PUBLIC SAFETY | PUBLIC WORKS | | | |
| PAY PERIOD | 1/12/2019 | TO | 1/25/2019 | | |

| | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL | | DATE | IN | OUT | LEAVE | HOLIDAY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT | 1/12 | | | | | | SAT | 1/19 | | | | | |
| SUN | 1/13 | | | | | | SUN | 1/20 | | | | | |
| MON | 1/14 | 6am | 230pm | | | 8.5 | MON | 1/21 | Holiday | OFF | | | 8 |
| TUES | 1/15 | 6am | 3pm | | | 9 | TUES | 1/22 | 6am | 2pm | | | 8 |
| WED | 1/16 | 6am | 230pm | | | 8.5 | WED | 1/23 | 6am | 2pm | | | 8 |
| THUR | 1/17 | 6am | 3pm | | | 9 | THUR | 1/24 | 6am | 2pm | | | 8 |
| FRI | 1/18 | 6am | 2pm | | | 8 | FRI | 1/25 | 9pm | 5am | | | 8 |
| TOTAL HOURS WEEK 1 | | | | - | | 43 | TOTAL HOURS WEEK 2 | | | | | | 40 |

| TOTAL HOURS PAY PERIOD | 83 |
|---|---|
| OVERTIME HOURS | 3 |

80hrs +3hrs Comp

| EMPLOYEE SIGNATURE | Vann FF9359 | DATE | 1/25/2019 |
|---|---|---|---|
| SUPERVISOR SIGNATURE | | DATE | |



*Stephen R. Watkins*
*Chief of Police*
*301-883-9472*
chief@fairmountheightsmd.gov

July 31, 2018

Officer Martique Vanderpool
Fairmount Heights Police

This shall serve as an official receipt for your firearms and equipment:

*Safe* {
1 Police badge
1 Police identification card
1 Glock, model 22, .40 caliber pistol serial RVN926 (department issued)
1 Glock, model 23, .40 caliber pistol serial BBXH800 (personally owned)
1 Sig Sauer, model P228, .40 caliber pistol serial 55B028815 (personally owned)
}
— 1 Mossberg, model 590, 12 ga. Pump shotgun serial V0074527 (personally owned)

*EVIDENCE Rm*

Still owed to be turned in later:          *Keys to Police Cruiser 364*

*Safe* {
1 Motorola APX 7000 portable radio
1 body-worn camera
} *Rec'd 8/1/18*

Stephen R. Watkins
Chief of Police

DEFENDANT'S
EXHIBIT
**11**

US0010940

JA1335

# Town of Fairmount Heights Police Department
## 6100 Jost Street
## Fairmount Heights, Maryland 20743



*Stephen R. Watkins*
*Chief of Police*
*301-883-9472*

## **INTER-OFFICE MEMORANDUM**

To:     Officer Martique Vanderpool

From:     Chief Stephen R. Watkins

Date:     October 11, 2018

Subject:     Restoration of Police Powers

Effective with the date of this memorandum, your authority to enforce the law is fully restored and all of your equipment, including your authorized take-home vehicle have been returned to you.

US0067414

JA1336