# No. 25-4121

# United States Court of Appeals
## for the
## Fourth Circuit

UNITED STATES OF AMERICA,

*Plaintiff/Appellee,*

— v. —

MARTIQUE CABRAL VANDERPOOL,

*Defendant/Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND AT GREENBELT

# JOINT APPENDIX
# VOLUME 6 OF 6 – MEDIA
# (PAGES 1637-1651)

STUART A. BERMAN
LERCH, EARLY &
  BREWER, CHARTERED
760 Wisconsin Avenue, Suite 700
Bethesda, Maryland 20814
(301) 657-0729

*Counsel for Appellant*

HARMEET DHILLON
MICHAEL E. GATES
BARBARA A. SCHWABAUER
U.S. DEPARTMENT OF JUSTICE
Ben Franklin Station
Post Office Box 14403
Washington, DC 20044
(202) 305-3034

*Counsel for Appellee*

CP COUNSEL PRESS    (800) 4-APPEAL • [812795]

# TABLE OF CONTENTS

**Page**

**VOLUME 1 OF 6**

District Court Docket Sheet ................................................................ JA1

Indictment
      filed July 6, 2023 .......................................................... JA16

Defendant's Motion to Suppress Evidence Seized Pursuant to Search Warrants
      filed August 18, 2023 ...................................................... JA19

      Exhibit A:  Initial Prince George's County Warrant
            dated December 2, 2019 ............................................. JA37

      Exhibit B:  Prince George's County Warrant-Samsung Galaxy S III
            dated January 17, 2020 ............................................. JA43

      Exhibit C:  Federal Search Warrant
            dated June 23, 2020 ................................................. JA49

      Proposed Order .......................................................... JA71

Defendant's Motion to Dismiss for Preindictment Delay
      filed August 18, 2023 ...................................................... JA72

Government's Response in Opposition to Defendant's Motion to Suppress
Evidence Seized Pursuant to Search Warrants
      filed September 8, 2023 .................................................... JA82

      Exhibit 1: Federal Warrant
            dated June 23, 2020 ................................................. JA113

      Exhibit 2:  State Warrant
            dated December 2, 2019 ............................................. JA135

      Exhibit 3:  State Warrant
            dated January 17, 2020 ............................................. JA146

Government's Response in Opposition to Defendant's Motion to Dismiss for
Preindictment Delay
      filed September 8, 2023 .................................................... JA188

Defendant's Reply to Government's Response to Motion to Suppress Evidence
    filed November 20, 2023 .......................................................................... JA207

Government's [Proposed] Surreply Regarding Defendant's Motion to Suppress
Evidence Seized Pursuant to Search Warrants
    filed January 26, 2024 .............................................................................. JA237

Transcript of Motions Hearing before
The Honorable Deborah L. Boardman
    on February 12, 2024 ............................................................................... JA251

Defendant's Exhibit List
    filed February 12, 2024 ........................................................................... JA386

Government's Exhibit List
    filed February 12, 2024 ........................................................................... JA388

Government's Motion *in Limine* to Preclude the Defendant from Introducing
Self-Serving Hearsay Statements and for a Pretrial Ruling Regarding
the Scope of the Rule of Completeness
    filed June 26, 2024 .................................................................................. JA389

Government's Motion *in Limine* to Preclude Reference to the Existence and
Outcome of Prior State Trial
    filed June 26, 2024 .................................................................................. JA403

Government's Motion *in Limine* to Preclude Any Reference to the Civil Suit
Filed by R.S. Against the Defendant, Unless and Until R.S. Testifies
    filed June 26, 2024 .................................................................................. JA412

Government's Motion *in Limine* to Preclude Reference to the Dismissed Civil
Rights Indictment
    filed June 26, 2024 .................................................................................. JA417

Proposed Order Re:  Government's Motion *in Limine* to Preclude Introduction
of Self-Serving Hearsay
    filed June 28, 2024 .................................................................................. JA423

Proposed Order Re:  Government's Motion *in Limine* to Preclude Reference
to the Prior State Trial
    filed June 28, 2024 .................................................................................. JA424

Proposed Order Re:  Government's Motion *in Limine* to Preclude Reference to the Civil Suit (Unless Victim Testifies)
        filed June 28, 2024 ............................................................................... JA425

Proposed Order Re:  Government's Motion *in Limine* to Preclude Reference to Dismissed Indictment
        filed June 28, 2024 ............................................................................... JA426

Government's Motion *in Limine* to Exclude Inadmissible and Irrelevant Evidence Re:  R.S.'s Character
        filed June 28, 2024 ............................................................................... JA427

Defendant's Omnibus Response to Government's Motions *in Limine*
        filed July 22, 2024 ............................................................................... JA438

Government's Response to Defendant's Omnibus Motions *in Limine*
        filed July 29, 2024 ............................................................................... JA448

Government's Reply to Defendant's Omnibus Response to Government's Motions *in Limine*
        filed July 29, 2024 ............................................................................... JA460

Defendant's Memorandum in Support of Motion to Impeach Sergeant Gill
        filed October 18, 2024 ............................................................................ JA467

Government's Opposition to Defendant's Motion to Impeach a Government Witness
        filed October 19, 2024 ............................................................................ JA472

Defendant's Notice of Objection
        filed October 21, 2024 ............................................................................ JA477

**VOLUME 2 OF 6**

Transcript of Bench Trial, Volume 1, before
The Honorable Deborah L. Boardman
      on October 22, 2024 ...................................................................... JA479

Testimony of Mark Zimmerman:

Direct Examination by the Government (Ms. Allison) .......................... JA511
Cross-Examination by Defense (Mr. Zampogna) .................................. JA582
Redirect Examination by the Government (Ms. Allison)....................... JA616
Recross-Examination by Defense (Mr. Zampogna)............................... JA622

Testimony of Brendan Gill:

Direct Examination by the Government (Ms. Bernstein)........................ JA624
Cross-Examination by Defense (Mr. Zampogna) .................................. JA673
Redirect Examination by the Government (Ms. Bernstein).................... JA701
Recross-Examination by Defense (Mr. Zampogna)............................... JA704

Testimony of Doniese Collins:

Direct Examination by the Government (Ms. Bernstein)........................ JA710

Transcript of Bench Trial, Volume 2, before
The Honorable Deborah L. Boardman
      on October 23, 2024 ...................................................................... JA726

Testimony of Doniese Collins:

Continued Direct Examination by the Government (Ms. Bernstein)..... JA734
Cross-Examination by Defense (Mr. Bluestone).................................... JA759
Redirect Examination by the Government (Ms. Bernstein).................... JA771

Testimony of Lyla Zeidan:

Direct Examination by the Government (Ms. Allison) .......................... JA778
Cross-Examination by Defense (Mr. Bluestone).................................... JA800
Redirect Examination by Government (Ms. Allison) ............................ JA810
Recross-Examination by Defense (Mr. Bluestone)................................ JA814

Testimony of Elizabeth Hung:

Direct Examination by the Government (Ms. Bernstein)........................JA815
Cross-Examination by Defense (Mr. Zampogna) ..................................JA851
Redirect Examination by the Government (Ms. Bernstein)...................JA878
Recross-Examination by Defense (Mr. Zampogna).............................JA894

Defendant's Notice of Requested Instructions
    filed October 23, 2024 ....................................................................JA909

Transcript of Bench Trial, Volume 3, before
The Honorable Deborah L. Boardman
    on October 24, 2024 ......................................................................JA910

Transcript of Bench Trial, Volume 4, Verdict, before
The Honorable Deborah L. Boardman
    on October 30, 2024 ......................................................................JA939

## VOLUME 3 OF 6

Government's Admitted Trial Exhibits:

1.    Incident Report [Certified Copy] .................................................JA960

2.    RS Traffic Summons....................................................................JA966

3.    RS Criminal Citation ..................................................................JA968

4.    (A-H)  Photographs of Station ......................................................JA969

5.    (A-D)  Photographs of Dupree's Car ...........................................JA977

6.    (A-B)  Photographs of Vanderpool's Car ....................................JA980

7.    Vanderpool Time Sheets .............................................................JA982

8.    CAD Report.................................................................................JA986

10.    Vanderpool Phone Extraction Audio Files .................................JA989

11.    Vanderpool Phone Extraction Messages to and from
    Dupree 9/17 .................................................................................JA993

12. Vanderpool Phone Extraction Messages to and from Dupree 10/6 ............................................................. JA1030

13. PGCPD Chief Referral Letter [Redacted] ................................ JA1037

14. FHPD General Order 2-2 Oath of Office ................................. JA1038

15. FHPD General Order 5-8 Mobile Video Recording ................. JA1039

16. FHPD General Order 5-12 Incident Reporting ........................ JA1044

17. FHPD General Order 5-14 Traffic Law Enforcement ............... JA1051

18. FHPD General Order 5-15 Traffic Law Enforcement Methods ................................................................................ JA1065

19. FHPD General Order 5-38 Prisoner Searches and Transportation ....................................................................... JA1075

20. FHPD General Order 5-50 Towing of Motor Vehicles ............. JA1096

21. FHPD General Order 8-1 Conduct of Members of the Department .......................................................................... JA1101

22. RMS Audit for RS Report [Certified Copy] ............................ JA1115

23. RMS Audit of Vanderpool Logons, 8.7.18-9.28.19 .................. JA1131

24. MPCTC Police Training Records (Excerpts) ........................... JA1132

25. NoVa Academy Diploma ....................................................... JA1135

26. WMATA Comparative Compliance Diploma .......................... JA1137

27. Metro Transit Rules of Arrest and Arrest Procedures Lesson Plan ...................................................................................... JA1138

28. Laws of Arrest Lesson Plan ................................................... JA1149

29. Laws of Arrest PowerPoint (Excerpts) ................................... JA1166

30. WMATA Training Ethics Essay .............................................. JA1167

31. NVCJ Sex Crimes PowerPoint (Excerpts) ............................... JA1168

32. NVCJ Constitutional Law and Civil Liability Lesson Plan ....... JA1169

33. NVCJ Constitutional Law and Civil Liability PowerPoint (Excerpts) ...................................................................... JA1195

41. (A-D)  Tow Lot Photographs ..................................................... JA1200

42. C.C. Traffic Ticket [Redacted] .................................................. JA1204

43. Map: Tino's to Addison/Sheriff's to FHPD ............................. JA1205

44. Vanderpool Phone Extraction Timeline 9.6-9.7 ........................ JA1206

116. Nnamani CAD ........................................................................... JA1214

117. Audit Log Booking 143908-19-0002936 .................................. JA1216

118. Audit Log Impound 42865-19-0002936 ................................... JA1222

119. Timesheets 01.15.2019 .............................................................. JA1228

Defendant's Admitted Trial Exhibits:

1. RMS User Manual .................................................................... JA1230

2. FHPD General Order 6-5: Uniform Crime Reporting (UCR) ... JA1303

3. Fairmount Heights Police Calendar – September 2019 ............. JA1305

4. Police Report – Travis Nnamani .............................................. JA1306

5. RMS Audit – Travis Nnamani .................................................. JA1312

6. Photograph of FHPD Desktop Monitor .................................... JA1318

7. Photograph of FHPD Entry Door .............................................. JA1319

8. Photographs of FHPD Station 9/6/2019 ................................... JA1320

9. FHPD General Order 7-1: Computer Use and Security ............. JA1329

10. FHPD Time Sheets – 1/12/2019-1/25/2020 .............................. JA1333

11. Letters Re: Suspension .............................................................. JA1335

**VOLUME 4 OF 6**

Regular Sentencing Order
 filed October 30, 2024 ...................................................................JA1337

Verdict
 filed October 31, 2024 ...................................................................JA1340

Defendant's Motion for Arrest of Judgment or, in the Alternative, Motion for
Judgment of Acquittal and New Trial
 filed December 9, 2024 ..................................................................JA1341

 Exhibit A: State Warrant
  dated December 2, 2019..........................................................JA1377

 Exhibit B: State Warrant
  dated January 17, 2020............................................................JA1383

Government's Response to Defendant's Motion for Arrest of Judgment or,
in the Alternative, Motion for Judgment of Acquittal and New Trial
 filed December 23, 2024 ................................................................JA1389

Defendant's Reply in Support of Omnibus Post Trial Motions
 filed January 8, 2025.......................................................................JA1404

Memorandum Opinion Denying Defendant's Post Trial Motions
 filed February 5, 2025.....................................................................JA1419

Defendant's Sentencing Memorandum
 filed February 6, 2025.....................................................................JA1435

 Attachment: Letter in Support ...............................................JA1464

Government's Response to Defendant's Sentencing Memorandum
 filed February 13, 2025 ..................................................................JA1493

Transcript of Sentencing Hearing before
The Honorable Deborah L. Boardman
 on February 20, 2025.......................................................................JA1509

Judgment in a Criminal Case
 filed February 21, 2025 ..................................................................JA1619

Defendant's Notice of Appeal
 filed March 3, 2025.................................................................JA1624

Order Granting Consent Motion to Partially Unseal Documents
 filed May 15, 2025................................................................JA1628

## VOLUME 5 OF 6 (UNDER SEAL)

Defendant's Objections to Draft Presentence Investigation Report
 filed December 23, 2024 ......................................................JA1629

## VOLUME 6 OF 6 (MEDIA)[1]

Government's Media Exhibits:

9. Dispatch Recording ...................................................JA1637

9A. Dispatch Recording [Demonstrative].........................JA1638

34A. 9.8.19 WA0003 Excerpt 1 (Vanderpool to Washington)
 With Captions [Demonstrative] ...............................JA1639

35. 9.8.19 WA0003 Excerpt 2 (Vanderpool to Washington)...........JA1640

35A. 9.8.19 WA0003 Excerpt 2 (Vanderpool to Washington)
 With Captions [Demonstrative] ...............................JA1641

36. 9-9-19 WA0002 (Washington to Vanderpool) ...........JA1642

36A. 9-9-19 WA0002 (Washington to Vanderpool) With Captions
 [Demonstrative].........................................................JA1643

37. 9-9-19 WA0003 (Washington to Vanderpool) ...........JA1644

37A. 9-9-19 WA0003 (Washington to Vanderpool) With Captions
 [Demonstrative].........................................................JA1645

---

[1] Exhibits are in .mp4, .ogg, and .wav file format. A virus detection program, VIPRE Endpoint Security Version 13.1.8510, was run on the electronic files and no virus was detected.

38.   9-9-19 WA0004 (Vanderpool to Washington) ...........................JA1646

38A.  9-9-19 WA0004 (Vanderpool to Washington) With Captions
[Demonstrative] ......................................................................JA1647

39.   9-9-19 WA0005 (Washington to Vanderpool) ...........................JA1648

39A.  9-9-19 WA0005 (Washington to Vanderpool) With Captions
[Demonstrative] ......................................................................JA1649

40.   9-9-19 WA0006 (Vanderpool to Washington) ...........................JA1650

40A.  9-9-19 WA0006 (Vanderpool to Washington) With Captions
[Demonstrative] ......................................................................JA1651

# GOVERNMENT'S MEDIA
# EXHIBIT 9

Dispatch Recording

JA1637

# GOVERNMENT'S MEDIA EXHIBIT 9A

# Dispatch Recording [Demonstrative]

JA1638

# GOVERNMENT'S MEDIA EXHIBIT 34A

## 9.8.19 WA0003 Excerpt 1 (Vanderpool to Washington) With Captions [Demonstrative]

JA1639

# GOVERNMENT'S MEDIA EXHIBIT 35

9.8.19 WA0003 Excerpt 2 (Vanderpool to Washington)

JA1640

# GOVERNMENT'S MEDIA EXHIBIT 35A

9.8.19 WA0003 Excerpt 2 (Vanderpool to Washington) With Captions [Demonstrative]

JA1641

**GOVERNMENT'S MEDIA
EXHIBIT 36**

9-9-19 WA0002 (Washington to
Vanderpool)

JA1642

# GOVERNMENT'S MEDIA EXHIBIT 36A

## 9-9-19 WA0002 (Washington to Vanderpool) With Captions [Demonstrative]

JA1643

# GOVERNMENT'S MEDIA EXHIBIT 37

# 9-9-19 WA0003 (Washington to Vanderpool)

JA1644

# GOVERNMENT'S MEDIA EXHIBIT 37A

9-9-19 WA0003 (Washington to Vanderpool) With Captions [Demonstrative]

JA1645

# GOVERNMENT'S MEDIA EXHIBIT 38

# 9-9-19 WA0004 (Vanderpool to Washington)

JA1646

# GOVERNMENT'S MEDIA EXHIBIT 38A

9-9-19 WA0004 (Vanderpool to Washington) With Captions [Demonstrative]

JA1647

# GOVERNMENT'S MEDIA EXHIBIT 39

# 9-9-19 WA0005 (Washington to Vanderpool)

JA1648

# GOVERNMENT'S MEDIA EXHIBIT 39A

## 9-9-19 WA0005 (Washington to Vanderpool) With Captions [Demonstrative]

JA1649

# GOVERNMENT'S MEDIA EXHIBIT 40

## 9-9-19 WA0006 (Vanderpool to Washington)

JA1650

# GOVERNMENT'S MEDIA EXHIBIT 40A

9-9-19 WA0006 (Vanderpool to Washington) With Captions [Demonstrative]

JA1651